**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ Southern _____ District of __New  York__
(State)

Case number (*If known*): _____ Chapter __11__

❑ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    02/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| 1.  **Debtor's name** | OneWeb Global Limited |
| 2.  **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | OneWeb LLC, OneWeb, WorldVu Satellites, and WorldVu |
| 3.  **Debtor's federal Employer Identification Number** (EIN) | N/A<br>__ __ – __ __ __ __ __ __ __ |

4.  **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| West Works Building | |
| | Number        Street |
| 195 Wood Lane | |
| Number        Street | P.O. Box |
| London, W12 7FQ | |
| City                State        ZIP Code | City                State        ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| United Kingdom | |
| Country | Number        Street |
| | |
| | City                State        ZIP Code |

5.  **Debtor's website** (URL)  |  https://www.oneweb.world

Debtor  __OneWeb Global Limited_____   Case number *(if known)*_____
     Name

---

**6.  Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

   ☐ Partnership (excluding  LLP)

   ☐ Other. Specify: _____

---

**7.  Describe debtor's business**

A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

   ☐ Railroad (as defined in 11 U.S.C. § 101(44))

   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

   ☒ None of the above

B. *Check all that apply:*

   ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C.
§ 80a-3)

   ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C.  NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

   5  1  7  4

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

   ☐ Chapter 7

   ☐ Chapter 9

   ☒ Chapter 11. *Check all that apply:*

      ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

      ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

      ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

      ☐ A plan is being filed with this petition.

      ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

      ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

      ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

   ☒ No

   ☐ Yes.   District _____   When _____   Case number _____
                                   MM / DD / YYYY

           District _____   When _____   Case number _____
                                   MM / DD / YYYY

---

Debtor    OneWeb Global Limited _____     Case number (*if known*) _____

      Name

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☒ Yes.   Debtor   See Rider 1 _____    Relationship   Affiliate _____

       District   Southern District of New York _____    When   Date Hereof _____

                                      MM / DD / YYYY

       Case number, if known _____

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

                    Number        Street

             _____

             City                              State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

             Contact name _____

             Phone _____

---

### Statistical and administrative information

---

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**
(on a consolidated basis)

| | | |
|---|---|---|
| ☐ 1-49 | ☒ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

---

Debtor  OneWeb Global Limited                                          Case number (if known)_____
        Name

| | | | |
|---|---|---|
| **15. Estimated assets** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| (on a consolidated basis, based on net book value as of 01/31/2020) | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☒ $1,000,000,001-$10 billion |
| | ☐ $100,000-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| (on a consolidated basis, based on net book value as of 01/31/2020) | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☒ $1,000,000,001-$10 billion |
| | ☐ $100,000-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --**  Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    03/27/2020
              MM / DD / YYYY

✗  /s/ Thomas Whayne                              Thomas Whayne
Signature of authorized representative of debtor     Printed name

Title  Authorized Signatory

**18. Signature of attorney**

✗  /s/ Dennis F. Dunne                  Date    03/27/2020
Signature of attorney for debtor                 MM / DD / YYYY

Ö^}} ã ÅŒÓ¨ }}^
Printed name
Milbank LLP
Firm name
55 Hudson Yards
Number       Street
New York                                         NY        10001
City                                             State     ZIP Code
212-530-5000                                     ddunne@milbank.com
Contact phone                                    Email address

2414373                                          New York
Bar number                                       State

## Rider 1

### Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On the date hereof, each of the entities listed below (collectively, the "Debtors") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.*, in the United States Bankruptcy Court for the Southern District of New York.   Contemporaneously herewith, the Debtors are filing a motion requesting the joint administration of these chapter 11 cases for procedural purposes only under the case number assigned to OneWeb Global Limited.

| Company |
| --- |
| 1021823 B.C. LTD |
| Network Access Associates Limited |
| OneWeb ApS |
| OneWeb Chile SpA |
| OneWeb Communications Limited |
| OneWeb G.K. |
| OneWeb Global Limited |
| OneWeb Holdings LLC |
| OneWeb Limited |
| OneWeb Ltd |
| OneWeb Network Access Holdings Limited |
| OneWeb Norway AS |
| WorldVu Australia Pty Ltd. |
| WorldVu Development LLC |
| WorldVu JV Holdings LLC |
| WorldVu Mexico, S. DE R. L. DE C.V. |
| WorldVu Satellites Limited |
| WorldVu South Africa (Pty) Ltd. |
| WorldVu Unipessoal Lda |

| Debtor name | **OneWeb Global Limited, et al.** |
| --- | --- |

**UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK**

Case No. (If known) _____

## Official Form 204

### Chapter 11 or Chapter 9 Cases:  List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (Reported on a Consolidated Basis)[1]

