Dennis F. Dunne, Esq.
Andrew M. Leblanc, Esq.
Tyson M. Lomazow, Esq.
Lauren C. Doyle, Esq.
**MILBANK LLP**
55 Hudson Yards
New York, New York 10001
Telephone:   (212) 530-5000
Facsimile:    (212) 530-5219

*Proposed Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| OneWeb Global Limited, *et al.* | ) Case No. 20-22437  (   ) |
| Debtors.[1] | ) (Joint Administration Pending) |

**NOTICE OF COMMENCEMENT OF
CHAPTER 11 CASES AND AGENDA FOR FIRST DAY HEARING**

**PLEASE TAKE NOTICE** that on **March 27, 2020**, OneWeb Global Limited and its above-captioned affiliates (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Southern District of New York (the "Court").

**PLEASE TAKE FURTHER NOTICE** that a hearing (the "First Day Hearing") has been scheduled for **March 31, 2020 at 2:00 p.m. (Prevailing Eastern Time) before the Honorable Judge Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas St., White Plains, New York 10601-4140.  In light of the COVID-19 pandemic and the Court's**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if any, are:  OneWeb Global Limited (N/A); OneWeb Holdings LLC (5429); OneWeb Communications Limited (9487); WorldVu Satellites Limited (7802); WorldVu Development LLC (9067); WorldVu JV Holdings LLC (N/A); 1021823 B.C. LTD (8609); Network Access Associates Limited (8566); OneWeb Limited (8662); WorldVu South Africa (Pty) Ltd. (1867); OneWeb Chile SpA (2336); WorldVu Australia Pty Ltd. (5436); WorldVu Unipessoal Lda. (2455); OneWeb Norway AS (0209); OneWeb ApS (9191); OneWeb Network Access Holdings Limited (8580); OneWeb G.K. (1396); OneWeb Ltd (8661); WorldVu Mexico S. DE R. L. DE C.V. (1234).  The Debtors' headquarters is located at 195 Wood Lane, West Works Building, 3rd Floor, London, W12 7FQ, UK.

**General Order M-543 ("General Order M-543"), dated March 20, 2020, the First Day Hearing will only be conducted telephonically.**

**PLEASE TAKE FURTHER NOTICE** that parties wishing to participate in the First Day Hearing must make arrangements through CourtSolutions LLC. Instructions to register for CourtSolutions LLC are attached to General Order M-543.

**PLEASE TAKE FURTHER NOTICE** that an agenda for the First Day Hearing is set forth below. Copies of each pleading identified below can be viewed and/or obtained by: (i) accessing the Court's website at http://www.nysb.uscourts.gov, (ii) contacting the Office of the Clerk of the Court, (iii) from the Debtors' claims and noticing agent, Omni Agent Solutions, at **https://www.omniagentsolutions.com/onewebglobal**. Note that a PACER password is needed to access documents on the Court's website.

**PLEASE TAKE FURTHER NOTICE** *that your rights may be affected*. **You should read the First Day Pleadings carefully and discuss them with your attorney, if you have one in connection with the chapter 11 cases. (If you do not have an attorney, you may wish to consult with one).**

**PLEASE TAKE FURTHER NOTICE** that if you do not want the Court to grant the relief requested in the First Day Pleadings, or if you want the Court to consider your views on the First Day Pleadings, then you or your attorney must attend the First Day Hearing. If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the First Day Pleadings and may enter orders granting the relief requested in the First Day Pleadings.

## AGENDA FOR FIRST DAY HEARING

**A.** **Introduction**

    1.    Introduction – Dennis F. Dunne (Milbank LLP)

**B.** **Motions and Applications to Be Heard at the First Day Hearing**

    1.    Debtors' Motion for Entry of an Order Directing Joint Administration of Chapter 11 Cases **[Docket No. 2]**

    2.    Debtors' Application for Order (I) Authorizing them to Employ and Retain Omni Agent Solutions as Claims and Noticing Agent, Effective *Nunc Pro Tunc* to the Petition Date and (II) Granting Related Relief **[Docket No. 4]**

