Dennis F. Dunne, Esq.
Andrew M. Leblanc, Esq.
Tyson M. Lomazow, Esq.
Lauren C. Doyle, Esq.
**MILBANK LLP**
55 Hudson Yards
New York, New York 10001
Telephone:    (212) 530-5000
Facsimile:    (212) 530-5219

*Proposed Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| OneWeb Global Limited, *et al.* | ) Case No. 20-22437 (RDD) |
| Debtors.[1] | ) (Jointly Administered) |

**AGENDA FOR MATTERS SCHEDULED
FOR APRIL 29, 2020, AT 10:00 A.M. (PREVAILING EASTERN TIME)**

Time and Date of Hearing:    April 29, 2020 at 10:00 a.m. (prevailing Eastern Time)

Location of Hearing:    **Telephonic hearing** in front of the Honorable Judge Robert D. Drain United States Bankruptcy Court for the Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Parties wishing to participate in the hearing must make arrangements through CourtSolutions LLC. Instructions to register

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if any, are: OneWeb Global Limited (N/A); OneWeb Holdings LLC (5429); OneWeb Communications Limited (9487); WorldVu Satellites Limited (7802); WorldVu Development LLC (9067); WorldVu JV Holdings LLC (N/A); 1021823 B.C. LTD (8609); Network Access Associates Limited (8566); OneWeb Limited (8662); WorldVu South Africa (Pty) Ltd. (1867); OneWeb Chile SpA (2336); WorldVu Australia Pty Ltd. (5436); WorldVu Unipessoal Lda. (2455); OneWeb Norway AS (0209); OneWeb ApS (9191); OneWeb Network Access Holdings Limited (8580); OneWeb G.K. (1396); OneWeb Ltd (8661); WorldVu Mexico S. DE R. L. DE C.V. (1234). The Debtors' headquarters is located at 195 Wood Lane, West Works Building, 3rd Floor, London, W12 7FQ, UK.

|  |  |
|---|---|
|  | for CourtSolutions LLC are attached to the Court's General Order M-543, dated March 20, 2020. |
| Copies of Motions: | A copy of each pleading can be viewed on the Court's website at http://www.nysb.uscourts.gov and the website of the Debtors' notice and claims agent, Omni, at http://www.omniagentsolutions.com/onewebglobal |

**I.  UNCONTESTED MATTERS**

1. **DIP Financing Motion.** *Debtors' Motion for Entry of Order (I) Authorizing Debtors to Obtain Postpetition Financing, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Modifying Automatic Stay, and (IV) Granting Related Relief* [Docket No. 58];

    Responses Received: None.

    Related Documents:

    A.  *Declaration of Adam Preiss in Support of Notice of Debtors Motion for Entry of Order (I) Authorizing Debtors to Obtain Postpetition Financing, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Modifying Automatic Stay, and (IV) Granting Related Relief* [Docket No. 59]

    B.  *Notice of Filing of Revised Proposed Order (I) Authorizing Debtors to Obtain Postpetition Secured Financing, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Modifying Automatic Stay, and (IV) Granting Related Relief* [Docket No. 90]

    Status:  This matter is going forward on an uncontested basis.

2. **Cash Collateral Motion.** *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Postpetition Use of Cash Collateral, (II) Granting Adequate Protection to the Prepetition Secured Parties, and (III) Granting Related Relief* [Docket No. 17]

    Responses Received: None.

    Related Documents:

    A.  *Interim Order (I) Authorizing Postpetition Use of Cash Collateral Pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection to the Prepetition Secured Parties Pursuant to 11 U.S.C. §§ 361, 362, 363 and 507, and (III) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(B) and (C)* [Docket No. 39]

       B.       *Notice of Filing of Revised Proposed Final Order (I) Authorizing Debtors to Use of Cash Collateral Pursuant to 11 U.S.C. § 363, (II) Granting Certain Protections to the Prepetition Noteholders Pursuant to 11 U.S.C. §§ 361, 362, 363 and 507, and (III) Granting Related Relief* [Docket No. 88]

       Status:       This matter is going forward on an uncontested basis.

3. **Cash Management Motion.** *Debtor's Motion for Entry of Interim and Final Orders (A) Authorizing Debtors to (I) Continue Using Existing Cash Management System, Bank Accounts and Business Forms, (II) Continue Intercompany Transactions, (III) Grant Superpriority Administrative Expense Status to Postpetition Intercompany Transactions (B) Extending Time to Comply with the Requirements of Section 345 of the Bankruptcy Code, (C) Scheduling Final Hearing and (D) Granting Related Relief* [Docket No. 10]

    Responses Received: None.

