Dennis F. Dunne, Esq.
Andrew M. Leblanc, Esq.
Tyson M. Lomazow, Esq.
Lauren C. Doyle, Esq.
**MILBANK LLP**
55 Hudson Yards
New York, New York 10001
Telephone:    (212) 530-5000
Facsimile:    (212) 530-5219

*Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| OneWeb Global Limited, *et al.* | ) Case No. 20-22437 (RDD) |
| | ) |
| Debtors.[1] | ) (Jointly Administered) |
| | ) |

## SCHEDULE OF ASSETS AND LIABILITIES FOR

## WORLDVU DEVELOPMENT LLC

## CASE NO. 20-22436 (RDD)

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if any, are:   OneWeb Global Limited (N/A); OneWeb Holdings LLC (5429); OneWeb Communications Limited (9487); WorldVu Satellites Limited (7802); WorldVu Development LLC (9067); WorldVu JV Holdings LLC (N/A); 1021823 B.C. LTD (8609); Network Access Associates Limited (8566); OneWeb Limited (8662); WorldVu South Africa (Pty) Ltd. (1867); OneWeb Chile SpA (2336); WorldVu Australia Pty Ltd. (5436); WorldVu Unipessoal Lda. (2455); OneWeb Norway AS (0209); OneWeb ApS (9191); OneWeb Network Access Holdings Limited (8580); OneWeb G.K. (1396); OneWeb Ltd (8661); WorldVu Mexico S. DE R. L. DE C.V. (1234). The Debtors' headquarters is located at 195 Wood Lane, West Works Building, 3rd Floor, London, W12 7FQ, UK.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| OneWeb Global Limited, *et al.*, | ) Case No. 20-22437 (RDD) |
| | ) |
| Debtors.[1] | ) (Jointly Administered) |
| | ) |

## GLOBAL NOTES AND STATEMENT OF
## LIMITATIONS, METHODOLOGY AND DISCLAIMERS
## REGARDING THE DEBTORS' SCHEDULES OF ASSETS
## AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

OneWeb Global Limited and its above-captioned affiliates, as debtors and debtors in possession (collectively, the "Debtors") filed their respective Schedules of Assets and Liabilities (collectively, the "Schedules") and Statements of Financial Affairs (collectively the "Statements" and, together with the Schedules, the "Schedules and Statements") in the United States Bankruptcy Court for the Southern District of New York (the "Court"). The Debtors and their management team, with the assistance of their legal and financial advisors, prepared the Schedules and Statements in accordance with section 521 of chapter 11 of title 11 of the United States Code (as amended, the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (as amended, the "Bankruptcy Rules"), and Rule 1007–1 of the Bankruptcy Local Rules for the Southern District of New York (the "Local Bankruptcy Rules").

These *Global Notes and Statement of Limitations, Methodology, and Disclaimer Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "Global Notes" or "Notes") pertain to, are incorporated by reference in, and comprise an integral part of, all of the Schedules and Statements. The Global Notes should be referred to and considered in connection with any review of the Schedules and Statements.[2] In the event that the Schedules and/or Statements differ from these Global Notes, the Global Notes shall control.

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if any, are: OneWeb Global Limited (N/A); OneWeb Holdings LLC (5429); OneWeb Communications Limited (9487); WorldVu Satellites Limited (7802); WorldVu Development LLC (9067); WorldVu JV Holdings LLC (N/A); 1021823 B.C. LTD (8609); Network Access Associates Limited (8566); OneWeb Limited (8662); WorldVu South Africa (Pty) Ltd. (1867); OneWeb Chile SpA (2336); WorldVu Australia Pty Ltd. (5436); WorldVu Unipessoal Lda. (2455); OneWeb Norway AS (0209); OneWeb ApS (9191); OneWeb Network Access Holdings Limited (8580); OneWeb G.K. (1396); OneWeb Ltd (8661); WorldVu Mexico S. DE R. L. DE C.V. (1234).  The Debtors' headquarters is located at 195 Wood Lane, West Works Building, 3rd Floor, London, W12 7FQ, UK.

[2]  These Global Notes supplement and are in addition to any specific notes contained in each Debtor's Schedules or Statements.  The fact that the Debtors have prepared a Global Note with respect to any of individual Debtor's Schedules and Statements and not to those of another should not be interpreted as a decision by the Debtors to

While the Debtors' management has made reasonable efforts to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances and based on information available at the time of preparation, subsequent information or discovery may result in material changes to these Schedules and Statements, and inadvertent errors, inaccuracies, or omissions may have occurred. Because the Schedules and Statements contain unaudited information, which is subject to further review, verification, and potential adjustment, there can be no assurance that these Schedules and Statements are complete. As a result, inadvertent errors or omissions may exist.  For the avoidance of doubt, the Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to any claim (as defined in section 101(5) of the Bankruptcy Code, "Claim") amount, description, designation, or Debtor against which the Claim is asserted; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated"; or object to the extent, validity, enforceability, priority, or avoidability of any Claim. Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed or against any of the Debtors.  Nothing contained in the Schedules and Statements or Global Notes shall constitute a waiver of any right of the Debtors or an admission with respect to their chapter 11 cases (including, but not limited to, issues involving claims, substantive consolidation, defenses, equitable subordination, characterization or re-characterization of contracts and leases, assumption or rejection of contracts and leases under chapter 3 of the Bankruptcy Code, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers).

The Debtors and their agents, attorneys and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein, and will not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. While, as noted above, reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist.  The Debtors and their agents, attorneys, and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re-categorized, except as required by applicable law.  In no event will the Debtors or their agents, attorneys and/or financial advisors be liable to any third party for any damages, whether direct, indirect, incidental, consequential, or special (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtors or their agents, attorneys, and financial advisors are advised of the possibility of such damages.

---

exclude the applicability of such Global Note to any of the Debtors' other Schedules and Statements, as appropriate.

Mr. Steven Fay, VP of Finance and Deputy CFO of OneWeb Global Limited, has signed each set of the Schedules and Statements. Mr. Fay is an authorized signatory for each of the Debtors. Accordingly, in reviewing and signing the Schedules and Statements, Mr. Fay has necessarily relied upon the efforts, statements, advice, and representations of personnel of the Debtors and the Debtors' professionals. Given the scale of the Debtors' business, Mr. Fay has not (and could not have) personally verified the accuracy of each such statement and representation contained in the Schedules and Statements, including but not limited to, statements and representations concerning amounts owed to creditors, the classification of such amounts, and their addresses.

Disclosure of information in one or more Schedules, one or more Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

## <u>Global Notes and Overview of Methodology</u>

1.   **<u>Description of Cases</u>.** On March 27, 2020 (the "<u>Petition Date</u>"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the Bankruptcy Court. These chapter 11 cases are being jointly administered under Case No. 20-22437 (RDD) pursuant to an order entered on April 1, 2020 [Docket No. 29]. The Debtors continue to operate their business and manage their property as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. Notwithstanding the joint administration of the Debtors' cases for procedural purposes, each Debtor has filed its own Schedules and Statements under the lead case, Case No. 20-22437. The information provided herein, except as otherwise noted, is reported as of the close of business on the Petition Date.

2.   **<u>Basis of Presentation</u>.** For financial reporting purposes, prior to the Petition Date, the Debtors prepared financial statements that were consolidated by the Debtors ultimate parent, OneWeb Global Limited. The presentation of the assets and liabilities set forth in the Schedules and Statements may result in amounts that may be different from financial information that would be prepared on a consolidated basis under Generally Accepted Accounting Principles ("<u>GAAP</u>") or International Financial Reporting Standards ("<u>IFRS</u>"). Therefore, these Schedules and Statements do not purport to represent financial statements prepared in accordance with GAAP or IFRS nor are they intended to fully reconcile to the financial statements prepared by the Debtors. Unlike the consolidated financial statements, these Schedules and Statements reflect the assets and liabilities of each separate Debtor, except where otherwise indicated. Information contained in the Schedules and Statements has been derived from the Debtors' books and records and historical financial statements.

Moreover, given, among other things, the uncertainty surrounding the collection, ownership, any valuation of certain assets and the amount and nature of certain liabilities, to the extent that a Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent as of the Petition Date or at any time prior to the Petition Date. Likewise, to the extent a Debtor shows more liabilities than assets, this is not an admission that the Debtor was insolvent at the Petition Date or any time prior to the Petition Date.

3.      **Reservations and Limitations.** The Debtors reserve all rights to amend and/or supplement the Schedules and Statements from time to time as is necessary or appropriate. Nothing contained in the Schedules and Statements constitutes a waiver of any of the Debtors' rights or an admission of any kind with respect to these chapter 11 cases, including, but not limited to, any rights or claims of the Debtors against any third party or issues involving substantive consolidation, equitable subordination, or defenses or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable bankruptcy or non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

4.      **No Admission.** Nothing contained in the Schedules and Statements is intended as, or should be construed as, an admission or stipulation of the allowance, classification, characterization, validity, priority or amount of any claim against the Debtors, any assertion made therein or herein, or a waiver of the Debtors' rights to dispute any claim or assert any cause of action or defense against any party.

### General Disclosures Applicable to Schedules and Statements

1.      **Causes of Action.** Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in their Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets. The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, or recoupment and any claim that may have arisen or that may arise under or in connection with any contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "Causes of Action") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any claims or Causes of Action or in any way prejudice or impair the assertion of such claims or Causes of Action.

2.      **Recharacterization.** The Debtors have made reasonable efforts to correctly characterize, classify, categorize, and designate the claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements. However, the Debtors may have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtors' business. Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as necessary or appropriate, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

3.      **Claim Designations**. Any failure to designate a claim in the Schedules and Statements as "contingent," "unliquidated," or "disputed" does not constitute an admission by the Debtors that such claim or amount is not "contingent," "unliquidated," or "disputed." The Debtors reserve all of their rights to dispute, or to assert offsets or defenses to, any claim reflected on their Schedules or Statements on any grounds, including, but not limited to, amount, liability, priority, status, or classification, or to otherwise subsequently designate any claim as "contingent," "unliquidated," or "disputed." Moreover, the Debtors reserve all of their rights to amend their Schedules and Statements as necessary and appropriate. Listing a claim does not constitute an admission of liability by the Debtors.

4.      **Unliquidated Claim Amounts**. Claim amounts that are not readily quantifiable by the Debtors are scheduled as "unliquidated."

5.      **Undetermined Amounts.** The description of an amount as "undetermined" is not intended to reflect upon the materiality of such amount, or that any amount is or is not due.

6.      **Court Orders.** Pursuant to certain orders of the Bankruptcy Court entered in the Debtors' chapter 11 cases entered on or about April 1, 2020, April 2, 2020, April 30, 2020 and May 1, 2020 (collectively, the "First Day Orders"), the Debtors were authorized (but not directed) to pay, among other things, certain prepetition claims of employees, critical vendors, insurance brokers and carriers, and taxing authorities, among others. Accordingly, these liabilities may have been or may be satisfied in accordance with such orders and therefore generally are not listed in the Schedules and Statements. Regardless of whether such claims are listed in the Schedules and Statements, to the extent such claims are paid pursuant to an order of the Bankruptcy Court (including the First Day Orders), the Debtors reserve all rights to amend or supplement their Schedules and Statements to reflect such payment as is necessary and appropriate to avoid overpayment or duplicate payment for such liabilities.

7.      **Other Paid Claims.** To the extent the Debtors have reached any postpetition settlement with a vendor or other creditor, the terms of such settlement will prevail, supersede amounts listed in the Schedules and Statements, and shall be enforceable by all parties, subject to any necessary Bankruptcy Court approval. To the extent the Debtors pay any of the claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all rights to amend and supplement the Schedules and Statements and take other action, such as filing claims objections, as is necessary and appropriate to avoid overpayment or duplicate payment for such liabilities.

8.      **Valuation.** It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations of all of their assets and, in certain circumstances, estate assets are being currently marketed to effectuate the Debtors' proposed sale transaction pursuant to the *Order (A) Approving Bidding Procedures, (B) Scheduling an Auction and Sale Hearing and Approving the Form and Manner of Notice Thereof, (C) Approving Assumption and Assignment Procedures and Form and Manner of Notice Thereof, and (D) Granting Related Relief,* [Docket No. 104]. For these reasons, the Debtors have indicated in the Schedules and Statements that the value of certain assets and liabilities are undetermined or unknown. In addition, unless

otherwise indicated, cost, book, or net book values as of the Petition Date are reflected on the Schedules and Statements. Exceptions to this include operating cash and certain other assets. Operating cash is presented as the applicable bank balance as of the Petition Date. Certain other assets, such as investments in subsidiaries and other intangible assets, are listed at undetermined amounts, as the net book values may differ materially from fair market values. Amounts ultimately realized may vary from net book value (or whatever value was ascribed) and such variance may be material. Accordingly, the Debtors reserve all of their rights to amend or adjust the value of each asset set forth herein. In addition, the amounts shown for total liabilities exclude items identified as "unknown" or "undetermined," and, thus, ultimate liabilities may differ materially from those stated in the Schedules and Statements. Also, assets that have been fully depreciated or that were expensed for accounting purposes either do not appear in these Schedules and Statements or are listed with a zero-dollar value, as such assets have no net book value. The omission of an asset from the Schedules and Statements does not constitute a representation regarding the ownership of such asset, and any such omission does not constitute a waiver of any rights of the Debtors with respect to such asset. Given, among other things, the current market valuation of certain assets and the valuation and nature of certain liabilities, nothing in the Schedules and Statements shall be, or shall be deemed to be, an admission that any Debtor was solvent or insolvent as of the Petition Date.

9.    **Liabilities.** The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change. The Debtors reserve the right to amend the Schedules and Statements as they deem appropriate in this regard.

10.    **Excluded Assets and Liabilities.** The Debtors have excluded certain categories of assets and liabilities from the Schedules and Statements, including without limitation, tax accruals accrued salaries, certain employee benefit accruals and accrued accounts payable. In addition and as set forth above, the Debtors may have excluded amounts for which the Debtors have paid or have been granted authority to pay pursuant to a First Day Order or other order that may be entered by the Bankruptcy Court. The Debtors also have excluded rejection damage claims of counterparties to executory contracts and unexpired leases that may be rejected (if any), to the extent such damage claims exist. In addition, certain immaterial assets and liabilities may have been excluded.

11.    **Confidential or Sensitive Information.** There are instances in the Schedules and Statements where the Debtors deemed it necessary and appropriate to withhold from the public record certain information such as names, addresses or amounts, typically out of concern for the confidentiality of such information or potential disruption to their operations or the privacy of any employee or other individual.

To comply to the maximum extent practicable with data privacy laws, certain information regarding transfers and obligations to employees or insiders of the Debtors has been revised pursuant to a coding system. The names of employees or insiders of foreign Debtors have been substituted with code numbers in the publicly filed Schedules and Statements. After

the filing of the Schedules and Statements, the Debtors will provide the Office of the United States Trustee (the "U.S. Trustee") and the official committee of unsecured creditors appointed in these chapter 11 cases (the "Committee") with complete, unredacted copies of the Schedules and Statements containing all such information. Copies of the unredacted Schedules and Statements are available to advisors to other parties in interest, subject to appropriate confidentiality and data privacy protections being in place.

To comply to the maximum extent practicable with U.S. and foreign data privacy laws, the Debtors will utilize their current U.S. headquarters address for all current employees and insiders of U.S. Debtors and U.K. headquarters address for all current employees and insiders of U.K. or Jersey Debtors. For former employees and former insiders, an address is on file with the Debtors.

12.    **Duplication.** Certain of the Debtors' assets, liabilities, and prepetition payments may properly be disclosed in response to multiple parts of the Statements and Schedules. To the extent these disclosures would be duplicative, the Debtors have determined to only list such assets, liabilities, and prepetition payments once.

13.    **Leases.** The Debtors have not included in the Schedules and Statements the future obligations of any capital or operating leases. To the extent that there was an amount outstanding as of the Petition Date, the creditor has been included on Schedule F of the Schedules.

14.    **Contingent Assets**. As noted above, the Debtors believe that they may possess certain claims and causes of action against various parties, including without limitation, prior to the Petition Date, each Debtor, as plaintiff, may have commenced various lawsuits in the ordinary course of its business against third parties seeking monetary damages. Additionally, the Debtors may possess contingent claims in the form of various avoidance actions they could commence under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws. The Debtors, despite reasonable efforts, may not have identified and/or set forth all of their causes of action against third parties as assets in their Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets. The Debtors reserve all of their rights with respect to any claims, causes of action, or avoidance actions they may have and nothing contained in these Global Notes or the Schedules and Statements shall be deemed a waiver of any such claims, avoidance actions, or causes of action or in any way prejudice or impair the assertion of such claims.

15.    **Intercompany Accounts.** The Debtors have historically kept separate books and records by entity in a consolidated accounting system. The Debtors regularly engage in business relationships and transactions with each other, including the payment or funding of certain operating expenses. These relationships, payments, and/or funding of expenses are usually, but not always, reflected as intercompany receivables or payables, *see Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing Debtors to (I) Continue Using Existing Cash Management System, Bank Accounts and Business Forms, (II) Continue intercompany Transactions, (III) Grant Superpriority Administrative Expense Status to*

7

*Postpetition Intercompany Transactions (B) Extending Time to Comply with the Requirements of Section 345 of the Bankruptcy Code, (C) Scheduling Final Hearing and (D) Granting Related Relief* [Docket No. 10] (the "Cash Management Motion").

16.     **Guarantees and Other Secondary Liability Claims.** The Debtors have used reasonable efforts to locate and identify guarantees and other secondary liability claims (collectively, "Guarantees") in each of their executory contracts, unexpired leases, secured financings, debt instruments, and other similar arrangements. Where such Guarantees have been identified, they have been included in the relevant Schedule H for the Debtor or Debtors affected by such Guarantees. However, certain Guarantees embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other similar arrangements may have been inadvertently omitted. Thus, the Debtors reserve all of their rights to amend the Schedules to the extent that additional Guarantees are identified.

17.     **Intellectual Property Rights.** Exclusion of certain intellectual property or rights therein shall not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated, or otherwise have expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property or rights therein shall not be construed to be an admission that such intellectual property or rights have not been abandoned, have not been terminated, or otherwise have not expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. The Debtors have made every effort to attribute intellectual property and rights to intellectual property to the rightful Debtor owner, however, in some instances, intellectual property or rights to intellectual property owned by one Debtor may, in fact, be owned by another. Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all intellectual property and rights therein.

18.     **Executory Contracts.** Listing a contract or lease on the Schedules and Statements shall not be deemed an admission that such contract is an executory contract, such lease is an unexpired lease, or that either necessarily is a binding, valid, and enforceable contract. The Debtors hereby expressly reserve the right to assert that any contract listed on the Schedules and Statements does not constitute an executory contract within the meaning of section 365 of the Bankruptcy Code, as well as the right to assert that any lease so listed does not constitute an unexpired lease within the meaning of section 365 of the Bankruptcy Code. Exclusion of a contract or lease on the Schedules and Statements shall not be deemed an admission that such contract is or is not an executory contract, such lease is or is not an unexpired lease, or that either necessarily is or is not a binding, valid, and enforceable contract.

Although the Debtors made diligent efforts to attribute an executory contract to its rightful Debtor, in certain instances, the Debtors may have inadvertently failed to do so. In addition, although the Debtors made diligent efforts to list the current address of named parties, the Debtors may have inadvertently listed outdated addresses. Accordingly, the Debtors reserve all of their rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G.

19.  **Liens.** The inventories, property, and equipment listed in the Statements and Schedules are presented without consideration of any asserted mechanics', materialmen, or similar liens that may attach (or have attached) to such inventories, property, and equipment.

20.  **Estimates.** To prepare and file the Schedules as close to the Petition Date as possible, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities. The Debtors reserve all rights to amend the reported amounts of assets and liability to reflect changes in those estimates or assumptions.

21.  **Fiscal Year.** Each Debtor's fiscal year ends on or about December 31st.

22.  **Currency.** Unless otherwise indicated, all amounts are reflected in U.S. dollars.

23.  **Property and Equipment.** Unless otherwise indicated, owned property and equipment are stated at net book value. The Debtors may lease furniture, fixtures, and equipment from certain third-party lessors. Any such leases are set forth in the Schedules and Statements on Schedule G. Nothing in the Schedules and Statements is or shall be construed as an admission as to the determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all of their rights with respect to same.

24.  **Claims of Third-Party Related Entities.** While the Debtors have made every effort to properly classify each claim listed in the Schedules as being either disputed or undisputed, liquidated or unliquidated, and contingent or noncontingent, the Debtors have not been able to fully reconcile all payments made to certain third parties and their related entities on account of the Debtors' obligations to same. Therefore, to the extent that the Debtors have classified their estimate of claims of a creditor as disputed, all claims of such creditor's affiliates listed in the Schedules and Statements shall similarly be considered as disputed, whether or not they are designated as such.

25.  **Umbrella or Master Agreements.** Contracts listed in the Schedules and Statements may be umbrella or master agreements that cover relationships with some or all of the Debtors. Any reference to any umbrella or master agreement shall include any statement of work or purchase order thereunder as well as other ancillary agreements, whether or not any such statement of work is separately listed. Conversely, any reference to any statement of work shall include any umbrella or master agreement connected thereto, whether or not such umbrella or master agreement is separately listed. Notwithstanding the foregoing, nothing in the Schedules or Statements shall be deemed an admission as to whether such agreements are or are not executory in nature or whether or not such agreements constitute a single agreement or umbrella or master agreement or separate agreements. Where relevant, such agreements have been listed in the Schedules and Statements only of the Debtor that signed the original umbrella or master agreement.

26.  **Credits and Adjustments.** The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances, or other adjustments due from such

creditors to the Debtors. The Debtors reserve all of their rights with regard to such credits, allowances, and other adjustments, including the right to assert claims objections and/or setoffs with respect to the same.

27.    **Setoffs.** The Debtors incur certain setoffs and other similar rights during the ordinary course of business. Offsets in the ordinary course can result from various items, including, without limitation, intercompany transactions, pricing discrepancies, returns, warranties, and other disputes between the Debtors and their suppliers. These offsets and other similar rights are consistent with the ordinary course of business in the Debtors' industry and are not tracked separately. Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules, offsets are not independently accounted for, and as such, are excluded from the Schedules. Nothing in the Schedules and Statements shall be deemed to limit or impair the Debtors' rights to setoff in any way.

28.    **Insiders.** For purposes of the Schedules and Statements, the Debtors define insiders as individuals that, based upon the totality of circumstances, have a controlling interest in, or exercise sufficient control over the respective Debtor so as to unqualifiably dictate corporate policy and the disposition of assets, or an entity that directly or indirectly owns, controls, or holds with power to vote, 20 percent or more of the outstanding voting securities of OneWeb Global Limited.

Individuals listed in the Statements as insiders have been included for informational purposes only.  The Debtors do not take any position with respect to (i) such individual's influence over the control of the Debtors; (ii) the management responsibilities or functions of such individual; (iii) the decision-making or corporate authority of such individual; or (iv) whether such individual could successfully argue that he or she is not an insider under applicable law, including, without limitation, the federal securities laws, or with respect to any theories of liability or for any other purpose.  As such, the Debtors reserve all rights to dispute whether someone identified is in fact an "insider" as defined in section 101(31) of the Bankruptcy Code.  For more information regarding each Debtor's officers and directors, please see SOFA 28 and SOFA 29.

29.    **Payments.** The financial affairs and business of the Debtors are complex. Prior to the Petition Date, the Debtors maintained a cash management and disbursement system in the ordinary course of their businesses (the "Cash Management System"), as described in the Cash Management Motion. Although efforts have been made to attribute open payable amounts to the correct legal entity, the Debtors reserve the right to modify or amend their Schedules and Statements to attribute such payment to a different legal entity, if appropriate.

30.    **Totals.** All totals that are included in the Schedules and Statements represent totals of all the known amounts included in the Schedules and Statements. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total. The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount. To the extent a Debtor is a guarantor of debt held by

another Debtor, the amounts reflected in these Schedules are inclusive of each Debtor's guarantor obligations.

31.  **COVID-19.** The Debtors have filed these Schedules and Statements amidst the unprecedented circumstances arising from the global COVID-19 pandemic.  Although the Debtors have not (and could not have) assessed the impact of these challenges, such circumstances may have impacted the preparation of these Schedules and Statements and Global Notes, and the disclosures contained herein.

## Specific Schedules Disclosures.

1.  **Specific Notes Regarding Schedule A/B.**

    (a)  **Schedule A/B, Parts 1 and 2 – Cash and Cash Equivalents; Deposits and Prepayments.**  Details with respect to the Debtors' Cash Management System and bank accounts are provided in the Cash Management Motion and any orders of the Bankruptcy Court granting the Cash Management Motion [Docket Nos. 10, 30, 119].  The accounts listed in response to Schedule A/B Parts 1 and 2 may include accounts controlled by third party employment processors.

    (b)  **Schedule A/B-3 – Checking, savings, or other financial accounts, CDs, etc.**  Schedule A/B-3 lists actual cash balances as of the Petition Date.

    (c)  **Schedule A/B-7 – Deposits.** The Debtors are required to make deposits from time to time with various vendors, landlords, and service providers in the ordinary course of business. The Debtors have exercised reasonable efforts to report the current value of any deposits. The Debtors may have inadvertently omitted deposits and conversely may have reported deposits that are no longer outstanding. The Debtors reserve their rights, but are not required, to amend the Schedules and Statements if deposits are incorrectly identified.

    By *Final Order (I) Approving Proposed Form of Adequate Assurance of Payment to Utility Providers, (II) Establishing Procedures for Determining Adequate Assurance of Payment for Future Utility Services, and (III) Prohibiting Utility Providers from Altering, Refusing, or Discounting Utility Service* [Docket No. 111], the Bankruptcy Court authorized the Debtors to provide adequate assurance of payment for future utility services, including deposits held by the Debtors in connection therewith.  Such deposits are not identified in response to Question 7, which was prepared as of the Petition Date.

    (d)  **Schedule A/B-8 – Prepayments.** The Debtors are required to make prepayments from time to time with various vendors, landlords, and service providers as part of the ordinary course of business. The Debtors have exercised reasonable efforts to identify any prepayments. The Debtors may have inadvertently omitted certain prepayments and conversely may have reported prepayments for which services have already been provided. The Debtors reserve their rights, but are not required,

to amend the Schedules and Statements if prepayments are incorrectly identified. No rights with respect to any prepayment shall be waived by virtue of any omission.

(e)     **Schedule A/B-11 – Accounts Receivable.**  The accounts receivable values reported are inclusive of intercompany accounts receivable as well as expected income tax refunds, loan receivables, VAT/GST receivables, and other receivables.

(f)     **Schedule A/B-15 – Investments; Non-Publicly Traded Stock and Interests in Incorporated and Unincorporated Businesses, including any Interest in an LLC, Partnership, or Joint Venture.**  The Debtors response to Schedule A/B-15 may include membership or equity interests in both direct and indirect subsidiaries or affiliates. Ownership interests in subsidiaries and affiliates have been listed in Schedule A/B-15 as undetermined.  The Debtors make no representation as to the value of their ownership of each subsidiary as the fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from their net book value.

(g)     **Schedule A/B, Part 7 – Office Furniture, Fixtures, and Equipment; and Collectibles.**  Dollar amounts are presented net of accumulated depreciation and other adjustments.

(h)     **Schedule A/B, Part 10 – Intangibles and Intellectual Property.** Specific patents, copyrights, trademarks, trade secrets, and other intangibles or intellectual property or rights to intellectual property may not have been disclosed.  The Debtors may also have customer lists and vendor lists but have not ascribed a value to any such lists on their books and records.

The Debtors review intangible assets having indefinite lives for impairment annually or when events or changes in circumstances indicate the carrying value of these assets might exceed their current fair values.  The results from an impairment test to evaluate the effect of the Chapter 11 filing on the Debtors' intangible asset values were unavailable at the time that the Statements and Schedules were prepared and therefore the Debtors' intangible asset values are listed as undetermined. These assets are also part of an ongoing marketing effort and thus are currently being valued in connection with possible sale transactions.  For that reason, values are listed as unknown or undetermined.

Solely in connection with their answer to Part 10, Question 67, the Debtors interpret customers broadly to include both end-users and business to business contact information contained in the customer agreements.  As a development-stage business, the Debtors have no end-users at this time and few customer agreements primarily with businesses and corporations.  As of the Petition Date, the Debtors have two primary policies in place regarding personal identifiable information ("PII") in addition to its continued compliance with all applicable laws governing personal data and information.  The Debtors maintain a privacy policy for end-users accessing the Debtors' website. https://www.oneweb.net/privacy-policy.  The Debtors also have in place a global data protection policy governing

12

OneWeb Global Limited and all of its subsidiaries. These policies ensure the Debtors' commitment to all applicable data privacy laws governing the collection, storage processing and transfer of PII. The Debtors have not adopted a policy regarding the sale of PII nor communicated one to their customers, as the Debtors' business model does not include the sale of PII. Further, certain of the Debtors' business customer agreements contain (i) broad confidentiality covenants in favor of its customers that would prohibit the Debtors' from disclosing information about its customers to the extent the Debtors' have access to relevant customer information; and (ii) language requiring its customers and their end-users to comply with all applicable laws, including those related to data protection. The Debtors will make their global data protection policy available to parties in interest upon request.

(i)     **Schedule A/B, Part 11 – All Other Assets.** Dollar amounts reflect historical costs and fair market values may be substantially different.

*Other Contingent and Unliquidated Claims or Causes of Action of Every Nature, including Net Operating Losses, Assets under Construction, and Deferred Tax Assets of the Debtor.* In the ordinary course of business, the Debtors may have accrued, or may subsequently accrue, certain rights to counter-claims, cross-claims, setoffs, refunds with their customers and suppliers, or potential warranty claims against their suppliers. Additionally, certain of the Debtors may be party to pending litigation in which the Debtors have asserted, or may assert, claims as a plaintiff or counter-claims and/or cross-claims as a defendant. Because certain of these claims are unknown to the Debtors and not quantifiable as of the Petition Date, they may not be listed on Schedule A/B, Part 11.

2.      **Specific Notes Regarding Schedule D**

Except as otherwise agreed pursuant to a stipulation or agreed order or general order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D of any Debtor. Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument (including, without limitation, any intercompany agreement) related to such creditor's claim. Moreover, the Debtors have not included on Schedule D parties that may believe their Claims are secured through setoff rights or inchoate statutory lien rights. Although there are multiple parties that hold a portion of the debt included in the Debtors' prepetition secured note facility, only the collateral agent has been listed for purposes of Schedule D. The amounts reflected

outstanding under the Debtors' prepetition note facility reflect approximate amounts as of the Petition Date.

In certain instances, a Debtor may be a co-obligor, co-mortgagor, or guarantor with respect to scheduled claims of other Debtors, and no claim set forth on Schedule D of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities. The descriptions provided in Schedule D are intended only as a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

Detailed descriptions of the Debtors' prepetition debt structure and descriptions of collateral relating to the debt contained on Schedule D are contained in the *Declaration of Thomas Whayne in Support of Chapter 11 Petitions and First Day Motions* [Docket No. 3] (the "First Day Declaration").

**3.    Specific Notes Regarding Schedule E/F**

The listing by the Debtors of any account between a Debtor and another Debtor is a statement of what appears in a particular Debtor's books and records and does not reflect any admission or conclusion of the Debtors regarding the allowance, classification, characterization, validity, or priority of such account. The Debtors take no position in these Schedules and Statements as to whether such accounts would be allowed as a Claim, an Interest, or not allowed at all. The Debtors and all parties in interest reserve all rights with respect to such accounts. The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtors. The Debtors reserve all of their rights with regard to such credits, allowances, and other adjustments, including the right to assert claims objections and/or setoffs with respect to the same.

**(a)    Creditors Holding Priority Unsecured Claims.** The listing of any claim on Schedule E/F does not constitute an admission by the Debtors that such claim or any portion thereof is entitled to priority treatment under section 507 of the Bankruptcy Code. The Debtors reserve all of their rights to dispute the amount and/or the priority status of any claim on any basis at any time.

While the Debtors' believe they have, or will resolve all of the known, prepetition amounts owed to the various tax and licensing agencies under the authority granted under the *Final Order (A) Authorizing, But Not Directing, Debtors to Pay Taxes and Fees and (B) Authorizing and Directing Financial Institutions to Honor All Related Checks and Electronic Payment Requests* [Docket No. 113] (the "Taxes Order"). Given the Debtors' belief that they have, or will resolve, all known, prepetition amounts owed to the various tax and licensing agencies under the Taxes

14

Order, the Debtors' have not listed applicable historical tax and regulatory agencies on schedule E/F.

Pursuant to the *Final Order Authorizing, the Debtors to (A)(I) Pay Prepetition Wages, Salaries, and Other Compensation and Benefits, and (II) Maintain Employee Benefit Programs, and (B) Certain Related Relief* [Docket No. 108] (the "Final Employee Wage Order"), the Bankruptcy Court granted the Debtors authority to pay or honor certain prepetition obligations for employee wages, salaries, and other compensation, reimbursable employee expenses, and employee medical and similar benefits. The Debtors have not listed on Schedule E/F any wage or wage-related obligations for which the Debtors have been granted authority to pay pursuant to the Final Employee Wage Order or other order that may be entered by the Bankruptcy Court. The Debtors believe that all such claims have been, or will be, satisfied in the ordinary course during their chapter 11 cases pursuant to the authority granted in the Final Employee Wage Order or other order that may be entered by the Bankruptcy Court.

(b)    **Creditors Holding Nonpriority Unsecured Claims**. The Debtors have used their reasonable best efforts to list all general unsecured claims against the Debtors on Schedule E/F based upon the Debtors' existing books and records.

Schedule E/F does not include certain deferred credits, deferred charges, deferred liabilities, accruals, or general reserves. Such amounts are general estimates of liabilities and do not represent specific claims as of the Petition Date; however, such amounts are reflected on the Debtors' books and records as required in accordance with GAAP and/or IFRS.

Schedule E/F does not include certain reserves for potential unliquidated contingencies that historically were carried on the Debtors' books as of the Petition Date; such reserves were for potential liabilities only and do not represent actual liabilities as of the Petition Date.

The claims listed on Schedule E/F arose or were incurred on various dates. In certain instances, the date on which a claim arose is an open issue of fact. Determining the date upon which each claim in Schedule E/F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list a date for each claim listed on Schedule E/F.

Schedule E/F contains information regarding potential and pending litigation involving the Debtors. In certain instances, the Debtor that is the subject of the litigation is unclear or undetermined. To the extent that litigation involving a particular Debtor has been identified, however, such information is contained in the Schedule for that Debtor.

Certain claims listed on Schedule E/F may reflect prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption, or assumption

and assignment, of an executory contract or unexpired lease. In addition, claims listed on Schedule E/F do not include rejection damage claims of the counterparties to the executory contracts and unexpired leases that have been or may be rejected, to the extent such damage claims exist.

Except in certain limited circumstances, the Debtors have not scheduled contingent and unliquidated liabilities related to guaranty obligations on Schedule E/F. Such guaranties are, instead, listed on Schedule H.

The claims of individual creditors for, among other things, goods, services, or taxes listed on the Debtors' books and records may not reflect credits or allowances due from such creditors. The Debtors reserve all of their rights in respect of such credits or allowances. The dollar amounts listed may be exclusive of contingent or unliquidated amounts.

4.    **Specific Notes Regarding Schedule G**

(a)    **Executory Contracts and Unexpired Leases**. While the Debtors' existing books, records, and financial systems have been relied upon to identify and schedule executory contracts at each of the Debtors, and although reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors, omissions, or over inclusions may have occurred. The Debtors do not make, and specifically disclaim, any representation or warranty as to the completeness or accuracy of the information set forth on Schedule G. The Debtors hereby reserve all of their rights to dispute the validity, legality, status, binding effect or enforceability of any contract, agreement, or lease set forth in Schedule G and to amend or supplement Schedule G as necessary. In most instances, except as otherwise noted, specified contract or lease end dates were not included. The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, each executory contract, unexpired lease, service order, or statement of work listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract, unexpired lease, service order, or statement of work without respect to whether such agreement, instrument or other document is listed thereon.

As a general matter, certain of the Debtors' executory contracts and unexpired leases could be categorized as a contract or a lease. In those instances, such a contract or lease has been designated as either a contract or a lease and is not meant to be wholly inclusive or descriptive of the entirety of the rights or obligations represented by such agreement and is not an admission by the Debtors as to whether the agreement is or is not a lease or contract. The Debtors reserve all rights to

recharacterize, reclassify, recategorize, or redesignate such agreements, including whether such agreements are leases or executory contracts or executory or unexpired as of the Petition Date.

In some cases, the same supplier or provider appears multiple times on Schedule G. This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider.

In the ordinary course of business, the Debtors may have issued numerous purchase orders for supplies, product, and related items which, to the extent that such purchase orders constitute executory contracts, may not be listed individually on Schedule G. The Debtors believe that disclosure of all of their statements of work and purchase and work orders would be impracticable and unduly burdensome. Accordingly, statements of work and purchase and work orders may have been omitted from Schedule G. To the extent that goods were delivered under purchase orders prior to the Petition Date, vendors' claims with respect to such delivered goods are included on Schedule E/F. Any inclusion or omission of statements of work, purchase and work orders, schedules, service orders, or addendums from Schedule G is not an admission by the Debtors that such statements of work, purchase and work orders, schedules, exhibits, service orders, or addendums are or are not executory contracts, whether the foregoing are a part of a larger master agreement or otherwise. The Debtors' rights under Bankruptcy Code of assumption or rejection with respect to any such omitted or included contracts or agreements are not impaired by the omission or inclusion.

Certain of the executory contracts and unexpired leases listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal, right to lease additional space, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G. In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their business, such as easements, rights of way, subordination, nondisturbance, and atonement agreements, supplemental agreements, deeds, amendments/letter agreements, title agreements, and confidentiality agreements/Non Disclosure Agreements (NDAs). Such documents may not be set forth in Schedule G.

The Debtors hereby reserve all of their rights, claims, and causes of action with respect to the contracts and agreements listed on Schedule G, including the right to dispute or challenge the characterization or the structure of any transaction, document, or instrument related to a creditor's claim, to dispute the validity, legality, status, binding effect or enforceability of any contract, agreement, or lease set forth in Schedule G, and to amend or supplement Schedule G as necessary. Inclusion of any agreement on Schedule G does not constitute an admission that such agreement is an executory contract or unexpired lease and the Debtors reserve all rights in that regard, including, without limitation, that any agreement is not executory, has expired pursuant to its terms, or was terminated prepetition.

In the ordinary course of business, the Debtors have entered into numerous contracts or agreements, both written and oral, regarding the provision of certain services on a month to month basis. Certain of the executory contracts may not have been memorialized and could be subject to dispute; executory agreements that are oral in nature have not been included in Schedule G. The fact the Debtors may not have listed an oral contract on Schedule G is not an admission that no such contract exists. To the extent such contracts or agreements constitute executory contracts, these contracts and agreements may not be listed individually on Schedule G. In addition, certain of the agreements listed on Schedule G may be in the nature of conditional sales agreements or secured financings. The presence of a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease.

In the ordinary course of business, the Debtors may have entered into confidentiality agreements which, to the extent that such confidentiality agreements constitute executory contracts, may not be listed individually on Schedule G.

The Debtors generally have not included on Schedule G any insurance policies, the premiums for which may have been prepaid. The Debtors do not believe that prepaid insurance policies are executory contracts pursuant to section 365 of the Bankruptcy Code because no further payment or other material performance is required by the Debtors. Nonetheless, the Debtors recognize that in order to enjoy the benefits of continued coverage for certain claims under these policies, the Debtors may have to comply with certain non-monetary obligations, such as the provision of notice of claims and cooperation with insurers. In the event that the Debtors or the Bankruptcy Court were to ever determine that any such prepaid insurance policies are executory contracts, the Debtors reserve all of their rights to amend Schedule G to include such policies, as appropriate.

The Debtors have not included certain contracts and leases on Schedule G that the Debtors believe terminated prepetition. Failure to include any such contract or lease is not an admission that such contract or lease terminated. Moreover, inclusion of a contract or lease on Schedule G is not an admission that any such agreement has not terminated. Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission.

Certain of the agreements listed on Schedule G may have been entered into by or on behalf of more than one of the Debtors. Additionally, the specific Debtor obligor(s) to certain of the agreements could not be specifically ascertained in every circumstance. In such cases, the Debtors have made reasonable efforts to identify the correct Debtors' Schedule G on which to list the agreement and, where a contract party remained uncertain, such agreements may have been listed on a different Debtor's Schedule G.

Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable. Expired contracts and leases may have also been inadvertently included. The Debtors hereby reserve all of their rights to dispute the validity, legality, status, binding effect, or enforceability of any contracts, agreements, or leases set forth in Schedule G and to amend or supplement such Schedule as necessary.

**5.**      **Specific Notes Regarding Schedule H**

(a)      **Co-Debtors**.  In the ordinary course of their business, the Debtors pay certain expenses on behalf of their subsidiaries. The Debtors may not have identified certain guarantees that are embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other agreements. Further, certain of the guarantees reflected on Schedule H may have expired or may no longer be enforceable. Thus, the Debtors reserve their rights to amend Schedule H to the extent that additional guarantees are identified or such guarantees are discovered to have expired or become unenforceable.

In the ordinary course of their business, the Debtors may be involved in pending or threatened litigation and claims arising out of certain ordinary course of business transactions. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-claims and counter-claims against other parties. Because such claims are contingent, disputed, and/or unliquidated, such claims have not been set forth individually on Schedule H. However, some such claims may be listed elsewhere in the Schedules and Statements.

### Specific Statements Disclosures.

**1.**      **Question 1 – Gross Revenue.**  The debtors have excluded intercompany sales from gross revenue in response to Question 1.

**2.**      **Questions 3, 4, and 30 – Payments to Certain Creditors.**  The Debtors have responded to Question 3 in detailed format by creditor.  The response to Question 3, however, does not include transfers to bankruptcy professionals (which transfers appear in response to Part 6, Question 11).

With respect to payments to employees listed in response to Question 3, the payments are aggregated by employee and include, as applicable, expense reimbursements, 2019 annual incentive award, 2020 retention payment, employee referral or other spot awards, WARN payments, and severance payments (including U.K. statutory severance payments).  The Debtors have excluded from the payments to employees listed in response to Question 3 certain regular compensation payments, including, but not limited to, salary and wages, sales incentive plan payments, and certain allowances and customary pay adjustments for overtime, holiday, and shift differential pay in accordance with the Debtors' past practices.

The Debtors have responded to Questions 4 and 30 in detailed format by insider in the attachment for Question 4. To the extent: (i) a person qualified as an "insider" in the year prior to the Petition Date, but later resigned their insider status or (ii) did not begin the year as an insider, but later became an insider, the Debtors have only listed in Question 4 those payments made while such person was defined as an insider.

3.   **Question 11 – Payments Made Related to Bankruptcy.** The response to Question 11 identifies the Debtor that made a payment in respect of professionals the Debtors have retained or will seek to retain under section 327 and section 363 of the Bankruptcy Code. However, each of the Debtors' professionals is retained by and on behalf of all the Debtors and it is generally not possible for the Debtors to identify with particularity the Debtor or Debtors for whose specific benefit any bankruptcy-related payment may have been made within one year prior to the Petition Date. Additional information regarding the Debtors' retention of professional service firms is more fully described in the individual retention applications, motions, and related orders. Although the Debtors have made reasonable efforts to distinguish between payments made for professional services related and unrelated to their restructuring efforts, some amounts listed in response to Question 11 may include payments for professional services unrelated to bankruptcy.

4.   **Question 16 – Personally Identifiable Information.** Solely in connection with their answer to Part 9, Question 16, the Debtors  interpret customers broadly to include both end-users and business to business contact information contained in the customer agreements. As a development-stage business, the Debtors have no end-users at this time and few customer agreements primarily with businesses and corporations. As of the Petition Date, the Debtors have two primary policies in place regarding personal identifiable information ("PII") in addition to its continued compliance with all applicable laws governing personal data and information. The Debtors maintain a privacy policy for end-users accessing the Debtors' website. https://www.oneweb.net/privacy-policy. The Debtors also have in place a global data protection policy governing OneWeb Global Limited and all of its subsidiaries. These policies ensure the Debtors' commitment to all applicable data privacy laws governing the collection, storage processing and transfer of PII. The Debtors have not adopted a policy regarding the sale of PII nor communicated one to their customers, as the Debtors' business model does not include the sale of PII.  Further, certain of the Debtors' business customer agreements contain (i) broad confidentiality covenants in favor of its customers that would prohibit the Debtors' from disclosing information about its customers to the extent the Debtors' have access to relevant customer information; and (ii) language requiring its customers and their end-users to comply with all applicable laws, including those related to data protection. The Debtors will make their global data protection policy available to parties in interest upon request.

5.   **Question 17 – Employee Benefits.** The Debtors provides access to a 401(k) plan for their United States employees and a defined contribution pension plan for their U.K. based employees. However, the Debtors are not the plan administrators of either plan.

6.   **Question 20 – Off-Premises Storage.** In response to this question, the Debtors have not disclosed any owned in-transit inventory or inventory located on vendor premises. Collection of this specific information would be time-consuming and an inefficient use of

estates resources.  Further, such inventory is accounted for on the Debtors' Schedules.  In addition, the Debtors believe that these excluded items are not responsive to the intent of the question.

7.      **Question 26 – Books, Records, and Financial Statements.**  The Debtors have historically completed audits at the consolidated WorldVu Satellites Limited level (former ultimate parent of the Debtors) and from 2018 at the OneWeb Global Limited level which includes those Debtors established at the time. All Debtors and non-Debtors are included as part of the consolidated audit of OneWeb Global Limited for 2019, which is to be performed by the same audit firm disclosed in Question 26.

The Debtors provided financial statements in the ordinary course of business to certain parties for business, statutory, credit, financing and other reasons within two years prior to the Petition Date.  Recipients have included regulatory agencies, financial institutions, investment banks, debtholders, and their legal and financial advisors.  Financial statements have also been provided to other parties as requested.  OneWeb Global Limited's consolidated audited financial statements, as well as financial statements for all the Debtors' U.K. entities, are publicly available via the United Kingdom's Companies House.

8.      **Question 28 – Current Officers, Directors, and Shareholders**.  The Debtors incorporate by reference the *Voluntary Petition for Non-Individuals Filing for Bankruptcy* filed by OneWeb Global Limited in Case No. 20-22437 (RDD) [Docket No. 1], including the list of equity holders filed pursuant to Bankruptcy Rule 1007(a)(3) appended thereto.

9.      **Question 30 – Payments, Distributions, or Withdrawals Credited or Given to Insiders.**  Distributions by the Debtors to their directors and officers are listed on the attachment to Question 4.  The amounts listed under Question 4 reflect the gross amounts paid to such directors and officers rather than the net amounts after deducting for tax withholdings.

\*        \*        \*        \*        \*

| | |
|---|---|
| Debtor Name | **WorldVu Development LLC** |
| **United States Bankruptcy Court for the Southern District of New York** | |
| Case number (if known): | **20-22436** |

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:** **Summary of Assets**

**1. Schedule A/B: Assets - Real and Personal Property**   (Official Form 206A/B)

1a. **Real property:**
Copy line 88 from *Schedule A/B*...........................................................................................

$62,121,818.05

1b. **Total personal property:**
Copy line 91A from *Schedule A/B*.........................................................................................

$401,931,509.85

1c. **Total of all property:**
Copyline 92 from *Schedule A/B*.............................................................................................

$464,053,327.90

---

**Part 2:** **Summary of Liabilities**

2. **Schedule D: Creditors Who Have Claims Secured by Property**   (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of Schedule D...........................

$1,733,809,254.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims**   (Official Form 206E/F)

3a. **Total of amounts of priority unsecured claims:**
Copy the total claims from Part 1 from the line 5a of *Schedule E/F*.............................................................

$0.00

3b. **Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total amount of claims from Part 2 from line 5b of  *Schedule E/F*.................................................

+ $401,769,774.69

4. **Total liabilities** ....................................................................................................................
Lines 2 + 3a + 3b

$2,135,579,028.69

| Debtor Name | **WorldVu Development LLC** |
|---|---|
| **United States Bankruptcy Court for the Southern District of New York** | |
| Case number (if known): | **20-22436** |

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be complete and accurate as possible. If more space is needed, attach a separate spreadsheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☑ No. Go to Part 2.
   ☐ Yes. Fill in the information below.

| **All cash of cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
|---|---|

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts**

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1 | JP Morgan Chase Bank | Checking | 2425 | $153,635.95 |
| 3.2 | JP Morgan Chase Bank | Checking | 2433 | $99,608.72 |
| 3.3 | JP Morgan Chase Bank | Checking | 2482 | $856,415.42 |
| 3.4 | JP Morgan Chase Bank | Checking | 2441 | $0.00 |
| 3.5 | JP Morgan Chase Bank | Checking | 9632 | $0.00 |
| 3.6 | JP Morgan Chase Bank | Checking | 2180 | $0.00 |
| 3.7 | JP Morgan Chase Bank | Checking | 1059 | $0.00 |
| 3.8 | HSBC Bank USA | Checking | 6680 | $17.27 |
| 3.9 | JP Morgan Chase Bank | USD Credit Card | 2490 | $892,517.75 |

Debtor  WorldVu Development LLC                                    Case Number (if known) 20-22436

4.    **Other cash equivalents**

5.    **Total of Part 1**                                                                    **$2,002,195.11**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and prepayments |
|---|---|

6.    **Does the debtor have any deposits or prepayments?**

      ☐ No. Go to Part 3.
      ☑ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|
| 7.    **Deposits, including security deposits and utility deposits**<br>Description, including name of holder of deposit | |
| 7.1    See Exhibit AB-7 | $4,501,390.71 |
| 8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**<br>Description, including name of holder of prepayment | |
| 8.1    See Exhibit AB-8 | $4,920,764.26 |
| 9.    **Total of Part 2**<br>Add lines 7 through 8.  Copy the total to line 81. | **$9,422,154.97** |

| Part 3: | Accounts Receivable |
|---|---|

10.   **Does the debtor have any accounts receivable?**

      ☐ No. Go to Part 4.
      ☑ Yes. Fill in the information below.

                                                                              **Current value of debtor's interest**

11.   **Accounts receivable**

Debtor  WorldVu Development LLC                                      Case Number (if known) 20-22436

| | face amount | | doubtful or uncollectible accounts | |
|---|---|---|---|---|
| 11a. 90 days old or less: | $0.00 | - | $0.00 = | $0.00 |
| 11b. Over 90 days old: | $117,431,089.90 | - | $0.00 = | $117,431,089.90 |

12.  **Total of Part 3**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.                **$117,431,089.90**

**Part 4:**      **Investments**

13.  **Does the debtor own any investments?**

☐ No. Go to Part 5.
☑ Yes. Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds of publicly traded stocks not included in Part 1** Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** Name of entity: % of ownership: | | |
| 15.1 | WorldVu JV Holdings LLC                    100% | | Undetermined |
| 15.2 | OneWeb Holdings LLC                        100% | | Undetermined |
| 15.3 | Airbus OneWeb Satellites LLC (Joint Venture)     50% | | Undetermined |
| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** Describe: | | |

17.  **Total of Part 4**
Add lines 14 through 16. Copy the total to line 83.                              Undetermined

**Part 5:**      **Inventory, excluding agricultural assets**

18.  **Does the debtor own any inventory (excluding agricultual assets)?**

Debtor  WorldVu Development LLC                                    Case Number (if known) 20-22436

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** **Raw Materials** | | | | |
| **20.** **Work in progress** | | | | |
| **21.** **Finished goods, including goods held for resale** | | | | |
| **22.** **Other inventory or supplies** | | | | |

**23.** **Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

**24.** **Is any of the property listed in Part 5 perishable?**

☐ No.

☐ Yes.

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No.

☐ Yes.    Book Value $ _____    Valuation Method _____    Current Value $ _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No.

☐ Yes.

Debtor  WorldVu Development LLC                                              Case Number (if known) 20-22436

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27.   **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valution method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28.  **Crops - either planted of harvested** | | | |
| 29.  **Farm animals**<br>Examples: Livestock, poultry, farm-raised fish | | | |
| 30.  **Farm machinery and equipment**<br>(Other than titled motor vehicles) | | | |
| 31.  **Farm and fishing supplies, chemicals, and feed** | | | |
| 32.  **Other farming and fishing-related property not already listed in Part 6** | | | |
| 33.  **Total of Part 6**<br>Add lines 28 through 32. Copy the total to line 85. | | | |

34.   **Is the debtor a member of an agricultural cooperative?**

☐ No.

☐ Yes.

Debtor  WorldVu Development LLC                                      Case Number (if known) 20-22436

**Is any of the debtor's property stored at the cooperative?**

☐ No.

☐ Yes.

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No.

☐ Yes.    Book Value $ _____    Valuation Method _____    Current Value $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No.

☐ Yes.

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No.

☐ Yes.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| | General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| 39.1 | Tysons office misc furniture | $5,208.33 | Net Book Value | $5,208.33 |
| 39.2 | 2 x Dell Mobile Workstations for Graham Dodson and Armen Miskarov | $2,001.33 | Net Book Value | $2,001.33 |
| 39.3 | Furniture - 7th floor | $62,198.24 | Net Book Value | $62,198.24 |

Debtor  WorldVu Development LLC                                    Case Number (if known) 20-22436

| 39.4 | Furniture - 5th floor | $130,104.10 | Net Book Value | $130,104.10 |
|------|-----------------------|-------------|----------------|-------------|
| 39.5 | Furniture - 4th floor | $117,743.41 | Net Book Value | $117,743.41 |
| 39.6 | Furniture - 4th & 5th floor | $87,417.55 | Net Book Value | $87,417.55 |
| 39.7 | Desk, File Drawer Office Chairs | $18,712.60 | Net Book Value | $18,712.60 |
| 39.8 | Huddle Room Tables and Chairs | $5,980.44 | Net Book Value | $5,980.44 |
| 39.9 | 2- Inspirit Swivel Lounge Chair | $4,567.40 | Net Book Value | $4,567.40 |

40.  **Office fixtures**

41.  **Office equipment, including all computer equipment and communication systems equipment and software**

41.1    See Exhibit AB-41                                                          $1,839,139.45

42.  **Collectibles**
Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.                              **$2,273,072.85**

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No.
☑ Yes.

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No.
☐ Yes.

| Part 8: | Machinery, equipment, and vehicles |
|---------|-----------------------------------|

Debtor  WorldVu Development LLC                                      Case Number (if known) 20-22436

**46.  Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.  Automobiles, vans, trucks, motorcycles, trailers, or titled farm vehicles** | | | |
| 47.1  Vehicle | $175,845.75 | Net Book Value | $175,845.75 |

**48.  Watercraft, trailers, motors, and related accessories**
Examples: Boats, trailers, motors, floating homes, personal watercraft, fishing vessels

**49.  Aircraft and accessories**

**50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

**51.  Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.                                    **$175,845.75**

**52.  Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No.
☑ Yes.

**53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No.
☐ Yes.

| Part 9: | Real property |
|---|---|

Debtor  WorldVu Development LLC                                    Case Number (if known) 20-22436

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  See Exhibit AB-55 | | | | $62,121,818.05 |

56. **Total of Part 9.**                                                                         **$62,121,818.05**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No.

☑ Yes.

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No.

☐ Yes.

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

Debtor  WorldVu Development LLC                                    Case Number (if known) 20-22436

60.  **Patents, copyrights, trademarks, or trade secrets**

| | | | |
|---|---|---|---|
| 60.1 | Copyrights in various technical, commercial, and operational works, including without limitation, software, specifications, requirements, interfaces, and designs | Undetermined | Undetermined |
| 60.2 | Technical, commercial, and operational trade secrets relating to OneWeb's satellite telecommunications business | Undetermined | Undetermined |

61.  **Internet domain names and websites**

| | | | |
|---|---|---|---|
| 61.1 | www.oneweb.net | Undetermined | Undetermined |
| 61.2 | www.oneweb.world | Undetermined | Undetermined |
| 61.3 | oneweb.systems | Undetermined | Undetermined |
| 61.4 | oneweb.build | Undetermined | Undetermined |
| 61.5 | oneweb.qa | Undetermined | Undetermined |
| 61.6 | responsible.space | Undetermined | Undetermined |

62.  **Licenses, franchises, and royalties**

| | | | |
|---|---|---|---|
| 62.1 | Corporate Software | Undetermined | Undetermined |
| 62.2 | Licenses from project vendors authorizing use of various intellectual property rights for purposes of OneWeb's satellite telecommunications business. | Undetermined | Undetermined |
| 62.3 | Governmental authorizations, approvals or permissions relating to operation of non-geosynchronous satellites and gateway earth stations for telecommunications | Undetermined | Undetermined |

63.  **Customer lists, mailing lists, or other compilations**

Debtor may possess certain customer and vendor lists

64.  **Other intangibles, or intellectual property**

65.  **Goodwill**

66.  **Total of Part 10.**                                                         Undetermined
Add lines 60 through 65.  Copy the total to line 89.

Official Form 206A/B                 **Schedule A/B: Assets - Real and Personal Property**                 Page 10

Debtor  WorldVu Development LLC                                    Case Number (if known) 20-22436

67.  **Do your lists or records include personally identifiable information of customers?**

☐ No.                    See Global Notes
☐ Yes.

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No.
☐ Yes.

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No.
☑ Yes.

| Part 11: | All other assets |
|---|---|

70.  **Does the debtor own any other assets that have not yet been reported on this form?**

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

|  |  |  | Current value of debtor's interest |
|---|---|---|---|
| 71. **Notes receivable**<br>Description (include name of obligor) |  |  |  |
|  | _____ - _____ = |  |  |
|  | Total face amount    Doubtful or uncollectible amount |  |  |
| 72. **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) |  |  |  |
| 72.1  Unused NOLs - Federal |  | 2019 | $44,162,293.00 |
| 72.2  Unused NOLs - States (US) |  | 2014 | $271,425.00 |

Debtor  WorldVu Development LLC                                    Case Number (if known) 20-22436

| 72.3 | Unused NOLs - States (US) | 2019 | $1,187,471.00 |

**73. Interests in insurance policies or annuities**

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

Nature of claim

Amount Requested

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

Nature of claim

Amount Requested

**76. Trusts, equitable or future interests in property**

**77. Other property of any kind not already listed**
Examples: Season tickets, country club membership

| 77.1 | BSS/OSS, ERP and Office Buildout | $13,362,880.31 |
| 77.2 | Communication Systems | $31,866,028.71 |
| 77.3 | Ground Systems | $115,951,381.76 |
| 77.4 | Launch Systems | $2,314,928.06 |
| 77.5 | Network & Fleet Ops(FMS) | $19,875,381.39 |
| 77.6 | Satellite Systems | $9,974,575.38 |
| 77.7 | Systems Engineering | $1,233,026.24 |
| 77.8 | User Terminals | $13,111,255.99 |
| 77.9 | ST-Contract Costs | $16,000,000.00 |
| 77.10 | LT-Contract Costs | $884,837.00 |
| 77.11 | Airbus Defense and Space, Inc. - Prime Contract # N66001-19-C-4013, Req: PR19-0243 | $92,715.20 |

Debtor  WorldVu Development LLC                                          Case Number (if known) 20-22436

| | | |
|---|---|---|
| 77.12 | Airbus Defense and Space, Inc. - Prime Contract # HR0011119C0003, Req# PR18-0462 | $26,640.00 |
| 77.13 | Access Rights to Talkeetna Dataport | $25,000.00 |
| 77.14 | Universite du Luxembourg -SES Workshop | $492.47 |
| 77.15 | Paycom Payroll, LLC | $293.89 |
| 77.16 | Net deferred tax asset | $212,900.87 |
| 77.17 | Expense Paid on Behalf of WorldVu Satellites Limited | $73,625.00 |

| | | |
|---|---|---|
| 78. | **Total of Part 11.** Add lines 71 through 77.  Copy the total to line 90. | **$270,627,151.27** |

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No.

☐ Yes.

Debtor  WorldVu Development LLC                                    Case Number (if known) 20-22436

| Part 12: | Summary |
| --- | --- |

| | Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- | --- |
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | **$2,002,195.11** | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | **$9,422,154.97** | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | **$117,431,089.90** | |
| 83. | **Investments.** *Copy line 17, Part 4.* | | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$2,273,072.85** | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$175,845.75** | |
| 88. | **Real Property.** *Copy line 56, Part 9.* | | **$62,121,818.05** |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | **$270,627,151.27** | |
| 91. | **Total.** Add lines 80 through 90 for each column. | 91a. **$401,931,509.85** **+** 91b. **$62,121,818.05** | |
| 92. | **Total of all property on Schedule A/B.** Lines 91a + 91b = 92................................................................................ | | **$464,053,327.90** |

Official Form 206A/B                    **Schedule A/B: Assets - Real and Personal Property**                    Page 14

# SCHEDULES OF ASSETS AND LIABILITIES

## EXHIBIT FOR SCHEDULE AB

## PART 2, QUESTION 7

## DEPOSITS, INCLUDING SECURITY DEPOSITS AND UTILITY DEPOSITS

**WorldVu Development LLC**
**Case No. 20-22436**
**Schedule A/B:  Part 2, Question 7 - Deposits, including security deposits and utility deposits**

| Name of Holder of the Prepayment | Description of the Prepayment | Current Value of Debtor's Interest |
|---|---|---|
| Mt View | Security Deposit for Mt View Office | $16,065.00 |
| Velocity Global, LLC | Deposit for Velocity Global, LLC PEO | $27,500.00 |
| Velocity Global, LLC | Deposit for Velocity Global, LLC PEO | $17,311.86 |
| Velocity Global, LLC | Deposit for Velocity Global, LLC PEO | $25,432.67 |
| Velocity Global, LLC | Deposit for Velocity Global, LLC PEO | $24,654.55 |
| Velocity Global, LLC | Deposit for Velocity Global, LLC PEO | $14,341.38 |
| Velocity Global, LLC | Deposit for Velocity Global, LLC PEO | $25,081.85 |
| Riverview Tower LLC | Riverview Tower LLC - Security Deposit & CAM | $14,074.33 |
| Velocity Global, LLC | Deposit for Velocity Global, LLC PEO | $16,039.30 |
| Boro Station Tower 3,  LLC | Security Deposit | $263,391.33 |
| Science Applications International  Corp. | Security Deposit | $193,347.00 |
| Velocity Global, LLC | Deposit for Velocity Global, LLC PEO | $15,047.67 |
| Kross Associates | Retainer - KYC Review | $10,000.00 |
| Velocity Global, LLC | Deposit for Velocity Global, LLC PEO | $8,876.86 |
| Velocity Global, LLC | Deposit for Velocity Global, LLC PEO | $1,500.00 |
| Velocity Global, LLC | Deposit for Velocity Global, LLC PEO | $157.12 |
| Velocity Global, LLC | Deposit for Velocity Global, LLC PEO | $10.50 |
| Corporate Traveler Philadelphia | RCLS Credit Deposit | $125,000.00 |
| Velocity Global, LLC | Deposit for Velocity Global, LLC PEO | $7,968.87 |
| Boro Station Tower 3,  LLC | New Lease Security Deposit | $2,258,072.67 |
| SAIC | Security Deposit for 2nd Floor | $45,000.00 |
| International ProInsurance Services, LLC | Collateral on surety bond | $167,500.00 |
| International ProInsurance Services, LLC | FCC Bond renewal collateral | $165,000.00 |
| International ProInsurance Services, LLC | FCC License Bond Renewal 2019 | $167,500.00 |
| JP Morgan | Additional collateral provided for surety bond | $262,500.00 |
| JP Morgan | To set up corporate cards | $100,000.00 |
| JP Morgan | Additional collateral provided to increase credit line | $52,500.00 |
| JP Morgan | Additional collateral provided to increase credit line | $110,517.75 |
| JP Morgan | Additional collateral provided to increase credit line | $50,000.00 |
| JP Morgan | Additional collateral provided to increase credit line | $2,000.00 |
| JP Morgan | Additional collateral provided to increase credit line | $52,500.00 |
| JP Morgan | Additional collateral provided to increase credit line | $131,250.00 |
| JP Morgan | Additional collateral provided to increase credit line | $131,250.00 |
| **Total:** | | **$4,501,390.71** |

# SCHEDULES OF ASSETS AND LIABILITIES

## EXHIBIT FOR SCHEDULE AB

## PART 2, QUESTION 8

## PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT

WorldVu Development LLC
Case No. 20-22436
Schedule A/B:  Part 2, Question 8 - Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

| Name of Holder of the Prepayment | Description of the Prepayment | Current Value of Debtor's Interest |
|---|---|---|
| Accuity, Inc. | Prepaid Software License | $30,470.75 |
| Adobe Systems Incorporated | Prepaid Software License | $22,057.63 |
| Agiloft | Prepaid Software License | $4,391.42 |
| Aha! Labs Inc | Prepaid Software License | $47,610.94 |
| Analytical Graphics, Inc. | Prepaid Software License | $312,765.97 |
| Ansys Inc. | Prepaid Software License | $13,642.19 |
| Apttus Corporation | Prepaid Software License | $83,051.29 |
| Baselines Incorporated | Prepaid Software License | $7,876.04 |
| CDW Direct | Prepaid Software License | $45,991.05 |
| CDW Direct | Prepaid Long Term | $37,426.05 |
| Cullimore and Ring Technologies,  Inc | Prepaid Software License | $33,827.73 |
| Cullimore and Ring Technologies,  Inc | Prepaid Long Term | $9,061.47 |
| Darktrace Limited | Prepaid Software License | $17,164.43 |
| Darktrace Limited | Prepaid Long Term | $5,290.94 |
| Darktrace Limited | Prepaid Long Term | $3,051.91 |
| Datachoice Solutions Ltd (Geckboard) | Prepaid Software License | $4,805.07 |
| Descartes Visual Compliance (USA) LLC | Prepaid Software License | $1,941.10 |
| Docker, Inc. | Prepaid Software License | $12,641.58 |
| DocuSign | Prepaid Software License | $20,064.99 |
| Elasticsearch, Inc. | Prepaid Software License | $31,354.52 |
| Emergent LLC | Prepaid Software License | $902,758.11 |
| Emergent LLC | Prepaid Long Term | $17,512.77 |
| EPLUS Technology, Inc. | Prepaid Software License | $39,128.32 |
| EPLUS Technology, Inc. | Prepaid Long Term | $59,174.89 |
| Greenhouse Software | Prepaid Software License | $0.47 |
| GVG-HQ | Prepaid Other | $18,834.00 |
| Hagerman & Company , Inc. | Prepaid Software License | $23,355.34 |
| Hagerman & Company , Inc. | Prepaid Long Term | $31,161.78 |
| Harness | Prepaid Other | $19,489.32 |
| Hawk Ridge Systems | Prepaid Software License | $22,800.99 |
| Intelsat Corporation | Prepaid Rent | $22,522.78 |
| JFrog, Inc. | Prepaid Software License | $5,729.51 |
| LeaseQuery LLC | Prepaid Software License | $13,781.10 |
| MathWorks Inc | Prepaid Software License | $25,058.75 |
| MSR Customs Corporation | Net Prepaid Software License | $817.84 |
| MuleSoft | Prepaid Software License | $134,223.93 |
| Nagios Enterprises, LLC | Prepaid Software License | $10,983.60 |
| NAVEX Global, Inc. | Prepaid Software License | $2,670.85 |
| Oracle America, Inc | Prepaid Software License | $920.55 |
| Organization of American States | Prepaid Other | $4,520.55 |
| Primetrica, Inc./TeleGeography Research | Prepaid Software License | $8,284.93 |
| ProCo Insurance Services | Prepaid Insurance | $1,746.41 |
| Qualcomm Technologies Inc. | Prepaid Software License | $25,173.97 |
| Quantum Workplace | Prepaid Software License | $18,082.19 |
| Rand Worldwide Subsidiary, Inc. dba Imagi | Prepaid Software License | $59,803.40 |
| Real Time Logic, Inc. | Prepaid Software License | $15,000.00 |
| Real Time Logic, Inc. | Prepaid Long Term | $91,250.00 |
| RealtimeBoard Inc. dba Miro | Prepaid Software License | $11,170.96 |
| Realty Equity Enterprise Services, LLC | Prepaid Rent | $9,433.77 |
| Redapt, Inc. | Prepaid Software License | $135,354.71 |
| Redapt, Inc. | Prepaid Other | $15,730.27 |
| Redapt, Inc. | Prepaid Other | $11,271.86 |
| Redapt, Inc. | Prepaid Other | $42,671.28 |
| Redapt, Inc. | Prepaid Long Term | $211,955.60 |
| Riverview Tower LLC | Prepaid Rent | $17,890.37 |
| Riverview Tower LLC | Prepaid Long Term | $15,059.93 |
| SAIC | Prepaid Rent | $193,763.00 |
| SAIC | Prepaid Long Term | $263,391.33 |
| Salesforce.com Inc | Prepaid Software License | $92,403.73 |
| SCISYS UK Limited | Prepaid Software License | $6,041.10 |
| Seamless Alliance Inc. | Prepaid Other | $75,342.47 |
| ServiceNow | Prepaid Software License | $155,203.62 |
| SIA - Satellite Industry Assoc. | Prepaid Software License | $15,445.21 |
| Skyline Communications | Prepaid Software License | $9,121.77 |
| SmartSheet | Prepaid Software License | $764.11 |

**WorldVu Development LLC**
**Case No. 20-22436**
**Schedule A/B: Part 2, Question 8 - Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

| Name of Holder of the Prepayment | Description of the Prepayment | Current Value of Debtor's Interest |
|---|---|---|
| Space Foundation | Prepaid Other | $11,301.37 |
| Splunk, Inc. | Prepaid Software License | $13,561.64 |
| Tableau International, U.C. | Prepaid Software License | $10,176.99 |
| Telecom, Media and Finance Associates Inc | Prepaid Software License | $3,353.42 |
| Trendkite, Inc. | Prepaid Software License | $9,013.23 |
| Udemy | Prepaid Long Term | $187.39 |
| Udemy, Inc. | Prepaid Software License | $4,885.44 |
| United States Telecom Training Institute | Prepaid Other | $35,000.00 |
| Wickr Inc. | Prepaid Software License | $4,793.42 |
| Willis Tower North East | Prepaid Long Term | $448,312.00 |
| Willis Towers Watson | Prepaid Insurance | $754,515.50 |
| Workiva Inc. | Prepaid Software License | $24,375.34 |
| Total: | | $4,920,764.26 |

# SCHEDULES OF ASSETS AND LIABILITIES

## EXHIBIT FOR SCHEDULE AB

## PART 7, QUESTION 41

## OFFICE EQUIPMENT, INCLUDING ALL COMPUTER EQUIPMENT AND COMMUNICATION SYSTEMS EQUIPMENT AND SOFTWARE

**WorldVu Development LLC**
**Case No. 20-22436**
**Schedule AB-41: Office equipment, including all computer equipment and communication systems equipment and software**

| General Description of Property (Office Furniture, Office Fixtures, Office Equipment, Collectibles) | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|
| Computer Equipment - 3 Qty: PowerEdge R440 Server | $1,333.64 | Net Book Value | $1,333.64 |
| Computer Equipment - 3 Qty: PowerEdge R740XD Server | $3,604.82 | Net Book Value | $3,604.82 |
| Computer Equipment - 3 Qty: PowerEdge R740XD Server | $9,056.00 | Net Book Value | $9,056.00 |
| Computer Equipment - 6 Qty: Dell 1.6TB, NVMe, Mixed Use Express Flash HHHL Cards AIC | $1,152.10 | Net Book Value | $1,152.10 |
| Computer Equipment - 6 Qty: PowerEdge R640 Server | $6,114.00 | Net Book Value | $6,114.00 |
| Computer Equipment - 8 Qty: PowerEdge R640 Server | $12,915.00 | Net Book Value | $12,915.00 |
| Computer Equipment - Apple  Online Store 1X MacBook Pro | $1,046.70 | Net Book Value | $1,046.70 |
| Computer Equipment - Arista 7020RA Switch | $24,331.13 | Net Book Value | $24,331.13 |
| Computer Equipment - Arista 7160 High Capacity Switch | $32,944.88 | Net Book Value | $32,944.88 |
| Computer Equipment - Big-IP& Viprion SFP+ 10G Base - SRCPNT Transceiver | $1,698.13 | Net Book Value | $1,698.13 |
| Computer Equipment - Black QS1 Encrypted Case for iPhone 8 (6@2700.00) | $14,175.00 | Net Book Value | $14,175.00 |
| Computer Equipment - Canon Image Program TM-300 36 | $2,738.42 | Net Book Value | $2,738.42 |
| Computer Equipment - Dell CTO 7920 8268 1/4 W10P | $18,380.78 | Net Book Value | $18,380.78 |
| Computer Equipment - Dell Poweredge Server - (2@5504.83) | $8,715.98 | Net Book Value | $8,715.98 |
| Computer Equipment - Dell Precision 3430 Workstation for CGS Team | $4,836.91 | Net Book Value | $4,836.91 |
| Computer Equipment - Dell Precision Tower 3620 for Engineer Server | $253.03 | Net Book Value | $253.03 |
| Computer Equipment - Dell R440 | $10,249.25 | Net Book Value | $10,249.25 |
| Computer Equipment - Dell R440 | $37,246.00 | Net Book Value | $37,246.00 |
| Computer Equipment - Dell R440; Xeon Silver 4110 (2@4534.2) and support and freight | $5,877.67 | Net Book Value | $5,877.67 |
| Computer Equipment - Dell R640XL | $366,267.15 | Net Book Value | $366,267.15 |
| Computer Equipment - Dell R640xl Win16-39 M Pro | $2,524.71 | Net Book Value | $2,524.71 |
| Computer Equipment - Dell R640xl- Xeon Siler 4110 | $9,416.00 | Net Book Value | $9,416.00 |
| Computer Equipment - Dell R640xl; 2xXeon Gold5115(4@8231.4) | $19,206.60 | Net Book Value | $19,206.60 |
| Computer Equipment - Dell R640xl; 2xXeon Gold5120((2@14,218.44) | $16,588.18 | Net Book Value | $16,588.18 |
| Computer Equipment - Dell R640xl;TPM2;2xXeon Gold 6148 (6@13393.80) | $46,878.30 | Net Book Value | $46,878.30 |
| Computer Equipment - Dell R640xl-2xXeon Gold 6154(3@24,280.04) | $42,490.07 | Net Book Value | $42,490.07 |
| Computer Equipment - Dell R640xl-2xXeon Win16-39 M Basic | $11,426.77 | Net Book Value | $11,426.77 |
| Computer Equipment - Dell R640xxd XL; TPM2 Xeion Gold 6148 | $250,752.96 | Net Book Value | $250,752.96 |
| Computer Equipment - Dell R6515 | $5,085.00 | Net Book Value | $5,085.00 |
| Computer Equipment - Dell R740xd XL;2xXeon Gold 6140 (3@24235.20) | $42,411.60 | Net Book Value | $42,411.60 |
| Net Computer Equipment - Dell R740xd; 2xXeon Gold 6240; 12x16GB; Dell R640xl; 2Xeon Xgold 6254, 12x16GB; Dell R640xl; 2xXeon Gold 6248; 12x32GB and freight | $636,571.56 | Net Book Value | $636,571.56 |
| Computer Equipment - Dell R740xl; Xeon Silver 4110, 2x16GB; 3x4TB; H740P; 57800DP; x710 QP; idrac9Ex; 39M Pro | $2,870.00 | Net Book Value | $2,870.00 |
| Computer Equipment - Dell Server for SysOps in VA COLO | $537.84 | Net Book Value | $537.84 |
| Computer Equipment - Dell640xl; TPM2; Xeon Gold 3106; 6x8GB; 2x2.4TB | $3,938.19 | Net Book Value | $3,938.19 |
| Computer Equipment - LVO P53 I7-9850H W10P- serial No: PF1DX5BJ | $2,247.43 | Net Book Value | $2,247.43 |
| Computer Equipment - Multiple Cisco Products | $11,107.62 | Net Book Value | $11,107.62 |
| Computer Equipment - Opengear 48 RJ45 SER Port Dual ENET | $2,156.61 | Net Book Value | $2,156.61 |
| Computer Equipment - Opengear Console SRV 48PT | $2,460.97 | Net Book Value | $2,460.97 |
| Computer Equipment - Palo Alto Networks Qty 2of 2  for $ 34,375.00 | $8,593.82 | Net Book Value | $8,593.82 |
| Computer Equipment - Power Edge R640 Server | $51,571.08 | Net Book Value | $51,571.08 |
| Computer Equipment - PowerEdge R640 Server | $8,162.18 | Net Book Value | $8,162.18 |
| Computer Equipment - PowerEdge R640 Server for SysOps | $3,250.60 | Net Book Value | $3,250.60 |
| Computer Equipment - Sonicwall PO-001435 | $2,816.07 | Net Book Value | $2,816.07 |
| Computer Equipment - Spectrum PO-00143 KT-E4407B/26 | $6,706.88 | Net Book Value | $6,706.88 |
| Computer Equipment - VxRail E560F | $86,431.83 | Net Book Value | $86,431.83 |

**WorldVu Development LLC**
**Case No. 20-22436**
**Schedule AB-41: Office equipment, including all computer equipment and communication systems equipment and software**

| General Description of Property (Office Furniture, Office Fixtures, Office Equipment, Collectibles) | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|
| Total: | | | $1,839,139.44 |

# SCHEDULES OF ASSETS AND LIABILITIES

## EXHIBIT FOR SCHEDULE AB

## PART 9, QUESTION 55

## ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST

**WorldVu Development LLC**
**Case No. 20-22436**
**Schedule AB Question 55: Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and Location of Property | Location | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|---|
| Building - 1785 Greensboro Sta Plz Tower 3 | Mclean, VA | N/A | Net Book Value | $16,816,107.97 |
| Building - 1785 Greensboro Sta Plz Tower 3 | Mclean, VA | N/A | Net Book Value | $10,479,581.65 |
| Building - 2570 W El Camino Real Mtn View A | Mountain View,CA | N/A | Net Book Value | $16,527.51 |
| Building - 7900  Tyson's One Pl | Mclean, VA | N/A | Net Book Value | $528,781.48 |
| Building - Equnix - Ashburn, 44470 Chilum Pl | Ashburn, VA | N/A | Net Book Value | $980,352.53 |
| Building - Equnix - LA, 600 W 7th St | Los Angeles, CA | N/A | Net Book Value | $358,212.61 |
| Building - Equnix - Miami, 50 NE 9th St | Miami, FL | N/A | Net Book Value | $372,244.64 |
| Building - Equnix - Seattle, One Lagoon Dr | Redwood City, CA | N/A | Net Book Value | $322,786.54 |
| Building - Riverview Tower Office, 6525 Third St | Rockledge, FL | N/A | Net Book Value | $336,063.04 |
| Land - SNP 10 - CA- 7676 Pine Grove Rd | Santa Paula, CA | N/A | Net Book Value | $4,385,007.56 |
| Land - SNP 8 - CT, 2120 Riv Rd | Southbury, CT | N/A | Net Book Value | $3,708,773.88 |
| Land - SNP 6 - Alaska, 21518 S Comsat Rd | Talkeetna, AK | N/A | Net Book Value | $2,260,089.03 |
| Land - SNP 7 - Florida, XDXUS01 - Teleport | Clewiston, FL | N/A | Net Book Value | $1,955,939.93 |
| Land - SNP 41 - Hawaii, S PT Ground STA | Kailua, HI | N/A | Net Book Value | $5,823,030.60 |
| Other - Inuvik, Canada (CSGSI Hosting) | Inuvik, Canada | N/A | Net Book Value | $2,212,527.31 |
| Other - (CSGSI Hosting) -SVALSAT Plataberget, 9170 Longyearbyed | Svalbard, Norway | N/A | Net Book Value | $2,546,818.77 |
| Antennas -SVALSAT Plataberget, 9170 Longyearbyed-(CSGSI) | Svalbard, Norway | N/A | Cost | $4,640,670.51 |
| Antennas - Inuvik, Antennas (CSGSI) | Inuvik, Canada | N/A | Cost | $2,643,078.00 |
| Radomes - Savlbard Norway (12), Inuvik, Canada (8) | Inuvik, Canada | N/A | Cost | $1,608,794.00 |
| 6525 Thrid Street, Rockledge, FL 32955 | Rockledge, FL | N/A | Net Book Value | $20,945.70 |
| 1785  Greensboro Place McLean VA 22102 | Mclean, VA | N/A | Net Book Value | $65,733.40 |
| 6525 Thrid Street, Rockledge, FL 32955 | Rockledge, FL | N/A | Net Book Value | $2,934.38 |
| 6525 Thrid Street, Rockledge, FL 32955 | Rockledge, FL | N/A | Net Book Value | $2,472.53 |
| 6525 Thrid Street, Rockledge, FL 32955 | Rockledge, FL | N/A | Net Book Value | $8,015.68 |
| 2570 W. El Camino Real, Mountain View, CA 94040 | Mountain View,CA | N/A | Net Book Value | $2,115.10 |
| 1786  Greensboro Place McLean VA 22102 | Mclean, VA | N/A | Net Book Value | $3,883.32 |
| 1787  Greensboro Place McLean VA 22102 | Mclean, VA | N/A | Net Book Value | $5,544.73 |
| 1788  Greensboro Place McLean VA 22102 | Mclean, VA | N/A | Net Book Value | $5,657.39 |
| 1788  Greensboro Place McLean VA 22102 | Mclean, VA | N/A | Net Book Value | $9,128.26 |
| **Total** | | | | **$62,121,818.05** |

| Debtor Name | **WorldVu Development LLC** |
|---|---|

**United States Bankruptcy Court for the Southern District of New York**

Case number (if known):   **20-22436**

☐ Check if this an amended filing

## Official Form 206D

# Schedule D - Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Amount of Claim<br>Do not deduct the value of collateral | Value of collateral that supports this claim |
|---|---|---|---|

**2.1**

| Creditor's name<br>GLAS TRUST CORP LTD | Describe debtor's property that is subject to a lien<br>COLLATERAL AGENT FOR THE 12.5% SENIOR SECURED PROMISSORY NOTES UNDER THE AMENDED AND RESTATED NOTE PURCHASE AGREEMENT | $1,733,809,254.00 | UNKNOWN |
|---|---|---|---|

Creditor's mailing address
**45 LUDGATE HILL
LONDON, EC4M 7JU
UNITED KINGDOM**

Describe the lien
First priority liens on and security interests in the collateral described in the Notes Documents

Is the creditor an insider or related party?

Creditor's email address, if known
emea@glas.agency

☒ No
☐ Yes

Date debt was incurred   **March 18, 2019**

Last four digits of account number

Is anyone else liable on this claim?

☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?

☒ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$1,733,809,254.00

| | |
|---|---|
| Debtor Name | **WorldVu Development LLC** |

**United States Bankruptcy Court for the Southern District of New York**

Case number (if known):  **20-22436**

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F - Creditors Who Have Claims Unsecured Claims

12/15

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.  List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property*   (Official Form 206A/B) and on   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).  Number the entries in Parts 1 and 2 in the boxes on the left.  If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?**

☒ No. Go to Part 2.

☐ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.**    If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| | | | |

**2.1** **Priority creditor's name and mailing address**

As of the petition filing date, the claim is:     $_____     $_____

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a) (          )

Debtor Name    **WorldVu Development LLC**                                    Case number (if known): **20-22436**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.1**  **Nonpriority creditor's name and mailing address**

1 TRICK PONY  LLC
448 N 10TH ST, 7TH FL
PHILADELPHIA, PA 19123

As of the petition filing date, the claim is:                    **$7,500.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
AP TRADE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2**  **Nonpriority creditor's name and mailing address**

1010 HOLDINGS LLC
135 S RIVER RD
STUART, FL 34996

As of the petition filing date, the claim is:                    **$9,975.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
AP TRADE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3**  **Nonpriority creditor's name and mailing address**

ADDITIONAL CONTRACT SERVICES
85 RANGEWAY RD, BLDG 1, STE 2
BILLERICA, MA 01862

As of the petition filing date, the claim is:                    **$114,871.73**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
AP TRADE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.4**  **Nonpriority creditor's name and mailing address**

ADVANCED SPACE
2100 CENTRAL AVE, ATE 102
BOULDER, CO 80301

As of the petition filing date, the claim is:                    **$12,455.66**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SATELLITE EQUIPMENT/ SERVICES

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name   **WorldVu Development LLC**                    Case number (if known): **20-22436**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.5** | **Nonpriority creditor's name and mailing address**
AIRGAS USA, LLC
P.O. BOX 734672
DALLAS, TX 75373

**As of the petition filing date, the claim is:**                    $554.30
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
AP TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address**
ALLIANCE EXECUTIVE SEARCH, LLC
1950 OLD GALLOWS RD, STE 410
VIENNA, VA 22182

**As of the petition filing date, the claim is:**                    $29,251.75
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
PROFESSIONAL

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address**
AMAZON.COM
P.O. BOX 530958
ATLANTA, GA 30353-0958

**As of the petition filing date, the claim is:**                    $12,471.29
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
AP TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address**
AMERICAN RELOCATION CONNECTIONS, LLC
11350 RANDOM HILLS RD, STE 130
FAIRFAX, VA 22030

**As of the petition filing date, the claim is:**                    $4,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
AP TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **WorldVu Development LLC**                    Case number (if known): **20-22436**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.9** **Nonpriority creditor's name and mailing address**
ASC SIGNAL CORPORATION
1120 JUPITER RD, STE 102
PLANO, TX 75074

As of the petition filing date, the claim is:          $1,017.10
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SATELLITE EQUIPMENT/ SERVICES

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.10** **Nonpriority creditor's name and mailing address**
ASTRO DIGITAL US, INC
3171 JAY ST
SANTA CLARA, CA 95054

As of the petition filing date, the claim is:          $21,774.19
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PROFESSIONAL

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.11** **Nonpriority creditor's name and mailing address**
BENTLEY SYSTEMS INCORPORATED
P.O. BOX 828836
PHILADELPHIA, PA 19182-8836

As of the petition filing date, the claim is:          $137.37
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
AP TRADE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.12** **Nonpriority creditor's name and mailing address**
BG SOLUTIONS, LLC
1964 GALLOWS RD, STE 320
VIENNA, VA 22182

As of the petition filing date, the claim is:          $155,101.35
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PROFESSIONAL

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **WorldVu Development LLC**    Case number (if known): **20-22436**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

**3.13**  **Nonpriority creditor's name and mailing address**

BGR GOVERNMENT AFFAIRS, LLC
P.O. BOX 14416
WASHINGTON, DC 20044-4416

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PROFESSIONAL

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,802.35

---

**3.14**  **Nonpriority creditor's name and mailing address**

BLOOMBERG
P.O. BOX 416604
BOSTON, MA 02241-6604

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PROFESSIONAL

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$870.97

---

**3.15**  **Nonpriority creditor's name and mailing address**

BOGNET CONSTRUCTION
8224 OLD CTHOUSE RD, STE 200
VIENNA, VA 22182

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
AP TRADE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$37,084.80

---

**3.16**  **Nonpriority creditor's name and mailing address**

C P PLANTSCAPE INC
43671 TRADE CENTER PL, STE 170
STERLING, VA 20166

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
AP TRADE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$306.34

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                5 of 40

Debtor Name    **WorldVu Development LLC**                                     Case number (if known): **20-22436**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.17**  **Nonpriority creditor's name and mailing address**

CANADA SATELLITE GROUND STATION -INUVIK LTD
C/O INUVIK SATELLITE STATION FACILITY
INUVIK, NT X0E 0T0
CANADA

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
AP TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$220,263.29

---

**3.18**  **Nonpriority creditor's name and mailing address**

CAPGEMINI AMERICA, INC
12663 COLLECTION CENTER DR
CHICAGO, IL 60693

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
AP TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$710,834.20

---

**3.19**  **Nonpriority creditor's name and mailing address**

CENTURYLINK - 5-JSGQXRSD
P.O. BOX 910182
DENVER, CO 80291-0182

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
AP TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$857.82

---

**3.20**  **Nonpriority creditor's name and mailing address**

CENTURYLINK - 89728685
BUSINESS SERVICES
P.O. BOX 52187
PHOENIX, AZ 85072-2187

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
AP TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,876.05

---

Debtor Name   **WorldVu Development LLC**                    Case number (if known): **20-22436**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

Amount of claim

**3.21** **Nonpriority creditor's name and mailing address**
CGI INFORMATION SYSTEMS
150 COMMERCE VALLEY DR
W THORNHIL, L3T 7W4
CANADA

As of the petition filing date, the claim is:                    **UNKNOWN**
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
AP TRADE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.22** **Nonpriority creditor's name and mailing address**
CHESAPEAKE ANALYTICS CORP
6100 NORTH WESTERN AVE
OKLAHOMA CITY, OK 73118

As of the petition filing date, the claim is:                    **$19,500.00**
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
AP TRADE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.23** **Nonpriority creditor's name and mailing address**
CHRISTIAN FRHR VON DER
HOHENTWIELGASSE 12
72070 TÜBINGEN
GERMANY

As of the petition filing date, the claim is:                    **$18,672.26**
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
PROFESSIONAL

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.24** **Nonpriority creditor's name and mailing address**
CHRONICLE GRAPHICS, INC
8210 S KEARNEY ST
CENTENNIAL, CO 80112

As of the petition filing date, the claim is:                    **$1,312.00**
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
AP TRADE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          7 of 40

Debtor Name    **WorldVu Development LLC**    Case number (if known): **20-22436**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Amount of claim**

**3.25**

**Nonpriority creditor's name and mailing address**
CINTAS
P.O. BOX 631025
CINCINNATI, OH 45263-1025

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
AP TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,820.08

**3.26**

**Nonpriority creditor's name and mailing address**
CIRCUITEDGE CONSULTING, LLC
46609 STONEHELM CT
STERLING, VA 20165

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SATELLITE EQUIPMENT/ SERVICES

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,400.00

**3.27**

**Nonpriority creditor's name and mailing address**
COGENT COMMUNICATIONS, INC
2450 N ST NW
WASHINGTON, DC 20037

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
AP TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$9,889.92

**3.28**

**Nonpriority creditor's name and mailing address**
COLLABERA INC
ATTN: ACCOUNTS RECEIVABLE
P.O. BOX 19
LIBERTY CORNER, NJ 07938-9800

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PROFESSIONAL

**Is the claim subject to offset?**
☑ No
☐ Yes

$165,427.50

| Debtor Name | **WorldVu Development LLC** | Case number (if known): **20-22436** |

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

**Amount of claim**

---

**3.29**

**Nonpriority creditor's name and mailing address**
COMMUNICATIONS & POWER INDUSTRIES, INC
P.O. BOX 203728
DALLAS, TX 75320-3728

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
AP TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,130.00

---

**3.30**

**Nonpriority creditor's name and mailing address**
COMSAT, INC
2550 WASSER TER
HERNDON, VA 20171

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SATELLITE EQUIPMENT/ SERVICES

**Is the claim subject to offset?**
☑ No
☐ Yes

$488,880.14

---

**3.31**

**Nonpriority creditor's name and mailing address**
COMSEARCH
P.O. BOX 96879
CHICAGO, IL 60693

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
AP TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$213.04

---

**3.32**

**Nonpriority creditor's name and mailing address**
CONTINENTAL RESOURCES, INC
175 MIDDLESEX TURNPIKE
BEDFORD, MA 01730-9137

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
AP TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$25,005.19

---

Debtor Name     **WorldVu Development LLC**                    Case number (if known): **20-22436**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

<br>

**Amount of claim**

---

**3.33**  **Nonpriority creditor's name and mailing address**

CORPORATE TRAVELER
1401 S CLARK ST
ARLINGTON, VA 22202

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
AP TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$18,555.11

---

**3.34**  **Nonpriority creditor's name and mailing address**

CORT
15000 CONFERENCE CENTER DR STE 440
CHANTILLY, VA 20151

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
AP TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$12,296.93

---

**3.35**  **Nonpriority creditor's name and mailing address**

COX BUSINESS - 3402
DEPT 781114
DETROIT, MI 48278-1114

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
AP TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$182.90

---

**3.36**  **Nonpriority creditor's name and mailing address**

CROSS TECHNOLOGIES, INC
6170 SHILOH RD
ALPHARETTA, GA 30005

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
AP TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$12,990.00

---

Debtor Name    **WorldVu Development LLC**                    Case number (if known): **20-22436**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.37**

**Nonpriority creditor's name and mailing address**
CROWN CASTLE FIBER LLC
P.O. BOX 28730
NEW YORK, NY 10087-8730

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
AP TRADE

$4,528.68

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.38**

**Nonpriority creditor's name and mailing address**
CRUCIBLE SERVICES LLC
753 HILLCREST RD
KILGORE, TX 75662

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
AP TRADE

$22,480.00

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.39**

**Nonpriority creditor's name and mailing address**
DATACHOICE SOLUTIONS LTD (GECKBOARD)
3RD FL 60 WORSHIP ST
LONDON, VA EC2A 2EZ
UNITED KINGDOM

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
AP TRADE

$939.73

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.40**

**Nonpriority creditor's name and mailing address**
DATADOG, INC
620 8TH AVE, 45TH FL
NEW YORK, NY 10018-1741

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
AP TRADE

$4,001.48

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name **WorldVu Development LLC**                    Case number (if known): **20-22436**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

**3.41** Nonpriority creditor's name and mailing address

DELOITTE & TOUCHE LLP
1633 BROADWAY
NEW YORK, NY 10019

As of the petition filing date, the claim is:                    $819,474.88

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**PROFESSIONAL**

Date or dates debt was incurred
Various

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.42** Nonpriority creditor's name and mailing address

DHG DIXON HUGHES GOODMAN
P.O. BOX 602828
CHARLOTTE, NC 28260-2828

As of the petition filing date, the claim is:                    $56,700.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**PROFESSIONAL**

Date or dates debt was incurred
Various

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.43** Nonpriority creditor's name and mailing address

DHL EXPRESS - 2652
16592 COLLECTIONS CENTER DR
CHICAGO, IL 60693

As of the petition filing date, the claim is:                    $1,848.12

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**AP TRADE**

Date or dates debt was incurred
Various

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.44** Nonpriority creditor's name and mailing address

DHL EXPRESS - 4443
16592 COLLECTIONS CENTER DR
CHICAGO, IL 60693

As of the petition filing date, the claim is:                    $481.35

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**AP TRADE**

Date or dates debt was incurred
Various

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name    **WorldVu Development LLC**                                Case number (if known): **20-22436**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

Amount of claim

**3.45**    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    $549.50
DIGIKEY
2678193 ACCTS RECEIVABLE                                ☐ Contingent
P.O. BOX 250                                            ☐ Unliquidated
THIEF RIVER FALLS, MN 56701-0250                        ☐ Disputed

                                                        **Basis for the claim:**
**Date or dates debt was incurred**                    SATELLITE EQUIPMENT/ SERVICES
Various

**Last 4 digits of account number**                    **Is the claim subject to offset?**
                                                        ☑ No
                                                        ☐ Yes

**3.46**    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    $8,718.56
DISRUPTIVE TECHNOLOGY ASSOCIATES, LTD
1614 W THUNDERHILL DR                                   ☐ Contingent
PHOENIX, AZ 85045                                       ☐ Unliquidated
                                                        ☐ Disputed

                                                        **Basis for the claim:**
**Date or dates debt was incurred**                    PROFESSIONAL
Various

**Last 4 digits of account number**                    **Is the claim subject to offset?**
                                                        ☑ No
                                                        ☐ Yes

**3.47**    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    $6,701.71
DLA PIPER
500 8TH ST NW                                           ☐ Contingent
WASHINGTON, DC 20004                                    ☐ Unliquidated
                                                        ☐ Disputed

                                                        **Basis for the claim:**
**Date or dates debt was incurred**                    AP TRADE
Various

**Last 4 digits of account number**                    **Is the claim subject to offset?**
                                                        ☑ No
                                                        ☐ Yes

**3.48**    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    $11,480.63
EAN SERVICES, LLC
P.O. BOX 402383                                         ☐ Contingent
ATLANTA, GA 30384-2383                                  ☐ Unliquidated
                                                        ☐ Disputed

                                                        **Basis for the claim:**
**Date or dates debt was incurred**                    AP TRADE
Various

**Last 4 digits of account number**                    **Is the claim subject to offset?**
                                                        ☑ No
                                                        ☐ Yes

Debtor Name    **WorldVu Development LLC**                                            Case number (if known): **20-22436**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.49**

**Nonpriority creditor's name and mailing address**
ECS MID-ATLANTIC, LLC
340 CHARWOOD RD, STE A
HANOVER, MD 21076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
AP TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,250.00

---

**3.50**

**Nonpriority creditor's name and mailing address**
ELECTRICAL SIGN SERVICE
4929 CAHOON CT
FAIRFAX, VA 22030

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
AP TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$9,090.00

---

**3.51**

**Nonpriority creditor's name and mailing address**
EMERGING MARKETS COMMUNICATIONS, LLC
1025 CONNECTICUT AVE NW, STE 1000
WASHINGTON, DC 20036

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PROFESSIONAL

**Is the claim subject to offset?**
☑ No
☐ Yes

$20,000.00

---

**3.52**

**Nonpriority creditor's name and mailing address**
ENGTAL, LLC
515 N STATE ST
CHICAGO, IL 60654

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
AP TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$22,000.00

---

Debtor Name     **WorldVu Development LLC**                           Case number (if known): **20-22436**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

**Amount of claim**

**3.53**   **Nonpriority creditor's name and mailing address**

EQUINIX
1900 AVENIDA CECI
BARUERI, SÃO PAULO 06460-120
BRAZIL

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

As of the petition filing date, the claim is:                    $3,668.59

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
AP TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.54**   **Nonpriority creditor's name and mailing address**

ERUP TELECOMMUNICATION CONSULTANTS
1310 RUE DU DOMAINE
SAINT-LAZARE, QC J7T 2L4
CANADA

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

As of the petition filing date, the claim is:                    $9,773.74

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
AP TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.55**   **Nonpriority creditor's name and mailing address**

EUROFINS MET LABORATORIES
914 WEAT PATAPSCO AVE
BALTIMORE, MD 21230

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

As of the petition filing date, the claim is:                    $2,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
AP TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.56**   **Nonpriority creditor's name and mailing address**

FALCON
1765 GREENSBORO STA PL, STE 130
MCLEAN, VA 22102

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

As of the petition filing date, the claim is:                    $4,976.47

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
AP TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor Name | **WorldVu Development LLC** | Case number (if known): **20-22436** |

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

**Amount of claim**

**3.57** Nonpriority creditor's name and mailing address
FEDEX
P.O. BOX 371461
PITTSBURGH, PA 15250-7461

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
AP TRADE

$4,416.89

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.58** Nonpriority creditor's name and mailing address
FERRERE ABOGADOS
155 AVE SAN MARTIN, 18TH FL
AMBASSAOR BUSINESS CENTER
EQUIPETROL, SANTA CRUZ 0120423
BOLIVIA

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PROFESSIONAL

$310.20

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.59** Nonpriority creditor's name and mailing address
GENESYS WORKS
P.O. BOX 21114
NEW YORK, NY 10087-1114

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
AP TRADE

$4,575.46

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.60** Nonpriority creditor's name and mailing address
GERRY SMITH OFFICE PRODUCTS
DBA CAPITOL
15859 REDLAND RD
ROCKVILLE, MD 20855

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
AP TRADE

$27,950.20

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **WorldVu Development LLC**                    Case number (if known): **20-22436**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

Amount of claim

**3.61** | **Nonpriority creditor's name and mailing address**
GLOBAL EQUIPMENT CO, INC
2505 MILL CENTER PKWY, STE 100
BUFORD, GA 350518-3700

**As of the petition filing date, the claim is:**    $12,056.63
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
AP TRADE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.62** | **Nonpriority creditor's name and mailing address**
GMV AEROSPACE
950 N GLEBE RD, STE 1100
ARLINGTON, VA 22203

**As of the petition filing date, the claim is:**    $6,227.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
AP TRADE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.63** | **Nonpriority creditor's name and mailing address**
GORDON VENTURES
4301 NE 4TH ST, STE 3171
RENTON, WA 98056

**As of the petition filing date, the claim is:**    $7,258.06
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
AP TRADE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.64** | **Nonpriority creditor's name and mailing address**
GRANT THORNTON
33960 TREASURY CENTER
CHICAGO, IL 60694-3900

**As of the petition filing date, the claim is:**    $39,242.70
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PROFESSIONAL

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **WorldVu Development LLC**                                        Case number (if known): **20-22436**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.65**   **Nonpriority creditor's name and mailing address**

HAWAII PACIFIC TELEPORT, LP
P.O. BOX 429
MAKAWAO, HI 96768

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
AP TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$50,000.00

---

**3.66**   **Nonpriority creditor's name and mailing address**

HOLBERT APPLE ASSOCIATES, INC
3423 OLNEY-LAYTONSVILLE RD, STE 6
OLNEY, MD 20832

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
☑ No
☐ Yes

$537.00

---

**3.67**   **Nonpriority creditor's name and mailing address**

HUGHES NETWORK SYSTEMS, LLC
11717 EXPLORATION LN
GERMANTOWN, MD 20876

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SATELLITE EQUIPMENT/ SERVICES

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,403,845.41

---

**3.68**   **Nonpriority creditor's name and mailing address**

INFLECTION RISK SOLUTIONS, D/B/AGOOD HIRE
DBA GOOD HIRE
555 TWIN DOLPHIN DR, STE 630
REDWOOD CITY, CA 94065-2134

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
AP TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$227.45

---

Debtor Name    **WorldVu Development LLC**                              Case number (if known): **20-22436**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.69**  **Nonpriority creditor's name and mailing address**

INFOTECH & SERVICE
A-708 SIDDHI VINAYAK TOWER
NEAR KATARIA ARCADE, B/H DCP OFFICE
SG HIGHWAY, MAKARBA, AHMEDABAD
AHMEDABAD GJ 380051
INDIA

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                    $168.07
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
AP TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.70**  **Nonpriority creditor's name and mailing address**

INTELLIAN TECHNOLOGIES
11 STUDEBAKER
IRVINE, CA 92618

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                    $6,000,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
AP TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.71**  **Nonpriority creditor's name and mailing address**

INTELSAT CORPORATION
7900 TYSONS 1 PL
MCLEAN, VA 22102

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                    UNKNOWN
☒ Contingent
☒ Unliquidated
☒ Disputed
**Basis for the claim:**
AP TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.72**  **Nonpriority creditor's name and mailing address**

INTELSAT US LLC
FKA INTELSAT COP
7900 TYSONS 1 PL
MCLEAN, VA 22102

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                    UNKNOWN
☒ Contingent
☒ Unliquidated
☒ Disputed
**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **WorldVu Development LLC**    Case number (if known): **20-22436**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.73** | **Nonpriority creditor's name and mailing address**
INTERSTATE RELOCATION SERVICES, INC
5801 ROLLING RD
SPRINGFIELD, VA 22152

**As of the petition filing date, the claim is:**    $2,841.50
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
AP TRADE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.74** | **Nonpriority creditor's name and mailing address**
INTRALINKS
150 EAST 42ND ST
NEW YORK, NY 10017

**As of the petition filing date, the claim is:**    $22,492.80
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
AP TRADE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.75** | **Nonpriority creditor's name and mailing address**
IRON MOUNTAIN
P.O. BOX 27128
NEW YORK, NY 10087-7128

**As of the petition filing date, the claim is:**    $99.68
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
AP TRADE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.76** | **Nonpriority creditor's name and mailing address**
JBERNSTEIN CONSULTING, LLC
3816 TAYLORTOWN RD
FURLONG, PA 18925

**As of the petition filing date, the claim is:**    $14,043.75
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
PROFESSIONAL

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **WorldVu Development LLC**                    Case number (if known): **20-22436**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.77** | **Nonpriority creditor's name and mailing address**
JEFFREY ATKINS CONSULTING
22070 AUCTION BARN DR
ASHBURN, VA 20148

**$11,775.00**

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PROFESSIONAL

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.78** | **Nonpriority creditor's name and mailing address**
JENNER & BLOCK LLP
353 NORTH CLARK ST
CHICAGO, IL 60654

**$198.00**

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PROFESSIONAL

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.79** | **Nonpriority creditor's name and mailing address**
KUEHNE + NAGEL , INC
10 EXCHANGE PL
JERSEY CITY, NJ 07302

**$44,019.57**

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
AP TRADE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.80** | **Nonpriority creditor's name and mailing address**
KVH INDUSTRIES, INC
50 ENTERPRISE CENTER
MIDDLETOWN, RI 02842

**$2,520.00**

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
AP TRADE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name   **WorldVu Development LLC**                               Case number (if known): **20-22436**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.81** **Nonpriority creditor's name and mailing address**
MACDONALD, DETTWILER & ASSOC
13800 COMMERCE PKWY
RICHMOND, BC V6V 2J3
CANADA

As of the petition filing date, the claim is:                              **$9,975.36**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                     **Basis for the claim:**
Various                                                 PROFESSIONAL

**Last 4 digits of account number**                     **Is the claim subject to offset?**
☑ No
☐ Yes

**3.82** **Nonpriority creditor's name and mailing address**
MATHWORKS INC
P.O. BOX 21301
NEW YORK, NY 10087-1301

As of the petition filing date, the claim is:                              **$6,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                     **Basis for the claim:**
Various                                                 AP TRADE

**Last 4 digits of account number**                     **Is the claim subject to offset?**
☑ No
☐ Yes

**3.83** **Nonpriority creditor's name and mailing address**
MC DEAN, INC
1765 GREENSBORO STATION PL
TYSONS, VA 22102

As of the petition filing date, the claim is:                              **$3,963.67**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                     **Basis for the claim:**
Various                                                 REAL ESTATE

**Last 4 digits of account number**                     **Is the claim subject to offset?**
☑ No
☐ Yes

**3.84** **Nonpriority creditor's name and mailing address**
MCDERMOTT WILL & EMERY LLP
333 SE 2ND AVE
CHICAGO, IL 60007

As of the petition filing date, the claim is:                              **$1,239,514.90**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                     **Basis for the claim:**
Various                                                 PROFESSIONAL

**Last 4 digits of account number**                     **Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name   **WorldVu Development LLC**                          Case number (if known): **20-22436**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.85** **Nonpriority creditor's name and mailing address**
MICROCOM
129 W 53RD AVE
ANCHORAGE, AK 99518

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
AP TRADE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$71,145.61

---

**3.86** **Nonpriority creditor's name and mailing address**
MICROELECTRONICS TECHNOLOGY
NO 1, INNOVATION RD II
HSINCHU SCIENCE PARK
HSINCHU 300
TAIWAN

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
AP TRADE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$25,000.00

---

**3.87** **Nonpriority creditor's name and mailing address**
MINTZ GROUP LLC
P.O. BOX 9463
NEW YORK, NY 10087-9463

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PROFESSIONAL

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$13,591.50

---

**3.88** **Nonpriority creditor's name and mailing address**
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, PC
2029 CENTURY PARK E, STE 3100
LOS ANGELES, CA 90067

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PROFESSIONAL

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,107.00

---

Debtor Name   **WorldVu Development LLC**                              Case number (if known): **20-22436**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

---

**3.89**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $102,501.24

MISSION MICROWAVE TECHNOLOGIES
9924 NORWALK BLVD
SANTA FE SPRINGS, CA 90670

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
AP TRADE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.90**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $19,179,895.41

NETWORK ACCESS ASSOCIATES LIMITED
WEST WORKS BLDG
195 WOOD LN
LONDON, W12 7FQ
UNITED KINGDOM

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
AFFILIATE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.91**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $1,727,579.60

NOKIA
111 PACIFIC HIGHWAY LEVEL 10
NORTH SYDNEY, NSW 2060
AUSTRALIA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
AP TRADE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.92**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $28,800.00

NOVA ANALYTIQ, LLC
6121 SADDLE HORN DR
FAIRFAX, VA 22030

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PROFESSIONAL

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **WorldVu Development LLC**    Case number (if known): **20-22436**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.93**    **Nonpriority creditor's name and mailing address**
NSI-MI TECHNOLOGIES
1125 SATELLITE BLVD, STE 100
SUWANEE, GA 30024

**As of the petition filing date, the claim is:**    $93,630.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
Various    AP TRADE

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

**3.94**    **Nonpriority creditor's name and mailing address**
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
521 5TH AVE, 34TH FL
NEW YORK, NY 10175

**As of the petition filing date, the claim is:**    $74.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
Various    PROFESSIONAL

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

**3.95**    **Nonpriority creditor's name and mailing address**
OFFICE DEPOT INC
P.O. BOX 1413
CHARLOTTE, NC 28201-1413

**As of the petition filing date, the claim is:**    $1,705.93
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
Various    AP TRADE

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

**3.96**    **Nonpriority creditor's name and mailing address**
ONEWEB COMMUNICATIONS LIMITED
WEST WORKS BLDG
195 WOOD LN
LONDON, W12 7FQ
UNITED KINGDOM

**As of the petition filing date, the claim is:**    $10,115,911.05
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
Various    INTERCOMPANY PAYABLES

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **WorldVu Development LLC**                                    Case number (if known): **20-22436**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

|  | Amount of claim |
|---|---|

**3.97** | **Nonpriority creditor's name and mailing address**
PACKETFABRIC
ATTN: ACCOUNTS RECEIVABLE
9920 JEFFERSON BLVD
CULVER CITY, CA 90232

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
AP TRADE

Is the claim subject to offset?
☑ No
☐ Yes

$14,169.63

**3.98** | **Nonpriority creditor's name and mailing address**
PALLAS ADVISORS
1808 I ST NW, STE 900
WASHINGTON, DC 20006

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
PROFESSIONAL

Is the claim subject to offset?
☑ No
☐ Yes

$54,596.77

**3.99** | **Nonpriority creditor's name and mailing address**
PARGAMENT & HALLOWELL
1776 K ST NW , STE 825
WASHINGTON, DC 20006

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
PROFESSIONAL

Is the claim subject to offset?
☑ No
☐ Yes

$24,749.92

**3.100** | **Nonpriority creditor's name and mailing address**
PONDEROSA MANAGEMENT GROUP
2510 IRON FORGE RD
HERNDON, VA 20171

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
PROFESSIONAL

Is the claim subject to offset?
☑ No
☐ Yes

$1,350.00

| Debtor Name | WorldVu Development LLC | | Case number (if known): **20-22436** |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

| | Amount of claim |
|---|---|

**3.101**

**Nonpriority creditor's name and mailing address**
POTOMAC LAW GROUP
1300 PENNSYLVANIA AVE NW, STE 700
WASHINGTON, DC 20004

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PROFESSIONAL

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,070.00

---

**3.102**

**Nonpriority creditor's name and mailing address**
PRICEWATERHOUSECOOPERS LLP
ONE EMBANKMENT PL
LONDON WC2N 6RH
UNITED KINGDOM

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PROFESSIONAL

**Is the claim subject to offset?**
☑ No
☐ Yes

$13,450.00

---

**3.103**

**Nonpriority creditor's name and mailing address**
PRIORITY WORLDWIDE
4455 RUE GRIFFITH
ST LAURENT, QC H4T 2A2
CANADA

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
AP TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$35,672.90

---

**3.104**

**Nonpriority creditor's name and mailing address**
QUALCOMM TECHNOLOGIES INC
FILE NO 748382
LOS ANGELES, CA 90074-8382

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
AP TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$8,000,000.00

---

Debtor Name    **WorldVu Development LLC**                                Case number (if known): **20-22436**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.105**  **Nonpriority creditor's name and mailing address**                  **As of the petition filing date, the claim is:**            $62,500.00
QUANTA CONSULTING LLC
P.O. BOX 86
HANOVER, NH 03755
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
INSIDER

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.106**  **Nonpriority creditor's name and mailing address**                  **As of the petition filing date, the claim is:**               $19.94
QWALTEC
8950 S 52ND ST, STE 409
TEMPE, AZ 85284
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
PROFESSIONAL

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.107**  **Nonpriority creditor's name and mailing address**                  **As of the petition filing date, the claim is:**            $669,284.15
REDAPT, INC
14051 NE 200TH ST
WOODINVILLE, WA 98072
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
AP TRADE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.108**  **Nonpriority creditor's name and mailing address**                  **As of the petition filing date, the claim is:**             $4,040.00
RHEIN TECH LABORATORIES, INC
360 HERNDON PKWY, STE 1400
HERNDON, VA 20170
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
SATELLITE EQUIPMENT/ SERVICES

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

Debtor Name    **WorldVu Development LLC**                                    Case number (if known): **20-22436**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.109** | **Nonpriority creditor's name and mailing address**
RIVERVIEW TOWER, LLC
6525 3RD ST, STE 409
ROCKLEDGE, FL 32955

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,124.35

---

**3.110** | **Nonpriority creditor's name and mailing address**
ROBERT HALF MANAGEMENT RESOURCES
ROBERT HALF TECHNOLOGY
2613 CAMINO RAMON
SAN RAMON, CA 94583

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PROFESSIONAL

**Is the claim subject to offset?**
☑ No
☐ Yes

$11,514.00

---

**3.111** | **Nonpriority creditor's name and mailing address**
ROCKWELL COLLINS INC
400 COLLINS RD NE
CEDAR RAPIDS, IA 52498

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
AP TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$596,775.73

---

**3.112** | **Nonpriority creditor's name and mailing address**
RUAG
ACCOUNTING
STACHEGASSE 16
1120 VIENNA
AUSTRIA

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
AP TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$328,152.00

---

Debtor Name   **WorldVu Development LLC**                          Case number (if known): **20-22436**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

**Amount of claim**

**3.113**   **Nonpriority creditor's name and mailing address**
RUM AV SOLUTIONS
45708 IMPERIAL SQ, STE 202
STERLING, VA 20166

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
AP TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$10,868.00

---

**3.114**   **Nonpriority creditor's name and mailing address**
SALESFORCE.COM INC
P.O. BOX 203141
DALLAS, TX 75320-3141

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
AP TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$92,483.52

---

**3.115**   **Nonpriority creditor's name and mailing address**
SCOTT GIBSON
151 STILECROFT DR
TORONTO, ON M3J 1A8
CANADA

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
PROFESSIONAL

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$19,946.82

---

**3.116**   **Nonpriority creditor's name and mailing address**
SHEARMAN & STERLING LLP
401 9TH ST NW, STE 800
WASHINGTON, DC 20004

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
PROFESSIONAL

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$131,874.75

---

Debtor Name    **WorldVu Development LLC**                                          Case number (if known): **20-22436**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.117** Nonpriority creditor's name and mailing address
SOLERS, INC
950 N GLEBE RD, STE 1100
ARLINGTON, VA 22203

As of the petition filing date, the claim is:                    $141,791.48
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
AP TRADE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.118** Nonpriority creditor's name and mailing address
SOUTHERN CALIFORNIA EDISON
2244 WALNUT GROVE AVE
ROSEMEAD, CA 91770

As of the petition filing date, the claim is:                    $1,631.76
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
AP TRADE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.119** Nonpriority creditor's name and mailing address
SPACE FLORIDA
505 ODYSSEY WAY, SUITE 300
EXPLORATION PARK, FL 32953

As of the petition filing date, the claim is:                    $5,595.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
REGULATORY

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.120** Nonpriority creditor's name and mailing address
SPECTRUM FINANCIAL SERVICES
1921 GALLOWS RD, STE 310
VIENNA, VA 22182

As of the petition filing date, the claim is:                    $82,702.45
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
PROFESSIONAL

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name    **WorldVu Development LLC**                                    Case number (if known): **20-22436**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

                                                                                                    **Amount of claim**

**3.121** | **Nonpriority creditor's name and mailing address**
SPLUNK, INC
270 BRANNAN ST
SAN FRANCISCO, CA 94107

**As of the petition filing date, the claim is:**                               $18,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
AP TRADE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.122** | **Nonpriority creditor's name and mailing address**
SPRINT - 360786584
P.O. BOX 4181
CAROL STREAM, IL 60197-4181

**As of the petition filing date, the claim is:**                               $32,498.42
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
AP TRADE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.123** | **Nonpriority creditor's name and mailing address**
SPRINT - 584346804
P.O. BOX 4181
CAROL STREAM, IL 60197-4181

**As of the petition filing date, the claim is:**                               $135,010.19
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
AP TRADE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.124** | **Nonpriority creditor's name and mailing address**
SSC SPACE US, INC
417 CAREDEAN DR, STE A
HORSHAM, PA 19044

**As of the petition filing date, the claim is:**                               $277,854.94
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SATELLITE EQUIPMENT/ SERVICES

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    32 of 40

Debtor Name     **WorldVu Development LLC**                                              Case number (if known): **20-22436**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.125** | **Nonpriority creditor's name and mailing address**
STERLING
P.O. BOX 102255
PASADENA, CA 91189-2255

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
AP TRADE

$221.72

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.126** | **Nonpriority creditor's name and mailing address**
SUGHRUE MION, PLLC
2100 PENNSYLVANIA AVE, NW
WASHINGTON, DC 20037-3213

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PROFESSIONAL

$85,747.56

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.127** | **Nonpriority creditor's name and mailing address**
SUNDUN, INC OF WASHINGTON
P.O. BOX 39
BELTSVILLE, MD 20705

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
AP TRADE

$10,183.30

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.128** | **Nonpriority creditor's name and mailing address**
TELECOMMUNICATION SUPPORT SERVICES, INC
720 NORTH DR
MELBOURNE, FL 32934

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SATELLITE EQUIPMENT/ SERVICES

$2,750.00

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **WorldVu Development LLC**                                    Case number (if known): **20-22436**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.129**    **Nonpriority creditor's name and mailing address**

TEST EQUITY
6100 CONDOR DR
MOORPARK, CA 93021

As of the petition filing date, the claim is:                    $20,264.18

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                **Basis for the claim:**
Various                                            AP TRADE

**Last 4 digits of account number**                **Is the claim subject to offset?**
                                                   ☑ No
                                                   ☐ Yes

**3.130**    **Nonpriority creditor's name and mailing address**

THE MATHER GROUP, LLC
411 CENTER ST N
VIENNA, VA 22180

As of the petition filing date, the claim is:                    $2,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                **Basis for the claim:**
Various                                            PROFESSIONAL

**Last 4 digits of account number**                **Is the claim subject to offset?**
                                                   ☑ No
                                                   ☐ Yes

**3.131**    **Nonpriority creditor's name and mailing address**

THE SEVERN GROUP
375 PRINCE GEORGES BLVD, STE B
UPPER MARLBORO, MD 20774

As of the petition filing date, the claim is:                    $284.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                **Basis for the claim:**
Various                                            AP TRADE

**Last 4 digits of account number**                **Is the claim subject to offset?**
                                                   ☑ No
                                                   ☐ Yes

**3.132**    **Nonpriority creditor's name and mailing address**

THEORIS
P.O. BOX 207063
DALLAS, TX 75320-7063

As of the petition filing date, the claim is:                    $36,162.50

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                **Basis for the claim:**
Various                                            AP TRADE

**Last 4 digits of account number**                **Is the claim subject to offset?**
                                                   ☑ No
                                                   ☐ Yes

Debtor Name    **WorldVu Development LLC**    Case number (if known): **20-22436**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.133**

**Nonpriority creditor's name and mailing address**
THOMSON REUTERS
2075 KENNEDY RD
TORONTO, ON M1T 3V4
CANADA

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
AP TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,497.94

**3.134**

**Nonpriority creditor's name and mailing address**
TMG TMC 3 TRS, LLC
ATTN: CARA LEIGHTY BORO STATION TOWER
P.O. BOX 392658
PITTSBURGH, PA 15251-9658

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
AP TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$432.00

**3.135**

**Nonpriority creditor's name and mailing address**
TOKEN OF GRATITUDE
46894 WESLEYAN CT
STERLING, VA 20164

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
AP TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,603.00

**3.136**

**Nonpriority creditor's name and mailing address**
TRA-CAL
7901 BEECHCRAFT AVE, STE M
GAITHERSBURG, MD 20879

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SATELLITE EQUIPMENT/ SERVICES

**Is the claim subject to offset?**
☑ No
☐ Yes

$791.75

Debtor Name    **WorldVu Development LLC**                                        Case number (if known): **20-22436**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.137**  **Nonpriority creditor's name and mailing address**

TRANSPERFECT DOCUMENT MANAGEMENT, INC
ATTN: ACCOUNTS RECEIVABLE
1250 BROADWAY, 32ND FL
NEW YORK, NY 10001

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,478.32

**3.138**  **Nonpriority creditor's name and mailing address**

TRS-REN TELCO
P.O. BOX 45075
SAN FRANCISCO, CA 94145-0075

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SATELLITE EQUIPMENT/ SERVICES

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,762.74

**3.139**  **Nonpriority creditor's name and mailing address**

UNITED BUSINESS TECHNOLOGIES
9218 GAITHER RD
GAITHERSBURG, MD 20877

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
AP TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,031.48

**3.140**  **Nonpriority creditor's name and mailing address**

UNITED STATES TELECOM TRAINING INSTITUTE
1150 CONNECTICUT AVE NW, STE 702
WASHINGTON, DC 20036

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REGULATORY

**Is the claim subject to offset?**
☑ No
☐ Yes

$8,319.67

Debtor Name    **WorldVu Development LLC**                    Case number (if known): **20-22436**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.141**  **Nonpriority creditor's name and mailing address**

US EEOC
131 M ST NE
WASHINGTON, DC 20002

**As of the petition filing date, the claim is:**    **UNKNOWN**

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.142**  **Nonpriority creditor's name and mailing address**

USSI GLOBAL
9145 ELLIS RD
MELBOURNE, FL 32904

**As of the petition filing date, the claim is:**    **$1,124,786.22**

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
AP TRADE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.143**  **Nonpriority creditor's name and mailing address**

VELOCITY GLOBAL, LLC
3001 BRIGHTON BLVD, STE 900
DENVER, CO 80216

**As of the petition filing date, the claim is:**    **$142,959.58**

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
AP TRADE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.144**  **Nonpriority creditor's name and mailing address**

VERIFIED STRATEGY LLC
2723 ORDWAY ST NW, STE 1
WASHINGTON, DC 20008

**As of the petition filing date, the claim is:**    **$44,950.00**

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
PROFESSIONAL

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name    **WorldVu Development LLC**    Case number (if known): **20-22436**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.145**  **Nonpriority creditor's name and mailing address**
VIASAT
1725 BRECKENRIDGE PLAZA
DULUTH, GA 30096

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
AP TRADE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,207,162.00

**3.146**  **Nonpriority creditor's name and mailing address**
WELLSTEIN MORA RODRIGUEZ INTERNATIONAL
2101 L ST NW, STE 800
WASHINGTON, DC 20037

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PROFESSIONAL

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$235,265.14

**3.147**  **Nonpriority creditor's name and mailing address**
WIPRO
2 TOWER CENTER BLVD, STE 2200
EAST BRUNSWICK, NJ 08816

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
AP TRADE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$269,036.25

**3.148**  **Nonpriority creditor's name and mailing address**
WORKIVA INC
2900 UNIVERSITY BLVD
AMES, IA 50010

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
AP TRADE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$140.00

Debtor Name    **WorldVu Development LLC**                    Case number (if known): **20-22436**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

**3.149**    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $340,356,438.97
WORLDVU SATELLITES LIMITED
WEST WORKS BLDG
195 WOOD LN
LONDON, W12 7FQ
UNITED KINGDOM

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
INTERCOMPANY PAYABLES

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.150**    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $3,933.00
WTAII
P.O. BOX 609
VIENNA, VA 22183

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PROFESSIONAL

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.151**    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $2,201.93
ZAYO GROUP - 028884
P.O. BOX 952136
DALLAS, TX 75395

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
AP TRADE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name   **WorldVu Development LLC**                    Case number (if known): **20-22436**

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

**5a. Total claims from Part 1**                                             $0.00

**5b. Total claims from Part 2**                                   $401,769,774.69

**5c. Total claims of Parts 1 and 2**                              $401,769,774.69
    Lines 5a + 5b = 5c

| Debtor Name | **WorldVu Development LLC** |
| --- | --- |
| **United States Bankruptcy Court for the Southern District of New York** | |
| Case number (if known): | **20-22436** |

☐ Check if this is an amended filing

<u>Official Form 206G</u>

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B)

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
| --- | --- | --- | --- |
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | 1 TRICK PONY-WVD-SOW 090115 | 1 TRICK PONY LLC<br>448 N 10TH ST, 7TH FL<br>PHILADELPHIA, PA 19123 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | 1010 HOLDINGS - WVD - RENTAL AGREEMENT - 051216 | 1010 HOLDINGS LLC<br>135 S RIVER RD<br>STUART, FL 34996 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | 1010 HOLDINGS-WVD-PSA 102517 | 1010 HOLDINGS LLC<br>135 S RIVER RD<br>STUART, FL 34996 |
| | State the term remaining | 12/31/2020 | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | 1010 HOLDINGS-WVD-ADDENDUM #1 051018 | 1010 HOLDINGS LLC<br>135 S RIVER RD<br>STUART, FL 34996 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | 8201 GREENSBORO LLC - COMMENCEMENT AND LEASE | 8201 GREENSBORO LLC<br>7501 WISCONSIN AVE<br>MCLEAN, VA 22106 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name    **WorldVu Development LLC**                                    Case number (if known): **20-22436**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | ABLE MOVING & STORAGE<br>8050 WELLINGFORD DR<br>MANASSAS, VA 20109 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | OFFICE MOVING AGREEMENT | ABLE OFFICE MOVING<br>8050 WELLINGFORD DR<br>MANASSAS, VA 20109 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | ACCU-PAK & TRANSPORTATION<br>4450-Q ENTERPRISE CT<br>MELBOURNE, FL 32934 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | ADAPTERTECH-WVD-PURCHASE ORDER 040318-HT | ADAPTER TECHNOLOGY<br>6F,NO. 258,LIANCHENG RD<br>ZHONGHE DIST<br>NEW TAIPEI CITY<br>TAIWAN |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER - T&C (POWER ADAPTERS) | ADAPTER TECHNOLOGY CO LTD<br>6F,NO. 258,LIANCHENG RD<br>ZHONGHE DIST<br>NEW TAIPEI CITY<br>TAIWAN |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | ADAPTER TECHNOLOGY CO, LTD<br>6F-9, NO 258, LIAN-CHENG RD<br>CHUNG HO CITY<br>TAIPEI COUNTY<br>TAIWAN ROC |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | **WorldVu Development LLC** | | Case number (if known): **20-22436** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.12** | State what the contract or lease is for and the nature of the debtor's interest | ADDITIONAL CONTRACT SERVICES WVD-PSA 081617 | ADDITIONAL CONTRACT SERVICES 85 RANGEWAY RD, BLDG 1, STE 2 BILLERICA, MA 01862 |
| | State the term remaining List the contract number of any government contract | | |
| **2.13** | State what the contract or lease is for and the nature of the debtor's interest | ADDITIONAL CONTRACT SERVICES WVD-SOW #1 AMENDMENT 1 032618 | ADDITIONAL CONTRACT SERVICES 85 RANGEWAY RD, BLDG 1, STE 2 BILLERICA, MA 01862 |
| | State the term remaining List the contract number of any government contract | | |
| **2.14** | State what the contract or lease is for and the nature of the debtor's interest | ADP, LLC - WVD - SALES ORDER 122916 | ADP LLC 1 ADP BLVD ROSELAND, NJ 07068 |
| | State the term remaining List the contract number of any government contract | | |
| **2.15** | State what the contract or lease is for and the nature of the debtor's interest | ADP - WVD - MSA SALES ORDER 071614 AND ADDENDUM #1 | ADP LLC 1 ADP BLVD ROSELAND, NJ 07068 |
| | State the term remaining List the contract number of any government contract | | |
| **2.16** | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | ADVANCED SOLUTIONS + IMAGINIT 11201 DOLFIELD BLVDSTE 112O WINGS MILLS, MD 21117 |
| | State the term remaining List the contract number of any government contract | | |
| **2.17** | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | ADVANCED SOLUTIONS + IMAGINIT 6155 ROCKSIDE RD, STE 201 INDEPENDENCE, OH 44131 |
| | State the term remaining List the contract number of any government contract | | |

Debtor Name    **WorldVu Development LLC**                                    Case number (if known): **20-22436**

| ◼ | **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.18 | State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** | **ADVANCED SOLUTIONS + IMAGINIT ATTN: GREG CUNNINGHAM 1901 NELSON MILLER PKWY LOUISVILLE, KY 40223** |
| | State the term remaining List the contract number of any government contract | | |
| 2.19 | State what the contract or lease is for and the nature of the debtor's interest | **ADVANCED SOLUTIONS-WVD-AGREEMENT AND SOW 100417** | **ADVANCED SOLUTIONS PRODUCT LIFECYCLE MANAGEMENT LC 1901 NELSON MILLER PKWY LOUISVILLE, KY 40223** |
| | State the term remaining List the contract number of any government contract | | |
| 2.20 | State what the contract or lease is for and the nature of the debtor's interest | **ADVANCED SPACE - WVD - PSA - 013017** | **ADVANCED SPACE LLC 2100 CENTRAL AVE, STE 102 BOULDER, CO 80301** |
| | State the term remaining List the contract number of any government contract | | |
| 2.21 | State what the contract or lease is for and the nature of the debtor's interest | **ADVANCED SPACE LLC-WVD-PSA AMENDMENT 1 101717** | **ADVANCED SPACE LLC 2100 CENTRAL AVE, STE 102 BOULDER, CO 80301** |
| | State the term remaining List the contract number of any government contract | | |
| 2.22 | State what the contract or lease is for and the nature of the debtor's interest | **ADVANCED SPACE-WVD-AMENDMENT #3 081418** | **ADVANCED SPACE LLC 2100 CENTRAL AVE, STE 102 BOULDER, CO 80301** |
| | State the term remaining List the contract number of any government contract | | |
| 2.23 | State what the contract or lease is for and the nature of the debtor's interest | **CONFERS-AOC-MEMBERSHIP APPLICATION** | **ADVANCED TECHNOLOGY INTERNATIONAL 315 SIGMA DR SUMMERVILLE, SC 29486** |
| | State the term remaining List the contract number of any government contract | | |

Debtor Name    **WorldVu Development LLC**                                      Case number (if known): **20-22436**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.24 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | AHA! LABS INC<br>20 GLORIA CIR<br>MENLO PARK, CA 94025 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.25 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | AHA! LABS INC<br>20 GLORIA CIR<br>MENLO PARK, CA 94025 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.26 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE ORDER | AHA! LABS INC<br>20 GLORIA CIR<br>MENLO PARK, CA 94025 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.27 | State what the contract or lease is for and the nature of the debtor's interest | AIRBUS-WVD-PURCHASE ORDER-SOW-TERMS AND CONDITIONS-FLOWDOWNS-MILESTONE PAYMENT 010419 | AIRBUS DEFENCE AND SPACE LIMITED<br>ATTN: OLIVER FRESE<br>LEGAL DEPT – CORP AFFAIRS<br>WILLY-MESSERSCHMITT-STRAßE 1<br>82024, TAUFKIRCHEN<br>GERMANY |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.28 | State what the contract or lease is for and the nature of the debtor's interest | AIRBUS DEFENSE SPACE-WVD-PURCHASE ORDER 101017 | AIRBUS DEFENCE AND SPACE SAS<br>AVENIDA DE ARAGON<br>404 MADRID, 28022<br>SPAIN |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.29 | State what the contract or lease is for and the nature of the debtor's interest | AOWS-WVD-COVERED OPTION SUMMARY TO ATP (NANOWAVE SCHEDULE #5) 022718 | AIRBUS ONEWEB SATELLITES LLC<br>1970 MICHIGAN AVE<br>BUILDING K<br>COCOA, FL 32922 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name    **WorldVu Development LLC**                                    Case number (if known): **20-22436**

███ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.30 | State what the contract or lease is for and the nature of the debtor's interest | AOWS-WVD-COVERED OPTION SUMMARY TO ATP (SUPPLIER) #8 | AIRBUS ONEWEB SATELLITES LLC 1970 MICHIGAN AVE BUILDING K COCOA, FL 32922 |
| | State the term remaining List the contract number of any government contract | | |
| 2.31 | State what the contract or lease is for and the nature of the debtor's interest | AOWS-WVD-COVERED OPTION SUMMARY TO ATP (SUPPLIER) #9 | AIRBUS ONEWEB SATELLITES LLC 1970 MICHIGAN AVE BUILDING K COCOA, FL 32922 |
| | State the term remaining List the contract number of any government contract | | |
| 2.32 | State what the contract or lease is for and the nature of the debtor's interest | AOWS-WVD-COVERED OPTION SUMMARY TO ATP (SUPPLIER) #10 | AIRBUS ONEWEB SATELLITES LLC 1970 MICHIGAN AVE BUILDING K COCOA, FL 32922 |
| | State the term remaining List the contract number of any government contract | | |
| 2.33 | State what the contract or lease is for and the nature of the debtor's interest | AOWS-WVD-COVERED OPTION SUMMARY TO ATP (SUPPLIER) #11 | AIRBUS ONEWEB SATELLITES LLC 1970 MICHIGAN AVE BUILDING K COCOA, FL 32922 |
| | State the term remaining List the contract number of any government contract | | |
| 2.34 | State what the contract or lease is for and the nature of the debtor's interest | AOWS-WVD-COVERED OPTION SUMMARY TO ATP-SYRLINKS (GPS LNA) #20 062618 | AIRBUS ONEWEB SATELLITES LLC 1970 MICHIGAN AVE BUILDING K COCOA, FL 32922 |
| | State the term remaining List the contract number of any government contract | | |
| 2.35 | State what the contract or lease is for and the nature of the debtor's interest | AOWS-WVD-COVERED OPTION SUMMARY TO ATP - AIRBUS (BATTERIES) #23 | AIRBUS ONEWEB SATELLITES LLC 1970 MICHIGAN AVE BUILDING K COCOA, FL 32922 |
| | State the term remaining List the contract number of any government contract | | |

Debtor Name    **WorldVu Development LLC**

Case number (if known): **20-22436**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.36 | State what the contract or lease is for and the nature of the debtor's interest | AOWS - WVD - FFP PROPOSAL (SATELLITE STRUCTURAL MODELS) 032017 |
| | State the term remaining List the contract number of any government contract | AIRBUS ONEWEB SATELLITES LLC 1970 MICHIGAN AVE BUILDING K COCOA, FL 32922 |
| 2.37 | State what the contract or lease is for and the nature of the debtor's interest | AIRBUS ONEWEB SATELLITES - WVD - A&R ATP (FACTORY) 101016 |
| | State the term remaining List the contract number of any government contract | AIRBUS ONEWEB SATELLITES LLC 1970 MICHIGAN AVE BUILDING K COCOA, FL 32922 |
| 2.38 | State what the contract or lease is for and the nature of the debtor's interest | OWS-WVD-SUPPLIER ATP 013018 |
| | State the term remaining List the contract number of any government contract | AIRBUS ONEWEB SATELLITES LLC 1970 MICHIGAN AVE BUILDING K COCOA, FL 32922 |
| 2.39 | State what the contract or lease is for and the nature of the debtor's interest | AOWS-WVD-COVERED OPTION SUMMARY TO ATP (SUPPLIER) #6 |
| | State the term remaining List the contract number of any government contract | AIRBUS ONEWEB SATELLITES LLC 1970 MICHIGAN AVE BUILDING K COCOA, FL 32922 |
| 2.40 | State what the contract or lease is for and the nature of the debtor's interest | AOWS-WVD-COVERED OPTION SUMMARY TO ATP (SUPPLIER) #7 |
| | State the term remaining List the contract number of any government contract | AIRBUS ONEWEB SATELLITES LLC 1970 MICHIGAN AVE BUILDING K COCOA, FL 32922 |
| 2.41 | State what the contract or lease is for and the nature of the debtor's interest | AOWS-WVD-COVERED OPTION SUMMARY TO ATP (SUPPLIER) #12 |
| | State the term remaining List the contract number of any government contract | AIRBUS ONEWEB SATELLITES LLC 1970 MICHIGAN AVE BUILDING K COCOA, FL 32922 |

Debtor Name    **WorldVu Development LLC**                                    Case number (if known): **20-22436**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.42 | State what the contract or lease is for and the nature of the debtor's interest | AOWS-WVD-COVERED OPTION SUMMARY TO ATP (SUPPLIER) #13 | AIRBUS ONEWEB SATELLITES LLC<br>1970 MICHIGAN AVE<br>BUILDING K<br>COCOA, FL 32922 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.43 | State what the contract or lease is for and the nature of the debtor's interest | AOWS-WVD-COVERED OPTION SUMMARY TO ATP (SUPPLIER) #14 | AIRBUS ONEWEB SATELLITES LLC<br>1970 MICHIGAN AVE<br>BUILDING K<br>COCOA, FL 32922 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.44 | State what the contract or lease is for and the nature of the debtor's interest | AOWS-WVD-COVERED OPTION SUMMARY TO ATP (SUPPLIER) #15 | AIRBUS ONEWEB SATELLITES LLC<br>1970 MICHIGAN AVE<br>BUILDING K<br>COCOA, FL 32922 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.45 | State what the contract or lease is for and the nature of the debtor's interest | AOWS-WVD-COVERED OPTION SUMMARY TO ATP (SUPPLIER) #16 | AIRBUS ONEWEB SATELLITES LLC<br>1970 MICHIGAN AVE<br>BUILDING K<br>COCOA, FL 32922 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.46 | State what the contract or lease is for and the nature of the debtor's interest | AOWS-WVD-COVERED OPTION SUMMARY TO ATP (SUPPLIER) #17 | AIRBUS ONEWEB SATELLITES LLC<br>1970 MICHIGAN AVE<br>BUILDING K<br>COCOA, FL 32922 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.47 | State what the contract or lease is for and the nature of the debtor's interest | AOWS-WVD-COVERED OPTION SUMMARY TO ATP (SUPPLIER) #18 | AIRBUS ONEWEB SATELLITES LLC<br>1970 MICHIGAN AVE<br>BUILDING K<br>COCOA, FL 32922 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name    **WorldVu Development LLC**                              Case number (if known): **20-22436**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.48 | State what the contract or lease is for and the nature of the debtor's interest | AOWS-WVD-COVERED OPTION SUMMARY TO ATP (SUPPLIER) #19 | AIRBUS ONEWEB SATELLITES LLC<br>1970 MICHIGAN AVE<br>BUILDING K<br>COCOA, FL 32922 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.49 | State what the contract or lease is for and the nature of the debtor's interest | AOWS-WVD-COVERED OPTION SUMMARY TO ATP-SYRLINKS (TTC TXRX) #21 062618 | AIRBUS ONEWEB SATELLITES LLC<br>1970 MICHIGAN AVE<br>BUILDING K<br>COCOA, FL 32922 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.50 | State what the contract or lease is for and the nature of the debtor's interest | AOWS-WVD-COVERED OPTION SUMMARY TO ATP - MINCO (HEATERS) #22 | AIRBUS ONEWEB SATELLITES LLC<br>1970 MICHIGAN AVE<br>BUILDING K<br>COCOA, FL 32922 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.51 | State what the contract or lease is for and the nature of the debtor's interest | OWS-WVD-GEN 1 ATP #2 070118 | AIRBUS ONEWEB SATELLITES LLC<br>1970 MICHIGAN AVE<br>BUILDING K<br>COCOA, FL 32922 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.52 | State what the contract or lease is for and the nature of the debtor's interest | AJILON-WVD-RECRUITING SERVICES AGREEMENT 042717 | AJILON<br>DEPT CH 14031<br>PALATINE, IL 60055-4031 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.53 | State what the contract or lease is for and the nature of the debtor's interest | ALASKA COMMUNICATIONS-WVD COMMERCIAL ORDER #2 061119 | ALASKA COMMUNICATIONS INTERNET<br>P.O. BOX 196666<br>ANCHORAGE, AK 99519 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name    **WorldVu Development LLC**                                    Case number (if known): **20-22436**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.54 | State what the contract or lease is for and the nature of the debtor's interest | **ALLIANCE EXECUTIVE SEARCH, LLC-WVD-RECRUITING AGREEMENT** | **ALLIANCE EXECUTIVE SEARCH LLC**<br>**1950 OLD GALLOWS RD, STE 410**<br>**VIENNA, VA 22182** |
| | State the term remaining<br>List the contract number of any government contract | 10/17/2020 | |
| 2.55 | State what the contract or lease is for and the nature of the debtor's interest | **ALLIANCE EXECUTIVE SEARCH, LLC-WVD-SOW #1 TO RECRUITING AGREEMENT 111219** | **ALLIANCE EXECUTIVE SEARCH LLC**<br>**1950 OLD GALLOWS RD, STE 410**<br>**VIENNA, VA 22182** |
| | State the term remaining<br>List the contract number of any government contract | 5/17/2020 | |
| 2.56 | State what the contract or lease is for and the nature of the debtor's interest | **SERVICE AGREEMENT** | **ALLTRANSPACK INC**<br>**2815 GLENN DR, STE 101**<br>**STERLING, VA 20164** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.57 | State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** | **ALLTRANSPACK, INC**<br>**22815 GLENN DR, STE 101**<br>**STERLING, VA 20164** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.58 | State what the contract or lease is for and the nature of the debtor's interest | **ALRUD-WVD-ENGAGEMENT LETTER AND ADDENDUM TO ENGAGEMENT LETTER 041119** | **ALRUD**<br>**SKAKOVAYA ST 17**<br>**BUILDING 2, 6TH FL**<br>**1250 MOSCOW**<br>**RUSSIAN FEDERATION** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.59 | State what the contract or lease is for and the nature of the debtor's interest | **ALTA IT SERVICES-WVD-RECRUITING AGREEMENT 091719** | **ALTA IT SERVICES LLC**<br>**9210 CORPORATE BLVD, STE 200**<br>**ROCKVILLE, MD 20850** |
| | State the term remaining<br>List the contract number of any government contract | 9/17/2020 | |

Debtor Name    **WorldVu Development LLC**                                    Case number (if known): **20-22436**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases                                    State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.60 | State what the contract or lease is for and the nature of the debtor's interest | ALTIUS-WVD-LOS 083019 | **ALTIUS**<br>3001 INDUSTRIAL LANE, STE 5<br>BROOMFIELD, CO 80020 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.61 | State what the contract or lease is for and the nature of the debtor's interest | ARIN-WVD-AGREEMENT | **AMERICAN REGISTRY FOR INTERNET NUMBERS (ARIN)**<br>P.O. BOX 759477<br>BALTIMORE, MD 21275-9477 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.62 | State what the contract or lease is for and the nature of the debtor's interest | AMERICAN RELOCATION CONNECTIONS (ARC)-WVD-RELOCATION AGREEMENT 091918 | **AMERICAN RELOCATION CONNECTIONS LLC**<br>11350 RANDOM HILLS RD, STE 130<br>FAIRFAX, VA 22030 |
| | State the term remaining<br>List the contract number of any government contract | 9/19/2021 | |
| 2.63 | State what the contract or lease is for and the nature of the debtor's interest | ANALOG DEVICES INC-WVD-MOU 09292016 | **ANALOG DEVICES INC**<br>2 ELIZABETH DR<br>CHELMSFORD, MA 01824 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.64 | State what the contract or lease is for and the nature of the debtor's interest | ANALOG DEVICES-WVD-PRODUCT DEVELOPMENT AGREEMENT 070717 | **ANALOG DEVICES INC**<br>2 ELIZABETH DR<br>CHELMSFORD, MA 01824 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.65 | State what the contract or lease is for and the nature of the debtor's interest | ANALOG DEVICES INC-WVD-PURCHASE ORDER 021318-HT | **ANALOG DEVICES INC**<br>2 ELIZABETH DR<br>CHELMSFORD, MA 01824 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name    **WorldVu Development LLC**                                    Case number (if known): **20-22436**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
---|---

| | | |
|---|---|---|
| 2.66 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | ANALOG DEVICES, INC<br>2 ELIZABETH DR<br>CHELMSFORD, MA 01824 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.67 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | ANALOG DEVICES, INC<br>2 ELIZABETH DR<br>CHELMSFORD, MA 01824 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.68 | State what the contract or lease is for and the nature of the debtor's interest | AGI-CGI-WVD PO FOR STK LICENSE 062117 | ANALYTICAL GRAPHICS INC<br>220 VALLEY CREEK BLVD<br>EXTON, PA 19341 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.69 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | ANALYTICAL GRAPHICS, INC<br>220 VALLEY CREEK BLVD<br>EXTON, PA 19341 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.70 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | ANALYTICAL GRAPHICS, INC<br>220 VALLEY CREEK BLVD<br>EXTON, PA 19341 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.71 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | ANALYTICAL GRAPHICS, INC<br>220 VALLEY CREEK BLVD<br>EXTON, PA 19341 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | **WorldVu Development LLC** | Case number (if known): **20-22436** |
|---|---|---|

<table>
<tr><td colspan="3">■   **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**</td></tr>
<tr><td colspan="3">Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.</td></tr>
<tr><td colspan="2">List all contracts and unexpired leases</td><td>State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease</td></tr>
<tr>
<td>2.72</td>
<td>State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract</td>
<td>**ANCHORAGE CONSULTANTS - WVD - RECRUITING AGREEMENT 042616**</td>
<td>ANCHORAGE CONSULTANTS LLC<br>6060 TOWER COURT<br>ALEXANDRIA, VA 22304</td>
</tr>
<tr>
<td>2.73</td>
<td>State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract</td>
<td>**PURCHASE ORDER**</td>
<td>ANSYS, INC<br>2600 ANSYS DR<br>CANONSBURG, PA 15317</td>
</tr>
<tr>
<td>2.74</td>
<td>State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract</td>
<td>**APEX SYSTEMS - WVD - MSA - 060316**</td>
<td>APEX SYSTEMS LLC<br>3750 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693</td>
</tr>
<tr>
<td>2.75</td>
<td>State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract</td>
<td>**APODI HR-WVD-CSA 012215**</td>
<td>APODI LIMITED<br>1 ST PETERS RD<br>MAIDENHEAD SL6 7QU<br>UNITED KINGDOM</td>
</tr>
<tr>
<td>2.76</td>
<td>State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract</td>
<td>**APPLE-WVD-DEVELOPER AGREEMENT**</td>
<td>APPLE INC<br>ATTN: LEGAL DEPT<br>1 APPLE PARK WAY<br>CUPERTINO, CA 95014</td>
</tr>
<tr>
<td>2.77</td>
<td>State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract</td>
<td>**L3 APPLIED DEFENSE SOLUTIONS-WVD-AMENDMENT #1 TO MASTER CONTRACT 080718**</td>
<td>APPLIED DEFENSE SOLUTIONS INC<br>10440 LITTLE PATUXENT PKWY<br>COLUMBIA, MD 21044</td>
</tr>
</table>

Debtor Name    **WorldVu Development LLC**                                    Case number (if known): **20-22436**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.78 | State what the contract or lease is for and the nature of the debtor's interest | L3 APPLIED DEFENSE SOLUTIONS-WVD-AMENDMENT #2 TO MASTER CONTRACT 122118 | APPLIED DEFENSE SOLUTIONS INC 10440 LITTLE PATUXENT PKWY COLUMBIA, MD 21044 |
| | State the term remaining List the contract number of any government contract | | |
| 2.79 | State what the contract or lease is for and the nature of the debtor's interest | ARROWHEAD SOLUTIONS LLC-WVD-CONSULTING AGREEMENT 012816 | ARROWHEAD SOLUTIONS LLC P.O. BOX 251 SALIDA, CA 81201 |
| | State the term remaining List the contract number of any government contract | 2/3/2021 | |
| 2.80 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | ASC SIGNAL CORPORATION 1120 JUPITER RD, STE 102 PLANO, TX 75074 |
| | State the term remaining List the contract number of any government contract | | |
| 2.81 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | ASC SIGNAL CORPORATION 1120 JUPITER RD, STE 102 PLANO, TX 75074 |
| | State the term remaining List the contract number of any government contract | | |
| 2.82 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | ASC SIGNAL CORPORATION 1120 JUPITER RD, STE 102 PLANO, TX 75074 |
| | State the term remaining List the contract number of any government contract | | |
| 2.83 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | ASC SIGNAL CORPORATION 1120 JUPITER RD, STE 102 PLANO, TX 75074 |
| | State the term remaining List the contract number of any government contract | | |

Debtor Name    **WorldVu Development LLC**                          Case number (if known): **20-22436**

███ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.84 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | **ASC SIGNAL CORPORATION 1120 JUPITER RD, STE 102 PLANO, TX 75074** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.85 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | **ASC SIGNAL CORPORATION 1120 JUPITER RD, STE 102 PLANO, TX 75074** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.86 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | **ASC SIGNAL CORPORATION 1120 JUPITER RD, STE 102 PLANO, TX 75074** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.87 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | **ASC SIGNAL CORPORATION 1120 JUPITER RD, STE 102 PLANO, TX 75074** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.88 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | **ASC SIGNAL CORPORATION 1120 JUPITER RD, STE 102 PLANO, TX 75074** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.89 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | **ASC SIGNAL CORPORATION 1120 JUPITER RD, STE 102 PLANO, TX 75074** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name    **WorldVu Development LLC**                                    Case number (if known): **20-22436**

| ███ | **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.90 | State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** | **ASC SIGNAL CORPORATION**<br>**1120 JUPITER RD, STE 102**<br>**PLANO, TX 75074** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.91 | State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** | **ASCS CANADIAN SIGNAL CORPORATION**<br>**606 BEACH ST WEST**<br>**WHITBY, ON L1N 7T8**<br>**CANADA** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.92 | State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** | **ASCS CANADIAN SIGNAL CORPORATION**<br>**606 BEACH ST WEST**<br>**WHITBY, ON L1N 7T8**<br>**CANADA** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.93 | State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** | **ASCS CANADIAN SIGNAL CORPORATION**<br>**606 BEACH ST WEST**<br>**WHITBY, ON L1N 7T8**<br>**CANADA** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.94 | State what the contract or lease is for and the nature of the debtor's interest | **CPI-WVD-ASSIGNMENT LETTER 030118** | **ASCS CANADIAN SIGNAL CORPORATION**<br>**606 BEACH ST WEST**<br>**WHITBY, ON L1N 7T8**<br>**CANADA** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.95 | State what the contract or lease is for and the nature of the debtor's interest | **AT&T-WVD-MASTER AGREEMENT 011119** | **AT&T**<br>**P.O. BOX 5014**<br>**CAROL STREAM, IL 60197** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name    **WorldVu Development LLC**                                    Case number (if known): **20-22436**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases                    State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.96 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER (CABLES) | AVNET INC<br>6724 ALEXANDER BELL DR, STE 110<br>COLUMBIA, MD 21046 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.97 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | AZTECH<br>ROOMS 2-6, 3/F, NO 1 SCIENCE PARK EAST AVE<br>HONG KONG SCIENCE PARK<br>PAK SHEK KOK, SHATIN, NT<br>HONG KONG |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.98 | State what the contract or lease is for and the nature of the debtor's interest | AZTECH PURCHASE ORDER 121517-HT | AZTECH GROUP LTD<br>NO 31 UBI RD 1 AZTECH BUILDING<br>SINGAPORE, 408694<br>SINGAPORE |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.99 | State what the contract or lease is for and the nature of the debtor's interest | AZTECH-WVD-MDPA 121517 | AZTECH GROUP LTD<br>NO 31 UBI RD 1 AZTECH BUILDING<br>SINGAPORE, 408694<br>SINGAPORE |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.100 | State what the contract or lease is for and the nature of the debtor's interest | AZTECH GROUP LTD-WVD-PURCHASE ORDER 120117-HT | AZTECH GROUP LTD<br>NO 31 UBI RD 1 AZTECH BUILDING<br>SINGAPORE, 408694<br>SINGAPORE |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.101 | State what the contract or lease is for and the nature of the debtor's interest | AZTECH TECHNOLOGIES-WVD-AMENDMENT #1 TO MDPA 111218 | AZTECH GROUP LTD<br>NO 31 UBI RD 1 AZTECH BUILDING<br>SINGAPORE, 408694<br>SINGAPORE |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name    **WorldVu Development LLC**                                    Case number (if known): **20-22436**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.102 | State what the contract or lease is for and the nature of the debtor's interest | AZTECH-WVD-SOW #2 020718 | AZTECH GROUP LTD<br>NO 31 UBI RD 1 AZTECH BUILDING<br>SINGAPORE, 408694<br>SINGAPORE |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.103 | State what the contract or lease is for and the nature of the debtor's interest | AZTECH-WVD-SOW #3 111318 | AZTECH GROUP LTD<br>NO 31 UBI RD 1 AZTECH BUILDING<br>SINGAPORE, 408694<br>SINGAPORE |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.104 | State what the contract or lease is for and the nature of the debtor's interest | AZTECH TECHNOLOGIES PTE LTD-WVD-AMENDMENT #1 TO SOW #3 | AZTECH GROUP LTD<br>NO 31 UBI RD 1 AZTECH BUILDING<br>SINGAPORE, 408694<br>SINGAPORE |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.105 | State what the contract or lease is for and the nature of the debtor's interest | BAKER & MCKENZIE LLP-WVD-ENGAGEMENT LETTER | BAKER & MCKENZIE LLP<br>1808 SWIFT DR<br>OAK BROOK, IL 60523 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.106 | State what the contract or lease is for and the nature of the debtor's interest | BALL AEROSPACE - WVD - EXCLUSIVE TEAMING AGREEMENT - 081716 | BALL AEROSPACE & TECHNOLOGIES CORP<br>10 LONGS PEAK DR<br>BROOMFIELD, CO 80021 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.107 | State what the contract or lease is for and the nature of the debtor's interest | BALL AEROSPACE SUPPLY - WVD - CONFLICTS FORM 031816 | BALL AEROSPACE SUPPLY<br>10 LONGS PEAK DR<br>BROOMFIELD, CO 80021 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name    **WorldVu Development LLC**                                    Case number (if known): **20-22436**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.108 | State what the contract or lease is for and the nature of the debtor's interest | BAMBOOHR - WVD - COREHRIS IMPLEMENTATION INVOICE 081916 | BAMBOOHR<br>335 S 560 W<br>LINDON, UT 84042 |
| | State the term remaining | 4/19/2020 | |
| | List the contract number of any government contract | | |
| 2.109 | State what the contract or lease is for and the nature of the debtor's interest | BANTA-WVD-ENGLTR 013017 | BANTA IMMIGRATION LAW LTD<br>260 PEACHTREE ST NW, STE 801<br>ATLANTA, GA 30303 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.110 | State what the contract or lease is for and the nature of the debtor's interest | BARROS & ERRAZURIZ-WVD-ENGAGEMENT LETTER 032819 | BARROS & ERRAZURIZ<br>2939 ISIDORA GOYENECHEA FL 10<br>LAS CONDES, SANTIAGO<br>CHILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.111 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | BASELINES INC<br>8716 ELLIS MILL DR<br>GAINESVILLE, VA 20155 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.112 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | BASELINES INC<br>8716 ELLIS MILL DR<br>GAINESVILLE, VA 20155 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.113 | State what the contract or lease is for and the nature of the debtor's interest | BEACON HILL STAFFING-WVD-EMPLOYEE RECRUITING AGREEMENT 020717 | BEACON HILL STAFFING<br>152 BOWDOIN ST<br>BOSTON, MA 02108 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor Name | **WorldVu Development LLC** | Case number (if known): **20-22436** |
|---|---|---|

## ▮ Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.114 | State what the contract or lease is for and the nature of the debtor's interest<br><br>**LEGAL ENGAGEMENT LETTER**<br><br>State the term remaining<br>List the contract number of any government contract | **BEDELL CRISTIN**<br>26 NEW ST, ST HELIER<br>JERSEY JE2 3RA<br>JERSEY |
| 2.115 | State what the contract or lease is for and the nature of the debtor's interest<br><br>**BERNARD, NICKET & ASSOCIATES-WVD-AGREEMENT 051319**<br><br>State the term remaining<br>List the contract number of any government contract | **BERNARD, NICKELS & ASSOCIATES INC**<br>307 5TH AVE, 12TH FL<br>NEW YORK, NY 10016 |
| 2.116 | State what the contract or lease is for and the nature of the debtor's interest<br><br>**PURCHASE ORDER**<br><br>State the term remaining<br>List the contract number of any government contract | **BEYOND TRUST CORPORATION**<br>11695 JOHNS CREEK PKWY, STE 200<br>JOHNS CREEK, GA 30097 |
| 2.117 | State what the contract or lease is for and the nature of the debtor's interest<br><br>**MSA**<br><br>State the term remaining<br>List the contract number of any government contract | **BEYOND20**<br>2595 DALLAS PKWY, STE 300<br>FRISCO, TX 75034 |
| 2.118 | State what the contract or lease is for and the nature of the debtor's interest<br><br>**BG SOLUTIONS (DBA BGS CONSULTING)-WVD-PSA 121718**<br><br>State the term remaining  12/17/2020<br>List the contract number of any government contract | **BG SOLUTIONS LLC (DBA BGS CONSULTING)**<br>1964 GALLOWS RD, STE 320<br>VIENNA, VA 22182 |
| 2.119 | State what the contract or lease is for and the nature of the debtor's interest<br><br>**BG SOLUTIONS-WVD-SOW #7 103119**<br><br>State the term remaining  4/30/2020<br>List the contract number of any government contract | **BG SOLUTIONS LLC (DBA BGS CONSULTING)**<br>1964 GALLOWS RD, STE 320<br>VIENNA, VA 22182 |

Debtor Name      **WorldVu Development LLC**                                    Case number (if known): **20-22436**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.120 | State what the contract or lease is for and the nature of the debtor's interest | BG SOLUTIONS-WVD-SOW # 8 | BG SOLUTIONS LLC (DBA BGS CONSULTING)<br>1964 GALLOWS RD, STE 320<br>VIENNA, VA 22182 |
| | State the term remaining<br>List the contract number of any government contract | 4/30/2020 | |
| 2.121 | State what the contract or lease is for and the nature of the debtor's interest | BG SOLUTIONS-WVD-SOW #11 | BG SOLUTIONS LLC (DBA BGS CONSULTING)<br>1964 GALLOWS RD, STE 320<br>VIENNA, VA 22182 |
| | State the term remaining<br>List the contract number of any government contract | 4/14/2020 | |
| 2.122 | State what the contract or lease is for and the nature of the debtor's interest | BGR GROUP-WVD-AGREEMENT 081919 | BGR<br>P.O. BOX 14416<br>WASHINGTON, DC 20044-4416 |
| | State the term remaining<br>List the contract number of any government contract | 8/19/2020 | |
| 2.123 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT (CABLING SYSTEMS) | BIG BUILDING INFRASTRUCTURE GROUP<br>14310 SULLYFIELD CIR, STE 400<br>CHANTILLY, VA 20151 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.124 | State what the contract or lease is for and the nature of the debtor's interest | BLAIR DOWNS - WVD - VENDOR AGREEMENT 011117 | BLAIR DOWNS<br>6207 GENTLE LN<br>ALEXANDRIA, VA 22310 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.125 | State what the contract or lease is for and the nature of the debtor's interest | LEGAL ENGAGEMENT LETTER | BLANKINGSHIP & KEITH, PC<br>4020 UNIVERSITY DR, STE 300<br>FAIRFAX, VA 22030 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name    **WorldVu Development LLC**                                    Case number (if known): **20-22436**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.126 | State what the contract or lease is for and the nature of the debtor's interest | BLOOMBERG FINANCE L.P.-WVD-DATA LICENSE AGREEMENT AND MASTER DATA SCHEDULE OF SERVICES 111319 | BLOOMBERG FINANCE LP<br>P.O. BOX 416604<br>BOSTON, MA 02241-6604 |
| | State the term remaining<br>List the contract number of any government contract | 11/13/2021 | |
| 2.127 | State what the contract or lease is for and the nature of the debtor's interest | BLUE AGILITY - WVD - MSA - 090616 | BLUE AGILITY LLC<br>1 N WILSON AVE, STE 2<br>BRISTOL, PA 19007 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.128 | State what the contract or lease is for and the nature of the debtor's interest | BOGNET CONSTRUCTION-WVD-AGREEMENT | BOGNET CONSTRUCTION<br>8224 OLD CTHOUSE RD, STE 200<br>VIENNA, VA 22182 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.129 | State what the contract or lease is for and the nature of the debtor's interest | TOWER3-WVD-PRIME LEASE<br>1785 GREENSBORO STATION PLACE 20181 | BORO STATION TOWER 3 LLC<br>C/O THE MERIDIAN GROUP<br>3 BETHESDA METRO CENTER, STE 1400<br>BETHESDA, MD 20814 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.130 | State what the contract or lease is for and the nature of the debtor's interest | BRYCE SPACE 7 TECHNOLOGY-WVD-AGREEMENT 042919 | BRYCE SPACE AND TECHNOLOGY LLC<br>1199 N FAIRFAX ST, STE 800<br>ALEXANDRIA, VA 22314 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.131 | State what the contract or lease is for and the nature of the debtor's interest | BUCHANAN INGERSOLL & ROONEY-WVD-ENGAGEMENT LETTER 080218 | BUCHANAN INGERSOLL & ROONEY<br>ATTN: ACCT DEPT<br>301 GRANT ST, 20TH FL<br>PITTSBURGH, PA 15219 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name   **WorldVu Development LLC**                               Case number (if known): **20-22436**

### Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.132 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | BUILDING INFRASTRUCTURE GROUP<br>14310 SULLYFIELD CIR, STE 400<br>CHANTILLY, VA 20151 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.133 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | BUILDING INFRASTRUCTURE GROUP<br>14310 SULLYFIELD CIR, STE 400<br>CHANTILLY, VA 20151 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.134 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | CABLES PLUS, USA<br>5608 WEST MARSHALL ST<br>RICHMOND, VA 23230 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.135 | State what the contract or lease is for and the nature of the debtor's interest | CALTECH-WVD-SLA 042417 | CALIFORNIA INSTITUTE OF TECHNOLOGY<br>FRED FARINA - CIO<br>1200 E CALIFORNIA BLVD, M/C 6-32<br>PASADENA, CA 91125 |
| | State the term remaining<br>List the contract number of any government contract | 5/10/2027 | |
| 2.136 | State what the contract or lease is for and the nature of the debtor's interest | CAPE DESIGN-WVD-PSA 041519 | CAPE DESIGN ENGINEERING CO<br>775 E MERRITT ISLAND CSWY, STE 230<br>MERRIT ISLAND, FL 32952 |
| | State the term remaining<br>List the contract number of any government contract | 4/15/2020 | |
| 2.137 | State what the contract or lease is for and the nature of the debtor's interest | CAPGEMINI-WVD-MSA AND SOW 111518 | CAPGEMINI AMERICA, INC,<br>012663 COLLECTION CENTER DR<br>CHICAGO, IL 60693 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name    **WorldVu Development LLC**                                    Case number (if known): **20-22436**

| Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases |
|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.138 | State what the contract or lease is for and the nature of the debtor's interest | CAPGEMINI-WVD-SOW (BUSINESS DESIGN AND FINANCE TRANSFORMATION) 081519 | CAPGEMINI CONSULTING PLACE DE L'ÉTOILE - 11 RUE DE TILSITT 75019 PARIS FRANCE |
| | State the term remaining | 6/30/2020 | |
| | List the contract number of any government contract | | |
| 2.139 | State what the contract or lease is for and the nature of the debtor's interest | CAVALIER LOGISTICS-WVD-MSA 040219 | CAVALIER INTERNATIONAL AIR FREIGHT INC 45085 OLD OX RD DULLES, VA 20166 |
| | State the term remaining | 4/2/2022 | |
| | List the contract number of any government contract | | |
| 2.140 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | CDW DIRECT P.O. BOX 75723 CHICAGO, IL 60675-5723 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.141 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | CDW DIRECT P.O. BOX 75723 CHICAGO, IL 60675-5723 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.142 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | CDW DIRECT P.O. BOX 75723 CHICAGO, IL 60675-5723 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.143 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | CDW DIRECT P.O. BOX 75723 CHICAGO, IL 60675-5723 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name    **WorldVu Development LLC**                                    Case number (if known): **20-22436**

| | **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.144 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | **CDW DIRECT**<br>**P.O. BOX 75723**<br>**CHICAGO, IL 60675-5723** |
| | State the term remaining<br>List the contract number of any government contract | | |

| 2.145 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | **CDW DIRECT**<br>**P.O. BOX 75723**<br>**CHICAGO, IL 60675-5723** |
| | State the term remaining<br>List the contract number of any government contract | | |

| 2.146 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | **CDW DIRECT**<br>**P.O. BOX 75723**<br>**CHICAGO, IL 60675-5723** |
| | State the term remaining<br>List the contract number of any government contract | | |

| 2.147 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | **CDW DIRECT**<br>**P.O. BOX 75723**<br>**CHICAGO, IL 60675-5723** |
| | State the term remaining<br>List the contract number of any government contract | | |

| 2.148 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | **CDW DIRECT**<br>**P.O. BOX 75723**<br>**CHICAGO, IL 60675-5723** |
| | State the term remaining<br>List the contract number of any government contract | | |

| 2.149 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | **CDW DIRECT**<br>**P.O. BOX 75723**<br>**CHICAGO, IL 60675-5723** |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name    **WorldVu Development LLC**                                          Case number (if known): **20-22436**

<table>
<tr><td colspan="3">■ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**</td></tr>
</table>

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.150 | State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** | **CDW DIRECT**<br>**P.O. BOX 75723**<br>**CHICAGO, IL 60675-5723** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.151 | State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** | **CDW DIRECT**<br>**P.O. BOX 75723**<br>**CHICAGO, IL 60675-5723** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.152 | State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** | **CDW DIRECT**<br>**P.O. BOX 75723**<br>**CHICAGO, IL 60675-5723** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.153 | State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** | **CDW DIRECT**<br>**P.O. BOX 75723**<br>**CHICAGO, IL 60675-5723** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.154 | State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** | **CDW DIRECT**<br>**P.O. BOX 75723**<br>**CHICAGO, IL 60675-5723** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.155 | State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** | **CDW DIRECT**<br>**P.O. BOX 75723**<br>**CHICAGO, IL 60675-5723** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name    **WorldVu Development LLC**                                      Case number (if known): **20-22436**

| | | |
|---|---|---|
| **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases** | | |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.156 | State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** |
| | | **CDW DIRECT**<br>**P.O. BOX 75723**<br>**CHICAGO, IL 60675-5723** |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.157 | State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** |
| | | **CDW DIRECT**<br>**P.O. BOX 75723**<br>**CHICAGO, IL 60675-5723** |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.158 | State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** |
| | | **CDW DIRECT**<br>**P.O. BOX 75723**<br>**CHICAGO, IL 60675-5723** |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.159 | State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** |
| | | **CDW DIRECT**<br>**P.O. BOX 75723**<br>**CHICAGO, IL 60675-5723** |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.160 | State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** |
| | | **CDW DIRECT**<br>**P.O. BOX 75723**<br>**CHICAGO, IL 60675-5723** |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.161 | State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** |
| | | **CDW DIRECT**<br>**P.O. BOX 75723**<br>**CHICAGO, IL 60675-5723** |
| | State the term remaining | |
| | List the contract number of any government contract | |

Debtor Name    **WorldVu Development LLC**                                      Case number (if known): **20-22436**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.162 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | CDW DIRECT<br>P.O. BOX 75723<br>CHICAGO, IL 60675-5723 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.163 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | CDW DIRECT<br>P.O. BOX 75723<br>CHICAGO, IL 60675-5723 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.164 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | CDW DIRECT<br>P.O. BOX 75723<br>CHICAGO, IL 60675-5723 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.165 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | CDW DIRECT<br>P.O. BOX 75723<br>CHICAGO, IL 60675-5723 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.166 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | CDW DIRECT<br>P.O. BOX 75723<br>CHICAGO, IL 60675-5723 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.167 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | CDW DIRECT<br>P.O. BOX 75723<br>CHICAGO, IL 60675-5723 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name    **WorldVu Development LLC**                                            Case number (if known): **20-22436**

| | **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.168 | State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** | **CDW DIRECT**<br>**P.O. BOX 75723**<br>**CHICAGO, IL 60675-5723** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.169 | State what the contract or lease is for and the nature of the debtor's interest | **CEMDIA (AUST) PTY-WVD-PSA 061518** | **CEMDIA (AUST) PTY**<br>**9 JAGARA ST**<br>**ARANDA, ACT 2614**<br>**AUSTRALIA** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.170 | State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** | **CENTURYLINK**<br>**BUSINESS SERVICES**<br>**P.O. BOX 52187**<br>**PHOENIX, AZ 85072** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.171 | State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** | **CENTURYLINK**<br>**BUSINESS SERVICES**<br>**P.O. BOX 52187**<br>**PHOENIX, AZ 85072** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.172 | State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** | **CENTURYLINK**<br>**BUSINESS SERVICES**<br>**P.O. BOX 52187**<br>**PHOENIX, AZ 85072** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.173 | State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** | **CENTURYLINK**<br>**BUSINESS SERVICES**<br>**P.O. BOX 52187**<br>**PHOENIX, AZ 85072** |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name    **WorldVu Development LLC**                                        Case number (if known): **20-22436**

| Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.174 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE ORDERS (WAVELENGTH) | CENTURYLINK<br>1025 ELDORADO BLVS<br>BROOMFIELD, CO 80021 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.175 | State what the contract or lease is for and the nature of the debtor's interest | CERTENT-WVD-ORDER SUBSCRIPTIONS FOR IFRS | CERTENT INC<br>1548 EUREKA RD<br>ROSEVILLE, CA 95661 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.176 | State what the contract or lease is for and the nature of the debtor's interest | CERTENT-WVD-ORDER UNDER SUBSCRIPTION AND SERVICES AGREEMENT 121216 | CERTENT INC<br>1548 EUREKA RD<br>ROSEVILLE, CA 95661 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.177 | State what the contract or lease is for and the nature of the debtor's interest | CERTENT-WVD-ORDER FORM (EQUITY MANAGEMENT SERVICES) 081418 | CERTENT INC<br>1548 EUREKA RD<br>ROSEVILLE, CA 95661 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.178 | State what the contract or lease is for and the nature of the debtor's interest | AGI-CGI-WVD PO FOR STK LICENSE 062117 | CGI INFORMATION SYSTEMS AND MANAGEMENT CONSULTANTS INC<br>1350 RENE-LEVESQUE BLVD W, 15TH FL<br>MONTREAL, QC H3G IT4<br>CANADA |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.179 | State what the contract or lease is for and the nature of the debtor's interest | CGI - WVD - NOVATION AGREEMENT 100117 | CGI INFORMATION SYSTEMS AND MANAGEMENT CONSULTANTS INC<br>1350 RENE-LEVESQUE BLVD W, 15TH FL<br>MONTREAL, QC H3G IT4<br>CANADA |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name      **WorldVu Development LLC**                                Case number (if known): **20-22436**

---

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases                     State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.180 | State what the contract or lease is for and the nature of the debtor's interest | CGI - WVD - GNOC TERM SHEET - 011117 | CGI INFORMATION SYSTEMS AND MANAGEMENT CONSULTANTS INC 1350 RENE-LEVESQUE BLVD W, 15TH FL MONTREAL, QC H3G IT4 CANADA |
| | State the term remaining List the contract number of any government contract | | |
| 2.181 | State what the contract or lease is for and the nature of the debtor's interest | CGI-WVD-GNOC MDPA 031717 | CGI INFORMATION SYSTEMS AND MANAGEMENT CONSULTANTS INC 1350 RENE-LEVESQUE BLVD W, 15TH FL MONTREAL, QC H3G IT4 CANADA |
| | State the term remaining List the contract number of any government contract | | |
| 2.182 | State what the contract or lease is for and the nature of the debtor's interest | CGI - WVD - SOW AMENDMENT V1.3 042817 | CGI INFORMATION SYSTEMS AND MANAGEMENT CONSULTANTS INC 1350 RENE-LEVESQUE BLVD W, 15TH FL MONTREAL, QC H3G IT4 CANADA |
| | State the term remaining List the contract number of any government contract | | |
| 2.183 | State what the contract or lease is for and the nature of the debtor's interest | CGI-WVD-SOW AMENDMENT V1.4 101717 | CGI INFORMATION SYSTEMS AND MANAGEMENT CONSULTANTS INC 1350 RENE-LEVESQUE BLVD W, 15TH FL MONTREAL, QC H3G IT4 CANADA |
| | State the term remaining List the contract number of any government contract | | |
| 2.184 | State what the contract or lease is for and the nature of the debtor's interest | CGI-WVD-SOW FOR PGRM REL 1.0 FINAL 11-30-17 | CGI INFORMATION SYSTEMS AND MANAGEMENT CONSULTANTS INC 1350 RENE-LEVESQUE BLVD W, 15TH FL MONTREAL, QC H3G IT4 CANADA |
| | State the term remaining List the contract number of any government contract | | |
| 2.185 | State what the contract or lease is for and the nature of the debtor's interest | CGI-WVD-GNOC SOW AMENDMENT REL 1.5 121517 | CGI INFORMATION SYSTEMS AND MANAGEMENT CONSULTANTS INC 1350 RENE-LEVESQUE BLVD W, 15TH FL MONTREAL, QC H3G IT4 CANADA |
| | State the term remaining List the contract number of any government contract | | |

---

Debtor Name    **WorldVu Development LLC**                                    Case number (if known): **20-22436**

█████  **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases                    State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.186 | State what the contract or lease is for and the nature of the debtor's interest | CGI-WVD-GNOC SOW AMENDMENT REL 1.6 051418 | CGI INFORMATION SYSTEMS AND MANAGEMENT CONSULTANTS INC<br>1350 RENE-LEVESQUE BLVD W, 15TH FL<br>MONTREAL, QC H3G IT4<br>CANADA |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.187 | State what the contract or lease is for and the nature of the debtor's interest | CGI - WVD - NOVATION AGREEMENT 100117 | CGI IT UK LIMITED<br>20 FENCHURCH ST, 14TH FL<br>LONDON EC3M 3BY<br>UNITED KINGDOM |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.188 | State what the contract or lease is for and the nature of the debtor's interest | CGI-WVD-GNOC SOW AMENDMENT REL 1.7 061818 | CGI IT UK LIMITED<br>20 FENCHURCH ST, 14TH FL<br>LONDON EC3M 3BY<br>UNITED KINGDOM |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.189 | State what the contract or lease is for and the nature of the debtor's interest | CGI-WVD-SOW FOR PGRM REL 1.1 062218 | CGI IT UK LIMITED<br>20 FENCHURCH ST, 14TH FL<br>LONDON EC3M 3BY<br>UNITED KINGDOM |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.190 | State what the contract or lease is for and the nature of the debtor's interest | CGI-WVD-GNOC SOW AMENDMENT REL 1.8 091918 | CGI IT UK LIMITED<br>20 FENCHURCH ST, 14TH FL<br>LONDON EC3M 3BY<br>UNITED KINGDOM |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.191 | State what the contract or lease is for and the nature of the debtor's interest | CGI-WVD-GNOC SOW AMENDMENT REL 1.9 110218 | CGI IT UK LIMITED<br>20 FENCHURCH ST, 14TH FL<br>LONDON EC3M 3BY<br>UNITED KINGDOM |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | **WorldVu Development LLC** | Case number (if known): **20-22436** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.192 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CGI-WVD-SOW FOR PGRM REL 1.2 111418 | CGI IT UK LIMITED<br>20 FENCHURCH ST, 14TH FL<br>LONDON EC3M 3BY<br>UNITED KINGDOM |
| 2.193 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CGI-WVD-GNOC SOW AMENDMENT REL 1.10 120618 | CGI IT UK LIMITED<br>20 FENCHURCH ST, 14TH FL<br>LONDON EC3M 3BY<br>UNITED KINGDOM |
| 2.194 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CGI-WVD-GNOC SOW AMENDMENT REL 1.11 032519 | CGI IT UK LIMITED<br>20 FENCHURCH ST, 14TH FL<br>LONDON EC3M 3BY<br>UNITED KINGDOM |
| 2.195 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CGI-WVD-GNOC SOW AMENDMENT REL 1.12 041119 | CGI IT UK LIMITED<br>20 FENCHURCH ST, 14TH FL<br>LONDON EC3M 3BY<br>UNITED KINGDOM |
| 2.196 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CGI-WVD-SOW FOR PGRM REL 1.3 061219 | CGI IT UK LIMITED<br>20 FENCHURCH ST, 14TH FL<br>LONDON EC3M 3BY<br>UNITED KINGDOM |
| 2.197 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CGI-WVD-ARTS SOW #3 (ARTS) 092519 | CGI IT UK LIMITED<br>20 FENCHURCH ST, 14TH FL<br>LONDON EC3M 3BY<br>UNITED KINGDOM |

Debtor Name    **WorldVu Development LLC**                           Case number (if known): **20-22436**

| | **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.198 | State what the contract or lease is for and the nature of the debtor's interest | CHESAPEAKE ANALYTICS - WVD - PSA 111016 | CHESAPEAKE ANALYTICS CORP<br>6100 NORTH WESTERN AVE<br>OKLAHOMA CITY, OK 73118 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.199 | State what the contract or lease is for and the nature of the debtor's interest | CHESAPEAKE ANALYTICS-WVD-SOW #2 110117 | CHESAPEAKE ANALYTICS CORP<br>6100 NORTH WESTERN AVE<br>OKLAHOMA CITY, OK 73118 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.200 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | CHESAPEAKE MISSION CRITICAL<br>11900 G BALTIMORE AVE<br>BELTSVILLE, MD 21128 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.201 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | CHESAPEAKE MISSION CRITICAL<br>11900 G BALTIMORE AVE<br>BELTSVILLE, MD 21128 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.202 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | CHESAPEAKE MISSION CRITICAL<br>11900 G BALTIMORE AVE<br>BELTSVILLE, MD 21128 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.203 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | CHESAPEAKE MISSION CRITICAL<br>11900 G BALTIMORE AVE<br>BELTSVILLE, MD 21128 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name      **WorldVu Development LLC**                                    Case number (if known): **20-22436**

| | **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.204 | State what the contract or lease is for and the nature of the debtor's interest  **PURCHASE ORDER**  State the term remaining  List the contract number of any government contract | **CHESAPEAKE MISSION CRITICAL**<br>**11900 G BALTIMORE AVE**<br>**BELTSVILLE, MD 21128** |
| 2.205 | State what the contract or lease is for and the nature of the debtor's interest  **PURCHASE ORDER**  State the term remaining  List the contract number of any government contract | **CHESAPEAKE MISSION CRITICAL**<br>**11900 G BALTIMORE AVE**<br>**BELTSVILLE, MD 21128** |
| 2.206 | State what the contract or lease is for and the nature of the debtor's interest  **CHESAPEAKE-WVD-PURCHASE ORDER#1110DG**  State the term remaining  List the contract number of any government contract | **CHESAPEAKE MISSION CRITICAL LLC**<br>**11900 G BALTIMORE AVE**<br>**BELTSVILLE, MD 21128** |
| 2.207 | State what the contract or lease is for and the nature of the debtor's interest  **ANNUAL RENEWAL**  State the term remaining  List the contract number of any government contract | **CIGNA**<br>**214 W HURON**<br>**CHICAGO, IL 60654** |
| 2.208 | State what the contract or lease is for and the nature of the debtor's interest  **PURCHASE ORDER**  State the term remaining  List the contract number of any government contract | **COGENT COMMUNICATION**<br>**2450 N ST NW**<br>**WASHINGTON, DC 20037** |
| 2.209 | State what the contract or lease is for and the nature of the debtor's interest  **PURCHASE ORDER**  State the term remaining  List the contract number of any government contract | **COGENT COMMUNICATION**<br>**2450 N ST NW**<br>**WASHINGTON, DC 20037** |

| Debtor Name | **WorldVu Development LLC** | Case number (if known): **20-22436** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.210 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | COGENT COMMUNICATION<br>2450 N ST NW<br>WASHINGTON, DC 20037 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.211 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE ORDER | COGENT COMMUNICATIONS<br>2450 N ST NW<br>WASHINGTON, DC 20037 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.212 | State what the contract or lease is for and the nature of the debtor's interest | COGENT-WVD-MASTER AGREEMENT | COGENT COMMUNICATIONS, INC<br>2450 N ST NW<br>WASHINGTON, DC 20037 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.213 | State what the contract or lease is for and the nature of the debtor's interest | COLLABERA-WVD-RECRUITING AGREEMENT 082619 | COLLABERA INC<br>ATTN: ACCOUNTS RECEIVABLE<br>P.O. BOX 19<br>LIBERTY CORNER, NJ 07938-9800 |
| | State the term remaining<br>List the contract number of any government contract | 8/26/2020 | |
| 2.214 | State what the contract or lease is for and the nature of the debtor's interest | COLLABERA-WVD-WORK ORDER #1 091319 | COLLABERA INC<br>ATTN: ACCOUNTS RECEIVABLE<br>P.O. BOX 19<br>LIBERTY CORNER, NJ 07938-9800 |
| | State the term remaining<br>List the contract number of any government contract | 9/20/2020 | |
| 2.215 | State what the contract or lease is for and the nature of the debtor's interest | COLLABERA-WVD-WORK ORDER #2 091319 | COLLABERA INC<br>ATTN: ACCOUNTS RECEIVABLE<br>P.O. BOX 19<br>LIBERTY CORNER, NJ 07938-9800 |
| | State the term remaining<br>List the contract number of any government contract | 9/30/2020 | |

Debtor Name  **WorldVu Development LLC**                                    Case number (if known): **20-22436**

▬ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases                                    State the name and mailing address for all other parties with
                                                                           whom the debtor has an executory contract or unexpired
                                                                           lease

| | | | |
|---|---|---|---|
| 2.216 | State what the contract or lease is for and the nature of the debtor's interest | COLLABERA-WVD-WORK ORDER #6 100819 | COLLABERA INC<br>ATTN: ACCOUNTS RECEIVABLE<br>P.O. BOX 19<br>LIBERTY CORNER, NJ 07938-9800 |
| | State the term remaining<br>List the contract number of any government contract | 4/15/2020 | |
| 2.217 | State what the contract or lease is for and the nature of the debtor's interest | COLLABERA-WVD-WORK ORDER #7 101819 | COLLABERA INC<br>ATTN: ACCOUNTS RECEIVABLE<br>P.O. BOX 19<br>LIBERTY CORNER, NJ 07938-9800 |
| | State the term remaining<br>List the contract number of any government contract | 10/21/2020 | |
| 2.218 | State what the contract or lease is for and the nature of the debtor's interest | COLLABERA-WVD-WORK ORDER 8 102319 | COLLABERA INC<br>ATTN: ACCOUNTS RECEIVABLE<br>P.O. BOX 19<br>LIBERTY CORNER, NJ 07938-9800 |
| | State the term remaining<br>List the contract number of any government contract | 4/28/2020 | |
| 2.219 | State what the contract or lease is for and the nature of the debtor's interest | COLLABERA-WVD-WORK ORDER 9 102519 | COLLABERA INC<br>ATTN: ACCOUNTS RECEIVABLE<br>P.O. BOX 19<br>LIBERTY CORNER, NJ 07938-9800 |
| | State the term remaining<br>List the contract number of any government contract | 4/28/2020 | |
| 2.220 | State what the contract or lease is for and the nature of the debtor's interest | COLLABERA-WVD-WORK ORDER NO. 10 102719 | COLLABERA INC<br>ATTN: ACCOUNTS RECEIVABLE<br>P.O. BOX 19<br>LIBERTY CORNER, NJ 07938-9800 |
| | State the term remaining<br>List the contract number of any government contract | 4/28/2020 | |
| 2.221 | State what the contract or lease is for and the nature of the debtor's interest | COLLABERA -WVD-WORK ORDER 12 | COLLABERA INC<br>ATTN: ACCOUNTS RECEIVABLE<br>P.O. BOX 19<br>LIBERTY CORNER, NJ 07938-9800 |
| | State the term remaining<br>List the contract number of any government contract | 11/25/2020 | |

| Debtor Name | **WorldVu Development LLC** | Case number (if known): **20-22436** |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.222 | State what the contract or lease is for and the nature of the debtor's interest | CPI-WVD-ASSIGNMENT LETTER 030118 | COMMUNICATIONS & POWER INDUSTRIES CANADA INC<br>45 RIVER DR<br>GEORGETOWN, ON L7G 2J4<br>CANADA |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.223 | State what the contract or lease is for and the nature of the debtor's interest | CPI - WVD - MASTER DEVELOPMENT PURCHASE AGREEMENT FOR SAP ANTENNA 093016 | COMMUNICATIONS & POWER INDUSTRIES CANADA INC<br>45 RIVER DR<br>GEORGETOWN, ON L7G 2J4<br>CANADA |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.224 | State what the contract or lease is for and the nature of the debtor's interest | CPI-WVD-AMENDMENT #1 TO MASTER DEVELOPMENT AND PURCHASE AGREEMENT | COMMUNICATIONS & POWER INDUSTRIES CANADA INC<br>45 RIVER DR<br>GEORGETOWN, ON L7G 2J4<br>CANADA |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.225 | State what the contract or lease is for and the nature of the debtor's interest | CPI-WVD-AMENDMENT #3 TO MASTER DEVELOPMENT AND PURCHASE AGREEMENT 080219 | COMMUNICATIONS & POWER INDUSTRIES CANADA INC<br>45 RIVER DR<br>GEORGETOWN, ON L7G 2J4<br>CANADA |
| | State the term remaining<br>List the contract number of any government contract | 3/31/2020 | |
| 2.226 | State what the contract or lease is for and the nature of the debtor's interest | COMPENSIA-WVD-ENGAGEMENT LETTER 040219 | COMPENSIA<br>125 S MARKET ST, STE 1000<br>SAN JOSE, CA 95113 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.227 | State what the contract or lease is for and the nature of the debtor's interest | COMSAT-WVD-USE AND OCCUPANCY AGREEMENT (SOUTHBURY, CT SNP) 122118 | COMSAT INC<br>2550 WASSER TER<br>HERNDON, VA 20171 |
| | State the term remaining<br>List the contract number of any government contract | 12/21/2028 | |

Debtor Name    **WorldVu Development LLC**                                    Case number (if known): **20-22436**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.228 | State what the contract or lease is for and the nature of the debtor's interest | COMSAT-WVD-USE AND OCCUPANCY AGREEMENT (SANTA PAULA, CA SNP) 011519 | COMSAT INC<br>2550 WASSER TER<br>HERNDON, VA 20171 |
| | State the term remaining | 1/15/2029 | |
| | List the contract number of any government contract | | |
| 2.229 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | COMSEARCH<br>19700 JANELIA FARM BLVD<br>ASHBURN, VA 20147 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.230 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER - GNOC (2ND FL- REMOTE VIDEO POWER SUPPLY) | CONSTANT TECHNOLOGIES<br>125 STEAMBOAT AVE<br>N KINGSTOWN, RI 02851 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.231 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER GNOC (2ND FL - CONSOLES) | CONSTANT TECHNOLOGIES<br>125 STEAMBOAT AVE<br>N KINGSTOWN, RI 02851 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.232 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER - GNOC (2ND FL - HARDWARE FOR CONSOLES) | CONSTANT TECHNOLOGIES<br>125 STEAMBOAT AVE<br>N KINGSTOWN, RI 02851 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.233 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | CONSTANT TECHNOLOGIES, INC<br>125 STEAMBOAT AVE<br>WICKFORD, RI 02851 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor Name | **WorldVu Development LLC** | | Case number (if known): **20-22436** |
|---|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.234 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | CONSTANT TECHNOLOGIES, INC<br>125 STEAMBOAT AVE<br>WICKFORD, RI 02851 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.235 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | CONSTANT TECHNOLOGIES, INC<br>125 STEAMBOAT AVE<br>WICKFORD, RI 02851 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.236 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | CONSTANT TECHNOLOGIES, INC<br>125 STEAMBOAT AVE<br>WICKFORD, RI 02851 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.237 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | CONTINENTAL RESOURCES<br>175 MIDDLESEX TURNPIKE<br>BEDFORD, MA 01730-9137 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.238 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | CONTINENTAL RESOURCES<br>175 MIDDLESEX TURNPIKE<br>BEDFORD, MA 01730-9137 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.239 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | CONTINENTAL RESOURCES<br>175 MIDDLESEX TURNPIKE<br>BEDFORD, MA 01730-9137 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name    **WorldVu Development LLC**                                    Case number (if known): **20-22436**

| ■ | **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.240** | State what the contract or lease is for and the nature of the debtor's interest | CONVERGENCE-WVD-ENGAGEMENT LETTER 110415 | CONVERGENCE ADVISORS LLC<br>16 HUBBARD SCHOOL RD<br>RAMSEY, NJ 07446 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.241** | State what the contract or lease is for and the nature of the debtor's interest | CORAL SUNSET-WVD-MSA | CORAL SUNSET<br>8 CIRRUS DR, APT 8302<br>ASHLAND, MA 01721 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.242** | State what the contract or lease is for and the nature of the debtor's interest | CORPORATE APARTMENT SPECIALISTS - WVD - LEASE - 081816 | CORPORATE APARTMENT SPECIALISTS INC<br>2800 S SHIRLINGTON RD, STE 712<br>ARLINGTON, VA 22206 |
| | State the term remaining | 4/18/2020 | |
| | List the contract number of any government contract | | |
| **2.243** | State what the contract or lease is for and the nature of the debtor's interest | APARTMENT SPECIALISTS, INC. - WVD - LEASE FOR CEO APT. - 121516 | CORPORATE APARTMENT SPECIALISTS INC<br>2800 S SHIRLINGTON RD, STE 712<br>ARLINGTON, VA 22206 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.244** | State what the contract or lease is for and the nature of the debtor's interest | CORPORATE TRAVELER-WVD-AGREEMENT | CORPORATE TRAVELER<br>1401 S CLARK ST<br>ARLINGTON, VA 22202 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.245** | State what the contract or lease is for and the nature of the debtor's interest | CORT - WVD - LEASE AGREEMENT (EXCHANGE) FOR FURNITURE - 021916 | CORT BUSINESS SERVICES<br>15000 CONFERENCE CENTER DR STE 440<br>CHANTILLY, VA 20151 |
| | State the term remaining | 4/19/2020 | |
| | List the contract number of any government contract | | |

Debtor Name    **WorldVu Development LLC**                                    Case number (if known): **20-22436**

| | Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.246 | State what the contract or lease is for and the nature of the debtor's interest | **SERVICE ORDER** | **COX BUSINESS**<br>**11016 RUSHMORE DR, STE 180**<br>**CHARLOTTE, NC 28277** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.247 | State what the contract or lease is for and the nature of the debtor's interest | **CPI - WVD - ATP AMENDMENT NO.2 (SAP ANTENNA) 112316** | **CPI - MALIBU DIVISION**<br>**3760 CALLE TECATE, STE A**<br>**CAMARILLO, CA 93012** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.248 | State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** | **CPI CANADA INC**<br>**45 RIVER DR**<br>**GEORGETOWN, ON L7G 2J4**<br>**CANADA** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.249 | State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** | **CPI CANADA INC**<br>**45 RIVER DR**<br>**GEORGETOWN, ON L7G 2J4**<br>**CANADA** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.250 | State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** | **CPI CANADA INC**<br>**45 RIVER DR**<br>**GEORGETOWN, ON L7G 2J4**<br>**CANADA** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.251 | State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** | **CPI CANADA INC**<br>**45 RIVER DR**<br>**GEORGETOWN, ON L7G 2J4**<br>**CANADA** |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name    **WorldVu Development LLC**                    Case number (if known): **20-22436**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.252 | State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** | **CPI CANADA INC**<br>**45 RIVER DR**<br>**GEORGETOWN, ON L7G 2J4**<br>**CANADA** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.253 | State what the contract or lease is for and the nature of the debtor's interest | **CPI-WVD-AMENDMENT #2 TO MASTER DEVELOPMENT AND PURCHASE AGREEMENT 110218** | **CPI INTERNATIONAL INC**<br>**580 SKYLANE BLVD**<br>**SANTA ROSA, CA 95403** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.254 | State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** | **CPI MALIBU DIVISION**<br>**3760-A CALLE TECATE**<br>**CAMARILLO, CA 93012-5060** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.255 | State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** | **CPI MALIBU DIVISION**<br>**3760-A CALLE TECATE**<br>**CAMARILLO, CA 93012-5060** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.256 | State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** | **CPI MALIBU DIVISION**<br>**3760-A CALLE TECATE**<br>**CAMARILLO, CA 93012-5060** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.257 | State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** | **CPI MALIBU DIVISION**<br>**3760-A CALLE TECATE**<br>**CAMARILLO, CA 93012-5060** |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name    **WorldVu Development LLC**                                    Case number (if known): **20-22436**

| | **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.258 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | CPI MALIBU DIVISION<br>3760-A CALLE TECATE<br>CAMARILLO, CA 93012-5060 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.259 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | CROSS TECHNOLOGIES INC<br>6170 SHILOH RD<br>ALPHARETTA, GA 30005 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.260 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | CROSS TECHNOLOGIES, INC<br>6170 SHILOH RD<br>ALPHARETTA, GA 30005 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.261 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | CROSS TECHNOLOGIES, INC<br>6170 SHILOH RD<br>ALPHARETTA, GA 30005 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.262 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | CROWN CASTLE<br>P.O. BOX 28730<br>NEW YORK, NY 10087-8730 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.263 | State what the contract or lease is for and the nature of the debtor's interest | CRUCIBLE ENGINEERING-WVD-AMENDMENT#2 TO SOW#1 091119 | CRUCIBLE ENGINEERING LLC<br>575 STATE FAIR BLVD<br>SOLVAY, NY 13209 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name    **WorldVu Development LLC**                                Case number (if known): **20-22436**

| ███ | **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.264 | State what the contract or lease is for and the nature of the debtor's interest | CRUCIBLE ENGINEERING-WVD-AMENDMENT #3 TO AMENDED AND RESTATED SOW #1 | CRUCIBLE ENGINEERING LLC 575 STATE FAIR BLVD SOLVAY, NY 13209 |
| | State the term remaining | 6/30/2020 | |
| | List the contract number of any government contract | | |
| 2.265 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | CULLIMORE AND RING TECHNOLOGIES, INC 2501 BRIARWOOD DR BOULDER, CO 80305 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.266 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | CULLIMORE AND RING TECHNOLOGIES, INC 2501 BRIARWOOD DR BOULDER, CO 80305 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.267 | State what the contract or lease is for and the nature of the debtor's interest | DAHL MORROW INTERNATIONAL - WVD - RETAINED SEARCH AGREEMENT 092316 | DAHL-MORROW INTERNATIONAL 1821 MICHAEL FARADAY DR, STE 202 RESTON, VA 20190 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.268 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | DARKTRACE LIMITED MAURICE WILKES BLDG ST JOHNS INNOV PARK COWLEY RD CAMBRIDGE CB4 0DS UNITED KINGDOM |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.269 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | DARKTRACE LIMITED MAURICE WILKES BLDG ST JOHNS INNOV PARK COWLEY RD CAMBRIDGE CB4 0DS UNITED KINGDOM |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name    **WorldVu Development LLC**                                    Case number (if known): **20-22436**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.270 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PURCHASE ORDER | DARKTRACE LIMITED<br>MAURICE WILKES BLDG<br>ST JOHNS INNOV PARK<br>COWLEY RD<br>CAMBRIDGE CB4 0DS<br>UNITED KINGDOM |
| 2.271 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PURCHASE ORDER | DARKTRACE LIMITED<br>MAURICE WILKES BLDG<br>ST JOHNS INNOV PARK<br>COWLEY RD<br>CAMBRIDGE CB4 0DS<br>UNITED KINGDOM |
| 2.272 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PURCHASE ORDER | DATADOG, INC<br>620 8TH AVE, 45TH FL<br>NEW YORK, NY 10018-1741 |
| 2.273 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PURCHASE ORDER | DATADOG, INC<br>620 8TH AVE, 45TH FL<br>NEW YORK, NY 10018-1741 |
| 2.274 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PURCHASE ORDER | DATADOG, INC<br>620 8TH AVE, 45TH FL<br>NEW YORK, NY 10018-1741 |
| 2.275 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | DATERA, INC.-WVD-BILL OF SALE 050216 | DATERA INC<br>1050 ENTERPRISE WAY, STE 230<br>SUNNYVALE, CA 94089 |

Debtor Name    **WorldVu Development LLC**                                          Case number (if known): **20-22436**

| Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases |
|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.276 | State what the contract or lease is for and the nature of the debtor's interest | KOTANCHIK, DAVINA-WVD-TERMINATION LETTER 101518 | DAVINA BUIVAN KOTANCHIK<br>46090 LAKE CENTER PLZ, STE 205<br>STERLING, VA 20165 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.277 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | DDB UNLIMITED, INC<br>2301 S HWY 77<br>PAULS VALLEY, OK 73075 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.278 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | DDB UNLIMITED, INC<br>2301 S HWY 77<br>PAULS VALLEY, OK 73075 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.279 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | DELL<br>ONE DELL WAY, MS 8129<br>AUSTIN, TX 78682 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.280 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | DELL<br>ONE DELL WAY, MS 8129<br>AUSTIN, TX 78682 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.281 | State what the contract or lease is for and the nature of the debtor's interest | DELL PURCHASE ORDER | DELL<br>1 DELL WAY<br>ROUNDROCK, TX 78682 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name    **WorldVu Development LLC**                                    Case number (if known): **20-22436**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.282 | State what the contract or lease is for and the nature of the debtor's interest | DELL PURCHASE ORDER 030918-JG | DELL<br>1 DELL WAY<br>ROUNDROCK, TX 78682 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.283 | State what the contract or lease is for and the nature of the debtor's interest | DELL-WVD-PURCHASE ORDER 021218-JG | DELL<br>ONE DELL WAY, MS 8129<br>AUSTIN, TX 78682 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.284 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | DELL INC<br>ONE DELL WAY<br>ROUND ROCK, TX 78682 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.285 | State what the contract or lease is for and the nature of the debtor's interest | DELOITTE-WVD-AMENDMENT #1 TO ENGAGEMENT LETTER 081618 | DELOITTE & TOUCHE LLP<br>1633 BROADWAY<br>NEW YORK, NY 10019 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.286 | State what the contract or lease is for and the nature of the debtor's interest | DELOITTE -NAA-WORK ORDER #2 AMENDED | DELOITTE & TOUCHE LLP<br>1633 BROADWAY<br>NEW YORK, NY 10019 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.287 | State what the contract or lease is for and the nature of the debtor's interest | DELOITTE LLP-WVD-WORK ORDER SUT-02 032019 | DELOITTE & TOUCHE LLP<br>1633 BROADWAY<br>NEW YORK, NY 10019 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name    **WorldVu Development LLC**                                    Case number (if known): **20-22436**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| 2.288 | State what the contract or lease is for and the nature of the debtor's interest | **DELOITTE LLP-WVD-2018 FBAR SOW 021519** | **DELOITTE & TOUCHE LLP**<br>**1633 BROADWAY**<br>**NEW YORK, NY 10019** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.289 | State what the contract or lease is for and the nature of the debtor's interest | **DELOITTE-WVD-MSA AND SOW** | **DELOITTE CONSULTING LLP**<br>**695 TOWN CENTER DR, STE 1000**<br>**COSTA MESA, CA 92626** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.290 | State what the contract or lease is for and the nature of the debtor's interest | **DELOITTE-WVD-RESALE AGREEMENT AND QUOTE 061819** | **DELOITTE CONSULTING LLP**<br>**695 TOWN CENTER DR, STE 1000**<br>**COSTA MESA, CA 92626** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.291 | State what the contract or lease is for and the nature of the debtor's interest | **DELOITTE-WVD-RESALE AGREEMENT AND QUOTE 061819** | **DELOITTE CONSULTING LLP**<br>**1633 BROADWAY**<br>**NEW YORK, NY 10019** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.292 | State what the contract or lease is for and the nature of the debtor's interest | **DELOITTE LLP-WVD-MSA 020218** | **DELOITTE LLP**<br>**30 ROCKEFELLER PLZ, 41ST FL**<br>**NEW YORK, NY 10112** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.293 | State what the contract or lease is for and the nature of the debtor's interest | **DELOITTE LLP-WVD-SOW (JERSEY OPERATING MANUAL AND RESTRUCTURING STRAWMAN DECK)** | **DELOITTE LLP**<br>**30 ROCKEFELLER PLZ, 41ST FL**<br>**NEW YORK, NY 10112** |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name    **WorldVu Development LLC**                                    Case number (if known): **20-22436**

| ▉ | **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.294 | State what the contract or lease is for and the nature of the debtor's interest | DELOITTE-WVD-WORK ORDER #2 (GLOBAL TAX COMPLIANCE) 060118 | DELOITTE TAX LLP<br>50 FREMONT ST<br>SAN FRANCISCO, CA 94105 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.295 | State what the contract or lease is for and the nature of the debtor's interest | DESIGN CONCEPTS-WVD-MASTER CONSULTING AGREEMENT 051215 | DESIGN CONCEPTS INC<br>5301 BUTTONWOOD DR<br>MADISON, WI 53718 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.296 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT #1 TO SOW #1 FOR MSA - DISRUPTIVE TECHNOLOGY ASSOCIATES, LTD. | DISRUPTIVE TECHNOLOGY ASSOCIATES LTD<br>1614 W THUNDERHILL DR<br>PHOENIX, AZ 85045 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.297 | State what the contract or lease is for and the nature of the debtor's interest | DISRUPTIVE TECH - WVD - AMENDMENT 2 TO T&M CONTRACT (SOW 1) | DISRUPTIVE TECHNOLOGY ASSOCIATES LTD<br>1614 W THUNDERHILL DR<br>PHOENIX, AZ 85045 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.298 | State what the contract or lease is for and the nature of the debtor's interest | DISRUPTIVE TECH - WVD - AMENDMENT 1 TO T&M CONTRACT (SOW 2) | DISRUPTIVE TECHNOLOGY ASSOCIATES LTD<br>1614 W THUNDERHILL DR<br>PHOENIX, AZ 85045 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.299 | State what the contract or lease is for and the nature of the debtor's interest | DISRUPTIVE TECH - WVD - AMENDMENT 3 TO T&M CONTRACT (SOW 1) 121416 | DISRUPTIVE TECHNOLOGY ASSOCIATES LTD<br>1614 W THUNDERHILL DR<br>PHOENIX, AZ 85045 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name    **WorldVu Development LLC**                                    Case number (if known): **20-22436**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.300 | State what the contract or lease is for and the nature of the debtor's interest | **DISRUPTIVE TECH - WVD - AMENDMENT 4 TO T&M CONTRACT (SOW 1) 032117** | DISRUPTIVE TECHNOLOGY ASSOCIATES LTD 1614 W THUNDERHILL DR PHOENIX, AZ 85045 |
| | State the term remaining List the contract number of any government contract | | |
| 2.301 | State what the contract or lease is for and the nature of the debtor's interest | **DISRUPTIVE TECH - WVD - AMENDMENT 2 TO T&M CONTRACT (SOW 2) 032017** | DISRUPTIVE TECHNOLOGY ASSOCIATES LTD 1614 W THUNDERHILL DR PHOENIX, AZ 85045 |
| | State the term remaining List the contract number of any government contract | | |
| 2.302 | State what the contract or lease is for and the nature of the debtor's interest | **DISRUPTIVE TECH ASSOCIATES - WVD - AMENDMENT 5 TO SOW#1 060117** | DISRUPTIVE TECHNOLOGY ASSOCIATES LTD 1614 W THUNDERHILL DR PHOENIX, AZ 85045 |
| | State the term remaining List the contract number of any government contract | | |
| 2.303 | State what the contract or lease is for and the nature of the debtor's interest | **DISRUPTIVE TECH ASSOCIATES - WVD - SOW #1 AMENDMENT 6 10-25-17** | DISRUPTIVE TECHNOLOGY ASSOCIATES LTD 1614 W THUNDERHILL DR PHOENIX, AZ 85045 |
| | State the term remaining List the contract number of any government contract | | |
| 2.304 | State what the contract or lease is for and the nature of the debtor's interest | **DISRUPTIVE TECHNOLOGY-WVD-SOW#1 AMENDMENT #7 12-27-17** | DISRUPTIVE TECHNOLOGY ASSOCIATES LTD 1614 W THUNDERHILL DR PHOENIX, AZ 85045 |
| | State the term remaining List the contract number of any government contract | | |
| 2.305 | State what the contract or lease is for and the nature of the debtor's interest | **DISRUPTIVE TECHNOLOGY-WVD-AMENDED AND RESTATED SOW#3 041818** | DISRUPTIVE TECHNOLOGY ASSOCIATES LTD 1614 W THUNDERHILL DR PHOENIX, AZ 85045 |
| | State the term remaining List the contract number of any government contract | | |

Debtor Name **WorldVu Development LLC**                          Case number (if known): **20-22436**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.306 | State what the contract or lease is for and the nature of the debtor's interest | DISRUPTIVE TECHNOLOGY-WVD-SOW #2 062616 | DISRUPTIVE TECHNOLOGY ASSOCIATES, LTD<br>1614 W THUNDERHILL DR<br>PHOENIX, AZ 85045 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.307 | State what the contract or lease is for and the nature of the debtor's interest | DIXON HUGHES GOODMAN LLP-WVD-ENGAGEMENT LETTER | DIXON HUGHES GOODMAN LLP<br>P.O. BOX 602828<br>CHARLOTTE, NC 28260-2828 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.308 | State what the contract or lease is for and the nature of the debtor's interest | DLA PIPER-OW-ENGAGEMENT LETTER 052118 | DLA PIPER LLP (US)<br>160 ALDERSGATE ST<br>LONDON EC1A 4HT<br>UNITED KINGDOM |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.309 | State what the contract or lease is for and the nature of the debtor's interest | DLA PIPER (US)-WVS AND AFFILIATES-ENGAGEMENT LETTER 101017 | DLA PIPER LLP (US)<br>160 ALDERSGATE ST<br>LONDON EC1A 4HT<br>UNITED KINGDOM |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.310 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | DOCKER, INC<br>144 TOWNSEND ST<br>SAN FRANCISCO, CA 94107 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.311 | State what the contract or lease is for and the nature of the debtor's interest | CROWELL, DONALD-WVD-PSA 080318 | DONALD CROWELL III<br>1255 25TH ST NW 310<br>WASHINGTON, DC 20037 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name   **WorldVu Development LLC**                                    Case number (if known): **20-22436**

████ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.312 | State what the contract or lease is for and the nature of the debtor's interest | **DUFF & PHELPS-WVD-SOW (ADDITIONAL TRANSFER PRICING DOCUMENTATION SERVICES 050217** | **DUFF & PHELPS LLC 12595 COLLECTION CENTER DR CHICAGO, IL 60693** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.313 | State what the contract or lease is for and the nature of the debtor's interest | **DYNETICS-WVD-LOI 112017** | **DYNETICS INC 1002 EXPLORER BLVD HUNTSVILLE, AL 35806** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.314 | State what the contract or lease is for and the nature of the debtor's interest | **EGONZEHNDER-WVD-COMPENSATION AGREEMENT AND T & C'S 121517** | **EGONZEHNDER 350 PARK AVE, 8TH FL NEW YORK, NY 10022** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.315 | State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** | **ELASTICSEARCH, INC 800 W EL CAMINO REAL, STE 350 MOUNTAIN VIEW, CA 94040** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.316 | State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** | **ELASTICSEARCH, INC 800 W EL CAMINO REAL, STE 350 MOUNTAIN VIEW, CA 94040** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.317 | State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** | **ELASTICSEARCH, INC 800 W EL CAMINO REAL, STE 350 MOUNTAIN VIEW, CA 94040** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name    **WorldVu Development LLC**                                    Case number (if known): **20-22436**

| | Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases    State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.318 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | ELASTICSEARCH, INC<br>800 W EL CAMINO REAL, STE 350<br>SUNNYVALE, CA 94040 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.319 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | ELECTRO RENT CORPORATION<br>8511 FALLBROOK AVE<br>CANOGA PARK, CA 91304 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.320 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | EMERGENT<br>4525 MAIN ST, STE 1500<br>VIRGINIA BEACH, VA 23462 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.321 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | EMERGENT<br>4525 MAIN ST, STE 1500<br>VIRGINIA BEACH, VA 23462 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.322 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | EMERGENT<br>4525 MAIN ST, STE 1500<br>VIRGINIA BEACH, VA 23462 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.323 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | EMERGENT<br>4525 MAIN ST, STE 1500<br>VIRGINIA BEACH, VA 23462 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name    **WorldVu Development LLC**                                    Case number (if known): **20-22436**

<table>
<tr><td colspan="3">■ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**</td></tr>
</table>

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.324 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | EMERGENT<br>4525 MAIN ST, STE 1500<br>VIRGINIA BEACH, VA 23462 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.325 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | EMERGENT<br>4525 MAIN ST, STE 1500<br>VIRGINIA BEACH, VA 23462 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.326 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | EMERGENT<br>4525 MAIN ST, STE 1500<br>VIRGINIA BEACH, VA 23462 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.327 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | EMERGENT<br>4525 MAIN ST, STE 1500<br>VIRGINIA BEACH, VA 23462 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.328 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | EMERGENT<br>4525 MAIN ST, STE 1500<br>VIRGINIA BEACH, VA 23462 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.329 | State what the contract or lease is for and the nature of the debtor's interest | EMERGENT PURCHASE ORDER 011618-JG | EMERGENT<br>4525 MAIN ST, STE 1500<br>VIRGINIA BEACH, VA 23462 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name    **WorldVu Development LLC**                          Case number (if known): **20-22436**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.330 | State what the contract or lease is for and the nature of the debtor's interest | **EMERGENT PURCHASE ORDER 012518-JG** | **EMERGENT**<br>**4525 MAIN ST, STE 1500**<br>**VIRGINIA BEACH, VA 23462** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.331 | State what the contract or lease is for and the nature of the debtor's interest | **EMERGENT-WVD-PURCHASE ORDER 022718-JG** | **EMERGENT**<br>**4525 MAIN ST, STE 1500**<br>**VIRGINIA BEACH, VA 23462** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.332 | State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** | **EMERGENT LLC**<br>**4525 MAIN ST, STE 1500**<br>**VIRGINIA BEACH, VA 23462** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.333 | State what the contract or lease is for and the nature of the debtor's interest | **EMERGING MARKETS COMMUNICATIONS WVD-AGREEMENT AND SOW 102319 FE** | **EMERGING MARKETS COMMUNICATIONS**<br>**1025 CONNECTICUT AVE NW, STE 1000**<br>**WASHINGTON, DC 20036** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.334 | State what the contract or lease is for and the nature of the debtor's interest | **ENAFOCUS (IBM) - WVD - SOFTWARE PURCHASE AGREEMENT 063016** | **ENAFOCUS**<br>**2602 WOOLLEY RD**<br>**WALL, NJ 07719** |
| | State the term remaining<br>List the contract number of any government contract | 4/24/2020 | |
| 2.335 | State what the contract or lease is for and the nature of the debtor's interest | **ENAFOCUS (IBM PARTNER) - WVD - MSA 110416** | **ENAFOCUS**<br>**2602 WOOLLEY RD**<br>**WALL, NJ 07719** |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | **WorldVu Development LLC** | Case number (if known): **20-22436** |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.336 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PURCHASE ORDER#111617DG - ENDRUN TECHNOLOGIES | ENDRUN TECHNOLOGIES<br>2270 NORTHPOINT PKWY<br>SANTA ROSA, CA 95407 |
| 2.337 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | EQUINIX-NAA-AMENDMENT #1 (1-175444537857) TO MASTER AGREEMENT 010319 | EQUINIX (UK) LIMITED<br>353 BUCKINGHAM AVE<br>SLOUGH<br>BERKSHIRE SL1 4PF<br>UNITED KINGDOM |
| 2.338 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PURCHASE ORDER | EQUINIX LLC<br>ONE LAGOON DR, 4TH FL<br>REDWOOD CITY, CA 94065 |
| 2.339 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PURCHASE ORDER | EQUINIX LLC<br>ONE LAGOON DR, 4TH FL<br>REDWOOD CITY, CA 94065 |
| 2.340 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PURCHASE ORDER | EQUINIX LLC<br>ONE LAGOON DR, 4TH FL<br>REDWOOD CITY, CA 94065 |
| 2.341 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PURCHASE ORDER | EQUINIX LLC<br>ONE LAGOON DR, 4TH FL<br>REDWOOD CITY, CA 94065 |

| Debtor Name | **WorldVu Development LLC** | Case number (if known): **20-22436** |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.342 | State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** | **EQUINIX LLC**<br>**ONE LAGOON DR, 4TH FL**<br>**REDWOOD CITY, CA 94065** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.343 | State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** | **EQUINIX LLC**<br>**ONE LAGOON DR, 4TH FL**<br>**REDWOOD CITY, CA 94065** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.344 | State what the contract or lease is for and the nature of the debtor's interest | **EQUINIX-WVD AND NAA MSA, TERMS AND GLOBAL POLICY 030518** | **EQUINIX LLC**<br>**ONE LAGOON DR, 4TH FL**<br>**REDWOOD CITY, CA 94065** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.345 | State what the contract or lease is for and the nature of the debtor's interest | **EQUINIX-ONEWEB CAPACIDADE SATELITAL-MSA (BRAZIL) 090119** | **EQUINIX LLC**<br>**ONE LAGOON DR, 4TH FL**<br>**REDWOOD CITY, CA 94065** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.346 | State what the contract or lease is for and the nature of the debtor's interest | **EQUITY METHODS-WVD-MSA AND ANNEX 1 (IFRS VALUATION) 042817** | **EQUITY METHODS**<br>**17800 N PERIMETER DR, STE 200**<br>**SCOTTSDALE, AZ 85255** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.347 | State what the contract or lease is for and the nature of the debtor's interest | **ERUP TELECOMMUNICATIONS-WVD-PSA 021420** | **ERUP TELECOMMUNICATIONS CONSULTANTS**<br>**1310 RUE DU DOMAINE**<br>**SAINT-LAZARE, QC J7T 2L4**<br>**CANADA** |
| | State the term remaining<br>List the contract number of any government contract | 5/19/2020 | |

Debtor Name   **WorldVu Development LLC**                                      Case number (if known): **20-22436**

| | Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.348 | State what the contract or lease is for and the nature of the debtor's interest | EUROCONSULT - WVD - PURCHASE ORDER 032516 | EUROCONSULT<br>86 BLVD DE SEBASTOPOL<br>F- 75003 PARIS<br>FRANCE |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.349 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | EUROFINS<br>914 WEAT PATAPSCO AVE<br>BALTIMORE, MD 21230 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.350 | State what the contract or lease is for and the nature of the debtor's interest | EXM SOLUTIONS LLC - WVD - AMENDMENT #1 TO PSA AND SOW 031317 | EXM SOLUTIONS LLC<br>619 25TH ST S<br>ARLINGTON VA, USA, 22202 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.351 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | EXPERIMENTAL AND MATHEMATICAL PHYSICS CONSULTANTS<br>P.O. BOX 3191<br>GAITHERSBURG, MD 20878 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.352 | State what the contract or lease is for and the nature of the debtor's interest | FIFTEEN4-WVD-ADDENDUM #1 021319 | FIFTEEN4<br>3618 FALLS RD 200<br>BALTIMORE, MD 21211 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.353 | State what the contract or lease is for and the nature of the debtor's interest | FORUM GLOBAL-WVD-SPONSORSHIP CONTRACT 090518 | FORUM EUROPE LTD DBA FORUM GLOBAL<br>33-35 W BUTE ST, STE 8<br>CARDIFF, CF10 5LH<br>UNITED KINGDOM |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name      **WorldVu Development LLC**                                    Case number (if known): **20-22436**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.354 | State what the contract or lease is for and the nature of the debtor's interest | **FOUNDRY DEFENSE-WVD-PURCHASE ORDER** | **FOUNDRY DEFENSE SYSTEMS INC**<br>**800 W MAIN ST, STE 1460**<br>**BOISE, ID 83702** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.355 | State what the contract or lease is for and the nature of the debtor's interest | **ENGAGEMENT LETTER** | **FRANKLIN NOVA GROUP**<br>**322 N SHORE DR, 2ND FL**<br>**BLDG 1B, STE 200-328**<br>**PITTSBURGH, PA 15212** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.356 | State what the contract or lease is for and the nature of the debtor's interest | **FTI CONSULTING-WVD-CONSULTING AGREEMENT 072418** | **FTI CONSULTING LLP**<br>**200 ALDERSGATE ST**<br>**LONDON, EC1A 4HD** |
| | State the term remaining<br>List the contract number of any government contract | 6/10/2020 | |
| 2.357 | State what the contract or lease is for and the nature of the debtor's interest | **G3 GLOBAL - WVD - MSA 020117** | **G3 GLOBAL SERVICES LLC**<br>**5757 WILSHIRE BLVD PENTHOUSE 5**<br>**LOS ANGELES, CA 90036** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.358 | State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** | **GECKOBOARD**<br>**60 WORSHIP ST, 3RD FL**<br>**LONDON, EC2A 2EZ**<br>**UNITED KINGDOM** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.359 | State what the contract or lease is for and the nature of the debtor's interest | **GEMALTO PURCHASE ORDER 032018-AM** | **GEMALTO**<br>**9442 CAPITAL OF TEXAS HWY N, STE 400**<br>**AUSTIN, TX 78759** |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name      **WorldVu Development LLC**                                    Case number (if known): **20-22436**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.360 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | GLOBAL EQUIPMENT COMPANY, INC (GLOBAL INDUSTRIAL) 2505 MILL CENTER PKWY, STE 100 BUFORD, GA 350518-3700 |
| | State the term remaining List the contract number of any government contract | | |
| 2.361 | State what the contract or lease is for and the nature of the debtor's interest | CONTINGENCY SEARCH AGREEMENT | GLOBAL NETWORK RECRUITING LLC 349 W COMMERCIAL ST, STE 3030 E ROCHESTER, NY 14445 |
| | State the term remaining List the contract number of any government contract | | |
| 2.362 | State what the contract or lease is for and the nature of the debtor's interest | GLOBALIZATION PARTNERS-WVD-MSA-060817 | GLOBALIZATION PARTNERS 265 FRANKLIN ST 502 BOSTON, MA 02110 |
| | State the term remaining List the contract number of any government contract | | |
| 2.363 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE LICENSES SUPPLY AND SERVICES AGREEMENT - GMV AEROSPACE AND DEFENSE S.A.U AND WORLDVU DEVELOPMENT LLC | GMV AEROSPACE AND DEFENSE SAU ISAAC NEWTON 11- PTM TRES CANTOS MADRID 28760 SPAIN |
| | State the term remaining List the contract number of any government contract | | |
| 2.364 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE LICENSE AGREEMENT FOR HIFLY - GMV AEROSPACE AND DEFENCE S.A.U AND WORLDVU DEVELOPMENT LLC 080116 | GMV AEROSPACE AND DEFENSE SAU ISAAC NEWTON 11- PTM TRES CANTOS MADRID 28760 SPAIN |
| | State the term remaining List the contract number of any government contract | | |
| 2.365 | State what the contract or lease is for and the nature of the debtor's interest | GMV-WVD-AMENDMENT #1 TO SOW | GMV AEROSPACE AND DEFENSE SAU ISAAC NEWTON 11- PTM TRES CANTOS MADRID 28760 SPAIN |
| | State the term remaining List the contract number of any government contract | | |

Debtor Name    **WorldVu Development LLC**                                    Case number (if known): **20-22436**

| | Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.366 | State what the contract or lease is for and the nature of the debtor's interest | **GRANT THORNTON-WVD-SOW (RESEARCH TAX CREDIT STUDY) 051717 AND AGREEMENT** | **GRANT THORNTON LLP** **171 N CLARK ST, STE 200** **CHICAGO, IL 60601** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.367 | State what the contract or lease is for and the nature of the debtor's interest | **GRANT THORNTON-WVD-SOW (2018 TAX CREDIT PROVISION) 120718** | **GRANT THORNTON LLP** **171 N CLARK ST, STE 200** **CHICAGO, IL 60601** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.368 | State what the contract or lease is for and the nature of the debtor's interest | **GRANT THORNTON-WVD-SOW (R&D CREDITS) 031819** | **GRANT THORNTON LLP** **171 N CLARK ST, STE 200** **CHICAGO, IL 60601** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.369 | State what the contract or lease is for and the nature of the debtor's interest | **GRANT THORNTON-WVD-AGREEMENT 020320** | **GRANT THORNTON LLP** **171 N CLARK ST, STE 200** **CHICAGO, IL 60601** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.370 | State what the contract or lease is for and the nature of the debtor's interest | **GRANT THORNTON-WVD-SOW** | **GRANT THORNTON LLP** **171 N CLARK ST, STE 200** **CHICAGO, IL 60601** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.371 | State what the contract or lease is for and the nature of the debtor's interest | **MASTER SUBSCRIPTION AGREEMENT** | **GREENHOUSE SOFTWARE, INC** **110 5TH, FL 3** **NEW YORK, NY 10011** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name    **WorldVu Development LLC**                                          Case number (if known): **20-22436**

| ■ | **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.372 | State what the contract or lease is for and the nature of the debtor's interest | **GREENSBORO STATION OBC LLC-WVD-OFFICE SERVICE AGREEMENT 042219** | **GREENSBORO STATION OBC LLC**<br>**1765 GREENSBORO STATION PL, STE 900**<br>**MCLEAN, VA 22102** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.373 | State what the contract or lease is for and the nature of the debtor's interest | **PROFESSIONAL SERVICES AGREEMENT** | **GROUPE W INC**<br>**1220 MARIE-VICTORIN BLVD**<br>**LONGUEUIL, QC JAG 2H9**<br>**CANADA** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.374 | State what the contract or lease is for and the nature of the debtor's interest | **AGREEMENT-WVD-GSMA 111617** | **GSMA**<br>**1000 ABERNATHY RD, STE 450**<br>**ATLANTA, GA 30328** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.375 | State what the contract or lease is for and the nature of the debtor's interest | **ENROLLMENT AGREEMENT** | **GUARDIAN**<br>**10 HUDSON YARDS**<br>**NEW YORK, NY 10001** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.376 | State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** | **HAGERMAN & COMPANY , INC**<br>**505 SUNSET CT**<br>**P.O. BOX 139**<br>**MT ZION, IL 62549** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.377 | State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** | **HAGERMAN & COMPANY, INC**<br>**P.O. BOX 139**<br>**505 SUNSET COURT**<br>**MT ZION, IL 62549** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name    **WorldVu Development LLC**                                          Case number (if known): **20-22436**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.378 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE POLICY | HARTFORD FIRE INSURANCE CO<br>1 HARTFORD PLZ<br>HARTFORD, CT 06155 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.379 | State what the contract or lease is for and the nature of the debtor's interest | WORKER'S COMPENSATION POLICY | HARTFORD FIRE INSURANCE CO<br>1 HARTFORD PLZ<br>HARTFORD, CT 06155 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.380 | State what the contract or lease is for and the nature of the debtor's interest | HAWAII PACIFIC TELEPORT-WVD-GUAM SNP LEASE AGREEMENT 02-07-20 | HAWAII PACIFIC TELEPORT LP<br>P.O. BOX 429<br>MAKAWAO, HI 96768 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.381 | State what the contract or lease is for and the nature of the debtor's interest | HAWAII PACIFIC TELEPORT-WVD-GUAM SNP LEASE AGREEMENT 02-07-20 | HAWAII PACIFIC TELEPORT LP<br>P.O. BOX 429<br>MAKAWAO, HI 96768 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.382 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | HAWK RIDGE SYSTEMS<br>575 CLYDE AVE<br>MOUNTAIN VIEW, CA 94040 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.383 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | HAWK RIDGE SYSTEMS<br>575 CLYDE AVE<br>MOUNTAIN VIEW, CA 94040 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name    **WorldVu Development LLC**                                    Case number (if known): **20-22436**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.384 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | HAWK RIDGE SYSTEMS<br>575 CLYDE AVE<br>MOUNTAIN VIEW, CA 94040 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.385 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | HOLLAND ELECTRONICS, LLC<br>2935 GOLF COURSE DR<br>VENTURA, CA 93003 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.386 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | HOLLAND ELECTRONICS, LLC<br>2935 GOLF COURSE DR<br>VENTURA, CA 93003 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.387 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | HUGHES NETWORK SYSTEMS LLC<br>11717 EXPLORATION LANE<br>GERMANTOWN, MD 20876 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.388 | State what the contract or lease is for and the nature of the debtor's interest | HUGHES-WVD-MSA 07292015 | HUGHES NETWORK SYSTEMS LLC<br>11717 EXPLORATION LANE<br>GERMANTOWN, MD 20876 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.389 | State what the contract or lease is for and the nature of the debtor's interest | HUGHES-WVD-ATP 122115 | HUGHES NETWORK SYSTEMS LLC<br>11717 EXPLORATION LANE<br>GERMANTOWN, MD 20876 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name    **WorldVu Development LLC**                                      Case number (if known): **20-22436**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.390 | State what the contract or lease is for and the nature of the debtor's interest | HNS - WVD - SOW #4 FOR DUAL-SOURCE BUC-AMP 110316 | HUGHES NETWORK SYSTEMS LLC 11717 EXPLORATION LANE GERMANTOWN, MD 20876 |
| | State the term remaining List the contract number of any government contract | | |
| 2.391 | State what the contract or lease is for and the nature of the debtor's interest | HUGHES NETWORK SYSTEMS, LLC - WVD - SOW #2 101116 | HUGHES NETWORK SYSTEMS LLC 11717 EXPLORATION LANE GERMANTOWN, MD 20876 |
| | State the term remaining List the contract number of any government contract | | |
| 2.392 | State what the contract or lease is for and the nature of the debtor's interest | HNS-WVD-GN & RFE SOW REVISION 032417 (EXHIBIT 1A) | HUGHES NETWORK SYSTEMS LLC 11717 EXPLORATION LANE GERMANTOWN, MD 20876 |
| | State the term remaining List the contract number of any government contract | | |
| 2.393 | State what the contract or lease is for and the nature of the debtor's interest | HNS-WVD-SOW REV A.25 051917 | HUGHES NETWORK SYSTEMS LLC 11717 EXPLORATION LANE GERMANTOWN, MD 20876 |
| | State the term remaining List the contract number of any government contract | | |
| 2.394 | State what the contract or lease is for and the nature of the debtor's interest | HUGHES-WVD-GN RFE SOW MODIFICATION 081417 | HUGHES NETWORK SYSTEMS LLC 11717 EXPLORATION LANE GERMANTOWN, MD 20876 |
| | State the term remaining List the contract number of any government contract | | |
| 2.395 | State what the contract or lease is for and the nature of the debtor's interest | HUGHES-WVD-EQUIPMENT SALES AGREEMENT 091517 | HUGHES NETWORK SYSTEMS LLC 11717 EXPLORATION LANE GERMANTOWN, MD 20876 |
| | State the term remaining List the contract number of any government contract | 12/31/2025 | |

Debtor Name    **WorldVu Development LLC**                                   Case number (if known): **20-22436**

---

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.396 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | HUGHES NETWORK SYSTEMS-WVD-SOW #2 AMENDMENT 120817 | HUGHES NETWORK SYSTEMS LLC<br>11717 EXPLORATION LANE<br>GERMANTOWN, MD 20876 |
| 2.397 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | HUGHES-WVD-MASTER SUBLICENSE AGREEMENT 011218 | HUGHES NETWORK SYSTEMS LLC<br>11717 EXPLORATION LANE<br>GERMANTOWN, MD 20876 |
| 2.398 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | HUGHES NETWORK SYSTEMS-WVD- SSM SOW AMENDMENT | HUGHES NETWORK SYSTEMS LLC<br>11717 EXPLORATION LANE<br>GERMANTOWN, MD 20876 |
| 2.399 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | AMENDED AND RESTATED MASTR DEVELOPMENT SERVICES (REV. A29) AND AMENDMENT TO EXHIBIT 1C | HUGHES NETWORK SYSTEMS LLC<br>11717 EXPLORATION LANE<br>GERMANTOWN, MD 20876 |
| 2.400 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | HUGHES-WVD-AMENDMENT #1 TO EQUIPMENT SALES AGREEMENT 122018 | HUGHES NETWORK SYSTEMS LLC<br>11717 EXPLORATION LANE<br>GERMANTOWN, MD 20876 |
| 2.401 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | HUGHES-WVD-AGREEMENT AND SOW (INSTALLATION SERVICES) 030119 | HUGHES NETWORK SYSTEMS LLC<br>11717 EXPLORATION LANE<br>GERMANTOWN, MD 20876 |

| Debtor Name | **WorldVu Development LLC** | Case number (if known): **20-22436** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.402 | State what the contract or lease is for and the nature of the debtor's interest | HUGHES NETWORK SYSTEMS-WVD-SOFTWARE SUB-LICENSE AGREEMENT 040219 | HUGHES NETWORK SYSTEMS LLC<br>11717 EXPLORATION LANE<br>GERMANTOWN, MD 20876 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.403 | State what the contract or lease is for and the nature of the debtor's interest | HUGHES-WVD-GNOC SOW AMENDMENT 101619 | HUGHES NETWORK SYSTEMS LLC<br>11717 EXPLORATION LANE<br>GERMANTOWN, MD 20876 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.404 | State what the contract or lease is for and the nature of the debtor's interest | HUGHES-WVD-AMENDED AND RESTATED (REV. A .31) AND AMENDMENT #2 | HUGHES NETWORK SYSTEMS LLC<br>11717 EXPLORATION LANE<br>GERMANTOWN, MD 20876 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.405 | State what the contract or lease is for and the nature of the debtor's interest | HUGHES-WVD-AMENDMENT #1 TO GN&RFE TRAINING AGREEMENT 012720 | HUGHES NETWORK SYSTEMS LLC<br>11717 EXPLORATION LANE<br>GERMANTOWN, MD 20876 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.406 | State what the contract or lease is for and the nature of the debtor's interest | HNS-WVD-AMENDED & RESTATED MDSA 042016 | HUGHES NETWORK SYSTEMS LLC<br>11717 EXPLORATION LN<br>GERMANTOWN, MD 20876 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.407 | State what the contract or lease is for and the nature of the debtor's interest | HUGHES-WVD-AGREEMENT AND SOW (TRAINING SERVICES) 123119 | HUGHES NETWORK SYSTEMS LLC<br>11717 EXPLORATION LN<br>GERMANTOWN, MD 20876 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | **WorldVu Development LLC** | Case number (if known): **20-22436** |

<span style="background:black;color:white">    </span> **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.408 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | HURRICANE ELECTRIC<br>760 MISSION CT<br>FREMONT, CA 94539 |
|---|---|---|---|
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.409 | State what the contract or lease is for and the nature of the debtor's interest | IBM - WVD - STATEMENT OF WORK IL-WP334CJ - 091116 | IBM<br>1 NEW ORCHARD RD<br>ARMONK, NY 10504 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.410 | State what the contract or lease is for and the nature of the debtor's interest | IBM-WVD (SOW - CLM ON CLOUD) 011617 | IBM CORP<br>1 NEW ORCHARD RD<br>ARMONK, NY 10504 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.411 | State what the contract or lease is for and the nature of the debtor's interest | IGX GLOBAL-WVD-NEW CLIENT SET-UP APPLICATION 032918 | IGXGLOBAL UK LIMITED<br>CAMBURGH HOUSE<br>27 NEW DOVER RD<br>CANTERBURY<br>KENT, CT1 3DN<br>UNITED KINGDOM |
| | State the term remaining<br>List the contract number of any government contract | 3/29/2021 | |
| 2.412 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | INFLUXDATA INC<br>799 MARKET ST<br>SAN FRANCISCO, CA 94103 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.413 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | INNOTECH<br>4901 NW CAMAS MEADOWS DR<br>CAMAS, WA 98607 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name    **WorldVu Development LLC**                                    Case number (if known): **20-22436**

| | Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.414 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | INNOVATIONSZENTRUM FÜR TELEKOMMUNIKATIONSTECHNIK AM WEICHSELGARTEN 5 ERLANGEN 91058 GERMANY |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.415 | State what the contract or lease is for and the nature of the debtor's interest | INTEC BILLING INCORPORATED-WVD-MSA AND SERVICE ORDER NO.1 | INTEC BILLING INCORPORATED 301 PERIMETER CENTER N, STE 200 ATLANTA, GA 30346 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.416 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | INTELLIAN TECHNOLOGIES 5F IDIS TOWER, 344 PANGYO-ROBUNDANG-GU SEONGNAM-SI GYONGGI-DO, KOREA SOUTH KOREA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.417 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | INTELLIAN TECHNOLOGIES 5F IDIS TOWER, 344 PANGYO-ROBUNDANG-GU SEONGNAM-SI GYONGGI-DO, KOREA SOUTH KOREA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.418 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | INTELLIAN TECHNOLOGIES 5F IDIS TOWER, 344 PANGYO-ROBUNDANG-GU SEONGNAM-SI GYONGGI-DO, KOREA SOUTH KOREA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.419 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | INTELLIAN TECHNOLOGIES 5F IDIS TOWER, 344 PANGYO-ROBUNDANG-GU SEONGNAM-SI GYONGGI-DO, KOREA SOUTH KOREA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name     **WorldVu Development LLC**                                    Case number (if known): **20-22436**

████  **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.420 | State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** | **INTELLIAN TECHNOLOGIES**<br>**5F IDIS TOWER, 344**<br>**PANGYO-ROBUNDANG-GU**<br>**SEONGNAM-SI**<br>**GYONGGI-DO, KOREA**<br>**SOUTH KOREA** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.421 | State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** | **INTELLIAN TECHNOLOGIES**<br>**5F IDIS TOWER, 344**<br>**PANGYO-ROBUNDANG-GU**<br>**SEONGNAM-SI**<br>**GYONGGI-DO, KOREA**<br>**SOUTH KOREA** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.422 | State what the contract or lease is for and the nature of the debtor's interest | **INTELLIAN-WVD-UT PRODUCTION BACKSTOP AGREEMENT 111919** | **INTELLIAN TECHNOLOGIES INC**<br>**11 STUDEBAKER**<br>**IRVINE, CA 92618** |
| | State the term remaining<br>List the contract number of any government contract | 12/31/2024 | |
| 2.423 | State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** | **INTELLIAN TECHNOLOGIES USA INC**<br>**11 STUDEBAKER**<br>**IRVINE, CA 92618** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.424 | State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** | **INTELLIAN TECHNOLOGIES USA INC**<br>**11 STUDEBAKER**<br>**IRVINE, CA 92618** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.425 | State what the contract or lease is for and the nature of the debtor's interest | **INTELLIAN TECHNOLOGIES-WVD-PURCHASE AGREEMENT 072817** | **INTELLIAN TECHNOLOGIES USA INC**<br>**11 STUDEBAKER**<br>**IRVINE, CA 92618** |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name   **WorldVu Development LLC**                                  Case number (if known): **20-22436**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.426 | State what the contract or lease is for and the nature of the debtor's interest | **INTELLIAN TECHNOLOGIES WVD-AMENDMENT #1 PILOT PRODUCT PURCHASE AGREEMENT 100418** |
| | | **INTELLIAN TECHNOLOGIES USA INC 11 STUDEBAKER IRVINE, CA 92618** |
| | State the term remaining List the contract number of any government contract | |
| 2.427 | State what the contract or lease is for and the nature of the debtor's interest | **INTELSAT - WVD - ROCKWELL-COLLINS SIDE LETTER 121515** |
| | | **INTELSAT CORPORATION 7900 TYSONS 1 PL MCLEAN, VA 22102** |
| | State the term remaining List the contract number of any government contract | |
| 2.428 | State what the contract or lease is for and the nature of the debtor's interest | **INTELSAT- WVD - SECONDMENT AGREEMENT RE DIETER HASE 031617** |
| | | **INTELSAT CORPORATION 7900 TYSONS 1 PL MCLEAN, VA 22102** |
| | State the term remaining List the contract number of any government contract | |
| 2.429 | State what the contract or lease is for and the nature of the debtor's interest | **INTELSAT-WVD-LICENSE AGREEMENT TO OCCUPY 17TH FLOOR 053117** |
| | | **INTELSAT CORPORATION 7900 TYSONS 1 PL MCLEAN, VA 22102** |
| | State the term remaining List the contract number of any government contract | 5/31/2022 |
| 2.430 | State what the contract or lease is for and the nature of the debtor's interest | **DEUCSI-WVD-AGREEMENT** |
| | | **INTELSAT GENERAL 7900 TYSONS 1 PL MCLEAN, VA 22102** |
| | State the term remaining List the contract number of any government contract | |
| 2.431 | State what the contract or lease is for and the nature of the debtor's interest | **ENAFOCUS (IBM) - WVD - SOFTWARE PURCHASE AGREEMENT 063016** |
| | | **INTERNATIONAL BUSINESS MACHINES CORPORATION (IBM) 1 NEW ORCHARD RD ARMONK, NY 10504** |
| | State the term remaining List the contract number of any government contract | 4/24/2020 |

| Debtor Name | **WorldVu Development LLC** | Case number (if known): **20-22436** |
|---|---|---|

<span style="background-color: black; color: black;">   </span> **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.432 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | IBM - WVD - STATEMENT OF WORK IL-WP334CJ - 091116 | INTERNATIONAL BUSINESS MACHINES CORPORATION (IBM)<br>1 NEW ORCHARD RD<br>ARMONK, NY 10504 |
| 2.433 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | WVS-WVD-INDEMNITY AGREEMENT 062817 | INTERNATIONAL FIDELITY INSURANCE CO<br>ONE NEWARK CENTER, 20TH FL<br>NEWARK, NJ 07102 |
| 2.434 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | INTRALINKS, INC. - WVD - MSA - 102716 | INTRALINKS INC<br>150 EAST 42ND ST<br>NEW YORK, NY 10017 |
| 2.435 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | INTRALINKS-WVD-AMENDMENT (5125573) TO MSA 061917 | INTRALINKS INC<br>150 EAST 42ND ST<br>NEW YORK, NY 10017 |
| 2.436 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | INTRALINKS-WVD-MSA 123117 | INTRALINKS INC<br>150 EAST 42ND ST<br>NEW YORK, NY 10017 |
| 2.437 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | INTRALINKS-WVD-CANCELLATION LETTER (#5154488) 091118 | INTRALINKS INC<br>150 EAST 42ND ST<br>NEW YORK, NY 10017 |

Debtor Name    **WorldVu Development LLC**                         Case number (if known): **20-22436**

▋ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.438 | State what the contract or lease is for and the nature of the debtor's interest | **INTRALINKS-WVD-AMENDMENT (5193940) 102119** | **INTRALINKS INC**<br>**150 EAST 42ND ST**<br>**NEW YORK, NY 10017** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.439 | State what the contract or lease is for and the nature of the debtor's interest | **ISOTROPIC SYSTEMS LIMITED-WVD-MDA 022218** | **ISOTROPIC SYSTEMS LIMITED**<br>**20-22 WENLOCK RD**<br>**LONDON, N1 7GU**<br>**UNITED KINGDOM** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.440 | State what the contract or lease is for and the nature of the debtor's interest | **ISOTROPIC SYSTEMS-WVD-FRAMEWORK SERVICES AGREEMENT AMENDMENT #1 0828218** | **ISOTROPIC SYSTEMS LIMITED**<br>**20-22 WENLOCK RD**<br>**LONDON, N1 7GU**<br>**UNITED KINGDOM** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.441 | State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** | **ITRINEGY**<br>**255 W MOANA LANE, STE 105**<br>**RENO NV 89509** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.442 | State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** | **ITRINEGY INC**<br>**255 W MOANA LN, STE 105**<br>**RENO, NV 89509** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.443 | State what the contract or lease is for and the nature of the debtor's interest | **JACKSON LABS-WVD-PURCHASE ORDER 021218-HT** | **JACKSON LAB TECHNOLOGIES INC**<br>**10191 PARK RUN DR, STE 100**<br>**LAS VEGAS, NV 89145** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name    **WorldVu Development LLC**                                   Case number (if known): **20-22436**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.444 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | JACKSON LABS TECHNOLOGIES INC 10191 PARK RUN DR, STE 100 LAS VEGAS, NV 89145 |
| | State the term remaining List the contract number of any government contract | | |
| 2.445 | State what the contract or lease is for and the nature of the debtor's interest | JACKSON LABS-WVD-PURCHASE ORDER 110717-HT | JACKSON LABS TECHNOLOGIES INC 10191 PARK RUN DR, STE 100 LAS VEGAS, NV 89145 |
| | State the term remaining List the contract number of any government contract | | |
| 2.446 | State what the contract or lease is for and the nature of the debtor's interest | LEGAL ENGAGEMENT LETTER | JACKSON LEWIS PC 10701 PARKRIDGE BLVD, STE 300 RESTON, VA 20191 |
| | State the term remaining List the contract number of any government contract | | |
| 2.447 | State what the contract or lease is for and the nature of the debtor's interest | JAMES SELSAVAGE-WVD-PSA 040618 | JAMES SELSAVAGE ADDRESS ON FILE |
| | State the term remaining List the contract number of any government contract | | |
| 2.448 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | JAMF 100 S WASHINGTON AVE, STE 1100 MINNEAPOLIS, MN 54401 |
| | State the term remaining List the contract number of any government contract | | |
| 2.449 | State what the contract or lease is for and the nature of the debtor's interest | JAPAN LINK - WVD - TERMINATION LETTER 050117 | JAPAN LINK CORP 2-2, MACHIURA SASYA FUKUSHIMA, FUKUSHIMA 960-0241 JAPAN |
| | State the term remaining List the contract number of any government contract | | |

Debtor Name    **WorldVu Development LLC**    Case number (if known): **20-22436**

▉ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.450 | State what the contract or lease is for and the nature of the debtor's interest | **JBERNSTEIN CONSULTING LLC-WVD-PSA** | **JBERNSTEIN CONSULTING LLC**<br>**3816 TAYLORTOWN RD**<br>**FURLONG, PA 18925** |
| | State the term remaining | 4/30/2020 | |
| | List the contract number of any government contract | | |
| 2.451 | State what the contract or lease is for and the nature of the debtor's interest | **JBERSTEIN CONSULTING LLC-WVD-AMENDMENT #1 TO PSA** | **JBERNSTEIN CONSULTING LLC**<br>**3816 TAYLORTOWN RD**<br>**FURLONG, PA 18925** |
| | State the term remaining | 6/30/2020 | |
| | List the contract number of any government contract | | |
| 2.452 | State what the contract or lease is for and the nature of the debtor's interest | **JEFFREY ATKINS CONSULTING-WVD-AMENDMENT #1 TO PSA** | **JEFFREY ATKINS**<br>**22070 AUCTION BARN DR**<br>**ASHBURN, VA 20148** |
| | State the term remaining | 6/30/2020 | |
| | List the contract number of any government contract | | |
| 2.453 | State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** | **JFROG**<br>**270 E CARRIBEAN DR**<br>**SUNNYVALE, CA 94089** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.454 | State what the contract or lease is for and the nature of the debtor's interest | **JIM SHANEYFELT - WVD - SOW #1 AMENDMENT #1 120116** | **JIM SHANEYFELT**<br>**2730 W APPLE SEED LN**<br>**CHINO VALLEY, AZ 86323** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.455 | State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** | **JONSA TECHNOLOGIES CO, LTD**<br>**NO 206 CHENG KUNG 3 RD**<br>**NANTOU 540**<br>**TAIWAN** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name    **WorldVu Development LLC**                                    Case number (if known): **20-22436**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.456 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | JONSA TECHNOLOGIES CO, LTD NO 206 CHENG KUNG 3 RD NANTOU 540 TAIWAN |
| | State the term remaining List the contract number of any government contract | | |
| 2.457 | State what the contract or lease is for and the nature of the debtor's interest | JP MORGAN CHASE - WVD - BANKING SERVICES AGREEMENT 062416 | JP MORGAN CHASE BANK NA 4 CHASE METROTECH CENTER, FL 14 BROOKLYN, NY 11245-0001 |
| | State the term remaining List the contract number of any government contract | | |
| 2.458 | State what the contract or lease is for and the nature of the debtor's interest | JP MORGAN-WVD-STANDBY LETTER OF CREDIT | JP MORGAN CHASE BANK NA 4 CHASE METROTECH CENTER, FL 14 BROOKLYN, NY 11245-0001 |
| | State the term remaining List the contract number of any government contract | 6/27/2020 | |
| 2.459 | State what the contract or lease is for and the nature of the debtor's interest | LEGAL ENGAGEMENT LETTER | K & L GATES 599 KEXINGTON AVE NEW YORK, NY 10022 |
| | State the term remaining List the contract number of any government contract | | |
| 2.460 | State what the contract or lease is for and the nature of the debtor's interest | LEGAL ENGAGEMENT LETTER | KEYSTONE LAW 1 FINLAYSON GREEN SINGAPORE 049246 SINGAPORE |
| | State the term remaining List the contract number of any government contract | | |
| 2.461 | State what the contract or lease is for and the nature of the debtor's interest | KSAT-WVD-ONEWEB NORWAY-ASSIGNMENT LETTER 083018 | KONGSBERG SATELLITE SERVICES AS PRESTVANNVEIEN 389011 TROMSO NORWAY |
| | State the term remaining List the contract number of any government contract | | |

Debtor Name    **WorldVu Development LLC**                                   Case number (if known): **20-22436**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.462 | State what the contract or lease is for and the nature of the debtor's interest | **KSAT-ONEWEB NORWAY-U&O AGREEMENT AMENDMENT#1 101719** |
| | | **KONGSBERG SATELLITE SERVICES AS PRESTVANNVEIEN 389011 TROMSO NORWAY** |
| | State the term remaining | 6/26/2020 |
| | List the contract number of any government contract | |
| 2.463 | State what the contract or lease is for and the nature of the debtor's interest | **KSAT-WVD-PLMS HOSTING AGREEMENT 052418** |
| | | **KONGSBERG SATELLITE SERVICES AS PRESTVANNVEIEN 389011 TROMSO NORWAY** |
| | State the term remaining | 5/24/2023 |
| | List the contract number of any government contract | |
| 2.464 | State what the contract or lease is for and the nature of the debtor's interest | **CANADIAN SATELLITE GROUND STATION INUVIK LTD-WVD-MSA 083017** |
| | | **KONGSBERG SATELLITE SERVICES AS PRESTVANNVEIEN 389011 TROMSO NORWAY** |
| | State the term remaining | 8/30/2027 |
| | List the contract number of any government contract | |
| 2.465 | State what the contract or lease is for and the nature of the debtor's interest | **KSAT- WVD - PILOT SNP FOUNDATION AMENDMENT 2 083117** |
| | | **KONGSBERG SATELLITE SERVICES AS PRESTVANNVEIEN 389011 TROMSO NORWAY** |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.466 | State what the contract or lease is for and the nature of the debtor's interest | **KSAT- WVD - PILOT SNP FOUNDATION AMENDMENT#3 092817** |
| | | **KONGSBERG SATELLITE SERVICES AS PRESTVANNVEIEN 389011 TROMSO NORWAY** |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.467 | State what the contract or lease is for and the nature of the debtor's interest | **KSAT-WVD-PILOT SNP CONTRACT 112017** |
| | | **KONGSBERG SATELLITE SERVICES AS PRESTVANNVEIEN 389011 TROMSO NORWAY** |
| | State the term remaining | |
| | List the contract number of any government contract | |

| Debtor Name | **WorldVu Development LLC** | | Case number (if known): **20-22436** |
|---|---|---|---|

▆ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.468 | State what the contract or lease is for and the nature of the debtor's interest | **CANADIAN SATELLITE GROUND STATION INUVIK-WVD-TASK ORDER 1 071718** | **KONGSBERG SATELLITE SERVICES AS** PRESTVANNVEIEN 389011 TROMSO NORWAY |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.469 | State what the contract or lease is for and the nature of the debtor's interest | **CANADIAN SATELLITE GROUND STATION INUVIK-WVD-TASK ORDER 2 071519** | **KONGSBERG SATELLITE SERVICES AS** PRESTVANNVEIEN 389011 TROMSO NORWAY |
| | State the term remaining | 9/30/2020 | |
| | List the contract number of any government contract | | |
| 2.470 | State what the contract or lease is for and the nature of the debtor's interest | **KPMG-WVD-MSA 020218** | **KPMG LLP** 1 SNOWHILL SNOWHILL QUEENSWAY BIRMINGHAM UNITED KINGDOM |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.471 | State what the contract or lease is for and the nature of the debtor's interest | **KPMG-WVD-SOW (GENERAL CONSULTING)** | **KPMG LLP** 1 SNOWHILL SNOWHILL QUEENSWAY BIRMINGHAM UNITED KINGDOM |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.472 | State what the contract or lease is for and the nature of the debtor's interest | **KPMG-WVD-ENGAGEMENT LETTER (ONEWEB GLOBAL LIMITED AUDIT)** | **KPMG LLP** 1 SNOWHILL SNOWHILL QUEENSWAY BIRMINGHAM UNITED KINGDOM |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.473 | State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** | **KRATOS COMMUNICATIONS SAS** 57 RUE MARCO POLO 31 670 LABEGE FRANCE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name    **WorldVu Development LLC**                                Case number (if known): **20-22436**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.474 | State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** | **KRATOS COMMUNICATIONS SAS**<br>**57 RUE MARCO POLO**<br>**31 670 LABEGE**<br>**FRANCE** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.475 | State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** | **KRATOS COMMUNICATIONS, INC**<br>**5971 KINGSTOWNE VILLAGE PKWY, STE 200**<br>**ALEXANDRIA, VA 22315** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.476 | State what the contract or lease is for and the nature of the debtor's interest | **KUEHNE & NAGEL-WVD-MSA 020218** | **KUEHNE + NAGEL INC**<br>**10 EXCHANGE PL**<br>**JERSEY CITY, NJ 07302** |
| | State the term remaining | 2/1/2021 | |
| | List the contract number of any government contract | | |
| 2.477 | State what the contract or lease is for and the nature of the debtor's interest | **KUEHNE & NAGEL-WVD-PURCHASE ORDER** | **KUEHNE + NAGEL INC**<br>**10 EXCHANGE PL**<br>**JERSEY CITY, NJ 07302** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.478 | State what the contract or lease is for and the nature of the debtor's interest | **KVH INDUSTRIES-WVD-MOU 012717** | **KVH INDUSTRIES INC**<br>**50 ENTERPRISE CENTER**<br>**MIDDLETOWN, RI 02842** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.479 | State what the contract or lease is for and the nature of the debtor's interest | **KVH INDUSTRIES-WVD-PSA 030819** | **KVH INDUSTRIES INC**<br>**50 ENTERPRISE CENTER**<br>**MIDDLETOWN, RI 02842** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name    **WorldVu Development LLC**                                    Case number (if known): **20-22436**

| | **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.480 | State what the contract or lease is for and the nature of the debtor's interest | KYMETA CORPORATION-WVD-MSA 022618 | KYMETA CORPORATION<br>12277 134TH CT NE<br>REDMOND, WA 98052 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.481 | State what the contract or lease is for and the nature of the debtor's interest | KYMETA CORPORATION-WVD-MSA AMENDMENT #1 112718 | KYMETA CORPORATION<br>12277 134TH CT NE<br>REDMOND, WA 98052 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.482 | State what the contract or lease is for and the nature of the debtor's interest | L3-ESSCO - WVD - PURCHASE ORDER FOR PRE-STAGE RADOME 08-17-17 | L-3 COMMUNICATIONS ESSCO INC<br>90 NEMCO WAY<br>AYER, MA 01432 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.483 | State what the contract or lease is for and the nature of the debtor's interest | L-3 ESSCO-WVD-PURCHASE ORDER FOR MOUNTING HARDWARE 102017 | L-3 COMMUNICATIONS ESSCO INC<br>90 NEMCO WAY<br>AYER, MA 01432 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.484 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | L3 ESSCO<br>90 NEMCO WAY<br>AYER, MA 01432 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.485 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | L3 ESSCO<br>90 NEMCO WAY<br>AYER, MA 01432 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name    **WorldVu Development LLC**                                    Case number (if known): **20-22436**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.486 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | L3 ESSCO<br>90 NEMCO WAY<br>AYER, MA 01432 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.487 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | L3 ESSCO<br>90 NEMCO WAY<br>AYER, MA 01432 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.488 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | L3 ESSCO<br>90 NEMCO WAY<br>AYER, MA 01432 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.489 | State what the contract or lease is for and the nature of the debtor's interest | L3 APPLIED DEFENSE SOLUTIONS-WVD-AMENDMENT #3 TO THE MASTER CONTRACT | L3 HARRIS<br>10440 LITTLE PATUXENT PKWY, STE 600<br>COLUMBIA, MD 21044 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.490 | State what the contract or lease is for and the nature of the debtor's interest | LATHAM & WAKINS-WVD-ENGAGEMENT LETTER 123015 | LATHAM & WATKINS LLP<br>P.O. BOX 7247-8181<br>PHILADELPHIA, PA 19170-8181 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.491 | State what the contract or lease is for and the nature of the debtor's interest | LAURENTIAN CFO SERVICES LLC - WVD - ENGAGEMENT LETTER - 121115 | LAURENTIAN CFO SERVICES<br>STRIDE BIO INC<br>5 LABORATORY DR, STE 1200<br>DURHAM, NC 27709 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name    **WorldVu Development LLC**                    Case number (if known): **20-22436**

## Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.492** | State what the contract or lease is for and the nature of the debtor's interest | **LEE HECHT HARRISON-WVD-PSA & SOW 111318** | **LEE HECHT HARRISON DEPT CH 10544 PALATINE, IL 60055-0544** |
| | State the term remaining | 11/12/2021 | |
| | List the contract number of any government contract | | |
| **2.493** | State what the contract or lease is for and the nature of the debtor's interest | **LEVEL 3-WVD-ORDER FOR SOC CIRCUITS 081517** | **LEVEL 3 COMMUNICATIONS LLC P.O. BOX 910182 DENVER, CO 80291-0182** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.494** | State what the contract or lease is for and the nature of the debtor's interest | **LEVINE,BLASZAK,BLOC & BOOTHBY (LB3)-WVD- ENGAGEMENT LETTER 121318** | **LEVINE, BLASZAK, BLOCK & BOOTHBY, LLP 2001 L ST NW, STE 900 WASHINGTON, DC 20036** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.495** | State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** | **LINKEDINTELLECT 4521 SHOAL CREEK COURT ALEXANDRIA, VA 22312** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.496** | State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** | **LINKEDINTELLECT 4521 SHOAL CREEK COURT ALEXANDRIA, VA 22312** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.497** | State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** | **LINKEDINTELLECT 4521 SHOAL CREEK COURT ALEXANDRIA, VA 22312** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name    **WorldVu Development LLC**                                    Case number (if known): **20-22436**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.498 | State what the contract or lease is for and the nature of the debtor's interest | LMI ADVISORS, LLC - WVD - PSA - 051315 | **LMI ADVISORS LLC**<br>**2550 M ST, NW, STE 300**<br>**WASHINGTON, DC 20037** |
|---|---|---|---|
| | State the term remaining | 5/13/2020 | |
| | List the contract number of any government contract | | |

| 2.499 | State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** | **LORD CORPORATION**<br>**459 HURRICANE LANE, STE 102**<br>**WILLISTON, VT 05495** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.500 | State what the contract or lease is for and the nature of the debtor's interest | **LUKAS LAFURIA GUITIERREZ & SACHS-WVD-ENGAGEMENT LETTER 091819** | **LUKAS, LAFURIA, GUTTIEREZ, AND SACHS**<br>**8300 GREENSBORO DR, STE 1200**<br>**TYSONS, VA 22102** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.501 | State what the contract or lease is for and the nature of the debtor's interest | **MDA-WVD ASSIGNMENT AGREEMENT 041717** | **MACDONALD, DETTWILER AND ASSOCIATES CORPORATION**<br>**21025 TRANS-CANADA HWY**<br>**STE-ANNE-DE-BELLEVUE**<br>**QUEBEC, ON H9X 3R2**<br>**CANADA** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.502 | State what the contract or lease is for and the nature of the debtor's interest | **MDA-WVD-OCS ATP AMENDMENT 3 032417** | **MACDONALD, DETTWILER AND ASSOCIATES CORPORATION**<br>**21025 TRANS-CANADA HWY**<br>**STE-ANNE-DE-BELLEVUE**<br>**QUEBEC, ON H9X 3R2**<br>**CANADA** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.503 | State what the contract or lease is for and the nature of the debtor's interest | **WVD-MDA-MDPA-OCS 051217** | **MACDONALD, DETTWILER AND ASSOCIATES CORPORATION**<br>**21025 TRANS-CANADA HWY**<br>**STE-ANNE-DE-BELLEVUE**<br>**QUEBEC, ON H9X 3R2**<br>**CANADA** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name    **WorldVu Development LLC**                                          Case number (if known): **20-22436**

| | Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.504 | State what the contract or lease is for and the nature of the debtor's interest | MDA - WVD - AMENDMENT #4 TO ATP (OCS) 050517 | MACDONALD, DETTWILER AND ASSOCIATES CORPORATION 21025 TRANS-CANADA HWY STE-ANNE-DE-BELLEVUE QUEBEC, ON H9X 3R2 CANADA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.505 | State what the contract or lease is for and the nature of the debtor's interest | MDA SYSTEMS-OW-LETTER OF COMMITMENT & SUPPORT 072017 | MACDONALD, DETTWILER AND ASSOCIATES CORPORATION 21025 TRANS-CANADA HWY STE-ANNE-DE-BELLEVUE QUEBEC, ON H9X 3R2 CANADA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.506 | State what the contract or lease is for and the nature of the debtor's interest | MDA-WVD-PLMS MDPA 110817 | MACDONALD, DETTWILER AND ASSOCIATES CORPORATION 21025 TRANS-CANADA HWY STE-ANNE-DE-BELLEVUE QUEBEC, ON H9X 3R2 CANADA |
| | State the term remaining | 11/13/2027 | |
| | List the contract number of any government contract | | |
| 2.507 | State what the contract or lease is for and the nature of the debtor's interest | MDA-WVD-OCS SOW MODIFICATION 1.2 082917 | MACDONALD, DETTWILER AND ASSOCIATES CORPORATION 21025 TRANS-CANADA HWY STE-ANNE-DE-BELLEVUE QUEBEC, ON H9X 3R2 CANADA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.508 | State what the contract or lease is for and the nature of the debtor's interest | MDA-WVD-OCS SOW MODIFICATION 1.3 121817 | MACDONALD, DETTWILER AND ASSOCIATES CORPORATION 21025 TRANS-CANADA HWY STE-ANNE-DE-BELLEVUE QUEBEC, ON H9X 3R2 CANADA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.509 | State what the contract or lease is for and the nature of the debtor's interest | MACDONALD,DETWILER AND ASSOCIATES-WVD-AGREEMENT (ROBOTICS AND AUTOMATION) 021318 | MACDONALD, DETTWILER AND ASSOCIATES CORPORATION 21025 TRANS-CANADA HWY STE-ANNE-DE-BELLEVUE QUEBEC, ON H9X 3R2 CANADA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name    **WorldVu Development LLC**                                    Case number (if known): **20-22436**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.510 | State what the contract or lease is for and the nature of the debtor's interest | MDA-WVD-OCS SOW REVISION 1.4 041818 | MACDONALD, DETTWILER AND ASSOCIATES CORPORATION 21025 TRANS-CANADA HWY STE-ANNE-DE-BELLEVUE QUEBEC, ON H9X 3R2 CANADA |
| | State the term remaining List the contract number of any government contract | | |
| 2.511 | State what the contract or lease is for and the nature of the debtor's interest | MACDONALD, DETTWILER AND ASSOCIATES-WVD-SOW #1 (EXHIBIT A) 072318 | MACDONALD, DETTWILER AND ASSOCIATES CORPORATION 21025 TRANS-CANADA HWY STE-ANNE-DE-BELLEVUE QUEBEC, ON H9X 3R2 CANADA |
| | State the term remaining List the contract number of any government contract | | |
| 2.512 | State what the contract or lease is for and the nature of the debtor's interest | MACDONALD, DETTWILER AND ASSOCIATES-WVD-SOW #1 (REV. V1.6) 103018 | MACDONALD, DETTWILER AND ASSOCIATES CORPORATION 21025 TRANS-CANADA HWY STE-ANNE-DE-BELLEVUE QUEBEC, ON H9X 3R2 CANADA |
| | State the term remaining List the contract number of any government contract | | |
| 2.513 | State what the contract or lease is for and the nature of the debtor's interest | MDA-WVD-PLMS SOW#1 REVISION 2.0 103118 | MACDONALD, DETTWILER AND ASSOCIATES CORPORATION 21025 TRANS-CANADA HWY STE-ANNE-DE-BELLEVUE QUEBEC, ON H9X 3R2 CANADA |
| | State the term remaining List the contract number of any government contract | | |
| 2.514 | State what the contract or lease is for and the nature of the debtor's interest | MDA-WVD-PLMS SOW#1 REVISION 3.0 022019 | MACDONALD, DETTWILER AND ASSOCIATES CORPORATION 21025 TRANS-CANADA HWY STE-ANNE-DE-BELLEVUE QUEBEC, ON H9X 3R2 CANADA |
| | State the term remaining List the contract number of any government contract | | |
| 2.515 | State what the contract or lease is for and the nature of the debtor's interest | MACDONALD, DETTWILER AND ASSOCIATES-WVD-SOW #2 AMENDMENT#2 082219 | MACDONALD, DETTWILER AND ASSOCIATES CORPORATION 21025 TRANS-CANADA HWY STE-ANNE-DE-BELLEVUE QUEBEC, ON H9X 3R2 CANADA |
| | State the term remaining List the contract number of any government contract | | |

Debtor Name    **WorldVu Development LLC**                                          Case number (if known): **20-22436**

| | Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.516 | State what the contract or lease is for and the nature of the debtor's interest | MAXLINEAR-WVD-SLA DRAFT | MAXLINEAR 5966 LA PLACE CT 100 CARLSBAD, CA 92008 |
| | State the term remaining List the contract number of any government contract | | |
| 2.517 | State what the contract or lease is for and the nature of the debtor's interest | MCDERMOTT WILL & EMERY-WVD-ENGAGEMENT LETTER 013118 | MCDERMOTT WILL & EMERY 333 SE 2ND AVE CHICAGO, IL 60007 |
| | State the term remaining List the contract number of any government contract | | |
| 2.518 | State what the contract or lease is for and the nature of the debtor's interest | MCDERMOTT WILL & EMERY-WVD-ENGAGEMENT LETTER 052318 | MCDERMOTT WILL & EMERY 333 SE 2ND AVE CHICAGO, IL 60007 |
| | State the term remaining List the contract number of any government contract | | |
| 2.519 | State what the contract or lease is for and the nature of the debtor's interest | MCDERMOTT WILL & EMERY-WVD-ENGAGEMENT LETTER (ILS INTERNATIONAL) 062718 | MCDERMOTT WILL & EMERY 333 SE 2ND AVE CHICAGO, IL 60007 |
| | State the term remaining List the contract number of any government contract | | |
| 2.520 | State what the contract or lease is for and the nature of the debtor's interest | MDA-WVD-DELEGATES-TERM SHEET | MDA CORPORATION 13800 COMMERCE PKWY RICHMOND, BC V6V 2J3 CANADA |
| | State the term remaining List the contract number of any government contract | | |
| 2.521 | State what the contract or lease is for and the nature of the debtor's interest | MDA-WVD ASSIGNMENT AGREEMENT 041717 | MDA SYSTEMS LTD 13800 COMMERCE PKWY RICHMOND, BC V6V 2J3 CANADA |
| | State the term remaining List the contract number of any government contract | | |

Debtor Name    **WorldVu Development LLC**                                          Case number (if known): **20-22436**

| ▮ | **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.522 | State what the contract or lease is for and the nature of the debtor's interest | MDA SYSTEMS LTD. - WVD - AMENDMENT ONE 042516 | MDA SYSTEMS LTD 13800 COMMERCE PKWY RICHMOND, BC V6V 2J3 CANADA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.523 | State what the contract or lease is for and the nature of the debtor's interest | MDA SYSTEMS LTD - WVD - AMENDMENT TWO 061516 | MDA SYSTEMS LTD 13800 COMMERCE PKWY RICHMOND, BC V6V 2J3 CANADA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.524 | State what the contract or lease is for and the nature of the debtor's interest | BORO STATION-MERIDIAN-WVD AMENDMENT #1 TO DEED OF LEASE | MERIDIAN REALTY PARTNERS I GP, LLC 3 BETHESDA METRO CENTER, STE 1400 BETHESDA, MD 20814 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.525 | State what the contract or lease is for and the nature of the debtor's interest | MICROCOM (SATEO)-WVD- USE AND OCCUPANCY AGREEMENT 083118 | MICROCOM 129 W 53RD AVE ANCHORAGE, AK 99518 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.526 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | MICROELECTRONICS TECHNOLOGY INC NO 1 INNOVATION RD II HSINCHU SCIENCE-BASED INDUSTRIAL HSINCHU TAIWAN 30077 TAIWAN |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.527 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | MICROELECTRONICS TECHNOLOGY INC NO 1 INNOVATION RD II HSINCHU SCIENCE-BASED INDUSTRIAL HSINCHU TAIWAN 30077 TAIWAN |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name    **WorldVu Development LLC**                                   Case number (if known): **20-22436**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases                State the name and mailing address for all other parties with
                                                       whom the debtor has an executory contract or unexpired
                                                       lease

| | | | |
|---|---|---|---|
| 2.528 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | MICROELECTRONICS TECHNOLOGY INC NO 1 INNOVATION RD II HSINCHU SCIENCE-BASED INDUSTRIAL HSINCHU TAIWAN 30077 TAIWAN |
| | State the term remaining List the contract number of any government contract | | |
| 2.529 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | MICROELECTRONICS TECHNOLOGY INC NO 1 INNOVATION RD II HSINCHU SCIENCE-BASED INDUSTRIAL HSINCHU TAIWAN 30077 TAIWAN |
| | State the term remaining List the contract number of any government contract | | |
| 2.530 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | MICROELECTRONICS TECHNOLOGY INC NO 1 INNOVATION RD II HSINCHU SCIENCE-BASED INDUSTRIAL HSINCHU TAIWAN 30077 TAIWAN |
| | State the term remaining List the contract number of any government contract | | |
| 2.531 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | MICROELECTRONICS TECHNOLOGY INC NO 1 INNOVATION RD II HSINCHU SCIENCE-BASED INDUSTRIAL HSINCHU TAIWAN 30077 TAIWAN |
| | State the term remaining List the contract number of any government contract | | |
| 2.532 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | MICROELECTRONICS TECHNOLOGY INC NO 1 INNOVATION RD II HSINCHU SCIENCE-BASED INDUSTRIAL HSINCHU TAIWAN 30077 TAIWAN |
| | State the term remaining List the contract number of any government contract | | |
| 2.533 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | MICROELECTRONICS TECHNOLOGY INC NO 1 INNOVATION RD II HSINCHU SCIENCE-BASED INDUSTRIAL HSINCHU TAIWAN 30077 TAIWAN |
| | State the term remaining List the contract number of any government contract | | |

Debtor Name **WorldVu Development LLC**                                     Case number (if known): **20-22436**

| | | |
|---|---|---|
| **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases** | | |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.534 | State what the contract or lease is for and the nature of the debtor's interest | MICROELECTRONICS TECHNOLOGY INC WVD-PURCHASE ORDER 111617-HT | MICROELECTRONICS TECHNOLOGY INC NO 1 INNOVATION RD II HSINCHU SCIENCE-BASED INDUSTRIAL HSINCHU TAIWAN 30077 TAIWAN |
|---|---|---|---|
| | State the term remaining List the contract number of any government contract | | |
| 2.535 | State what the contract or lease is for and the nature of the debtor's interest | MICROELECTRONICS TECHNOLOGY INC WVD-MOU 011218 | MICROELECTRONICS TECHNOLOGY INC NO 1 INNOVATION RD II HSINCHU SCIENCE-BASED INDUSTRIAL HSINCHU TAIWAN 30077 TAIWAN |
| | State the term remaining List the contract number of any government contract | | |
| 2.536 | State what the contract or lease is for and the nature of the debtor's interest | MICROELECTRONICS TECHNOLOGY INC WVD-PURCHASE ORDER 022718-HT | MICROELECTRONICS TECHNOLOGY INC NO 1 INNOVATION RD II HSINCHU SCIENCE-BASED INDUSTRIAL HSINCHU TAIWAN 30077 TAIWAN |
| | State the term remaining List the contract number of any government contract | | |
| 2.537 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | MINI CIRCUITS 13 NEPTUNE AVE BROOKLYN, NY 11235 |
| | State the term remaining List the contract number of any government contract | | |
| 2.538 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | MINI-CIRCUITS 13 NEPTUNE AVE BROOKLYN, NY 11235 |
| | State the term remaining List the contract number of any government contract | | |
| 2.539 | State what the contract or lease is for and the nature of the debtor's interest | LEGAL ENGAGEMENT LETTER | MINTZ LEVIN PC 701 PENNSYLVANIA AVE NW WASHINGTON, DC 20004 |
| | State the term remaining List the contract number of any government contract | | |

| Debtor Name | **WorldVu Development LLC** | Case number (if known): **20-22436** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.540 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | MISSION MICROWAVE<br>9924 NORWALK BLVD<br>SANTA FE SPRINGS, CA 90670 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.541 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | MISSION MICROWAVE TECHNOLOGIES<br>9924 NORWALK BLVD<br>SANTA FE SPNNGS, CA 90670 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.542 | State what the contract or lease is for and the nature of the debtor's interest | MONTGOMERY STRATEGIES- WVD-PSA 120117 | MONTGOMERY STRATEGIES GROUP<br>5711 OGDEN RD<br>BETHESDA, MD 20816 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.543 | State what the contract or lease is for and the nature of the debtor's interest | MOVING BRANDS-WVD-PSA 080618 | MOVING BRANDS INC<br>7-8 CHARLOTTE RD<br>LONDON, EC2A 3DH<br>UNITED KINGDOM |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.544 | State what the contract or lease is for and the nature of the debtor's interest | N2GRATE GOVERNMENT TECHNOLOGY SOLUTIONS-WVD-PURCHASE ORDER 100517 | N2GRATE GOVERNMENT TECHNOLOGY SOLUTIONS<br>7833 WALKER DR, STE 520C<br>GREENBELT, MD 20770 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.545 | State what the contract or lease is for and the nature of the debtor's interest | N2GRATE PURCHASE ORDER 032218-JG | N2GRATE GOVERNMENT TECHNOLOGY SOLUTIONS<br>7833 WALKER DR, STE 520C<br>GREENBELT, MD 20770 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name    **WorldVu Development LLC**                                    Case number (if known): **20-22436**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.546 | State what the contract or lease is for and the nature of the debtor's interest | NAGIOS-WVD-AGREEMENT | NAGIOS ENTERPRISES LLC<br>1295 BANDANA BLVD N, STE 165<br>SAINT PAUL, MN 55108 |
| | State the term remaining<br>List the contract number of any government contract | 12/6/2020 | |
| 2.547 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | NAGIOS ENTERPRISES, LLC<br>1295 BANDANA BLVD N, STE 165<br>SAINT PAUL, MN 55108 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.548 | State what the contract or lease is for and the nature of the debtor's interest | NASA-WVD-SPACE ACT AGREEMENT 110917 | NASA<br>NASA HEADQUARTERS, STE 5K39<br>WASHINGTON, DC 20546 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.549 | State what the contract or lease is for and the nature of the debtor's interest | NASA-WVD-AMENDMENT #1 TO SPACE ACT AGREEMENT 031620 | NATIONAL AERONAUTICS AND SPACE ADMINISTRATION (NASA)<br>NASA HEADQUARTERS, STE 5K39<br>WASHINGTON, DC 20546 |
| | State the term remaining<br>List the contract number of any government contract | 6/18/2020 | |
| 2.550 | State what the contract or lease is for and the nature of the debtor's interest | NAVEX GLOBAL, INC. - WVD - PURCHASE ORDER 031016 | NAVEX GLOBAL<br>P.O. BOX 60941<br>CHARLOTTE, NC 28260-0941 |
| | State the term remaining<br>List the contract number of any government contract | 3/10/2021 | |
| 2.551 | State what the contract or lease is for and the nature of the debtor's interest | ADMINISTRATIVE SERVICES AGREEMENT | NAVIA BENEFIT SOLUTIONS<br>600 NACHES AVE SW<br>RENTON, WA 98057 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name **WorldVu Development LLC**                                    Case number (if known): **20-22436**

▅ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.552 | State what the contract or lease is for and the nature of the debtor's interest | NEOVATION CORPORATION-WVD-PURCHASE ORDER 120417-JG | NEOVATION CORPORATION (O/A SMARTERU) 449 PROVENCHER BLVD WINNIPEG, MB R2J 0B8 CANADA |
| | State the term remaining List the contract number of any government contract | | |
| 2.553 | State what the contract or lease is for and the nature of the debtor's interest | NEUCO - WVD - RECRUITING AGREEMENT 051517 | NEUCO GROUP NO.1 CITIBASE 95 DITCHLING ROAD BRIGHTON EAST SUSSEX BN1 4ST UNITED KINGDOM |
| | State the term remaining List the contract number of any government contract | 4/15/2020 | |
| 2.554 | State what the contract or lease is for and the nature of the debtor's interest | NEW JAPAN RADIO COMPANY-WVD-MOU 022717 | NEW JAPAN RADIO CO LTD 3-10 NIHONBASHI YOKOYAMA-CHO, CHUKO-KU NIHONBASHI BLDG TOKYO, 103-8456 JAPAN |
| | State the term remaining List the contract number of any government contract | | |
| 2.555 | State what the contract or lease is for and the nature of the debtor's interest | DEVELOPMENT SEED - WVD - SERVICE AGREEMENT 030216 | NEW RIGHTS GROUP DBA DEVELOPMENT SEED 1226 9TH ST NW 2ND FL WASHINGTON, DC 20001 |
| | State the term remaining List the contract number of any government contract | | |
| 2.556 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | NOKIA OF AMERICAS CORPORATION 6000 CONNECTION DR IRVING, TX 75039 |
| | State the term remaining List the contract number of any government contract | | |
| 2.557 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | NOKIA OF AMERICAS CORPORATION 6000 CONNECTION DR IRVING, TX 75039 |
| | State the term remaining List the contract number of any government contract | | |

Debtor Name    **WorldVu Development LLC**                                        Case number (if known): **20-22436**

| | Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | | |
|---|---|---|---|
| 2.558 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | **NOKIA OF AMERICAS CORPORATION**<br>**6000 CONNECTION DR**<br>**IRVING, TX 75039** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.559 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | **NOKIA OF AMERICAS CORPORATION**<br>**6000 CONNECTION DR**<br>**IRVING, TX 75039** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.560 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | **NOKIA OF AMERICAS CORPORATION**<br>**6000 CONNECTION DR**<br>**IRVING, TX 75039** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.561 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | **NOKIA OF AMERICAS CORPORATION**<br>**6000 CONNECTION DR**<br>**IRVING, TX 75039** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.562 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | **NOKIA OF AMERICAS CORPORATION**<br>**6000 CONNECTION DR**<br>**IRVING, TX 75039** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.563 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | **NOKIA OF AMERICAS CORPORATION**<br>**6000 CONNECTION DR**<br>**IRVING, TX 75039** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name    **WorldVu Development LLC**                                    Case number (if known): **20-22436**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with
whom the debtor has an executory contract or unexpired
lease

| 2.564 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | **NOKIA OF AMERICAS CORPORATION**<br>**6000 CONNECTION DR**<br>**IRVING, TX 75039** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.565 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | **NOKIA OF AMERICAS CORPORATION**<br>**6000 CONNECTION DR**<br>**IRVING, TX 75039** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.566 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | **NOKIA OF AMERICAS CORPORATION**<br>**6000 CONNECTION DR**<br>**IRVING, TX 75039** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.567 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | **NOKIA OF AMERICAS CORPORATION**<br>**6000 CONNECTION DR**<br>**IRVING, TX 75039** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.568 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | **NOKIA OF AMERICAS CORPORATION**<br>**6000 CONNECTION DR**<br>**IRVING, TX 75039** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.569 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | **NOKIA OF AMERICAS CORPORATION**<br>**6000 CONNECTION DR**<br>**IRVING, TX 75039** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name    **WorldVu Development LLC**                                    Case number (if known): **20-22436**

████  **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.570 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | **NOKIA OF AMERICAS CORPORATION**<br>**6000 CONNECTION DR**<br>**IRVING, TX 75039** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.571 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | **NOKIA OF AMERICAS CORPORATION**<br>**6000 CONNECTION DR**<br>**IRVING, TX 75039** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.572 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | **NOKIA OF AMERICAS CORPORATION**<br>**6000 CONNECTION DR**<br>**IRVING, TX 75039** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.573 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | **NOKIA OF AMERICAS CORPORATION**<br>**6000 CONNECTION DR**<br>**IRVING, TX 75039** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.574 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | **NOKIA OF AMERICAS CORPORATION**<br>**6000 CONNECTION DR**<br>**IRVING, TX 75039** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.575 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | **NOKIA OF AMERICAS CORPORATION**<br>**6000 CONNECTION DR**<br>**IRVING, TX 75039** |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name    **WorldVu Development LLC**                                          Case number (if known): **20-22436**

| | Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.576 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | **NOKIA OF AMERICAS CORPORATION**<br>**6000 CONNECTION DR**<br>**IRVING, TX 75039** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.577 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | **NOKIA OF AMERICAS CORPORATION**<br>**6000 CONNECTION DR**<br>**IRVING, TX 75039** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.578 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | **NOKIA OF AMERICAS CORPORATION**<br>**6000 CONNECTION DR**<br>**IRVING, TX 75039** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.579 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | **NOKIA OF AMERICAS CORPORATION**<br>**6000 CONNECTION DR**<br>**IRVING, TX 75039** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.580 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | **NOKIA OF AMERICAS CORPORATION**<br>**6000 CONNECTION DR**<br>**IRVING, TX 75039** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.581 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | **NOKIA OF AMERICAS CORPORATION**<br>**6000 CONNECTION DR**<br>**IRVING, TX 75039** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name    **WorldVu Development LLC**                                         Case number (if known): **20-22436**

| | Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.582 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | NOKIA OF AMERICAS CORPORATION<br>6000 CONNECTION DR<br>IRVING, TX 75039 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.583 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | NOKIA OF AMERICAS CORPORATION<br>6000 CONNECTION DR<br>IRVING, TX 75039 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.584 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | NOKIA OF AMERICAS CORPORATION<br>6000 CONNECTION DR<br>IRVING, TX 75039 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.585 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | NOKIA OF AMERICAS CORPORATION<br>6000 CONNECTION DR<br>IRVING, TX 75039 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.586 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | NOKIA OF AMERICAS CORPORATION<br>6000 CONNECTION DR<br>IRVING, TX 75039 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.587 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | NOKIA OF AMERICAS CORPORATION<br>6000 CONNECTION DR<br>IRVING, TX 75039 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name   **WorldVu Development LLC**                                    Case number (if known): **20-22436**

██ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | | |
|---|---|---|---|
| 2.588 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | **NOKIA OF AMERICAS CORPORATION**<br>**6000 CONNECTION DR**<br>**IRVING, TX 75039** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.589 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | **NOKIA OF AMERICAS CORPORATION**<br>**6000 CONNECTION DR**<br>**IRVING, TX 75039** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.590 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | **NOKIA OF AMERICAS CORPORATION**<br>**6000 CONNECTION DR**<br>**IRVING, TX 75039** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.591 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | **NOKIA OF AMERICAS CORPORATION**<br>**6000 CONNECTION DR**<br>**IRVING, TX 75039** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.592 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | **NOKIA OF AMERICAS CORPORATION**<br>**6000 CONNECTION DR**<br>**IRVING, TX 75039** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.593 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | **NOKIA OF AMERICAS CORPORATION**<br>**6000 CONNECTION DR**<br>**IRVING, TX 75039** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name    **WorldVu Development LLC**                                    Case number (if known): **20-22436**

| | Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.594 | State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** | **NOKIA OF AMERICAS CORPORATION**<br>**6000 CONNECTION DR**<br>**IRVING, TX 75039** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.595 | State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** | **NOKIA OF AMERICAS CORPORATION**<br>**6000 CONNECTION DR**<br>**IRVING, TX 75039** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.596 | State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** | **NOKIA OF AMERICAS CORPORATION**<br>**6000 CONNECTION DR**<br>**IRVING, TX 75039** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.597 | State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** | **NOKIA SOLUTIONS & NETWORKS**<br>**6000 CONNECTION DR**<br>**IRVING, TX 75039** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.598 | State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** | **NOKIA SOLUTIONS & NETWORKS**<br>**6000 CONNECTION DR**<br>**IRVING, TX 75039** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.599 | State what the contract or lease is for and the nature of the debtor's interest | **NOKIA - ONEWEB S.R.L. - PURCHASE ORDER 041218** | **NOKIA SOLUTIONS AND NETWORKS US LLC**<br>**6000 CONNECTION DR**<br>**IRVING, TX 75039** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name    **WorldVu Development LLC**    Case number (if known): **20-22436**

███ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.600 | State what the contract or lease is for and the nature of the debtor's interest | NOKIA - ONEWEB NORWAY AS - PURCHASE ORDER 040518 | NOKIA SOLUTIONS AND NETWORKS US LLC 6000 CONNECTION DR IRVING, TX 75039 |
| | State the term remaining List the contract number of any government contract | | |
| 2.601 | State what the contract or lease is for and the nature of the debtor's interest | NOKIA-ONEWEB NORWAY-PURCHASE ORDER 041218 | NOKIA SOLUTIONS AND NETWORKS US LLC 6000 CONNECTION DR IRVING, TX 75039 |
| | State the term remaining List the contract number of any government contract | | |
| 2.602 | State what the contract or lease is for and the nature of the debtor's interest | NOKIA-WVD-AMENDMENT #1 TO NOKIA CONTRACT LAB AGREEMENT | NOKIA SOLUTIONS AND NETWORKS US LLC 6000 CONNECTION DR IRVING, TX 75039 |
| | State the term remaining List the contract number of any government contract | | |
| 2.603 | State what the contract or lease is for and the nature of the debtor's interest | NOKIA - WVD - 042318 | NOKIA SOLUTIONS AND NETWORKS US LLC 6000 CONNECTION DR IRVING, TX 75039 |
| | State the term remaining List the contract number of any government contract | | |
| 2.604 | State what the contract or lease is for and the nature of the debtor's interest | NOKIA SOLUTIONS - WVD - 042318 | NOKIA SOLUTIONS AND NETWORKS US LLC 6000 CONNECTION DR IRVING, TX 75039 |
| | State the term remaining List the contract number of any government contract | | |
| 2.605 | State what the contract or lease is for and the nature of the debtor's interest | NOKIA S&N - WVD - 042318 | NOKIA SOLUTIONS AND NETWORKS US LLC 6000 CONNECTION DR IRVING, TX 75039 |
| | State the term remaining List the contract number of any government contract | | |

Debtor Name  **WorldVu Development LLC**                                    Case number (if known): **20-22436**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.606 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | NORSAT INTERNATIONAL INC<br>110-4020 VIKING WAY<br>RICHMOND, BC V6V 2N2<br>CANADA |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.607 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | NORSAT INTERNATIONAL INC<br>110-4020 VIKING WAY<br>RICHMOND, BC V6V 2N2<br>CANADA |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.608 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | NORTH AMERICA - US - COGENT COMMUNICATIONS, INC<br>2450 N ST, NW<br>WASHINGTON, DC 20037 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.609 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | NORTH AMERICA - US - COGENT COMMUNICATIONS, INC<br>2450 N ST, NW<br>WASHINGTON, DC 20037 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.610 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | NORTH AMERICA - US - COGENT COMMUNICATIONS, INC<br>2450 N ST, NW<br>WASHINGTON, DC 20037 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.611 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | NOVACENTRIX<br>400 PARKER DR, STE 1110<br>AUSTIN, TX 78728 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name    **WorldVu Development LLC**                                Case number (if known): **20-22436**

| | **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.612 | State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** | **NSI-MI TECHNOLOGIES**<br>**1125 SATELLITE BLVD, STE 100**<br>**SUWANEE, GA 30024** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.613 | State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** | **NVENT SCHROFF**<br>**170 COMMERCE DR**<br>**WARWICK, RI 02886** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.614 | State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** | **NVENT SCHROFF**<br>**170 COMMERCE DR**<br>**WARWICK, RI 02886** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.615 | State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** | **NVENT SCHROFF**<br>**170 COMMERCE DR**<br>**WARWICK, RI 02886** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.616 | State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** | **NVENT SCHROFF, INC**<br>**170 COMMERCE DR**<br>**WARWICK, RI 02886** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.617 | State what the contract or lease is for and the nature of the debtor's interest | **ONEWEB SOLUTIONS-WVD-SUPPORT AND SERVICES AGREEMENT AND SIDE LETTER 070117** | **ONE WEB SOLUTIONS**<br>**195 WOOD LN, 3RD FL**<br>**WEST WORKS BUILDING**<br>**LONDON, W12 7FQ**<br>**UNITED KINGDOM** |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name    **WorldVu Development LLC**    Case number (if known): **20-22436**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.618 | State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** | **ONEPAGER**<br>**8210 S KEARNEY ST**<br>**CENTENNIAL, CO 80112** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.619 | State what the contract or lease is for and the nature of the debtor's interest | **ORACLE PURCHASE ORDER** | **ORACLE AMERICA INC**<br>**P.O. BOX 44471**<br>**SAN FRANCISCO, CA 94144-4471** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.620 | State what the contract or lease is for and the nature of the debtor's interest | **ORACLE - WVD - PURCHASE ORDER 041618** | **ORACLE AMERICA INC**<br>**P.O. BOX 44471**<br>**SAN FRANCISCO, CA 94144-4471** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.621 | State what the contract or lease is for and the nature of the debtor's interest | **ORACLE-WVD-PURCHASE ORDER 042718** | **ORACLE AMERICA INC**<br>**P.O. BOX 44471**<br>**SAN FRANCISCO, CA 94144-4471** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.622 | State what the contract or lease is for and the nature of the debtor's interest | **ORACLE-WVD-MSA 05XX18** | **ORACLE AMERICA INC**<br>**P.O. BOX 44471**<br>**SAN FRANCISCO, CA 94144-4471** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.623 | State what the contract or lease is for and the nature of the debtor's interest | **OTJ ARCHITECTS-WVD-AGREEMENT 013119** | **OTJ**<br>**P.O. BOX 324**<br>**KOTZEBUE, AK 99752** |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name    **WorldVu Development LLC**                          Case number (if known): **20-22436**

| | Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.624 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER (CIRCUITS) | PACKETFABRIC LLC<br>9920 JEFFERSON BLVD<br>CULVER CITY, CA 90232 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.625 | State what the contract or lease is for and the nature of the debtor's interest | PALLAS ADVISORS-WVD-AMENDMENT #1 TO CONSULTING SERVICES AGREEMENT 101719 | PALLAS ADVISORS LLC<br>1808 I ST NW, STE 900<br>WASHINGTON, DC 20006 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.626 | State what the contract or lease is for and the nature of the debtor's interest | PALLAS ADVISORS-WVD-CONSULTING SERVICES AGREEMENT 072319 | PALLAS ADVISORS LLC<br>1808 I ST NW, STE 900<br>WASHINGTON, DC 20006 |
| | State the term remaining<br>List the contract number of any government contract | 7/31/2020 | |
| 2.627 | State what the contract or lease is for and the nature of the debtor's interest | ESPANOL, PAUL-WVD-ICA 090617 | PAUL ESPANOL<br>ADDRESS ON FILE |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.628 | State what the contract or lease is for and the nature of the debtor's interest | PENTAIR WVD PURCHASE ORDER RACKS 11-07-17 | PENTAIR TECHNICAL PRODUCTS INC<br>14818 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.629 | State what the contract or lease is for and the nature of the debtor's interest | PERDOO-NAA-AGREEMENT AND ORDER FORM 111218 | PERDOO<br>8 STR DER PARISER KOMMUNE<br>BERLIN, 10243<br>GERMANY |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name  **WorldVu Development LLC**                                    Case number (if known): **20-22436**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| 2.630 | State what the contract or lease is for and the nature of the debtor's interest | **LEGAL ENGAGEMENT LETTER** | **PILLSBURY WINTHROP SHAW PITTMAN LLP**<br>**31W W 52ND ST, 29TH FL**<br>**NEW YORK, NY 10019** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.631 | State what the contract or lease is for and the nature of the debtor's interest | **POINTMATIX-WVD-PSA 090118** | **POINTMATIX**<br>**17 S ST NW**<br>**WASHINGTON, DC 20001** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.632 | State what the contract or lease is for and the nature of the debtor's interest | **POTOMAC LAW GROUP-WVD-ENGAGEMENT LETTER 112015** | **POTOMAC LAW GROUP PLLC**<br>**1300 PENNSYLVANIA AVE NW, STE 700**<br>**WASHINGTON, DC 20004** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.633 | State what the contract or lease is for and the nature of the debtor's interest | **SYMBUS LAW GROUP - WVD - DEPARTURE LETTER (WRITTEN AUTHORIZATION) 091416** | **POTOMAC LAW GROUP PLLC**<br>**1300 PENNSYLVANIA AVE NW, STE 700**<br>**WASHINGTON, DC 20004** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.634 | State what the contract or lease is for and the nature of the debtor's interest | **PWC - WVD - ENGAGEMENT LETTER (ENTERPRISE RISK MANAGEMENT) 042017** | **PRICEWATERHOUSECOOPERS LLP**<br>**ONE EMBANKMENT PL**<br>**LONDON WC2N 6RH**<br>**UNITED KINGDOM** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.635 | State what the contract or lease is for and the nature of the debtor's interest | **PWC-WVD-AMENDMENT #1 TO ENGAGEMENT LETTER 060117** | **PRICEWATERHOUSECOOPERS LLP**<br>**ONE EMBANKMENT PL**<br>**LONDON WC2N 6RH**<br>**UNITED KINGDOM** |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name     **WorldVu Development LLC**                                    Case number (if known): **20-22436**

████ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.636 | State what the contract or lease is for and the nature of the debtor's interest | **PWC-WVD- AGREEMENT (TAX ADVISORY SERVICES)** | **PRICEWATERHOUSECOOPERS LLP ONE EMBANKMENT PL LONDON WC2N 6RH UNITED KINGDOM** |
| | State the term remaining | 8/8/2020 | |
| | List the contract number of any government contract | | |
| 2.637 | State what the contract or lease is for and the nature of the debtor's interest | **PWC-WVD-ENGAGEMENT LETTER PHASE 2 (ENTERPRISE RISK MANAGEMENT)** | **PRICEWATERHOUSECOOPERS LLP ONE EMBANKMENT PL LONDON WC2N 6RH UNITED KINGDOM** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.638 | State what the contract or lease is for and the nature of the debtor's interest | **PWC-WVD-MSA 020218** | **PRICEWATERHOUSECOOPERS LLP ONE EMBANKMENT PL LONDON WC2N 6RH UNITED KINGDOM** |
| | State the term remaining | 2/2/2023 | |
| | List the contract number of any government contract | | |
| 2.639 | State what the contract or lease is for and the nature of the debtor's interest | **PWC-WVD-SOW (TRANSFER PRICING CONSULTING SERVICES) 052418** | **PRICEWATERHOUSECOOPERS LLP ONE EMBANKMENT PL LONDON WC2N 6RH UNITED KINGDOM** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.640 | State what the contract or lease is for and the nature of the debtor's interest | **PRIORITY WORLDWIDE SERVICES (PWS)-WVD-MSA 090718** | **PRIORITY WORLDWIDE SERVICES 7361 COCA COLA DR HANOVER, MD 21076** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.641 | State what the contract or lease is for and the nature of the debtor's interest | **LEGAL ENGAGEMENT LETTER** | **PROSKAUER ROSE LLP 1001 S PENNSYLVANIA AVE NW WASHINGTON, DC 20004** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name    **WorldVu Development LLC**                                    Case number (if known): **20-22436**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.642 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | PROTOCASE 210 SOUTH 8TH ST LEWISTON, NY 14092 |
| | State the term remaining List the contract number of any government contract | | |
| 2.643 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | PROTOCASE, INC 210 S 8TH ST LEWISTON, NY 14092 |
| | State the term remaining List the contract number of any government contract | | |
| 2.644 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | PSL - POWER STANDARDS LAB 980 ATLANTIC AVE ALMEDA, CA 94501 |
| | State the term remaining List the contract number of any government contract | | |
| 2.645 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | QUALCOMM 5775 MOREHOUSE DR SAN DIEGO, CA 92121 |
| | State the term remaining List the contract number of any government contract | | |
| 2.646 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | QUALCOMM 5775 MOREHOUSE DR SAN DIEGO, CA 92121 |
| | State the term remaining List the contract number of any government contract | | |
| 2.647 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | QUALCOMM 5775 MOREHOUSE DR SAN DIEGO, CA 92121 |
| | State the term remaining List the contract number of any government contract | | |

Debtor Name    **WorldVu Development LLC**                                    Case number (if known): **20-22436**

███ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.648 | State what the contract or lease is for and the nature of the debtor's interest | QUALCOMM-WVD-WVS- MSA AMENDMENT 1 062215 | QUALCOMM TECHNOLOGIES INC<br>FILE NO 748382<br>LOS ANGELES, CA 90074-8382 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.649 | State what the contract or lease is for and the nature of the debtor's interest | QUALCOMM-WVD-SOW 2 061515 | QUALCOMM TECHNOLOGIES INC<br>FILE NO 748382<br>LOS ANGELES, CA 90074-8382 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.650 | State what the contract or lease is for and the nature of the debtor's interest | QUALCOMM GLOBAL - WVD - FUNDING CONTINGENCY LETTER 061915 | QUALCOMM TECHNOLOGIES INC<br>FILE NO 748382<br>LOS ANGELES, CA 90074-8382 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.651 | State what the contract or lease is for and the nature of the debtor's interest | QUALCOMM-WVD-AMENDMENT #2 SOW#2 070816 | QUALCOMM TECHNOLOGIES INC<br>FILE NO 748382<br>LOS ANGELES, CA 90074-8382 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.652 | State what the contract or lease is for and the nature of the debtor's interest | QUALCOMM TECHNOLOGIES, INC. - WVD - SOW #3 101616 | QUALCOMM TECHNOLOGIES INC<br>FILE NO 748382<br>LOS ANGELES, CA 90074-8382 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.653 | State what the contract or lease is for and the nature of the debtor's interest | QUALCOMM TECHNOLOGIES, INC. - WVD - AMENDMENT #2 TO MSA 102716 | QUALCOMM TECHNOLOGIES INC<br>FILE NO 748382<br>LOS ANGELES, CA 90074-8382 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name    **WorldVu Development LLC**                                              Case number (if known): **20-22436**

███    **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.654 | State what the contract or lease is for and the nature of the debtor's interest | QUALCOMM TECHNOLOGIES INC. - WVD - AMENDMENT # 1 TO MSA SOW #3 082217 | QUALCOMM TECHNOLOGIES INC<br>FILE NO 748382<br>LOS ANGELES, CA 90074-8382 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.655 | State what the contract or lease is for and the nature of the debtor's interest | QUALCOMM-WVD-AMENDMENT #2 TO SOW #3 021418 | QUALCOMM TECHNOLOGIES INC<br>FILE NO 748382<br>LOS ANGELES, CA 90074-8382 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.656 | State what the contract or lease is for and the nature of the debtor's interest | QUALCOMM-WVD-LETTER (PROVIDING SOFTWARE UNDER SOW #3) 042018 | QUALCOMM TECHNOLOGIES INC<br>FILE NO 748382<br>LOS ANGELES, CA 90074-8382 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.657 | State what the contract or lease is for and the nature of the debtor's interest | QUALCOMM-WVD-TOOLS AGREEMENT 061118 | QUALCOMM TECHNOLOGIES INC<br>FILE NO 748382<br>LOS ANGELES, CA 90074-8382 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.658 | State what the contract or lease is for and the nature of the debtor's interest | QUALCOMM-WVD-AMENDMENT #3 SOW #3 060718 | QUALCOMM TECHNOLOGIES INC<br>FILE NO 748382<br>LOS ANGELES, CA 90074-8382 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.659 | State what the contract or lease is for and the nature of the debtor's interest | QUALCOMM-WVD-AMENDMENT #1 TO SOW #2 021216 | QUALCOMM TECHNOLOGIES INC<br>FILE NO 748382<br>LOS ANGELES, CA 90074-8382 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name    **WorldVu Development LLC**                    Case number (if known): **20-22436**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| **2.660** | State what the contract or lease is for and the nature of the debtor's interest | QUALCOMM-WVD-AMENDMENT #5 TO MESA 010119 | QUALCOMM TECHNOLOGIES INC<br>FILE NO 748382<br>LOS ANGELES, CA 90074-8382 |
| | State the term remaining | 2/28/2022 | |
| | List the contract number of any government contract | | |
| **2.661** | State what the contract or lease is for and the nature of the debtor's interest | QUALCOMM-WVD-SOW #4 120118 | QUALCOMM TECHNOLOGIES INC<br>FILE NO 748382<br>LOS ANGELES, CA 90074-8382 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.662** | State what the contract or lease is for and the nature of the debtor's interest | SOW4 AMENDMENT NO 1 | QUALCOMM TECHNOLOGIES INC<br>FILE NO 748382<br>LOS ANGELES, CA 90074-8382 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.663** | State what the contract or lease is for and the nature of the debtor's interest | QUALCOMM SOW4 AMENDMENT 2 | QUALCOMM TECHNOLOGIES INC<br>FILE NO 748382<br>LOS ANGELES, CA 90074-8382 |
| | State the term remaining | 9/30/2020 | |
| | List the contract number of any government contract | | |
| **2.664** | State what the contract or lease is for and the nature of the debtor's interest | QUANTUM WORKPLACE-WVD-SERVICE AGREEMENT & SUBSCRIPTION 120518 | QUANTUM WORKPLACE INC<br>P.O. BOX 545<br>DESTIN, FL 32540 |
| | State the term remaining | 12/5/2020 | |
| | List the contract number of any government contract | | |
| **2.665** | State what the contract or lease is for and the nature of the debtor's interest | QWALTEC-WVD-SOW #5 120418 | QWALTEC INC<br>8950 S 52ND ST, STE 409<br>TEMPE, AZ 85284 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name    **WorldVu Development LLC**                                    Case number (if known): **20-22436**

| | Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.666 | State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** | **RAPID, A PROTOLABS COMPANY**<br>**22 CHARRON AVE**<br>**NASHUA, NH 03063** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.667 | State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** | **RAPID, A PROTOLABS COMPANY**<br>**22 CHARRON AVE**<br>**NASHUA, NH 03063** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.668 | State what the contract or lease is for and the nature of the debtor's interest | **RT LOGIC - WVD - PURCHASE AGREEMENT 022217** | **REAL TIME LOGIC INC**<br>**12515 ACADEMY RIDGE VIEW DR**<br>**COLORADO SPRINGS, CO 80921** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.669 | State what the contract or lease is for and the nature of the debtor's interest | **REAL TIME LOGIC-WVD-PURCHASE ORDER 051517** | **REAL TIME LOGIC INC**<br>**12515 ACADEMY RIDGE VIEW DR**<br>**COLORADO SPRINGS, CO 80921** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.670 | State what the contract or lease is for and the nature of the debtor's interest | **RT LOGIC-WVD-PURCHASE ORDER 111017-JG** | **REAL TIME LOGIC INC**<br>**12515 ACADEMY RIDGE VIEW DR**<br>**COLORADO SPRINGS, CO 80921** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.671 | State what the contract or lease is for and the nature of the debtor's interest | **RT LOGIC-WVD-SOFTWARE LICENSE AGREEMENT 032919** | **REAL TIME LOGIC INC**<br>**12515 ACADEMY RIDGE VIEW DR**<br>**COLORADO SPRINGS, CO 80921** |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name    **WorldVu Development LLC**                                                    Case number (if known): **20-22436**

---

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.672 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | REALTIMEBOARD, INC, DBA MIRO 201 SPEAR ST, STE 1100 SAN FRANCISCO, CA 94105 |
| | State the term remaining List the contract number of any government contract | | |
| 2.673 | State what the contract or lease is for and the nature of the debtor's interest | REALTY EQUITY ENTERPRISE SERVICES WVD-AMENDMENT #1 TO LEASE | REALTY EQUITY ENTERPRISE SERVICES, LLC 2570 W EL CAMINO REAL, STE 500 MOUNTAIN VIEW, CA 94040 |
| | State the term remaining List the contract number of any government contract | | |
| 2.674 | State what the contract or lease is for and the nature of the debtor's interest | REALTY EQUITY ENTERPRISE SERVICES WVD- EL CAMINO OFFICE SPACE LEASE | REALTY EQUITY ENTERPRISE SERVICES, LLC 2570 W EL CAMINO REAL, STE 500 MOUNTAIN VIEW, CA 94040 |
| | State the term remaining List the contract number of any government contract | | |
| 2.675 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | REDAPT INC 12226 134TH CT NE REDMOND, WA 98052 |
| | State the term remaining List the contract number of any government contract | | |
| 2.676 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | REDAPT INC 12226 134TH CT NE REDMOND, WA 98052 |
| | State the term remaining List the contract number of any government contract | | |
| 2.677 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | REDAPT INC 12226 134TH CT NE REDMOND, WA 98052 |
| | State the term remaining List the contract number of any government contract | | |

Debtor Name    **WorldVu Development LLC**                                          Case number (if known): **20-22436**

| **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.678 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PURCHASE ORDER | **REDAPT INC**<br>**12226 134TH CT NE**<br>**REDMOND, WA 98052** |
| 2.679 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PURCHASE ORDER | **REDAPT INC**<br>**12226 134TH CT NE**<br>**REDMOND, WA 98052** |
| 2.680 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PURCHASE ORDER | **REDAPT INC**<br>**12226 134TH CT NE**<br>**REDMOND, WA 98052** |
| 2.681 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PURCHASE ORDER | **REDAPT INC**<br>**12226 134TH CT NE**<br>**REDMOND, WA 98052** |
| 2.682 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PURCHASE ORDER | **REDAPT INC**<br>**12226 134TH CT NE**<br>**REDMOND, WA 98052** |
| 2.683 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | PURCHASE ORDER | **REDAPT INC**<br>**12226 134TH CT NE**<br>**REDMOND, WA 98052** |

Debtor Name    **WorldVu Development LLC**                              Case number (if known): **20-22436**

| **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.684 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | REDAPT INC<br>12226 134TH CT NE<br>REDMOND, WA 98052 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.685 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | REDAPT INC<br>12226 134TH CT NE<br>REDMOND, WA 98052 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.686 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | REDAPT INC<br>12226 134TH CT NE<br>REDMOND, WA 98052 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.687 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | REDAPT INC<br>12226 134TH CT NE<br>REDMOND, WA 98052 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.688 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | REDAPT INC<br>12226 134TH CT NE<br>REDMOND, WA 98052 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.689 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | REDAPT INC<br>12226 134TH CT NE<br>REDMOND, WA 98052 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name    **WorldVu Development LLC**                                              Case number (if known): **20-22436**

<table>
<tr><td></td><td colspan="2" style="background-color: black"></td></tr>
</table>

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.690 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | REDAPT INC<br>12226 134TH CT NE<br>REDMOND, WA 98052 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.691 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | REDAPT INC<br>12226 134TH CT NE<br>REDMOND, WA 98052 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.692 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | REDAPT INC<br>12226 134TH CT NE<br>REDMOND, WA 98052 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.693 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | REDAPT INC<br>12226 134TH CT NE<br>REDMOND, WA 98052 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.694 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | REDAPT INC<br>12226 134TH CT NE<br>REDMOND, WA 98052 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.695 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | REDAPT INC<br>12226 134TH CT NE<br>REDMOND, WA 98052 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name    **WorldVu Development LLC**                                          Case number (if known): **20-22436**

| | **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.696 | State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** | **REDAPT INC**<br>**12226 134TH CT NE**<br>**REDMOND, WA 98052** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.697 | State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** | **REDAPT INC**<br>**12226 134TH CT NE**<br>**REDMOND, WA 98052** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.698 | State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** | **REDAPT INC**<br>**12226 134TH CT NE**<br>**REDMOND, WA 98052** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.699 | State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** | **REDAPT INC**<br>**12226 134TH CT NE**<br>**REDMOND, WA 98052** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.700 | State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** | **REDAPT INC**<br>**12226 134TH CT NE**<br>**REDMOND, WA 98052** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.701 | State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** | **REDAPT, INC**<br>**14051 NE 200TH ST**<br>**WOODINVILLE, WA 98072** |
| | State the term remaining<br>List the contract number of any government contract | | |

Official Form 206G                Schedule G: Executory Contracts and Unexpired Leases                Page 117 of  157

Debtor Name   **WorldVu Development LLC**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.702 | State what the contract or lease is for and the nature of the debtor's interest | REGUS-NAA-AGREEMENT - UK OFFICE | REGUS 15305 DALLAS PKWY, STE 400 ADDISON, TX 75001 |
| | State the term remaining / List the contract number of any government contract | | |
| 2.703 | State what the contract or lease is for and the nature of the debtor's interest | RHEINTECH-WVD-SOW HOMOLOGATION STUDY AMENDED AND RESTATED 040618 | RHEIN TECH LABORATORIES INC 360 HERNDON PKWY, STE 1400 HERNDON, VA 20170 |
| | State the term remaining / List the contract number of any government contract | | |
| 2.704 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | RHEIN TECH LABORATORIES, INC 360 HERNDON PKWY, STE 1400 HERNDON, VA 20170 |
| | State the term remaining / List the contract number of any government contract | | |
| 2.705 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | RHEIN TECH LABORATORIES, INC 360 HERNDON PKWY, STE 1400 HERNDON, VA 20170 |
| | State the term remaining / List the contract number of any government contract | | |
| 2.706 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | RHEIN TECH LABORATORIES, INC 360 HERNDON PKWY, STE 1400 HERNDON, VA 20170 |
| | State the term remaining / List the contract number of any government contract | | |
| 2.707 | State what the contract or lease is for and the nature of the debtor's interest | RIVERVIEW TOWER-WVD-OFFICE LEASE 010118 | RIVERVIEW TOWER LLC 6525 3RD ST, STE 409 ROCKLEDGE, FL 32955 |
| | State the term remaining 1/1/2023 / List the contract number of any government contract | | |

Debtor Name    **WorldVu Development LLC**                                      Case number (if known): **20-22436**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.708 | State what the contract or lease is for and the nature of the debtor's interest | RKF-AOS-WVD-THIRD PARTY VENDOR REVIEWER SERVICE AGREEMENT (NSA) 051817 | RKF ENGINEERING SOLUTIONS LLC 7500 OLD GEORGETOWN RD, STE 1275 BETHESDA, MD 20814 |
| | State the term remaining List the contract number of any government contract | | |
| 2.709 | State what the contract or lease is for and the nature of the debtor's interest | ROBERT HALF-WVD-AGREEMENT FOR TEMPORARY SERVICES 010319 | ROBERT HALF INTERNATIONAL INC 2884 SAND HILL RD, STE 200 MENLO PARK, CA 94025 |
| | State the term remaining List the contract number of any government contract | 1/3/2021 | |
| 2.710 | State what the contract or lease is for and the nature of the debtor's interest | ROBERT HALF-WVD-AGREEMENT FOR TEMP. SERVICES | ROBERT HALF INTERNATIONAL INC 2884 SAND HILL RD, STE 200 MENLO PARK, CA 94025 |
| | State the term remaining List the contract number of any government contract | 10/18/2020 | |
| 2.711 | State what the contract or lease is for and the nature of the debtor's interest | ROBERT JOSEPH GROUP LLC-WVD-SERVICES AGREEMENT 101419 | ROBERT JOSEPH GROUP LLC 1 PRESERVE PKWY 150 ROCKVILLE, MD 20852 |
| | State the term remaining List the contract number of any government contract | | |
| 2.712 | State what the contract or lease is for and the nature of the debtor's interest | HEYNINGEN VAN, ROBERT-WVD-ICA 121117 | ROBERT VAN HEYNINGEN 13755 CALLE SECO POWAY, CA 92064 |
| | State the term remaining List the contract number of any government contract | 6/11/2020 | |
| 2.713 | State what the contract or lease is for and the nature of the debtor's interest | ROCKWELL COLLINS-WVD-ATP AMENDMENT #3 022819 | ROCKWELL COLLINS INC 400 COLLINS RD NE CEDAR RAPIDS, IA 52498 |
| | State the term remaining List the contract number of any government contract | | |

Debtor Name    **WorldVu Development LLC**                                      Case number (if known): **20-22436**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.714 | State what the contract or lease is for and the nature of the debtor's interest | ROCKWELL COLLINS-WVD-MDA 061219 | **ROCKWELL COLLINS INC 400 COLLINS RD NE CEDAR RAPIDS, IA 52498** |
| | State the term remaining | 10/1/2029 | |
| | List the contract number of any government contract | | |
| 2.715 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | **ROHDE & SCHWARZ USA, INC 6821 BENJAMIN FRANKLIN DR COLUMBIA, MD 21046** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.716 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | **ROHDE & SCHWARZ USA, INC 6821 BENJAMIN FRANKLIN DR COLUMBIA, MD 21046** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.717 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | **ROHDE & SCHWARZ USA, INC 6821 BENJAMIN FRANKLIN DR COLUMBIA, MD 21046** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.718 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | **ROHDE & SCHWARZ USA, INC 6821 BENJAMIN FRANKLIN DR COLUMBIA, MD 21046** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.719 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | **ROHDE & SCHWARZ USA, INC 6821 BENJAMIN FRANKLIN DR COLUMBIA, MD 21046** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name     **WorldVu Development LLC**                                              Case number (if known): **20-22436**

| | **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.720** | State what the contract or lease is for and the nature of the debtor's interest | **GARANT-WVD-LEGAL DATABASE SERVICES** | **RPE "GARANT-SERVICE" LLC**<br>**LENINSKYE GORY 1, BLDG 77**<br>**119234 MOSCOW**<br>**RUSSIA** |
| | State the term remaining | 2/20/2021 | |
| | List the contract number of any government contract | | |
| **2.721** | State what the contract or lease is for and the nature of the debtor's interest | **RUAG-WVD-CHANGE ORDER** | **RUAG SPACE AB**<br>**SOLHUSGATAN 11**<br>**GOTEBORG 41276**<br>**SWEDEN** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.722** | State what the contract or lease is for and the nature of the debtor's interest | **RUAG-WVD-CONTAINER CONTRACT** | **RUAG SPACE GMBH**<br>**CLAUDE-DORNIER-STRASSE**<br>**OBERPFAFFENHOFEN WESSLING, 82231**<br>**GERMANY** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.723** | State what the contract or lease is for and the nature of the debtor's interest | **RYANSHARKEY-WVD-ENGAGEMENT LETTER 112018** | **RYAN SHARKLEY LLC**<br>**80778 TURKEY RUN RD**<br>**CRESWELL, OR 97426** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.724** | State what the contract or lease is for and the nature of the debtor's interest | **RYAN SHARKEY-WVD-ENGAGEMENT LETTER (US TAX COMPLIANCE) 040919** | **RYAN SHARKLEY LLC**<br>**80778 TURKEY RUN RD**<br>**CRESWELL, OR 97426** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.725** | State what the contract or lease is for and the nature of the debtor's interest | **SAFENET, INC. - WVD - EVALUATION LICENSE AGREEMENT 032017** | **SAFENET INC**<br>**4690 MILLENNIUM DR**<br>**BELCAMP, MD 21017** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name    **WorldVu Development LLC**                                    Case number (if known): **20-22436**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.726 | State what the contract or lease is for and the nature of the debtor's interest | SALESFORCE-WVD-ADDENDUM | SALESFORCE.COM INC<br>P.O. BOX 203141<br>DALLAS, TX 75320-3141 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.727 | State what the contract or lease is for and the nature of the debtor's interest | SATCOM CONSULT-WVD-PSA 061118 | SATCOM CONSULT LLC<br>42995 EASTERN KINGBIRD PLZ<br>ASHBURN, VA 20147 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.728 | State what the contract or lease is for and the nature of the debtor's interest | MICROCOM (SATEO)-WVD- USE AND OCCUPANCY AGREEMENT AMENDMENT#1 050119 | SATEO INC DBA MICROCOM<br>129 WEST 53RD AVE<br>ANCHORAGE, AK 99518 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.729 | State what the contract or lease is for and the nature of the debtor's interest | SATEO(MICROCOM)-WVD-T&M SOW#1 052819 | SATEO INC DBA MICROCOM<br>129 WEST 53RD AVE<br>ANCHORAGE, AK 99518 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.730 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | SATIXFY LTD<br>HA'MADA 12<br>REHOVOT<br>ISREAL |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.731 | State what the contract or lease is for and the nature of the debtor's interest | SCIENCE APPLICATIONS INTERNATIONAL CORP.-WVD- SUBLEASE (1785 GREENSBORO PLACE) | SCIENCE APPLICATIONS INTERNATIONAL CORPORATION<br>12010 SUNSET HILLS RD<br>RESTON, VA 20190 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name   **WorldVu Development LLC**                                Case number (if known): **20-22436**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases                     State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.732 | State what the contract or lease is for and the nature of the debtor's interest | SCIENCE APPLICATIONS INTERNATIONAL CORP-WVD-AMENDMENT #2 | SCIENCE APPLICATIONS INTERNATIONAL CORPORATION 12010 SUNSET HILLS RD RESTON, VA 20190 |
| | State the term remaining List the contract number of any government contract | | |
| 2.733 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | SCIENTIFIC FLORIDA INC 505 ODYSSEY WAY, STE 211 KENNEDY SPACE CENTER EXPLORATION PARK, FL 32953 |
| | State the term remaining List the contract number of any government contract | | |
| 2.734 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | SCIENTIFIC FLORIDA, INC 505 ODYSSEY WAY, STE 211 KENNEDY SPACE CENTER EXPLORATION PARK, FL 32953 |
| | State the term remaining List the contract number of any government contract | | |
| 2.735 | State what the contract or lease is for and the nature of the debtor's interest | SCISYS - WVD - MSA - 082416 | SCISYS UK LIMITED METHUEN PARK CHIPPENHAM WILTSHIRE, SN14 0GB UNITED KINGDOM |
| | State the term remaining List the contract number of any government contract | 4/30/2023 | |
| 2.736 | State what the contract or lease is for and the nature of the debtor's interest | SCISYS - WVD - SOW - 081816 | SCISYS UK LIMITED METHUEN PARK CHIPPENHAM WILTSHIRE, SN14 0GB UNITED KINGDOM |
| | State the term remaining List the contract number of any government contract | 4/30/2023 | |
| 2.737 | State what the contract or lease is for and the nature of the debtor's interest | SCISYS-WVD-SOW AMENDMENT #1 121417 | SCISYS UK LIMITED METHUEN PARK CHIPPENHAM WILTSHIRE, SN14 0GB UNITED KINGDOM |
| | State the term remaining List the contract number of any government contract | | |

Debtor Name   **WorldVu Development LLC**                                    Case number (if known): **20-22436**

<table>
<tr><td></td><td colspan="2" style="background:black;color:white"> </td></tr>
</table>

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.738 | State what the contract or lease is for and the nature of the debtor's interest | SCISYS UK LTD-WVD-MSA AMENDMENT 071618 | SCISYS UK LIMITED METHUEN PARK CHIPPENHAM WILTSHIRE, SN14 0GB UNITED KINGDOM |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.739 | State what the contract or lease is for and the nature of the debtor's interest | SCISYS UK LIMITED-WVD-AMENDMENT #2 013019 | SCISYS UK LIMITED METHUEN PARK CHIPPENHAM WILTSHIRE, SN14 0GB UNITED KINGDOM |
| | State the term remaining | 5/1/2022 | |
| | List the contract number of any government contract | | |
| 2.740 | State what the contract or lease is for and the nature of the debtor's interest | SCISYS UK LIMITED-WVD-PSA AMENDMENT #1 111219 | SCISYS UK LIMITED METHUEN PARK CHIPPENHAM WILTSHIRE, SN14 0GB UNITED KINGDOM |
| | State the term remaining | 6/30/2020 | |
| | List the contract number of any government contract | | |
| 2.741 | State what the contract or lease is for and the nature of the debtor's interest | GIBSON, SCOTT-WVD-PSA 020120 | SCOTT GIBSON 151 STILECROFT DR TORONTO, ON M3J 1A8 CANADA |
| | State the term remaining | 1/31/2021 | |
| | List the contract number of any government contract | | |
| 2.742 | State what the contract or lease is for and the nature of the debtor's interest | SEAMLESS ALLIANCE-WVD-MEMBERSHIP AGREEMENT 080618 | SEAMLESS ALLIANCE 5177 BRANDIN CT FREMONT, CA 94538 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.743 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | SELECTECH, INC 33 WALES AVE, UNIT F AVON, MA 02322 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name    **WorldVu Development LLC**                                         Case number (if known): **20-22436**

| | **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.744 | State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** | **SERVERLESS HEROES, INC DBA**<br>**44 E AVE, STE 200**<br>**AUSTIN, TX 78701** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.745 | State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** | **SERVERLESS HEROES, INC DBA A CLOUD GURU**<br>**44 E AVE, STE 200**<br>**AUSTIN, TX 78701** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.746 | State what the contract or lease is for and the nature of the debtor's interest | **SHAWN MARCUM-WVD-PSA 092717** | **SHAWN MARCUM**<br>**ADDRESS ON FILE** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.747 | State what the contract or lease is for and the nature of the debtor's interest | **SHEARMAN & STERLING-WVD-ENGAGEMENT LETTER 100219** | **SHEARMAN & STERLING LLP**<br>**401 9TH ST NW, STE 800**<br>**WASHINGTON, DC 20004** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.748 | State what the contract or lease is for and the nature of the debtor's interest | **SHEPPARMULLIN-WVD-ENGAGEMENT LETTER 121115** | **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**<br>**333 SOUTH HOPE ST, 43RD FL**<br>**LOS ANGELES, CA 90071** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.749 | State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** | **SIGATEK MICROWAVE COMMUNICATION COMPONENTS**<br>**423 BLACK OAK RIDGE RD**<br>**WAYNE, NJ 07470** |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name    **WorldVu Development LLC**                                      Case number (if known): **20-22436**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.750 | State what the contract or lease is for and the nature of the debtor's interest | SKJEI TELECOM, INC. - WVD - AMENDMENT #1 TO SOW #1 OF PSA 081816 | SKJEI TELECOM INC 7700 LEESBURG PIKE, STE 238 FALLS CHURCH, VA 22043 |
| | State the term remaining List the contract number of any government contract | | |
| 2.751 | State what the contract or lease is for and the nature of the debtor's interest | SKJEI TELECOM-WVD-AMENDMENT #2 120116 | SKJEI TELECOM INC 7700 LEESBURG PIKE, STE 238 FALLS CHURCH, VA 22043 |
| | State the term remaining List the contract number of any government contract | | |
| 2.752 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | SKYLINE COMMUNICATIONS 2853 EXEC PARK DR, STE 202-F WESTON, FL 33331 |
| | State the term remaining List the contract number of any government contract | | |
| 2.753 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | SKYLINE COMMUNICATIONS 2853 EXEC PARK DR, STE 202-F WESTON, FL 33331 |
| | State the term remaining List the contract number of any government contract | | |
| 2.754 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | SKYLINE COMMUNICATIONS 2853 EXEC PARK DR, STE 202-F WESTON, FL 33331 |
| | State the term remaining List the contract number of any government contract | | |
| 2.755 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | SKYLINE COMMUNICATIONS 2853 EXEC PARK DR, STE 202-F WESTON, FL 33331 |
| | State the term remaining List the contract number of any government contract | | |

Debtor Name    **WorldVu Development LLC**                                    Case number (if known): **20-22436**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.756 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | SKYLINE COMMUNICATIONS<br>2853 EXEC PARK DR, STE 202-F<br>WESTON, FL 33331 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.757 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | SKYLINE COMMUNICATIONS<br>AMBACHTENSTRAAT 33<br>8870 IZEGEM<br>BELGIUM |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.758 | State what the contract or lease is for and the nature of the debtor's interest | SMITH & SMITH - WVD - PSA 020717 | SMITH AND SMITH<br>501 S BEVERLY DR, STE 3<br>BEVERLY HILLS, CA 90212 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.759 | State what the contract or lease is for and the nature of the debtor's interest | SMITH & SMITH-WVD-AMENDMENT #1 110117 | SMITH AND SMITH<br>501 S BEVERLY DR, STE 3<br>BEVERLY HILLS, CA 90212 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.760 | State what the contract or lease is for and the nature of the debtor's interest | SOFTBANK-WVD-SERVICES AGREEMENT 040119 | SOFTBANK GROUP CORP<br>1-9-1 HIGASHI-SHIMBASHI<br>MINATO-KU, TOKYO 105-7317<br>JAPAN |
| | State the term remaining<br>List the contract number of any government contract | 4/1/2021 | |
| 2.761 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | SOJITZ CORPORATION OF AMERICA<br>1120 AVE OF THE AMERICAS, 7TH FL<br>NEW YORK, NY 10036 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name    **WorldVu Development LLC**    Case number (if known): **20-22436**

### Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.762 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | SOJITZ CORPORATION OF AMERICA<br>1120 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.763 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | SOLARWINDS<br>P.O. BOX 730720<br>DALLAS, TX 75373 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.764 | State what the contract or lease is for and the nature of the debtor's interest | SOLERS INC-WVD-AMENDMENT #1 TO SOW #2 112718 | SOLERS INC<br>P.O. BOX 3417<br>ARLINGTON, VA 22203 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.765 | State what the contract or lease is for and the nature of the debtor's interest | SOLERS, INC.-WVD-SOW #2 AMENDMENT #2 | SOLERS INC<br>P.O. BOX 3417<br>ARLINGTON, VA 22203 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.766 | State what the contract or lease is for and the nature of the debtor's interest | SOLERS-WVD- AMENDMENT #3 TO SOW #2 100719 | SOLERS INC<br>P.O. BOX 3417<br>ARLINGTON, VA 22203 |
| | State the term remaining<br>List the contract number of any government contract | 12/31/2020 | |
| 2.767 | State what the contract or lease is for and the nature of the debtor's interest | SOMBHA-WVD-LOI 110917 | SOMBHA SOLUTIONS STORE LTD<br>PLOT 4-5 NYABONG RD, 8TH FL, BMK HOUSE, RM 805<br>KAMPALA<br>UGANDA |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name    **WorldVu Development LLC**                                      Case number (if known): **20-22436**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.768 | State what the contract or lease is for and the nature of the debtor's interest | SOUTHERN STATES TOYOTA-WVD-AGREEMENT 0422-19 | SOUTHERN STATES TOYOTALIFT 115 78TH ST TAMPA, FL 33619 |
| | State the term remaining List the contract number of any government contract | | |
| 2.769 | State what the contract or lease is for and the nature of the debtor's interest | SPACE FLORIDA-WVD-SHIPPING AGREEMENT 101019 | SPACE FLORIDA 505 ODYSSEY WAY, SUITE 300 EXPLORATION PARK, FL 32953 |
| | State the term remaining List the contract number of any government contract | 11/13/2021 | |
| 2.770 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | SPECIALTY MICROWAVE A DIVISION OF AMPG 120 RAYNOR AVE RONKONKOMA, NY 11779 |
| | State the term remaining List the contract number of any government contract | | |
| 2.771 | State what the contract or lease is for and the nature of the debtor's interest | SPECTRUMCAREERS-WVD-RECRUITING AGREEMENT 082417 | SPECTRUMCAREERS 1919 GALLOWS RD VIENNA, VA 22182 |
| | State the term remaining List the contract number of any government contract | | |
| 2.772 | State what the contract or lease is for and the nature of the debtor's interest | SPECTRUMCAREERS-WVD-ADDENDUM TO AGREEMENT 100218 | SPECTRUMCAREERS 1919 GALLOWS RD VIENNA, VA 22182 |
| | State the term remaining List the contract number of any government contract | | |
| 2.773 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT | SPIRENT COMMUNICATIONS 27349 AGOURA RD CALABASAS, CA 91301-2413 |
| | State the term remaining List the contract number of any government contract | | |

Debtor Name    **WorldVu Development LLC**                                                     Case number (if known): **20-22436**

| | **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.774 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | **PURCHASE ORDER** | **SPIRENT COMMUNICATIONS, INC**<br>**27349 AGOURA RD**<br>**CALABASA, CA 91301-2413** |
| 2.775 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | **PURCHASE ORDER** | **SPIRENT COMMUNICATIONS, INC**<br>**27349 AGOURA RD**<br>**CALABASA, CA 91301-2413** |
| 2.776 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | **PURCHASE ORDER** | **SPIRENT COMMUNICATIONS, INC**<br>**27349 AGOURA RD**<br>**CALABASA, CA 91301-2413** |
| 2.777 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | **SPRINT-WVD-SPRINT SECOND AMENDMENT FOR MICROSOFT 365 LICENSING-081919**<br><br>7/24/2022 | **SPRINT SOLUTIONS, INC**<br>**1735 TECHNOLOGY DR, STE 150**<br>**SAN JOSE, CA 95110** |
| 2.778 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | **SPRINT ONEWEB CUSTOMER SERVICE AGREEMENT_MSFT LICENSING** | **SPRINT SOLUTIONS, INC**<br>**1735 TECHNOLOGY DR, STE 150**<br>**SAN JOSE, CA 95110** |
| 2.779 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | **SPRINT ONEWEB 1811-0320**<br>**1ST AMENDMENT** | **SPRINT SOLUTIONS, INC**<br>**1735 TECHNOLOGY DR, STE 150**<br>**SAN JOSE, CA 95110** |

Debtor Name    **WorldVu Development LLC**                                    Case number (if known): **20-22436**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.780 | State what the contract or lease is for and the nature of the debtor's interest | SSC SPACE US-WVD-FL SNP USE&OCCUPANCY AND SOWS 101918 | SSC SPACE US INC<br>417A CAREDEAN DR<br>HORSHAM, PA 19044 |
| | State the term remaining<br>List the contract number of any government contract | 10/19/2028 | |
| 2.781 | State what the contract or lease is for and the nature of the debtor's interest | SSC-WVD SITE IMPLEMENTATION SOW SOUTHBURY 013019 | SSC SPACE US INC<br>417A CAREDEAN DR<br>HORSHAM, PA 19044 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.782 | State what the contract or lease is for and the nature of the debtor's interest | SSC-WVD SITE IMPLEMENTATION SOW SANTA PAULA 013019 | SSC SPACE US INC<br>417A CAREDEAN DR<br>HORSHAM, PA 19044 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.783 | State what the contract or lease is for and the nature of the debtor's interest | SSC SPACE US-WVD- FL SNP IMPLEMENTATION AMENDMENT#1 050119 | SSC SPACE US INC<br>417A CAREDEAN DR<br>HORSHAM, PA 19044 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.784 | State what the contract or lease is for and the nature of the debtor's interest | SSC US-WVD-SITE IMPLEMENTATION SOW 060319 | SSC SPACE US INC<br>417A CAREDEAN DR<br>HORSHAM, PA 19044 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.785 | State what the contract or lease is for and the nature of the debtor's interest | SSC SPACE US-WVD-SITE OPERATIONS SOW (SNP06-03) 060519 | SSC SPACE US INC<br>417A CAREDEAN DR<br>HORSHAM, PA 19044 |
| | State the term remaining<br>List the contract number of any government contract | 6/14/2029 | |

Debtor Name    **WorldVu Development LLC**                                      Case number (if known): **20-22436**

██████  **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.786 | State what the contract or lease is for and the nature of the debtor's interest | SSC-WVD-SNP 41 HAWAII-U AND O  AGREEMENT 110419 (WVD SIGNED) | SSC SPACE US, IN 417 CAREDEAN DR, STE A HORSHAM, PA 19044 |
| | State the term remaining List the contract number of any government contract | | |
| 2.787 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | SSC SPACE US, INC 417 CAREDEAN DR, STE A HORSHAM, PA 19044 |
| | State the term remaining List the contract number of any government contract | | |
| 2.788 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | SSC SPACE US, INC 417 CAREDEAN DR, STE A HORSHAM, PA 19044 |
| | State the term remaining List the contract number of any government contract | | |
| 2.789 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | SSC SPACE US, INC 417 CAREDEAN DR, STE A HORSHAM, PA 19044 |
| | State the term remaining List the contract number of any government contract | | |
| 2.790 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | SSC SPACE US, INC 417 CAREDEAN DR, STE A HORSHAM, PA 19044 |
| | State the term remaining List the contract number of any government contract | | |
| 2.791 | State what the contract or lease is for and the nature of the debtor's interest | STAR TECHNOLOGY AND RESEARCH WVD-LETTER OF INTENT 022618 | STAR TECHNOLOGY AND RESEARCH INC 3213 CARMEL BAY DR, STE 200 MOUNT PLEASANT, SC 29429 |
| | State the term remaining List the contract number of any government contract | | |

Debtor Name    **WorldVu Development LLC**                                          Case number (if known): **20-22436**

<table>
<tr><td colspan="2" style="background:black;color:white"> </td><td colspan="2"><b>Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases</b></td></tr>
</table>

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.792** State what the contract or lease is for and the nature of the debtor's interest — STELLAR SOLUTIONS-WVD-SOW 012816 <br><br> State the term remaining — List the contract number of any government contract | STELLAR SOLUTIONS INC<br>250 CAMBRIDGE AVE, STE 204<br>PALO ALTO, CA 94306 |
| **2.793** State what the contract or lease is for and the nature of the debtor's interest — STELLAR SOLUTIONS INC. - WVD - TERMINATION LETTER - 010317 <br><br> State the term remaining — List the contract number of any government contract | STELLAR SOLUTIONS INC<br>250 CAMBRIDGE AVE, STE 204<br>PALO ALTO, CA 94306 |
| **2.794** State what the contract or lease is for and the nature of the debtor's interest — STELLAR SOLUTIONS INC-WVD-MSA 041018 <br><br> State the term remaining — List the contract number of any government contract | STELLAR SOLUTIONS INC<br>250 CAMBRIDGE AVE, STE 204<br>PALO ALTO, CA 94306 |
| **2.795** State what the contract or lease is for and the nature of the debtor's interest — STIKEMAN ELLIOTT-WVD-ENGAGEMENT LETTER 042518 <br><br> State the term remaining — List the contract number of any government contract | STIKEMAN ELLIOTT LLP<br>1155 RENE-LEVESQUE BLVD W, 41ST FL<br>MONTREAL, QC H3B 3V2<br>CANADA |
| **2.796** State what the contract or lease is for and the nature of the debtor's interest — SUGHRUE-WVD-ENGAGEMENT LETTER 092818 <br><br> State the term remaining — List the contract number of any government contract | SUGHRUE<br>2100 PENNSYLVANIA AVE, NW<br>WASHINGTON, DC 20037-3213 |
| **2.797** State what the contract or lease is for and the nature of the debtor's interest — SURECLOUD-NAA-SERVICE ORDER (GRC SOLUTIONS) 060319 <br><br> State the term remaining — 6/30/2020 <br> List the contract number of any government contract | SURECLOUD<br>6010 W SPRING CREEK PKWY<br>PLANO, TX 75024 |

Debtor Name    **WorldVu Development LLC**                                    Case number (if known): **20-22436**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.798 | State what the contract or lease is for and the nature of the debtor's interest | SURECLOUD-NAA-SERVICE ORDER (ONEWEB - PHASE 2 CONFIGURATION) 060319 | SURECLOUD 6010 W SPRING CREEK PKWY PLANO, TX 75024 |
|---|---|---|---|
| | State the term remaining | 6/30/2020 | |
| | List the contract number of any government contract | | |

| 2.799 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | SURFACE HEATING SYSTEMS LTD 8 STIRLING RD SOUTHFIELD LNDUSTRTAL ESTATE GLENROTHES FIFE, SCOTLAND, KY6 2ST UNITED KINGDOM |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.800 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | SURFACE HEATING SYSTEMS, LTD 8 STIRLING RD SOUTHFIELD INDUSTRIAL ESTATE GLENROTHES, FIFE KY6 2ST UNITED KINGDOM |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.801 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | SURFACE HEATING SYSTEMS, LTD 8 STIRLING RD SOUTHFIELD INDUSTRIAL ESTATE GLENROTHES, FIFE KY6 2ST UNITED KINGDOM |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.802 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | SURFACE HEATING SYSTEMS, LTD 8 STIRLING RD SOUTHFIELD INDUSTRIAL ESTATE GLENROTHES, FIFE KY6 2ST UNITED KINGDOM |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.803 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | SURFACE HEATING SYSTEMS, LTD 8 STIRLING RD SOUTHFIELD INDUSTRIAL ESTATE GLENROTHES, FIFE KY6 2ST UNITED KINGDOM |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name **WorldVu Development LLC**                                 Case number (if known): **20-22436**

| Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases |
|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.804 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | SWEDISH MICROWAVE AB<br>DYNAMOVÄGEN 5<br>MOTALA 592 61<br>SWEDEN |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.805 | State what the contract or lease is for and the nature of the debtor's interest | SYNCWORKS-WVD-PURCHASE ORDER 120717-JG | SYNCWORKS<br>6 S ROSCOE BLVD<br>PONTE VEDRA BEACH, FL 32082 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.806 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | TABLEAU INTERNATIONAL, UC<br>THE OVAL- SHELBOURNE RD<br>BALLSBRIDGE<br>DUBLIN 4<br>IRELAND |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.807 | State what the contract or lease is for and the nature of the debtor's interest | TALENTWISE INC. - WVD - MSA 033016 | TALENTWISE INC<br>P.O. BOX 3876<br>SEATTLE, WA 98124-3876 |
| | State the term remaining<br>List the contract number of any government contract | 3/30/2021 | |
| 2.808 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | TANDEMLOC<br>4101 OLD WINTER GARDEN RD<br>ORLANDO, FL 32805 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.809 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | TANDEMLOC<br>824 FONTANA BLVD<br>HAVELOCK, NC 28532 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | **WorldVu Development LLC** | Case number (if known): **20-22436** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.810 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | TANDEMLOC, INC<br>824 FONTANA BLVD<br>HAVELOCK, NC 28532 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.811 | State what the contract or lease is for and the nature of the debtor's interest | TEKNOS-WVD-ENGAGEMENT LETTER-020218 | TEKNOS ASSOCIATES LLC<br>44 MONTGOMERY ST, STE 3<br>SAN FRANCISCO, CA 94104 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.812 | State what the contract or lease is for and the nature of the debtor's interest | TELECOMMUNICATIONS SUPPORT SERVICES-WVD-SOW #2 062818 | TELECOMMUNICATION SUPPORT SERVICES INC<br>720 NORTH DR<br>MELBOURNE, FL 32934 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.813 | State what the contract or lease is for and the nature of the debtor's interest | TELECOMMUNICATIONS SUPPORT SERVICES-WVD-SOW #3 100918 | TELECOMMUNICATION SUPPORT SERVICES INC<br>720 NORTH DR<br>MELBOURNE, FL 32934 |
| | State the term remaining<br>List the contract number of any government contract | 4/9/2022 | |
| 2.814 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | TELEGEOGRAPHY, A DIVISION OF PRIMETRICA, INC<br>ONE THOMAS CIR NW, STE 360<br>WASHINGTON, DC 20005 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.815 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | TELESPAZIO SPA<br>VIA TIMBURTINA 965-00156<br>ROME<br>ITALY |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name    **WorldVu Development LLC**                                          Case number (if known): **20-22436**

| | Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.816** | State what the contract or lease is for and the nature of the debtor's interest | **TELESPAZIO-WVD-ONEWEB S.R.L.-NOVATION AGREEMENT 050318** | **TELESPAZIO SPA**<br>**VIA TIMBURTINA 965-00156**<br>**ROME**<br>**ITALY** |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.817** | State what the contract or lease is for and the nature of the debtor's interest | **TELESPAZIO-WVD-PILOT SNP CONTRACT 11-03-2017** | **TELESPAZIO SPA**<br>**VIA TIMBURTINA 965-00156**<br>**ROME**<br>**ITALY** |
| | State the term remaining<br>List the contract number of any government contract | 11/3/2022 | |
| **2.818** | State what the contract or lease is for and the nature of the debtor's interest | **TELESPAZIO-ONEWEB S.R.L USE & OCCUPANCY AGREEMENT** | **TELESPAZIO SPA**<br>**VIA TIMBURTINA 965-00156**<br>**ROME**<br>**ITALY** |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.819** | State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** | **TESTEQUITY, LLC**<br>**6100 CONDOR DR**<br>**MOORPARK, CA 93021** |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.820** | State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** | **TESTEQUITY, LLC**<br>**6100 CONDOR DR**<br>**MOORPARK, CA 93021** |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.821** | State what the contract or lease is for and the nature of the debtor's interest | **THALES ALENIA SPACE FRANCE-WVD-ATP 012718** | **THALES ALENIA SPACE FRANCE**<br>**AM KIEL-KANAL 3**<br>**24106 KIEL DEUTSCHLAND**<br>**GERMANY** |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name    **WorldVu Development LLC**                                    Case number (if known): **20-22436**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.822 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | **THE MATHWORKS, INC 3 APPLE HILL DR NATICK, MA 01760-2098** |
| | State the term remaining List the contract number of any government contract | | |

| 2.823 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | **THE MATHWORKS, INC 3 APPLE HILL DR NATICK, MA 01760-2098** |
| | State the term remaining List the contract number of any government contract | | |

| 2.824 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | **THE MATHWORKS, INC 3 APPLE HILL DR NATICK, MA 01760-2098** |
| | State the term remaining List the contract number of any government contract | | |

| 2.825 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | **THE MATHWORKS, INC 3 APPLE HILL DR NATICK, MA 01760-2098** |
| | State the term remaining List the contract number of any government contract | | |

| 2.826 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | **THE MATHWORKS, INC 3 APPLE HILL DR NATICK, MA 01760-2098** |
| | State the term remaining List the contract number of any government contract | | |

| 2.827 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | **THE MATHWORKS, INC 3 APPLE HILL DR NATICK, MA 01760-2098** |
| | State the term remaining List the contract number of any government contract | | |

Debtor Name    **WorldVu Development LLC**                                    Case number (if known): **20-22436**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.828 | State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** | **THE MATHWORKS, INC 3 APPLE HILL DR NATICK, MA 01760-2098** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.829 | State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** | **THE MATHWORKS, INC 3 APPLE HILL DR NATICK, MA 01760-2098** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.830 | State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** | **THE MATHWORKS, INC 3 APPLE HILL DR NATICK, MA 01760-2098** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.831 | State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** | **THE MATHWORKS, INC 3 APPLE HILL DR NATICK, MA 01760-2098** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.832 | State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** | **THE MATHWORKS, INC 3 APPLE HILL DR NATICK, MA 01760-2098** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.833 | State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** | **THE MATHWORKS, INC 3 APPLE HILL DR NATICK, MA 01760-2098** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor Name | **WorldVu Development LLC** | | Case number (if known): **20-22436** |
|---|---|---|---|

| **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases** |
|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.834 | State what the contract or lease is for and the nature of the debtor's interest | MCCORMICK GROUP-WVD-ENGAGEMENT LETTER | THE MCCORMICK GROUP INC<br>525 WILSON BVD, STE 550<br>ARLINGTON, VA 22209 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.835 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT (HVAC) | THE SEVERN GROUP<br>375 PRINCE GEORGES BLVD, STE B<br>UPPER MARLBORO, MD 20774 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.836 | State what the contract or lease is for and the nature of the debtor's interest | THEORIS-WVD-PSA 040319 | THEORIS INC<br>8888 KEYSTONE CROSSING, STE 150<br>INDIANAPOLIS, IN 46240 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.837 | State what the contract or lease is for and the nature of the debtor's interest | EVAN, THOMAS-WVD-PSA 041517 | THOMAS EVANS<br>10916 MIDDLEBORO DR<br>DAMASCUS, MD 20872 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.838 | State what the contract or lease is for and the nature of the debtor's interest | WORLDCHECK ORDER FORM | THOMSON REUTERS (GRC) INC<br>2075 KENNEDY RD<br>TORONTO, ON M1T 3V4<br>CANADA |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.839 | State what the contract or lease is for and the nature of the debtor's interest | THOMSON REUTERS - WVD - WESTLAW PURCHASE ORDER - 072716 | THOMSON REUTERS (GRC) INC<br>2075 KENNEDY RD<br>TORONTO, ON M1T 3V4<br>CANADA |
| | State the term remaining<br>List the contract number of any government contract | 7/27/2020 | |

Debtor Name  **WorldVu Development LLC**                                    Case number (if known): **20-22436**

| ■ | **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.840 | State what the contract or lease is for and the nature of the debtor's interest | THOMSON REUTERS (PRACTICAL LAW) - WVD-AGREEMENT AND ORDER FORM 102618 | THOMSON REUTERS (GRC) INC 2075 KENNEDY RD TORONTO, ON M1T 3V4 CANADA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.841 | State what the contract or lease is for and the nature of the debtor's interest | TIM WANN-WVD-PSA AMENDMENT #1 010818 | TIM WANN 6136 FREEDOM AVE SYKESVILLE, MD 21784 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.842 | State what the contract or lease is for and the nature of the debtor's interest | TMF-WORLDVU, UNIPESSOAL LDA-SOW (PORTUGAL) 050118 | TMF GROUP BV LUNA ARENA HERIKERBERGWEG 238 AMSTERDAM, 1101 CM NETHERLANDS |
| | State the term remaining | 5/1/2021 | |
| | List the contract number of any government contract | | |
| 2.843 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | TRA-CAL, LLC 7901 BEECHCRAFT AVE GAITHERSBURG, MD 20879 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.844 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | TRS-RENTELCO 1830 WEST AIRFIELD DR DFW AIRPORT, TX 75261-9260 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.845 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | TRS-RENTELCO 1830 WEST AIRFIELD DR DFW AIRPORT, TX 75261-9260 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name    **WorldVu Development LLC**    Case number (if known): **20-22436**

▮ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.846 | State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** | **TRS-RENTELCO**<br>**1830 WEST AIRFIELD DR**<br>**DFW AIRPORT, TX 75261-9260** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.847 | State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** | **TRS-RENTELCO**<br>**1830 WEST AIRFIELD DR**<br>**DFW AIRPORT, TX 75261-9260** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.848 | State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** | **TRS-RENTELCO**<br>**1830 WEST AIRFIELD DR**<br>**DFW AIRPORT, TX 75261-9260** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.849 | State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** | **TRS-RENTELCO**<br>**1830 WEST AIRFIELD DR**<br>**DFW AIRPORT, TX 75261-9260** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.850 | State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** | **TRS-RENTELCO**<br>**1830 WEST AIRFIELD DR**<br>**DFW AIRPORT, TX 75261-9260** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.851 | State what the contract or lease is for and the nature of the debtor's interest | **TWO ROADS PROFESSIONAL RESOURCES, INC.-WVD-AMENDMENT #3 TO PSA** | **TWO ROADS PROFESSIONAL RESOURCES INC**<br>**5122 BOLSA AVE, STE 112**<br>**HUNTINGTON BEACH, CA 92649** |
| | State the term remaining | 12/31/2020 | |
| | List the contract number of any government contract | | |

Debtor Name    **WorldVu Development LLC**    Case number (if known): **20-22436**

███    **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.852 | State what the contract or lease is for and the nature of the debtor's interest | **TYK.IO PURCHASE ORDER 121417-JG** | **TYKIO**<br>**87A WORSHIP ST**<br>**LONDON, EC2A 2BE**<br>**UNITED KINGDOM** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.853 | State what the contract or lease is for and the nature of the debtor's interest | **UDEMY-WVD-AGREEMENT AND T & C'S AND ORDER FORM 041819** | **UDEMY**<br>**P.O. BOX 734229**<br>**CHICAGO, IL 60673-4229** |
| | State the term remaining<br>List the contract number of any government contract | 4/14/2021 | |
| 2.854 | State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** | **UL LLC**<br>**333 PFINGSTEN RD**<br>**NORTHBROOK, IL 60062-2096** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.855 | State what the contract or lease is for and the nature of the debtor's interest | **LEASE AGREEMENT**<br>**(8201 GREENSBORO DR, STE 405)** | **UNITED BUSINESS TECH**<br>**CANON FINANCIAL SERVICES, INC**<br>**14904 COLLECTIONC CENTER DR**<br>**CHICAGO, IL 60693** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.856 | State what the contract or lease is for and the nature of the debtor's interest | **LEASE AGREEMENT**<br>**(8301 NEW SPACE DR,**<br>**MERRITT ISLAND, FL 32953)** | **UNITED BUSINESS TECH**<br>**CANON FINANCIAL SERVICES, INC**<br>**14904 COLLECTIONC CENTER DR**<br>**CHICAGO, IL 60693** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.857 | State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** | **UNITED SECURITY ALLIANCE**<br>**9008 BRITTANY WAY**<br>**TAMPA FL 33619** |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name    **WorldVu Development LLC**                                    Case number (if known): **20-22436**

| | **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.858 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | UNITED SECURITY ALLIANCE<br>9008 BRITTANY WAY<br>TAMPA FL 33619 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.859 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | UNITED SECURITY ALLIANCE<br>9008 BRITTANY WAY<br>TAMPA FL 33619 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.860 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | UNIVERSAL MICROWAVE TECHNOLOGY<br>STE 1 GONGJIAN RD<br>CIDU DISTRICT<br>KEELUNG CITY<br>TAIWAN 206<br>TAIWAN |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.861 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | UNIVERSAL MICROWAVE TECHNOLOGY<br>STE 1 GONGJIAN RD<br>CIDU DISTRICT<br>KEELUNG CITY<br>TAIWAN 206<br>TAIWAN |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.862 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | UNIVERSAL MICROWAVE TECHNOLOGY<br>STE 1 GONGJIAN RD<br>CIDU DISTRICT<br>KEELUNG CITY<br>TAIWAN 206<br>TAIWAN |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.863 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | UNIVERSAL MICROWAVE TECHNOLOGY<br>STE 1 GONGJIAN RD<br>CIDU DISTRICT<br>KEELUNG CITY<br>TAIWAN 206<br>TAIWAN |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name    **WorldVu Development LLC**                                    Case number (if known): **20-22436**

<span style="background:black">    </span> **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.864 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER (ADAPTERS) | UNIVERSAL MICROWAVE TECHNOLOGY, INC<br>1 GONGJIAN RD<br>CIDU DISTRICT<br>KEELUNG CITY, 206<br>TAIWAN |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.865 | State what the contract or lease is for and the nature of the debtor's interest | UNIVERSITY OF SOUTHAMPTON - WVD - AGREEMENT FOR RESEARCH PROJECT 050117 | UNIVERSITY OF SOUTHAMPTON<br>12 UNIVERSITY RD<br>SOUTHAMPTON SO17 1BJ<br>UNITED KINGDOM |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.866 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | USSI GLOBAL<br>9145 ELLIS RD<br>MELBOURNE, FL 32904 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.867 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | USSI GLOBAL<br>9145 ELLIS RD<br>MELBOURNE, FL 32904 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.868 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | USSI GLOBAL<br>9145 ELLIS RD<br>MELBOURNE, FL 32904 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.869 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | USSI GLOBAL<br>9145 ELLIS RD<br>MELBOURNE, FL 32904 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name    **WorldVu Development LLC**    Case number (if known): **20-22436**

 **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.870 | State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** | **USSI GLOBAL**<br>**9145 ELLIS RD**<br>**MELBOURNE, FL 32904** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.871 | State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** | **USSI GLOBAL**<br>**9145 ELLIS RD**<br>**MELBOURNE, FL 32904** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.872 | State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** | **USSI GLOBAL**<br>**9145 ELLIS RD**<br>**MELBOURNE, FL 32904** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.873 | State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** | **USSI GLOBAL**<br>**9145 ELLIS RD**<br>**MELBOURNE, FL 32904** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.874 | State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** | **USSI GLOBAL**<br>**9145 ELLIS RD**<br>**MELBOURNE, FL 32904** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.875 | State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** | **USSI GLOBAL**<br>**9145 ELLIS RD**<br>**MELBOURNE, FL 32904** |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name    **WorldVu Development LLC**                                   Case number (if known): **20-22436**

███ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.876 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | USSI GLOBAL<br>9145 ELLIS RD<br>MELBOURNE, FL 32904 |
|---|---|---|---|
| | State the term remaining<br>List the contract number of any government contract | | |

| 2.877 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | USSI GLOBAL<br>9145 ELLIS RD<br>MELBOURNE, FL 32904 |
|---|---|---|---|
| | State the term remaining<br>List the contract number of any government contract | | |

| 2.878 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | USSI GLOBAL<br>9145 ELLIS RD<br>MELBOURNE, FL 32904 |
|---|---|---|---|
| | State the term remaining<br>List the contract number of any government contract | | |

| 2.879 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | USSI GLOBAL<br>9145 ELLIS RD<br>MELBOURNE, FL 32904 |
|---|---|---|---|
| | State the term remaining<br>List the contract number of any government contract | | |

| 2.880 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | USSI GLOBAL<br>9145 ELLIS RD<br>MELBOURNE, FL 32904 |
|---|---|---|---|
| | State the term remaining<br>List the contract number of any government contract | | |

| 2.881 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | USSI GLOBAL<br>9145 ELLIS RD<br>MELBOURNE, FL 32904 |
|---|---|---|---|
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name    **WorldVu Development LLC**                                      Case number (if known): **20-22436**

## Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.882 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | USSI GLOBAL<br>9145 ELLIS RD<br>MELBOURNE, FL 32904 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.883 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | USSI GLOBAL<br>9145 ELLIS RD<br>MELBOURNE, FL 32904 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.884 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | USSI GLOBAL<br>9145 ELLIS RD<br>MELBOURNE, FL 32904 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.885 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | USSI GLOBAL<br>9145 ELLIS RD<br>MELBOURNE, FL 32904 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.886 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | USSI GLOBAL<br>9145 ELLIS RD<br>MELBOURNE, FL 32904 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.887 | State what the contract or lease is for and the nature of the debtor's interest | USSI-WVD-MSA 080619 | USSI GLOBAL<br>9145 ELLIS RD<br>MELBOURNE, FL 32904 |
| | State the term remaining<br>List the contract number of any government contract | 8/9/2021 | |

Debtor Name    **WorldVu Development LLC**                                        Case number (if known): **20-22436**

<span style="background:black">     </span> **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.888 | State what the contract or lease is for and the nature of the debtor's interest | USSI GLOBAL-WVD-SOW#1 | USSI GLOBAL<br>9145 ELLIS RD<br>MELBOURNE, FL 32904 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.889 | State what the contract or lease is for and the nature of the debtor's interest | USSI GLOBAL-WVD-SOW#3 SNP TOOLING 10-07-19 | USSI GLOBAL<br>9145 ELLIS RD<br>MELBOURNE, FL 32904 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.890 | State what the contract or lease is for and the nature of the debtor's interest | USSI GLOBAL-WVD-COMMON EQUIPMENT, RACK ASSEMBLY AND PERIPHERAL EQUIPMENT SOW #1 | USSI GLOBAL<br>9145 ELLIS RD<br>MELBOURNE, FL 32904 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.891 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | VAISALA INC<br>10-D GILL ST<br>WOBURN, MA 01801 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.892 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | VAISALA INC, INDUSTRIAL MEASUREMENTS DIVISION<br>10-D GILL ST<br>WODBURN, MA 01801 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.893 | State what the contract or lease is for and the nature of the debtor's interest | PROFESSIONAL SERVICES AGREEMENT | VERIFIED STRATEGY LLC<br>2723 ORDWAY ST NW, STE 1<br>WASHINGTON, DC 20008 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name   **WorldVu Development LLC**                                    Case number (if known): **20-22436**

| | Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.894** State what the contract or lease is for and the nature of the debtor's interest | **VERIFIED-WVD-PSA 080219** | **VERIFIED STRATEGY LLC** **2723 ORDWAY ST NW, STE 1** **WASHINGTON, DC 20008** |
| State the term remaining | 8/5/2020 | |
| List the contract number of any government contract | | |
| **2.895** State what the contract or lease is for and the nature of the debtor's interest | **VERTEX AEROSPACE-WVD-AMENDMENT #1 TO PSA 092818** | **VERTEX AEROSPACE** **208 BELLE POINT DR** **QUEENSTOWN, MD 21658** |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.896** State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** | **VIASAT** **1725 BRECKENRIDGE PLAZA** **DULUTH, GA 30096** |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.897** State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** | **VIASAT** **1725 BRECKENRIDGE PLAZA** **DULUTH, GA 30096** |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.898** State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** | **VIASAT** **1725 BRECKENRIDGE PLAZA** **DULUTH, GA 30096** |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.899** State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE ORDER** | **VIASAT** **1725 BRECKENRIDGE PLAZA** **DULUTH, GA 30096** |
| State the term remaining | | |
| List the contract number of any government contract | | |

Debtor Name    **WorldVu Development LLC**                                    Case number (if known): **20-22436**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.900 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | VIASAT<br>1725 BRECKENRIDGE PLAZA<br>DULUTH, GA 30096 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.901 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | VIASAT<br>1725 BRECKENRIDGE PLAZA<br>DULUTH, GA 30096 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.902 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | VIASAT<br>1725 BRECKENRIDGE PLAZA<br>DULUTH, GA 30096 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.903 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | VIASAT<br>1725 BRECKENRIDGE PLAZA<br>DULUTH, GA 30096 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.904 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | VIASAT<br>1725 BRECKENRIDGE PLAZA<br>DULUTH, GA 30096 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.905 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | VIASAT<br>1725 BRECKENRIDGE PLAZA<br>DULUTH, GA 30096 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name    **WorldVu Development LLC**                                    Case number (if known): **20-22436**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.906 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | VIASAT<br>1725 BRECKENRIDGE PLAZA<br>DULUTH, GA 30096 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.907 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | VIASAT<br>1725 BRECKENRIDGE PLAZA<br>DULUTH, GA 30096 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.908 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | VIASAT<br>1725 BRECKENRIDGE PLAZA<br>DULUTH, GA 30096 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.909 | State what the contract or lease is for and the nature of the debtor's interest | VIASAT-WVD AGREEMENT (SAP ANTENNA) 092118 | VIASAT INC<br>1725 BRECKENRIDGE PLAZA<br>DULUTH, GA 30096 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.910 | State what the contract or lease is for and the nature of the debtor's interest | VIASAT-WVD-SAP CONTRACT AMENDMENT #1 030719 | VIASAT INC<br>1725 BRECKENRIDGE PLAZA<br>DULUTH, GA 30096 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.911 | State what the contract or lease is for and the nature of the debtor's interest | VIASAT-WVD-SAP CONTRACT AMENDMENT #2 091719 | VIASAT INC<br>1725 BRECKENRIDGE PLAZA<br>DULUTH, GA 30096 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | **WorldVu Development LLC** | | Case number (if known): **20-22436** |
|---|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.912 | State what the contract or lease is for and the nature of the debtor's interest | VIASAT, INC.-WVD-BAILMENT AGREEMENT | VIASAT INC<br>1725 BRECKENRIDGE PLAZA<br>DULUTH, GA 30096 |
| | State the term remaining<br>List the contract number of any government contract | 7/6/2020 | |
| 2.913 | State what the contract or lease is for and the nature of the debtor's interest | AIR FREIGHT<br>TRANSPORTATION AGREEMENT | VOLGA -DNEPR UNIQUE AIR CARGO<br>TOWN CENTER PLZ<br>9400 GROGANS MILL RD, STE 220<br>SPRING, TX 77380 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.914 | State what the contract or lease is for and the nature of the debtor's interest | WAFER-WVD-PROTOTYPE DEVELOPMENT AGREEMENT 112018 | WAFER LLC<br>54 CHERRY HILL DR<br>DANVERS, MA 01923 |
| | State the term remaining<br>List the contract number of any government contract | 3/31/2021 | |
| 2.915 | State what the contract or lease is for and the nature of the debtor's interest | WELLSTEIN MORA RODRIQUEZ INTERNATIONAL-WVD- ENGAGEMENT LETTER 100418 | WELLSTEIN MORA RODRIGUEZ INTERNATIONAL PC<br>2101 L ST NW, STE 800<br>WASHINGTON, DC 20037 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.916 | State what the contract or lease is for and the nature of the debtor's interest | WICKR-WVD-AGREEMENT 113018 | WICKR INC<br>1459 18TH ST, STE 313<br>SAN FRANCISCO, CA 94107 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.917 | State what the contract or lease is for and the nature of the debtor's interest | WICKR-WVD-AMENDMENT #1 TO AGREEMENT 040119 | WICKR INC<br>1459 18TH ST, STE 313<br>SAN FRANCISCO, CA 94107 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name    **WorldVu Development LLC**                                    Case number (if known): **20-22436**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.918 | State what the contract or lease is for and the nature of the debtor's interest | WILLIS TOWERS-WILLIS LIMITED-WVD-ASSIGNMENT OF AND 1ST AMENDMENT TO SERVICE AGREEMENT 081318 | WILLIS LIMITED<br>51 LIME ST<br>LONDON, EC3M 7DQ<br>UNITED KINGDOM |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.919 | State what the contract or lease is for and the nature of the debtor's interest | WILLIS TOWERS-WILLIS LIMITED-WVD-ASSIGNMENT OF AND 1ST AMENDMENT TO SERVICE AGREEMENT 081318 | WILLIS OF MARYLAND INC<br>12505 PARK POTOMAC AVE, STE 300<br>POTOMAC, MD 20854 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.920 | State what the contract or lease is for and the nature of the debtor's interest | WILLIS TOWERS WATSON - WVS - SERVICE AGREEMENT 032717 | WILLIS OF MARYLAND INC<br>12505 PARK POTOMAC AVE, STE 300<br>POTOMAC, MD 20854 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.921 | State what the contract or lease is for and the nature of the debtor's interest | WIPRO-WVD-AMENDMENT #1 TO SERVICE AGREEMENT AND SOW 031119 | WIPRO LIMITED<br>5090 EXPLORER DR, STE 800/803<br>MISSISSAUGA, ON L4W 4T9<br>CANADA |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.922 | State what the contract or lease is for and the nature of the debtor's interest | NETWORK ACCESS ASSOCIATES LTD-WVD-ENGAGEMENT LETTER 041514 | WITHALL & CO LTD CHARTERED ACCOUNTANTS<br>303 HIGH ST<br>ORPINGTON, KENT, BR6 0NN<br>UNITED KINGDOM |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.923 | State what the contract or lease is for and the nature of the debtor's interest | WWT-WVD-PO FOR CORE NETWORK LAB EQUIPMENT 042017 | WORLD WIDE TECHNOLOGY INC<br>P.O. BOX 957653<br>ST LOUIS, MO 93195-7653 |
| | State the term remaining<br>List the contract number of any government contract | 4/20/2020 | |

Debtor Name    **WorldVu Development LLC**                                    Case number (if known): **20-22436**

■ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.924 | State what the contract or lease is for and the nature of the debtor's interest | WWT-WVD-HSS SOW 01-11-18 | WORLD WIDE TECHNOLOGY INC<br>P.O. BOX 957653<br>ST LOUIS, MO 93195-7653 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.925 | State what the contract or lease is for and the nature of the debtor's interest | WVS-WVD-LOAN AGREEMENT 010116 | WORLDVU SATELLITES LIMITED<br>WEST WORKS BUILDING<br>195 WOOD LANE<br>LONDON W12 7FQ<br>UNITED KINGDOM |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.926 | State what the contract or lease is for and the nature of the debtor's interest | WVS - WVD - RD SERVICES AGREEMENT - 061414 | WORLDVU SATELLITES LIMITED<br>WEST WORKS BUILDING<br>195 WOOD LANE<br>LONDON W12 7FQ<br>UNITED KINGDOM |
| | State the term remaining<br>List the contract number of any government contract | 6/14/2020 | |
| 2.927 | State what the contract or lease is for and the nature of the debtor's interest | WVD - WVS - AMENDMENT 010116 | WORLDVU SATELLITES LIMITED<br>WEST WORKS BUILDING<br>195 WOOD LANE<br>LONDON W12 7FQ<br>UNITED KINGDOM |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.928 | State what the contract or lease is for and the nature of the debtor's interest | WTAII-WVD-ENGAGEMENT LETTER 103119 | WTAII<br>P.O. BOX 609<br>VIENNA, VA 22183 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.929 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | ZAYO GROUP<br>1805 29TH ST, STE 2050<br>BOULDER, CO 80301 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name    **WorldVu Development LLC**    Case number (if known): **20-22436**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.930 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | ZAYO GROUP<br>1805 29TH ST, STE 2050<br>BOULDER, CO 80301 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.931 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | ZAYO GROUP<br>1805 29TH ST, STE 2050<br>BOULDER, CO 80301 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.932 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | ZAYO GROUP<br>1805 29TH ST, STE 2050<br>BOULDER, CO 80301 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.933 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | ZAYO GROUP<br>1805 29TH ST, STE 2050<br>BOULDER, CO 80301 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.934 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | ZAYO GROUP<br>1805 29TH ST, STE 2050<br>BOULDER, CO 80301 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.935 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | ZAYO GROUP<br>1805 29TH ST, STE 2050<br>BOULDER, CO 80301 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name    **WorldVu Development LLC**                                    Case number (if known): **20-22436**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.936 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER | ZAYO GROUP<br>1805 29TH ST, STE 2050<br>BOULDER, CO 80301 |
|---|---|---|---|
|  | State the term remaining<br>List the contract number of any government contract |  |  |
| 2.937 | State what the contract or lease is for and the nature of the debtor's interest | ZAYO-WVD-MSA AND SCHEDULES | ZAYO GROUP, LLC<br>P.O. BOX 952136<br>DALLAS, TX 75395 |
|  | State the term remaining<br>List the contract number of any government contract | 12/19/2023 |  |

| Debtor Name | **WorldVu Development LLC** |
|---|---|

**United States Bankruptcy Court for the Southern District of New York**

| Case number (if known): | **20-22436** |
|---|---|

☐ Check if this is an amended filing

Official Form 206H
## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☒ Yes.

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.**    Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | **Check all schedules that apply** |
| 2.1 | **1021823 BC LTD** | WEST WORKS BLDG 195 WOOD LN LONDON, W12 7FQ UNITED KINGDOM | GLAS Trust Corp Ltd | ☑ D ☐ E/F ☐ G |
| 2.2 | **NETWORK ACCESS ASSOCIATES LIMITED** | WEST WORKS BLDG 195 WOOD LN LONDON, W12 7FQ UNITED KINGDOM | GLAS Trust Corp Ltd | ☑ D ☐ E/F ☐ G |
| 2.3 | **ONEWEB ASIA PTE. LTD.** | 1400 KEY BLVD ARLINGTON, VA 22209 | GLAS Trust Corp Ltd | ☑ D ☐ E/F ☐ G |
| 2.4 | **ONEWEB COMMUNICATIONS LIMITED** | WEST WORKS BLDG 195 WOOD LN LONDON, W12 7FQ UNITED KINGDOM | GLAS Trust Corp Ltd | ☑ D ☐ E/F ☐ G |
| 2.5 | **ONEWEB GLOBAL LIMITED** | WEST WORKS BLDG 195 WOOD LN LONDON, W12 7FQ UNITED KINGDOM | GLAS Trust Corp Ltd | ☑ D ☐ E/F ☐ G |

| Debtor Name | **WorldVu Development LLC** | Case number (if known): **20-22436** |
|---|---|---|

---

### Additional Page(s) if Debtor has More Codebtors

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.6  **ONEWEB HOLDINGS LLC** | **WEST WORKS BLDG 195 WOOD LN LONDON, W12 7FQ UNITED KINGDOM** | GLAS Trust Corp Ltd | ☑ D ☐ E/F ☐ G |
| 2.7  **ONEWEB LIMITED** | **WEST WORKS BLDG 195 WOOD LN LONDON, W12 7FQ UNITED KINGDOM** | GLAS Trust Corp Ltd | ☑ D ☐ E/F ☐ G |
| 2.8  **ONEWEB NETWORK ACCESS HOLDINGS LIMITED** | **WEST WORKS BLDG 195 WOOD LN LONDON, W12 7FQ UNITED KINGDOM** | GLAS Trust Corp Ltd | ☑ D ☐ E/F ☐ G |
| 2.9  **WORLDVU SATELLITES LIMITED** | **WEST WORKS BLDG 195 WOOD LN LONDON, W12 7FQ UNITED KINGDOM** | GLAS Trust Corp Ltd | ☑ D ☐ E/F ☐ G |

Official Form 206H                                    **Schedule H: Codebtors**                                    Page 2 of  2

| | |
|---|---|
| **Debtor Name** | WorldVu Development LLC |
| **United States Bankruptcy Court for the Southern District of New York** | |
| **Case Number:** | 20-22436 |

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors                    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING - Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets- Real and Personal Property*     (Official Form 206 A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property*     (Official Form 206 D)

☑ *Schedule E/F: Creditors Who Have Claims Unsecured Claims*     (Official Form 206 E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases*     (Official Form 206 G)

☑ *Schedule H: Codebtors*     (Official Form 206 H)

☑ *Summary of Assets and Liabilities for Non-Individuals*     (Official Form 206Sum)

☐ *Amended Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders*   (Official Form 204)

☐ *Other document that requires a declaration*

I, the VP of Finance and Deputy CFO of the WorldVu Development LLC, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 226 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Executed on:  5/26/2020                    Signature  /s/ Steven P. Fay
            MM / DD / YYYY

                                    Steven P. Fay
                                    Printed Name

                                    VP of Finance and Deputy CFO
                                    Title