12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include claims which the debtor disputes.  Do not include claims by any person who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff [2] | Unsecured claim |
| 1   Arianespace Boulevard de l'Europe Evry-Courcouronnes, 91006 France | Arianespace Attn: Michel Doubovick Tel:+330160876000 Email: m.doubovick@arianespace.com | AP Trade | | | | $238,137,447.58 |
| 2   Qualcomm Technologies Inc File No. 748382 Los Angeles, CA 90074-8382 | Qualcomm Technologies Inc Attn: Mario Scipione Tel: 858-651-0529 Email: mscipion@qti.qualcomm.com | AP Trade | | | | $8,000,000.00 |
| 3   Deloitte Touche Tohmatsu Ltd P.O. Box 844736 Dallas, TX 75284-4736 | Deloitte Touche Tohmatsu Ltd Attn: Leah Albeck Tel: 212-436-5980 Email: lealbeck@deloitte.com | Professional | | | | $6,861,336.01 |
| 4   Hughes Network Systems, LLC P.O. Box 64136 Baltimore, MD 21264 | Hughes Network Systems, LLC Attn: Hope Swartz Tel: 301-212-1011 Email: Hope.swartz@hughes.com | AP Trade | | | | $5,352,750.51 |
| 5   Deutsche Bank 1 Wall St New York, NY 10005 | Deutsche Bank Attn: Vaibhav Lohiya Tel: SynOps: 201-593-6919 Email: vaibhav.lohiya@db.com | AP Trade | Disputed | | | $5,200,734.82 |

[1] The information herein shall not constitute an admission of liability by, nor is it binding on, any Debtors with respect to all or any portion of the claims listed below. Moreover, nothing herein shall affect the Debtors' right to challenge the amount or characterization of any claim at a later date.

[2] The Debtors reserve the right to assert setoff and other rights with respect to any of the claims listed herein.

Debtor name    **OneWeb Global Limited, et al.**                    Case No. (If known) _____

### (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6    Wipro Ltd<br>2 Tower Center Blvd, Ste 2200<br>East Brunswick, NJ 08816 | Wipro Ltd<br>Attn: Venkata Thallapalli<br>Email: venkata.thallapalli@wipro.com | AP Trade | | | | $2,470,647.25 |
| 7    Willis Towers Watson PLC<br>New York, NY 10249-4557 | Willis Towers Watson PLC<br>Attn: Mark Quinn<br>Tel: 301-581-4264<br>Email: mark.quinn@WillisTowersWatson.com | Insurance | Contingent | | | $1,899,895.09 |
| 8    Viasat<br>6155 El Camino Real<br>Los Angeles, CA 92009 | Viasat<br>Attn: Andy Anderson<br>Tel: 678-924-2753<br>Email: andy.anderson@viasat.com | AP Trade | | | | $1,225,000.00 |
| 9    Nokia Corp<br>25 Martin Linges vei Fornebu<br>Bærum, 1364<br>Norway | Nokia Corp<br>Attn: Earl Clark<br>Tel: +35871400400<br>Email: earl.clark@nokia.com | AP Trade | | | | $988,051.09 |
| 10    Redapt, Inc<br>14051 NE 200th St<br>Woodinville, WA 98072 | Redapt, Inc<br>Attn: Bert Forderer<br>Tel: 425-605-7151<br>Email: bertf@redapt.com | AP Trade | | | | $662,275.85 |
| 11    Rockwell Collins Inc<br>400 Collins Rd<br>Cedar Rapids, IA 52498 | Rockwell Collins Inc<br>Attn: Jennelle Silkert<br>Tel: 319-295-1000<br>Email: jennelle.silkert@collins.com | AP Trade | | | | $596,775.73 |

| Debtor name | **OneWeb Global Limited, et al.** | | Case No. (If known) | |
|---|---|---|---|---|