    3.    Debtors' Motion for Order: (I) Authorizing Debtors to (A) Prepare List of Creditors in Lieu of Submitting a Formatted Mailing Matrix and (B) File a Consolidated List of the 30 Largest Unsecured Creditors; (II) Approving Form and Manner of Notifying Creditors of Commencement of These Chapter 11 Cases; and (III) Granting Related Relief **[Docket No. 5]**

4. Debtors' Motion for Order Implementing Certain Notice and Case Management Procedures **[Docket No. 6]**

5. Debtors' Motion for Order Extending Time to File Schedules of Assets and Liabilities, Schedule of Executory Contracts and Unexpired Leases, and Statements of Financial Affairs, and Rule 2015.3 Financial Reports **[Docket No. 7]**

6. Debtors' Motion for Entry of an Order (I) Enforcing the Protections of 11 U.S.C. §§ 362, 365, 525, and 541(c), (II) Approving the Form and Manner of Notice, and (III) Granting Related Relief **[Docket No. 8]**

7. Debtors' Motion for (A) Interim and Final Authority to (I) Pay Prepetition Wages, Salaries, and Other Compensation and Benefits, (II) Maintain Employee Benefit Programs, and (B) Certain Related Relief [**Docket No. 9**]

8. Debtor's Motion for Entry of Interim and Final Orders (A) Authorizing Debtors to (I) Continue Using Existing Cash Management System, Bank Accounts and Business Forms, (II) Continue Intercompany Transactions, (III) Grant Superpriority Administrative Expense Status to Postpetition Intercompany Transactions (B) Extending Time to Comply with the Requirements of Section 345 of the Bankruptcy Code, (C) Scheduling Final Hearing and (D) Granting Related Relief **[Docket No. 10]**

9. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Them to Pay Certain Prepetition Claims of Critical Vendors, and (II) Granting Related Relief **[Docket No. 11]**

10. Debtors' Motion for (I) Authorization to (A) Continue to Maintain Insurance Policies, Workers' Compensation Insurance and Surety Bond Program, and (B) Honor All Related Obligations, (II) Modification of the Automatic Stay with Respect to the Workers' Compensation Claims, and (III) Certain Related Relief **[Docket No. 12]**

11. Debtors' Motion for Entry of Interim and Final Orders (I) Approving Proposed Form of Adequate Assurance of Payment to Utility Companies, (II) Establishing Procedures for Determining Adequate Assurance of Payment For Future Utility Services, and (III) Prohibiting Utility Providers From Altering, Refusing, or Discontinuing Utility Services **[Docket No. 13]**

12. Debtors' Motion For Entry of Interim and Final Orders (A) Authorizing, but not Directing, Debtors to Pay Taxes and Fees and (B) Authorizing and Directing Financial Institutions to Honor All Related Checks and Electronic Payment Requests **[Docket No. 14]**

13. Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a) and 362 for Entry of Interim and Final Orders Establishing Notification Procedures and Approving Restrictions

      on (A) Certain Transfers of Interests in OneWeb Global Limited and (B) Claiming a Worthless Stock Deduction **[Docket No. 15]**

14. Debtors' Motion for Entry of an Order Establishing A Record Date for Notice and Sell Down Procedures for Trading in Certain Claims Against the Debtors' Estates **[Docket No. 16]**

15. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Postpetition Use of Cash Collateral, (II) Granting Adequate Protection to the Prepetition Secured Parties, and (III) Granting Related Relief **[Docket No. 17]**

**C.** **Related Pleadings**

1. Declaration of Thomas Whayne in Support of Chapter 11 Petitions and First Day Pleadings **[Docket No. 3]**

Dated: March 27, 2020  
      New York, New York

Respectfully submitted,

*/s/ Dennis F. Dunne*  
Dennis F. Dunne, Esq.  
Andrew M. Leblanc, Esq.  
Tyson M. Lomazow, Esq.  
Lauren C. Doyle, Esq.  
**MILBANK LLP**  
55 Hudson Yards  
New York, NY 10001  
Telephone:  (212) 530-5000  
Facsimile:  (212) 530-5219  
Email:  ddunne@milbank.com  
      aleblanc@milbank.com  
      tlomazow@milbank.com  
      ldoyle@milbank.com

*Proposed Counsel for Debtors*  
*and Debtors in Possession*