    Related Documents:

       A.       *Interim Order (A) Authorizing Debtors to (I) Continue Using Existing Cash Management System, Bank Accounts and Business Forms, (II) Continue Intercompany Transactions, (III) Grant Superpriority Administrative Expense Status to Postpetition Intercompany Transactions (B) Extending Time to Comply with the Requirements of Section 345 of the Bankruptcy Code, (C) Scheduling Final Hearing and (D) Granting Related Relief* [Docket No. 30]

       B.       *Notice of Filing of Revised Proposed Final Order (A) Authorizing Debtors to (I) Continue Using Existing Cash Management System, Bank Accounts and Business Forms, (II) Continue Intercompany Transactions, (III) Grant Superpriority Administrative Expense Status to Postpetition Intercompany Transactions (B) Extending Time to Comply with the Requirements of Section 345 of the Bankruptcy Code, and (C) Granting Related Relief* [Docket No. 87]

       C.       *Notice of Filing of Revised Proposed Second Interim Order (A) Authorizing Debtors to (I) Continue Using Existing Cash Management System, Bank Accounts and Business Forms, (II) Continue Intercompany Transactions, (III) Grant Superpriority Administrative Expense Status to Postpetition Intercompany Transactions (B) Extending Time to Comply with the Requirements of Section 345 of the Bankruptcy Code, and (C) Granting Related Relief* [Docket No. 92]

    Status:       This matter is going forward on an uncontested basis.

4. **Bidding Procedures Motion.** *Debtors' Motion for Entry of Orders (I)(A) Approving Bidding Procedures, (B) Scheduling an Auction and Sale Hearing and Approving Form and Manner of Notice Thereof, and (C) Approving Assumption and Assignment Procedures and Form and Manner of Notice Thereof; and (II) Authorizing (A) the Sale(s), Free and Clear of All Liens, Claims, Interests, and Encumbrances, and (B) Assumption and Assignment of Executory Contracts and Unexpired Leases* [Docket No. 57]

    Responses Received: None.

    Related Documents:

        A.    *Notice of Filing of Revised Proposed Order (I)(A) Approving Bidding Procedures, (B) Scheduling an Auction and Sale Hearing and Approving Form and Manner of Notice Thereof, and (C) Approving Assumption and Assignment Procedures and Form and Manner of Notice Thereof; and (II) Authorizing (A) the Sale(s), Free and Clear of All Liens, Claims, Interests, and Encumbrances, and (B) Assumption and Assignment of Executory Contracts and Unexpired Leases* [Docket No. 89]

    Status:    This matter is going forward on an uncontested basis.

5. **Interim Compensation Procedures Motion.** *Debtors' Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 56]

    Responses Received: None.

    Related Documents:

        A.    *Certificate of No Objection Regarding Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 79]

    Status:    This matter is going forward on an uncontested basis.

6. **Ordinary Course Professionals Motion.** *Debtors' Motion for Authorization to Employ and Pay Professionals Used in Ordinary Course of Business* [Docket No. 55]

    Responses Received: None.

    Related Documents:

    A. *Certificate of No Objection Regarding Order Authorizing the Debtors to Employ and Pay Professionals Used in the Ordinary Course of Business* [Docket No. 80]

  Status: This matter is going forward on an uncontested basis.

7. **Employee Wages Motion**. *Debtors' Motion for (A) Interim and Final Authority to (I) Pay Prepetition Wages, Salaries, and Other Compensation and Benefits, (II) Maintain Employee Benefit Programs, and (B) Certain Related Relief* [Docket No. 9]

  Responses Received: None.

  Related Documents:

    A. *Interim Order Authorizing the Debtors to (A) (I) Pay Prepetition Wages, Salaries, and Other Compensation and Benefits, (II) Maintain Employee Benefit Programs, and (B) Certain Related Relief* [Docket No. 37]

    B. *Certificate of No Objection Regarding Final Order Authorizing the Debtors to (A) (I) Pay Prepetition Wages, Salaries, and Other Compensation and Benefits, (II) Maintain Employee Benefit Programs, and (B) Certain Related Relief* [Docket No. 91]

  Status: This matter is going forward on an uncontested basis.

8. **Critical Vendor Motion.** *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Them to Pay Certain Prepetition Claims of Critical Vendors, and (II) Granting Related Relief* [Docket No. 11]

  Responses Received: None.

  Related Documents:

    A. *Interim Order Authorizing the Debtors to Pay Certain Prepetition Claims of Critical Vendors and Granting Related Relief* [Docket No. 38]

    B. *Certificate of No Objection Regarding Final Order Authorizing the Debtors to Pay Certain Prepetition Claims of Critical Vendors and Granting Related Relief* [Docket No. 76]

  Status: This matter is going forward on an uncontested basis.