### (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 12 Mcdermott Will & Emery LLP 340 Madison Ave New York, NY 10173-1922 | Mcdermott Will & Emery LLP Tel: 212-547-5535 Email: eherrera@mwe.com | Professional | | | | $546,786.00 |
| 13 USSI Global 9145 Ellis Rd Melbourne, FL 32904 | USSI Global Attn: Dave Christiano Tel: 321-723-5395 Email: dave.christiano@ussiglobal.com | AP Trade | | | | $501,477.09 |
| 14 RUAG Accounting, Stachegasse 16 1120 Vienna Austria | RUAG Attn: Andreas Derntl Tel: +43-1-801 99-0 Email: Andreas.derntl@ruag.com | AP Trade | Disputed | | | $328,152.00 |
| 15 NTT  Communications  Corp 2-3-1 Oteamchi Chiyoda-Ku Tokyo Japan | NTT Communications Corp Attn: Hiromu Inoue Email: hiromu.inoue@ntt.com | AP Trade | | | | $195,502.11 |
| 16 Capgemini America, Inc 012663 Collection Center Dr Chicago, IL 60693 | Capgemini America, Inc Attn: Arun Santhanam Email: arun.santhanam@capgemini.com | AP Trade | | | | $175,514.62 |
| 17 Salesforcecom Inc P.O. Box 203141 Dallas, TX 75320-3141 | Salesforcecom Inc Tel: 415-901-8457 Email: billing@salesforce.com | AP Trade | | | | $145,544.47 |
| 18 Shearman & Sterling LLP 401 9th St NW, Ste 800 Washington, DC 20004 | Shearman & Sterling LLP Attn: Jay Singer Tel: 212-848-4000 Email: jay.singer@shearman.com | Professional | | | | $129,444.75 |

Debtor name  **OneWeb Global Limited, et al.**                    Case No. (If known) _____

## (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 19  Finding X<br>4-6 High St Dukes House, Ste 6<br>Windsor Berkshire, SL4 1LD<br>United Kingdom | **Finding X**<br>**Attn: Chris Finch**<br>**Tel: +44 (0) 7901526119**<br>**Email: chris.finch@findingx.com** | **Professional** | | | | $125,652.14 |
| 20  Kongsberg Satellite Services<br>38 Prestvannveien<br>Tromsø, N-9291<br>Norway | **Kongsberg Satellite Services**<br>**Attn: Anders Saetermo**<br>**Tel: +77600250**<br>**Email: anders.saetermo@ksat.no** | **AP Trade** | | | | $117,000.00 |
| 21  Mosaic Island<br>25 Moorgate<br>London, EC2R 6AY<br>United kingdom | **Mosaic Island**<br>**Attn: Tony Walsh**<br>**Email: tony.walsh@mosaicisland.co.uk** | **Professional** | | | | $106,124.51 |
| 22  Mission Microwave Technologies<br>9924 Norwalk Blvd<br>Santa Fe Springs, CA 90670 | **Mission Microwave Technologies**<br>**Attn: Christie Camacho**<br>**Tel: 951-893-4925**<br>**Email:**<br>**christie.camacho@missionmicrowave.com** | **AP Trade** | | | | $102,501.24 |
| 23  Collabera Inc<br>Attn: Accounts Receivable<br>P.O. Box 19<br>Liberty Corner, NJ 07938-9800 | **Collabera Inc**<br>**Attn: Nikul Parekh**<br>**Tel: 973-889-5200**<br>**Email: nikul.parekh@collabera.com** | **Professional** | | | | $84,179.50 |
| 24  Additional Contract Services<br>Lockbox Dept CH14395<br>Palatine, IL 60055-4395 | **Additional Contract Services**<br>**Attn: Joshua Urgent**<br>**Tel: 781-685-3827**<br>**Email: joshua.urgent@entegee.com** | **Professional** | | | | $64,969.26 |

Debtor name  **OneWeb Global Limited, et al.**

Case No. (If known)