9. **Insurance Motion.** *Debtors' Motion for (I) Authorization to (A) Continue to Maintain Insurance Policies, Workers Compensation Insurance and Surety Bond Program, and (B)*

5

*Honor All Related Obligations, (II) Modification of the Automatic Stay with Respect to the Workers Compensation Claims, and (III) Certain Related Relief* [Docket No. 12]

<u>Responses Received</u>: None.

<u>Related Documents</u>:

A. *Interim Order (I) Authorizing Debtors to (A) Continue to Maintain Insurance Policies, Workers Compensation Insurance and Surety Bond Program, and (B) Honor All Related Obligations, (II) Modifying the Automatic Stay with Respect to the Workers Compensation Claims, and (III) Granting Related Relief* [Docket No. 35]

B. *Certificate of No Objection Regarding Final Order (I) Authorizing the Debtors to (A) Continue to Maintain Insurance Policies, Worker's Compensation Insurance and Surety Bond Program, and (B) Honor All Related Obligations, (II) Modification of the Automatic Stay with Respect to the Workers' Compensation Claims, and (III) Granting Certain Related Relief* [Docket No. 78]

<u>Status</u>:    This matter is going forward on an uncontested basis.

10. **Utility Motion.** *Debtors' Motion for Entry of Interim and Final Orders (I) Approving Proposed Form of Adequate Assurance of Payment to Utility Companies, (II) Establishing Procedures for Determining Adequate Assurance of Payment For Future Utility Services, and (III) Prohibiting Utility Providers From Altering, Refusing, or Discontinuing Utility Services* [Docket No. 13]

<u>Responses Received</u>: None.

<u>Related Documents</u>:

A. *Interim Order (I) Approving Proposed Form of Adequate Assurance of Payment to Utility Companies, (II) Establishing Procedures for Determining Adequate Assurance of Payment For Future Utility Services, and (III) Prohibiting Utility Providers From Altering, Refusing, or Discontinuing Utility Services* [Docket No. 45]

B. *Certificate of No Objection Regarding Final Order (I) Approving Proposed Form of Adequate Assurance of Payment to Utility Providers, (II) Establishing Procedures for Determining Adequate Assurance of Payment for Future Utility services, and (III) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Services* [Docket No. 82]

        Status:    This matter is going forward on an uncontested basis.

11. **Equity Trading Motion.** *Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a) and 362 for Entry of Interim and Final Orders Establishing Notification Procedures and Approving Restrictions on (A) Certain Transfers of Interests in OneWeb Global Limited and (B) Claiming a Worthless Stock Deduction* [Docket No. 15]

    Responses Received: None.

    Related Documents:

        A.    *Interim Order Establishing Notification Procedures and Approving Restrictions on (A) Certain Transfers of Interests in OneWeb Global Limited and (B) Claiming a Worthless Stock Deduction* [Docket No. 36]

        B.    *Certificate of No Objection Regarding Final Order Establishing Notification Procedures and Approving Restrictions on (A) Certain Transfers of Interest in OneWeb Global Limited and (B) Claiming a Worthless Stock Deduction* [Docket No. 77]

    Status:    This matter is going forward on an uncontested basis.

12. **Taxes Motion.** *Debtors' Motion For Entry of Interim and Final Orders (A) Authorizing, but not Directing, Debtors to Pay Taxes and Fees and (B) Authorizing and Directing Financial Institutions to Honor All Related Checks and Electronic Payment Requests* [Docket No. 14]

    Responses Received: None.

    Related Documents:

        A.    *Interim Order (A) Authorizing, but not Directing, Debtors to Pay Taxes and Fees and (B) Authorizing and Directing Financial Institutions to Honor All Related Checks and Electronic Payment Requests* [Docket No. 32]

        B.    *Certificate of No Objection Regarding Final Order (A) Authorizing, But Not Directing, Debtors to Pay Taxes and Fees and (B) Authorizing and Directing Financial Institutions to Honor All Related Checks and Electronic Payment Requests* [Docket No. 81]

    Status:    This matter is going forward on an uncontested basis.

Dated: April 28, 2020
      New York, New York

                                        */s/ Tyson M. Lomazow*
Dennis F. Dunne, Esq.
Andrew M. Leblanc, Esq.
Tyson M. Lomazow, Esq.
Lauren C. Doyle, Esq.
**MILBANK LLP**
55 Hudson Yards
New York, NY 10001
Telephone:   (212) 530-5000
Facsimile:    (212) 530-5219
Email:        ddunne@milbank.com
                aleblanc@milbank.com
                tlomazow@milbank.com
                ldoyle@milbank.com

*Proposed Counsel for Debtors
and Debtors in Possession*