### (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 25  Quanta Consulting LLC<br>P.O. Box 86<br>Hanover, NH 03755 | **Quanta Consulting LLC**<br>**Attn: Ryan Gardner**<br>**Tel: 802-735-7546**<br>**Email: Ryan@1010Holdings.com** | **Professional** | | | | $62,500.00 |
| 26  DHG Dixon Hughes Goodman<br>P.O. Box 602828<br>Charlotte, NC 28260-2828 | **DHG Dixon Hughes Goodman**<br>**Attn: Catherine DuBois**<br>**Tel: 703-970-0400**<br>**Email: Catherine.DuBois@dhg.com** | **Professional** | | | | $56,700.00 |
| 27  Euroconsult<br>86 Blvd de Sebastopol<br>F- 75003 Paris<br>France | **Euroconsult**<br>**Attn: Pacome Revillon**<br>**Tel: +33 (0)1 49 23 75 09**<br>**Email: revillon@euroconsult-ec.com** | **AP Trade** | | | | $52,269.12 |
| 28  Hawaii Pacific Teleport, LP<br>P.O. Box 429<br>Makawao, HI 96768 | **Hawaii Pacific Teleport, LP**<br>**Attn: Leeana Smith-Ryland**<br>**Tel: 808-674-9157**<br>**Email: lsmith-ryland@hawaiiteleport.com** | **AP Trade** | | | | $50,000.00 |
| 29  FutureAerospace Hainan Ltd<br>33 33 Hairun Rd, 1st Fl<br>Sanya Tianya Hainan, B-A03<br>China | **FutureAerospace Hainan Ltd**<br>**Attn: Rita Zhang**<br>**Tel: (010)82949816**<br>**Email: rita.zhang@futureaerospace.com** | **Professional** | | | | $48,000.00 |
| 30  Emerging Markets Communications, LLC<br>1025 Connecticut Ave NW, Ste 1000<br>Washington, DC 20036 | **Emerging Markets Communications, LLC**<br>**Attn: Mark Anastasio**<br>**Tel: 202-331-7751**<br>**Email: mdanastasio@emcommunicate.com** | **Professional** | | | | $40,000.00 |

**ONEWEB GLOBAL LIMITED**

**OFFICER'S CERTIFICATE**

**March 27, 2020**

The undersigned hereby certifies that she is an Authorised Signatory of OneWeb Global Limited, a company incorporated under the laws of England and Wales (the "**Company**"), and further certifies that attached hereto as **Exhibit A** is a true, complete, and correct copy of resolutions adopted by the Board of Directors of the Company (the "**Board**") at a meeting of the Board on March 26, 2020.  Such resolutions were duly and validly adopted by the Board in accordance with the articles of association of the Company and the laws of England and Wales.  All such resolutions are in full force and effect on the date hereof in the form in which adopted, without amendment, modification, or revocation.

[Signature Page Follows]

IN WITNESS WHEREOF, the undersigned has duly executed and delivered this certificate as of the date first set forth above.

ONEWEB GLOBAL LIMITED

By: _____

Name: Kathleen Guerere

Title:

**Exhibit A**

**Resolutions**

**RESOLUTIONS OF THE**
**THE BOARD OF DIRECTORS OF**
**ONEWEB GLOBAL LIMITED**

**March 26, 2020**

**WHEREAS**, the Board has reviewed and considered the financial and operational condition of the Company and the Company's business on the date hereof, including the historical and current performance of the Company, the assets and prospects of the Company, the current and long-term liabilities of the Company, the market for the Company's assets, and credit market conditions, and fully considered the strategic alternatives available to the Company; and

**WHEREAS**, the Board has received, reviewed and considered the recommendations of the senior management of the Company and the Company's legal, financial and other advisors as to the relative risks and benefits of pursuing a reorganization case under the provisions of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"); and

**WHEREAS**, the Board has determined that taking the actions set forth below are advisable and in the best interests of the Company and, therefore desires to approve the following resolutions:

**NOW, THEREFORE, BE IT**

**I.    Commencement of Chapter 11 Cases**

**RESOLVED**, that, in the judgment of the directors, it is in the best interests of the Company, and would promote the maximisation of the value of the Company for the benefit of its shareholders,  that a voluntary petition (the "**Petition**") be filed with the Bankruptcy Court by the Company commencing a case (the "**Chapter 11 Case**") under the provisions of the Bankruptcy Code; and it is further

**RESOLVED**, that any one of Adrian Steckel, Thomas Whayne, Steven Fay, Kathleen Guerere, any director of the Company, and any other officer of the Company specifically designated by the foregoing officers (each, an "**Authorized Person**"), in each case, acting singly or jointly, be, and each hereby is, authorized and empowered to execute and file in the name and on behalf of Company, to execute, acknowledge, deliver, and verify the Petition and to cause the same to be filed with the Bankruptcy Court at such time as such Authorized Person may determine; and it is further

**RESOLVED**, that the Authorized Persons be, and each of them, acting alone or in any combination, hereby is, authorized and empowered on behalf of the Company, to execute, acknowledge, deliver and verify and file any and all petitions, schedules, statements of affairs, lists, motions, applications, and other papers and to take any and all related actions that such Authorized Persons may deem necessary or proper in connection with the filing of the Petition and commencement of the Chapter 11 Case; and it is further

RESOLVED, that the Authorized Persons be, and each of them, acting alone or in any combination, hereby is, authorized and empowered from time to time in the name and on behalf of the Company, to perform the obligations of the Company under the Bankruptcy Code, with all such actions to be performed in such manner, and all such certificates, instruments, guaranties, notices and documents to be executed and delivered in such form, as the Authorized Person performing or executing the same shall approve, and the performance or execution thereof by such Authorized Person shall be conclusive evidence of the approval thereof by such Authorized Person and by the Company; and it is further

RESOLVED, that the Authorized Persons be, and each of them, acting alone or in any combination, hereby is, authorized and empowered from time to time in the name and on behalf of the Company, to cause the Company to enter into, execute, deliver, certify, file, record and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates or other documents, to pay all expenses, including filing fees, and to take such other actions, as in the judgment of such Authorized Persons, shall be necessary, proper and desirable to prosecute to a successful completion the Chapter 11 Case and to effectuate the restructuring, reorganization, sale or liquidation of the Company's assets, refinancing, restructuring or other transaction with respect to, its debt, other obligations, organizational form and structure or ownership of the Company, and to carry out and put into effect the purposes of these resolutions, and the transactions contemplated by these resolutions, their authority thereunto to be evidenced by the taking of such actions; and it is further

## II.    Retention of Advisors

RESOLVED, that the law firm of Milbank LLP, located at 55 Hudson Yards, New York, NY 10001, is hereby retained as attorneys for the Company in the Chapter 11 Cases, subject to Bankruptcy Court approval; and be it further

RESOLVED, that Guggenheim Securities, LLC, located at 330 Madison Avenue, New York, NY 100017, is hereby retained as investment banker for the Company Parties in the Chapter 11 Cases, subject to Bankruptcy Court approval; and be it further

RESOLVED, that FTI Consulting, Inc., located at 8251 Greensboro Drive, Suite 400, McLean, VA 22102, is hereby retained as financial advisor for the Company Parties in the Chapter 11 Cases, subject to Bankruptcy Court approval; and be it further

RESOLVED, that Omni Agent Solutions, located at 5955 De Soto Avenue, Suite 100, Woodland Hills, CA 91367, is hereby retained as claims, noticing and solicitation agent for the Company Parties in the Chapter 11 Cases, subject to Bankruptcy Court approval; and be it further

## III.    Debtor-In-Possession Financing and Use of Cash Collateral

RESOLVED, that the Authorized Persons be, and each of them hereby is, authorized and empowered, in the name and on behalf of the Company, to negotiate for and

obtain post-petition financing according to terms to be negotiated by management of the Company, including under debtor-in-possession credit facilities, and to execute and deliver agreements regarding the use of cash collateral or other similar arrangements, including, without limitation, to enter into any guarantees and to pledge and grant liens on its assets as may be contemplated by or required under the terms of such post-petition financing or cash collateral agreements or other similar arrangements; and, in connection therewith, the Authorized Persons be, and each of them hereby is, authorized and empowered to execute appropriate loan agreements, guarantees, cash collateral agreements, and related ancillary documents;

## IV.    **General Authorization and Ratification**

**RESOLVED**, that, in addition to the specific authorizations heretofore conferred upon the Authorized Persons, each Authorized Person (and his designees and delegates) be, and hereby is, authorized and empowered, in the name of and on behalf of the Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such agreements, certificates, instruments and other documents and to pay all expenses, including but not limited to filing fees, in each case as in such Authorized Person's (or his designees' or delegates') judgment, shall be necessary, advisable or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein; and it is further

**RESOLVED,** that in addition to the specific authorizations heretofore conferred upon each Authorized Person (or, in the case of any document requiring execution as a deed, any two directors or any one director and the Company secretary or any director in the presence of a witness who attests to their signature) be, and hereby is, authorized and empowered, in the name of and on behalf of the Company, to execute on behalf of the Company any and all such other agreements, agreements, deeds, consents, notices, applications, certificates, authorities, letters, instruments, undertakings or other documents, in each case as in the judgment of the person(s) executing the same on behalf of the Company, shall be necessary, advisable or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein; and it is further

**RESOLVED**, that each director has received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing resolutions, as may be required by the articles of association of the Company, or hereby waives any right to have received such notice; and it is further

**RESOLVED**, that all actions and transactions heretofore taken, and all agreements, instruments, reports and documents executed, delivered or filed through the date hereof, by any manager or Authorized Person of the Company in, for and on behalf of the Company, in connection with the matters described in or contemplated by the foregoing resolutions, are hereby in all respects approved, adopted, ratified and confirmed in all respects as the true acts and deeds of the Company as of the date such action or actions were taken; and it is further

**RESOLVED**, that, to the extent that the Company serves as the sole member, managing member, general partner, partner or other governing body (the "**Controlling Company**") of any other company (a "**Controlled Company**"), each Authorized Person of the Controlling Company, any one of whom may act without the joinder of any other Authorized Person, be, and each of them hereby is, severally authorized and empowered in the name and on behalf of the Controlling Company (acting for such Controlled Company in the capacity set forth above, as applicable), to take all of the actions on behalf of such Controlled Company that an Authorized Person is herein authorized to take on behalf of the Controlling Company; and it is further

**RESOLVED**, that facsimile or photostatic copies of any signature to these resolutions shall be deemed to be originals and may be relied on to the same extent as the originals.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| OneWeb Global Limited, | ) Case No. 20-_____(____) |
| | ) |
| Debtor. | ) |
| | ) |

### LIST OF EQUITY HOLDERS

Pursuant to rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, the following identifies all holders having an equity ownership interest, in the above-captioned debtor in possession.

| Debtor | Equity Holder | Address of Equity Holder | Percentage of Equity Held |
|---|---|---|---|
| OneWeb Global Limited | Softbank Group Corp. | 1-9-1, Higashi-shimbashi Minato-ku, Tokyo 105-7303, Japan | 37.41% |
| | Qualcomm Global Trading Pte. Ltd | 5775 Morehouse Dr. San Diego, CA 92121 | 15.93% |
| | 1110 Ventures, LLC | 80 Four Wheel Drive Norwich, VT 05055 | 11.94% |
| | Airbus Group Proj B.V | 30, 2333CS Leiden, The Netherlands | 8.50% |
| | Vieco Nominees Limited | PO Box 71 Road Town, Tortola British Virgin Islands | 7.39% |
| | Indian Continent Investment Limited | 6, Sir William Newton Street Port Louis, Mauritius | 5.14% |
| | Eagle Investment SCS | 121 Avenue de la Faiencerie L-1511 Luxembourg RCS B204845 | 3.51% |
| | EchoStar Operating LLC | 100 Inverness Terrace East Englewood, CO 80112 | 2.57% |
| | The Government of the Republic of Rwanda | P. O. Box 158 Kigali, Rwanda | 1.87% |
| | Intelsat Corporation | 7900 Tysons One Place McLean, VA 22102 | 1.29% |
| | MacDonald, Dettwiler Holdings Limited | 13800 Commerce Parkway Richmond, British Columbia | 1.29% |

| | | | |
|---|---|---|---|
| | Servicios TPlay, S.A. de | Montes Urales 450<br>Lomas de Chapultepec, 11000<br>Mexico City, Mexico | 1.29% |
| | The Coca-Cola Company | 1 Coca-Cola Plaza<br>Atlanta, GA 30313 | 1.29% |
| | Steve Markin, as trustee of the Wyler Family Trust | 75 Dillon Way<br>Washington Crossing, PA 18977 | 0.35% |
| | Sanne Fiduciary Services Limited as trustee of the One Web Global Limited Voting Trust | 13 Castle Street, St Helier, JE4 5UT | 0.20% |
| | ASP Capital Holdings, Inc. | 330 West 47th Street<br>Suite 250<br>Kansas City, MO 64112 | 0.05% |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | ) |
|  | ) Chapter 11 |
| OneWeb Global Limited, | ) |
|  | ) Case No. 20-_____ (___) |
| Debtor. | ) |
|  | ) |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the

following are corporations, other than a government unit, that directly or indirectly own 10% or

more of any class of the debtor's equity interest:

| Shareholders | Approximate Percentage of Shares Held |
|---|---|
| Softbank Group Corp. | 37.41% |
| Qualcomm Global Trading Pte. Ltd. | 15.93% |
| 1110 Ventures, LLC | 11.94% |

| Fill in this information to identify the case and this filing: |
| --- |

Debtor Name ___OneWeb Global Limited___

United States Bankruptcy Court for the: ___Southern___  District of ___New York___
                                                                                          (State)

Case number (*If known*): _____

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule _____*

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒ Other document that requires a declaration___List of Equity Security Holders, Corporate Ownership Statement___

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___03/27/2020___          ✘ ___/s/ Thomas Whayne___
              MM / DD / YYYY                    Signature of individual signing on behalf of debtor


                                                ___Thomas Whayne___
                                                Printed name

                                                ___Authorized Signatory___
                                                Position or relationship to debtor