**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In Re:  OneWeb Global Limited, et al. (the "Debtors")
**Case No.: 20-22437**
**Reporting Period:  July 1, 2020 – July 31, 2020**

**CORPORATE MONTHLY OPERATING REPORT**

**File with the Court and submit a copy to the United States Trustee within 15 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1A | Yes | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1B | Yes | |
|     Copies of bank statements [1] | | | |
|     Cash disbursements journals [1] | | | |
| Statement of Operations | MOR-2 | Yes | |
| Balance Sheet | MOR-3 | Yes | |
| Status of Post-petition Taxes | MOR-4 | Yes | |
|     Copies of IRS Form 6123 or payment receipt [1] | | | |
|     Copies of tax returns filed during reporting period [1] | | | |
| Summary of Unpaid Post-petition Debts | MOR-4 | Yes | |
|     Listing of Aged Accounts Payable [1] | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | Yes | |
| Taxes Reconciliation and Aging | MOR-5 | Yes | |
| Payments to Insiders and Professionals and Insurance Standing | MOR-6 | Yes | |
| Debtor Questionnaire | MOR-7 | Yes | |

[1] Available upon request of the United States Trustee.

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

_____          _____
*Signature of Debtor*                                                                         *Date*

/s/ Steven Fay                                                                               July 31, 2020
*Signature of Authorized Individual*                                              *Date*

Steven Fay, Deputy Chief Financial Officer                              July 31, 2020
*Name and Title of Authorized Individual*                                  *Date*

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

In Re:  OneWeb Global Limited, et al. (the "Debtors")
**Case No.: 20-22437**
**Reporting Period:  July 1, 2020 – July 31, 2020**

## GLOBAL NOTES

This Monthly Operating Report ("MOR") has been prepared solely for the purpose of complying with the monthly reporting requirements applicable in these chapter 11 cases and is in a format acceptable to the United States Trustee.  The financial information contained herein is limited in scope and covers a limited time period.  Such information is preliminary and unaudited, and is not prepared in accordance with generally accepted accounting principles ("GAAP") in the United States or International Financial Reporting Standards ("IFRS").
In addition, the financial statements and supplemental information contained herein represent condensed combined information.

The unaudited financial statements have been derived from the books and records of the Debtors.  This information, however, has not been subject to certain procedures that would typically be applied to financial information in accordance with GAAP and IFRS, and upon application of such procedures the financial information could be subject to material change.

The financial information contained herein is presented on a preliminary and unaudited basis and remains subject to future adjustments.  The results of operations contained herein are not necessarily indicative of results which may be expected for any other period or for the full year and may not necessarily reflect the consolidated results of operation and financial position of the Debtors in the future.

**Notes to MOR schedules:**

**MOR-1 (Statement of Cash Flows)**
Note: Debtors with no activity are not listed in this schedule.
(1)   The information contained herein is provided to fulfill the requirements of the Office of the United States Trustee. All information contained herein is unaudited and subject to future adjustment. Certain totals may not sum due to rounding.
(2)   Book Cash Flow excludes intercompany transfers.
(3)   Ending Bank Cash reflects cash at each of the Debtors' accounts as reflected on MOR 1a. Differences may appear due to FX rate changes.
(4)   The Quarterly U.S. Trustee fee is calculated based on the total disbursements by Debtor.

**MOR-1a (Bank Accounts)**
The Debtors prepare bank reconciliations for all open and active bank accounts on a monthly basis. Check registers and/or disbursement journals are maintained for each disbursement account within the Debtors' financial accounting systems. Bank statements for all open and active bank accounts are retained by the Debtors and are available upon request by the United States Trustee's office.

**MOR-2 (Statement of Operations)**
Note: Debtors with no activity are listed on the schedule with values reflected as zero for each line.  The Statement of Operations is prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is received or paid.
(1) The information contained herein is provided to fulfill the requirements of the Office of the United States Trustee. All information contained herein is unaudited and subject to future adjustment. Certain totals may not sum due to rounding.

**MOR-3 (Balance Sheet)**
Note: Debtors with no activity are listed on the schedule with values reflected as zero for each line.  The balance sheet is presented without intercompany eliminations.
(1) The information contained herein is provided to fulfill the requirements of the Office of the United States Trustee. All information contained herein is unaudited and subject to future adjustment. Certain totals may not sum due to rounding.
(2) There may be other pre-petition obligations that were either granted to pay via First Day Motions or other senior debts such as capital leases that will be paid in the normal course which will decrease the pre-petition liabilities reflected on the Balance Sheet.

**MOR-4**
As of the period-end reported, the Debtors were current on all undisputed post-petition taxes.
*See schedule for notes*

**MOR-5**
The Debtors do not generate revenue, therefore no accounts receivable balances are outstanding or reflected in this schedule.

The undersigned, having reviewed the attached report and being familiar with the Debtors financial affairs, verifies, under penalty of perjury, that the information contained herein is complete, accurate and truthful to the best of my knowledge, information and belief.

In Re:  OneWeb Global Limited, et al. (the "Debtors")
**Case No.: 20-22437**
**Reporting Period:  July 1, 2020 – July 31, 2020**

### GENERAL

This MOR includes activity from the following Debtors and related case numbers:

| Entity Name | Case Number |
|---|---|
| OneWeb Global Limited | 20-22437 |
| OneWeb Communications Limited | 20-22438 |
| WorldVu Satellites Limited | 20-22439 |
| OneWeb Holdings LLC | 20-22434 |
| WorldVu Development LLC | 20-22436 |
| 1021823 BC Ltd. | 20-22441 |
| OneWeb Ltd | 20-22450 |
| Network Access Associates Limited | 20-22442 |
| OneWeb Norway AS | 20-22446 |
| OneWeb ApS | 20-22447 |
| WorldVu Australia Pty Ltd | 20-22444 |
| OneWeb Network Access Holdings Limited | 20-22448 |
| OneWeb Limited | 20-22440 |
| WorldVu Unipessoal Lda | 20-22445 |
| OneWeb GK | 20-22449 |
| WorldVu South Africa (Pty) Ltd | 20-22452 |
| WorldVu Mexico S. De R.L. de CV | 20-22451 |
| OneWeb Chile SpA | 20-22443 |
| WorldVu JV Holdings LLC | 20-22435 |

In Re:  OneWeb Global Limited, et al. (the "Debtors")
**Case No.: 20-22437**
**Reporting Period:  July 1, 2020 – July 31, 2020**
**MOR 1A: SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS**

| $ USD | 20-22437 OneWeb Global Limited | 20-22438 OneWeb Communications Limited | 20-22439 WorldVu Satellites Limited | 20-22434 OneWeb Holdings LLC | 20-22436 WorldVu Development LLC | 20-22441 1021823 BC Ltd. | 20-22450 OneWeb Ltd | 20-22442 Network Access Associates Limited | 20-22446 OneWeb Norway AS | 20-22447 OneWeb ApS |
|---|---|---|---|---|---|---|---|---|---|---|
| **Beginning Cash Balance** | $ 3,318 | $ 22,319,596 | $ 690,347 | $ 683 | $ 782,131 | $ 30,141 | $ - | $ 1,679,978 | $ 3,363 | $ 17,970 |
| **Receipts:** | | | | | | | | | | |
| Other Inflows | $ 0 | $ 1,145 | $ - | $ - | $ 330,636 | $ 11,392 | $ - | $ 4,290 | $ - | $ 0 |
| **Total Receipts** | $ 0 | $ 1,145 | $ - | $ - | $ 330,636 | $ 11,392 | $ - | $ 4,290 | $ - | $ 0 |
| **Operating Disbursements:** | | | | | | | | | | |
| Payroll / Benefits | $ - | $ - | $ - | $ - | $ (1,321,677) | $ (406) | $ - | $ (500,201) | $ - | $ - |
| Spectrum Related | - | - | - | - | (697,133) | - | - | - | - | - |
| Other Opex | (177,915) | (248,080) | (184,309) | - | (3,637,428) | (5,317) | - | (952,499) | - | (2,323) |
| Airbus OneWeb Satellites | - | - | - | - | - | - | - | (32,200,000) | - | - |
| **Total Operating Disb.** | $ (177,915) | $ (248,080) | $ (184,309) | $ - | $ (5,656,237) | $ (5,723) | $ - | $ (33,652,700) | $ - | $ (2,323) |
| **Operating Cash Flow** | $ (177,915) | $ (246,935) | $ (184,309) | $ - | $ (5,325,602) | $ 5,669 | $ - | $ (33,648,410) | $ - | $ (2,323) |
| **Restructuring Related:** | | | | | | | | | | |
| Critical Vendor | $ - | $ - | $ - | $ - | $ (360,000) | $ - | $ - | $ - | $ - | $ - |
| Professional Fees | - | (6,942,991) | - | - | - | - | - | - | - | - |
| Trustee Fees | - | - | - | - | (311,892) | - | - | - | - | - |
| Other Restructuring | - | (1,600,000) | - | - | - | - | - | - | - | - |
| **Total Restructuring Related** | $ - | $ (8,542,991) | $ - | $ - | $ (671,892) | $ - | $ - | $ - | $ - | $ - |
| **DIP Funding (gross of OID)** | $ - | $ 80,000,000 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Net Cash Flow** | $ (177,915) | $ 71,210,074 | $ (184,309) | $ - | $ (5,997,494) | $ 5,669 | $ - | $ (33,648,410) | $ - | $ (2,323) |
| **Ending Cash Balance** | $ (174,597) | $ 93,529,670 | $ 506,038 | $ 683 | $ (5,215,363) | $ 35,810 | $ - | $ (31,968,431) | $ 3,363 | $ 15,647 |
| Total Disbursements - July | $ (177,915) | $ (8,791,071) | $ (184,309) | $ - | $ (6,328,130) | $ (5,723) | $ - | $ (33,652,700) | $ - | $ (2,323) |
| Total Disbursements - August | | | | | | | | | | |
| Total Disbursements - September | | | | | | | | | | |
| Quarter to Date Disbursements | $ (177,915) | $ (8,791,071) | $ (184,309) | $ - | $ (6,328,130) | $ (5,723) | $ - | $ (33,652,700) | $ - | $ (2,323) |
| **Quarterly U.S. Trustee Fee (in $ USD)** | $ (1,625) | $ (87,911) | $ (1,625) | $ (325) | $ (63,281) | $ (325) | $ (325) | $ (250,000) | $ (325) | $ (325) |

In Re: OneWeb Global Limited, et al. (the "Debtors")
Case No.: 20-22437
Reporting Period: July 1, 2020 – July 31, 2020
MOR 1A: SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

| $ USD | 20-22444 WorldVu Australia Pty Ltd | 20-22448 OneWeb Network Access Holdings Limited | 20-22440 OneWeb Limited | 20-22445 WorldVu Unipessoal Lda | 20-22449 OneWeb GK | 20-22452 WorldVu South Africa (Pty) Ltd | 20-22451 WorldVu Mexico S. De R.L. de CV | 20-22443 OneWeb Chile SpA | 20-22435 WorldVu JV Holdings LLC | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| **Beginning Cash Balance** | $ 128,994 | $ 2,292 | $ - | $ 5,355 | $ 688,026 | $ 269,520 | $ 1,588 | $ 10,413 | $ - | $ 26,633,714 |
| **Receipts:** | | | | | | | | | | |
| Other Inflows | $ 297,375 | $ 0 | $ - | $ - | $ 75,757 | $ 325 | $ - | $ - | $ - | $ 720,919 |
| **Total Receipts** | $ 297,375 | $ 0 | $ - | $ - | $ 75,757 | $ 325 | $ - | $ - | $ - | $ 720,919 |
| **Operating Disbursements:** | | | | | | | | | | |
| Payroll / Benefits | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (1,822,283) |
| Spectrum Related | - | - | - | - | - | - | - | - | - | (697,133) |
| Other Opex | (112,492) | (842) | - | - | (56,377) | (601) | (697) | (102,695) | - | (5,481,575) |
| Airbus OneWeb Satellites | - | - | - | - | - | - | - | - | - | (32,200,000) |
| **Total Operating Disb.** | $ (112,492) | $ (842) | $ - | $ - | $ (56,377) | $ (601) | $ (697) | $ (102,695) | $ - | $ (40,200,992) |
| **Operating Cash Flow** | $ 184,883 | $ (842) | $ - | $ - | $ 19,379 | $ (276) | $ (697) | $ (102,695) | $ - | $ (39,480,073) |
| **Restructuring Related:** | | | | | | | | | | |
| Critical Vendor | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (360,000) |
| Professional Fees | - | - | - | - | - | - | - | - | - | (6,942,991) |
| Trustee Fees | - | - | - | - | - | - | - | - | - | (311,892.45) |
| Other Restructuring | - | - | - | - | - | - | - | - | - | (1,600,000) |
| **Total Restructuring Related** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (9,214,883) |
| **DIP Funding (gross of OID)** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 80,000,000 |
| **Net Cash Flow** | $ 184,883 | $ (842) | $ - | $ - | $ 19,379 | $ (276) | $ (697) | $ (102,695) | $ - | $ 31,305,044 |
| **Ending Cash Balance** | $ 313,877 | $ 1,449 | $ - | $ 5,355 | $ 707,406 | $ 269,244 | $ 891 | $ (92,282) | $ - | $ 57,938,758 |
| | | | | | | | | | | |
| Total Disbursements - July | $ (112,492) | $ (842) | $ - | $ - | $ (56,377) | $ (601) | $ (697) | $ (102,695) | $ - | $ (49,415,875) |
| Total Disbursements - August | | | | | | | | | | |
| Total Disbursements - September | | | | | | | | | | |
| Quarter to Date Disbursements | $ (112,492) | $ (842) | $ - | $ - | $ (56,377) | $ (601) | $ (697) | $ (102,695) | $ - | $ (49,415,875) |
| Quarterly U.S. Trustee Fee (in $ USD) | $ (975) | $ (325) | $ (325) | $ (325) | $ (650) | $ (325) | $ (325) | $ (975) | $ (325) | $ (410,617) |

In Re: OneWeb Global Limited, et al. (the "Debtors")
Case No.: 20-22437
Reporting Period: July 1, 2020 – July 31, 2020

**MOR 1B: BANK RECONCILIATION**

*$ USD*

| LEGAL ENTITY | CASE # | BANK NAME | ACCOUNT DESCRIPTION | ACCOUNT NO. | ENDING BALANCE [1] |
|---|---|---|---|---|---:|
| OneWeb Communications Limited | 20-22438 | JP Morgan Chase Bank | Checking | x5716 | 186 |
| OneWeb Communications Limited | 20-22438 | JP Morgan Chase Bank | Checking | x5715 | 52,718,307 |
| OneWeb Communications Limited | 20-22438 | JP Morgan Chase Bank | Checking | x8910 | 997,292 |
| OneWeb Communications Limited | 20-22438 | JP Morgan Chase Bank | Checking | x3807 | 916 |
| WorldVu Development LLC | 20-22436 | JP Morgan Chase Bank | Checking | x2425 | 158,392 |
| WorldVu Development LLC | 20-22436 | JP Morgan Chase Bank | Checking | x2482 | 135,058 |
| WorldVu Development LLC | 20-22436 | JP Morgan Chase Bank | Checking | x2441 | - |
| WorldVu Development LLC | 20-22436 | JP Morgan Chase Bank | Checking | x2490 | - |
| Network Access Associates Limited | 20-22442 | JP Morgan Chase Bank | Checking | x1137 | 319,346 |
| Network Access Associates Limited | 20-22442 | JP Morgan Chase Bank | Checking | x8985 | 995 |
| Network Access Associates Limited | 20-22442 | JP Morgan Chase Bank | Checking | x7315 | 276 |
| Network Access Associates Limited | 20-22442 | JP Morgan Chase Bank | Checking | x7314 | 310 |
| Network Access Associates Limited | 20-22442 | JP Morgan Chase Bank | Checking | x1136 | 477,414 |
| Network Access Associates Limited | 20-22442 | JP Morgan Chase Bank | Checking | x9260 | 486 |
| Network Access Associates Limited | 20-22442 | JP Morgan Chase Bank | Checking | x0664 | 802,515 |
| Network Access Associates Limited | 20-22442 | JP Morgan Chase Bank | Checking | x3728 | 37,218 |
| 1021823 BC Ltd. | 20-22441 | JP Morgan Chase Bank | Checking | x2761 | 7,327 |
| 1021823 BC Ltd. | 20-22441 | JP Morgan Chase Bank | Checking | x2750 | 69 |
| 1021823 BC Ltd. | 20-22441 | JP Morgan Chase Bank | Checking | x2762 | 10,794 |
| 1021823 BC Ltd. | 20-22441 | JP Morgan Chase Bank | Checking | x8823 | 5,703 |
| WorldVu Satellites Limited | 20-22439 | JP Morgan Chase Bank | Checking | x6329 | 12,375 |
| WorldVu Satellites Limited | 20-22439 | JP Morgan Chase Bank | Checking | x1583 | 203 |
| OneWeb Global Limited | 20-22437 | JP Morgan Chase Bank | Checking | x0501 | 9,723 |
| OneWeb Global Limited | 20-22437 | JP Morgan Chase Bank | Checking | x0500 | 188 |
| OneWeb Global Limited | 20-22437 | JP Morgan Chase Bank | Checking | x8803 | 317 |
| OneWeb Global Limited | 20-22437 | JP Morgan Chase Bank | Checking | x5396 | 179 |
| OneWeb Network Access Holdings Limited | 20-22448 | JP Morgan Chase Bank | Checking | x3047 | 294 |
| OneWeb Network Access Holdings Limited | 20-22448 | JP Morgan Chase Bank | Checking | x3046 | 350 |
| OneWeb Network Access Holdings Limited | 20-22448 | JP Morgan Chase Bank | Checking | x2234 | 948 |
| OneWeb GK | 20-22449 | JP Morgan Chase Bank | Checking | x6096 | 1,636 |
| OneWeb GK | 20-22449 | JP Morgan Chase Bank | Checking | x9363 | 705,770 |
| WorldVu Australia Pty Ltd | 20-22444 | JP Morgan Chase Bank | Checking | x8731 | 384,696 |
| WorldVu Australia Pty Ltd | 20-22444 | JP Morgan Chase Bank | Checking | x8766 | 6,469 |
| WorldVu South Africa (Pty) Ltd | 20-22452 | JP Morgan Chase Bank | Checking | x0178 | 1,757 |
| WorldVu South Africa (Pty) Ltd | 20-22452 | JP Morgan Chase Bank | Checking | x0179 | 267,489 |

In Re: OneWeb Global Limited, et al. (the "Debtors")
Case No.: 20-22437
Reporting Period: July 1, 2020 – July 31, 2020

**MOR 1B: BANK RECONCILIATION**

*$ USD*

| LEGAL ENTITY | CASE # | BANK NAME | ACCOUNT DESCRIPTION | ACCOUNT NO. | ENDING BALANCE[1] |
|---|---|---|---|---|---|
| OneWeb Holdings LLC | 20-22434 | JP Morgan Chase Bank | Checking | x0676 | 683 |
| OneWeb ApS | 20-22447 | JP Morgan Chase Bank | Checking | x6018 | 14,838 |
| OneWeb ApS | 20-22447 | JP Morgan Chase Bank | Checking | x6019 | 893 |
| WorldVu Mexico S. De R.L. de CV | 20-22451 | JP Morgan Chase Bank | Checking | x5738 | 723 |
| WorldVu Mexico S. De R.L. de CV | 20-22451 | JP Morgan Chase Bank | Checking | x5739 | 5,172 |
| Network Access Associates Limited | 20-22442 | JP Morgan Chase Bank | Checking | x1057 | 979 |
| Network Access Associates Limited | 20-22442 | JP Morgan Chase Bank | Checking | x3401 | 15,247 |
| Network Access Associates Limited | 20-22442 | HSBC | Checking | x6655 | 656 |
| OneWeb Chile SpA | 20-22443 | HSBC | Checking | x1001 | 7,323 |
| OneWeb Chile SpA | 20-22443 | HSBC | Checking | x1060 | 20,538 |
| OneWeb Norway AS | 20-22446 | DNB | Checking | x4542 | 3,359 |
| WorldVu Development LLC | 20-22436 | HSBC | Checking | x6680 | 885 |
| WorldVu Satellites Limited | 20-22439 | Barclays Bank PLC | Checking | x1388 | 676,335 |
| WorldVu Satellites Limited | 20-22439 | Lloyds TSB Offshore | Checking | x6402 | 6 |
| WorldVu Unipessoal Lda | 20-22445 | Banco Sntander Totta | Checking | x8492 | 5,355 |
| 1021823 BC Ltd. | 20-22441 | Bank of Montreal | Payroll-controlled by third party[2] | x6841 | - |
| Network Access Associates Limited | 20-22442 | Barclays Bank PLC | Payroll-controlled by third party[2] | x9692 | 174,588 |
| WorldVu Satellites Limited | 20-22439 | Barclays Bank PLC | Checking | x0677 | - |
| WorldVu Development LLC | 20-22436 | JP Morgan Chase Bank | Checking | x1059 | 100 |
| WorldVu Satellites Limited | 20-22439 | Barclays Bank PLC | Checking | x1400 | - |
| WorldVu Satellites Limited | 20-22439 | Barclays Bank PLC | Checking | x1744 | - |
| WorldVu Development LLC | 20-22436 | JP Morgan Chase Bank | Checking | x2180 | 101 |
| WorldVu Satellites Limited | 20-22439 | Barclays Bank PLC | Checking | x3199 | - |
| WorldVu Satellites Limited | 20-22439 | BNP Paribas | Checking | x3326 | - |
| WorldVu Satellites Limited | 20-22439 | Barclays Bank PLC | Checking | x4277 | - |
| WorldVu Satellites Limited | 20-22439 | Barclays Bank PLC | Checking | x4655 | - |
| WorldVu Satellites Limited | 20-22439 | Barclays Bank PLC | Checking | x5900 | 7,120 |
| WorldVu Satellites Limited | 20-22439 | Lloyds TSB Offshore | Checking | x6401 | - |
| WorldVu Satellites Limited | 20-22439 | Lloyds TSB Offshore | Checking | x6403 | - |
| WorldVu Satellites Limited | 20-22439 | Barclays Bank PLC | Checking | x7224 | - |
| WorldVu Satellites Limited | 20-22439 | Santander UK PLC | Checking | x7413 | - |
| WorldVu Satellites Limited | 20-22439 | Barclays Bank PLC | Checking | x7727 | - |
| WorldVu Satellites Limited | 20-22439 | Barclays Bank PLC | Checking | x8699 | - |
| Network Access Associates Limited | 20-22442 | JP Morgan Chase Bank | Checking | x9160 | 320 |
| WorldVu Satellites Limited | 20-22439 | Barclays Bank PLC | Checking | x9566 | - |
| WorldVu Development LLC | 20-22436 | JP Morgan Chase Bank | Checking | x9632 | 101 |
| WorldVu Satellites Limited | 20-22439 | Barclays Bank PLC | Checking | x9744 | - |
| | | | | **AVAILABLE CASH** | **58,000,315** |

| **RESTRICTED CASH AND DEPOSITS**[1] | | | | | |
|---|---|---|---|---|---|
| WorldVu Development LLC | 20-22436 | JP Morgan Chase Bank | Utility Depost | x2433 | 226,024 |
| | | | | **RESTRICTED CASH** | **226,024** |
| | | | | **TOTAL CASH** | **58,226,339** |

[1] Balance may not tie to Schedule of Cash Receipts due to changes in FX and inclusion of clearing accounts.
[2] The Debtors' payroll accounts are not controlled by the Debtors and are with third parties. The payroll accounts have been included for disclosure purposes only.

In Re: OneWeb Global Limited, et al. (the "Debtors")
Case No.: 20-22437
Reporting Period: July 1, 2020 – July 31, 2020
$ USD
MOR 2: INCOME STATEMENT

| Statement of Financial Position | 20-22437 OneWeb Global Limited | 20-22438 OneWeb Communications Limited | 20-22439 WorldVu Satellites Limited | 20-22434 OneWeb Holdings LLC | 20-22436 WorldVu Development LLC | 20-22441 1021823 BC Ltd. | 20-22450 OneWeb Ltd | 20-22442 Network Access Associates Limited | 20-22446 OneWeb Norway AS | 20-22447 OneWeb ApS | 20-22444 WorldVu Australia Pty Ltd |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Intercompany revenue | - | - | - | - | - | 876 | - | - | 64,581 | 11,015 | 99,363 |
| Cost of services sold | - | - | - | - | - | - | - | - | - | - | - |
| **Gross profit** | **-** | **-** | **-** | **-** | **-** | **876** | **-** | **-** | **64,581** | **11,015** | **99,363** |
| Salaries and benefits | - | - | - | - | 1,084,926 | - | - | 492,725 | - | - | - |
| Stock-based compensation | - | - | - | - | - | - | - | - | - | - | - |
| Travel & entertainment | - | 52,795 | 25,000 | - | 643 | - | - | 207 | - | - | - |
| Professional services [1] | 37,202 | (1,970,503) | (115,471) | - | 298,437 | 391 | - | 103,165 | - | - | 600 |
| Outside services | - | - | - | - | 20,117 | - | - | - | - | - | - |
| Occupancy | - | - | - | - | (10,850) | 69 | - | 6,830 | - | - | 332 |
| Office expenses | 8,599 | 1,998 | 40,961 | - | 435,278 | 1,516 | - | 287,483 | 4 | 243 | 220 |
| Marketing expense | - | - | - | - | - | - | - | (37,800) | - | - | - |
| R & D expenses | - | - | - | - | 1,286,948 | - | - | 3,225 | - | - | - |
| Intercompany expense | - | - | (1,935) | - | 647 | - | - | 506,489 | - | - | - |
| Internal capitalized costs - SBC | - | - | - | - | - | - | - | - | - | - | - |
| Taxes other than income taxes | - | - | - | - | - | - | - | 15,735 | - | - | - |
| Financing fees write-off | - | - | - | - | - | - | - | - | - | - | - |
| Termination and disposal loss | - | - | - | - | - | - | - | - | - | - | - |
| Depreciation and amortization | - | - | 2,493 | - | 636,463 | - | - | 118,966 | 60,921 | 10,149 | 92,586 |
| Other income | - | - | - | - | - | - | - | - | - | - | - |
| Foreign exchange gain (loss) | 132 | - | 771 | - | - | 3 | - | 1,593,792 | - | (62) | 12,428 |
| **Total operating expenses** | **45,934** | **(1,915,711)** | **(48,181)** | **-** | **3,752,607** | **1,980** | **-** | **3,090,818** | **60,925** | **10,330** | **106,166** |
| **Income (Loss) before other income (expenses)** | **(45,934)** | **1,915,711** | **48,181** | **-** | **(3,752,607)** | **(1,104)** | **-** | **(3,090,818)** | **3,656** | **685** | **(6,804)** |
| Financing income | (0) | (177,347) | (21,183) | - | - | - | - | (7) | - | (0) | - |
| Financing cost and other | - | 21,862,250 | - | - | 325,519 | - | - | 64,313 | 73,885 | 10,125 | 97,637 |
| Debt settlement loss | - | - | - | - | - | - | - | - | - | - | - |
| Equity in earnings loss | - | - | - | - | - | - | - | - | - | - | - |
| **Total other (income) loss** | **(0)** | **21,684,903** | **(21,183)** | **-** | **325,519** | **-** | **-** | **64,306** | **73,885** | **10,125** | **97,637** |
| **Income (Loss) before reorg. items and income tax** | **(45,933)** | **(19,769,192)** | **69,364** | **-** | **(4,078,127)** | **(1,104)** | **-** | **(3,155,124)** | **(70,230)** | **(9,440)** | **(104,441)** |
| Professional fees - reorg | - | 739,954 | - | - | - | - | - | - | - | - | - |
| **Total reorganization costs** | **-** | **739,954** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** |
| **Income (Loss) before income tax** | **(45,933)** | **(20,509,147)** | **69,364** | **-** | **(4,078,127)** | **(1,104)** | **-** | **(3,155,124)** | **(70,230)** | **(9,440)** | **(104,441)** |
| Income tax expense (benefit) | - | - | - | - | (262,294) | - | - | - | - | - | - |
| **Net income (Loss)** | **(45,933)** | **(20,509,147)** | **69,364** | **-** | **(3,815,833)** | **(1,104)** | **-** | **(3,155,124)** | **(70,230)** | **(9,440)** | **(104,441)** |
| Attributed to Non-controlling interest (Loss) | - | - | - | - | - | - | - | - | - | - | - |
| Attributed to Controlling interest (Loss) | (45,933) | (20,509,147) | 69,364 | - | (3,815,833) | (1,104) | - | (3,155,124) | (70,230) | (9,440) | (104,441) |

[1] Contra expense due to June professional fee originally booked under Professional Services and reallocated in July.

In Re: OneWeb Global Limited, et al. (the "Debtors")
**Case No.: 20-22437**
**Reporting Period: July 1, 2020 – July 31, 2020**
$ USD
**MOR 2: INCOME STATEMENT**

| Statement of Financial Position | 20-22448 OneWeb Network Access Holdings Limited | 20-22440 OneWeb Limited | 20-22445 WorldVu Unipessoal Lda | 20-22449 OneWeb GK | 20-22452 WorldVu South Africa (Pty) Ltd | 20-22451 WorldVu Mexico S. De R.L. de CV | 20-22443 OneWeb Chile SpA | 20-22435 WorldVu JV Holdings LLC |
|---|---|---|---|---|---|---|---|---|
| Intercompany revenue | - | 11 | 74,023 | 53,249 | 30,932 | 667 | 49,555 | - |
| Cost of services sold | - | - | - | - | - | - | - | - |
| **Gross profit** | **-** | **11** | **74,023** | **53,249** | **30,932** | **667** | **49,555** | **-** |
| Salaries and benefits | - | - | - | - | - | - | - | - |
| Stock-based compensation | - | - | - | - | - | - | - | - |
| Travel & entertainment | - | - | - | - | - | - | - | - |
| Professional services [1] | - | 10 | 1,191 | - | - | 399 | 3,595 | - |
| Outside services | - | - | - | - | - | - | - | - |
| Occupancy | - | - | 29,697 | 963 | 19,977 | - | - | - |
| Office expenses | 817 | - | - | 757 | 259 | 230 | 197 | - |
| Marketing expense | - | - | - | - | - | - | - | - |
| R & D expenses | - | - | - | - | - | - | - | - |
| Intercompany expense | - | - | - | - | - | - | - | - |
| Internal capitalized costs - SBC | - | - | - | - | - | - | - | - |
| Taxes other than income taxes | - | - | - | - | - | - | - | - |
| Financing fees write-off | - | - | - | - | - | - | - | - |
| Termination and disposal loss | - | - | - | - | - | - | - | - |
| Depreciation and amortization | - | - | 38,944 | 48,515 | 8,945 | - | 35,910 | - |
| Other income | - | - | - | - | - | - | - | - |
| Foreign exchange gain (loss) | 12,380 | - | 2,332 | 8,617 | 4 | - | (652) | - |
| **Total operating expenses** | **13,198** | **10** | **72,165** | **58,852** | **29,184** | **629** | **39,049** | **-** |
| **Income (Loss) before other income (expenses)** | **(13,198)** | **1** | **1,858** | **(5,603)** | **1,747** | **38** | **10,506** | **-** |
| Financing income | (0) | - | - | - | (317) | - | - | - |
| Financing cost and other | - | - | 62,911 | 32,121 | 28,303 | - | 29,816 | - |
| Debt settlement loss | - | - | - | - | - | - | - | - |
| Equity in earnings loss | - | - | - | - | - | - | - | - |
| **Total other (income) loss** | **(0)** | **-** | **62,911** | **32,121** | **27,987** | **-** | **29,816** | **-** |
| **Income (Loss) before reorg. items and income tax** | **(13,198)** | **1** | **(61,053)** | **(37,724)** | **(26,239)** | **38** | **(19,311)** | **-** |
| Professinal fees - reorg | - | - | - | - | - | - | - | - |
| **Total reorganization costs** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** |
| **Income (Loss) before income tax** | **(13,198)** | **1** | **(61,053)** | **(37,724)** | **(26,239)** | **38** | **(19,311)** | **-** |
| Income tax expense (benefit) | - | - | - | - | - | - | 12,258 | - |
| **Net income (Loss)** | **(13,198)** | **1** | **(61,053)** | **(37,724)** | **(26,239)** | **38** | **(31,569)** | **-** |
| Attributed to Non-controlling interest (Loss) | - | - | - | - | - | - | - | - |
| Attributed to Controlling interest (Loss) | (13,198) | 1 | (61,053) | (37,724) | (26,239) | 38 | (31,569) | - |

[1] Contra expense due to June professional fee originally booked under Professional Services and reallocated in July.

In Re: OneWeb Global Limited, et al. (the "Debtors")
Case No.: 20-22437
Reporting Period: July 1, 2020 – July 31, 2020
$ USD
MOR 3: BALANCE SHEET
As at July 31 2020

| Statement of Financial Position | 20-22437 OneWeb Global Limited | 20-22438 OneWeb Communications Limited | 20-22439 WorldVu Satellites Limited | 20-22434 OneWeb Holdings LLC | 20-22436 WorldVu Development LLC | 20-22441 1021823 BC Ltd. | 20-22450 OneWeb Ltd | 20-22442 Network Access Associates Limited | 20-22446 OneWeb Norway AS | 20-22447 OneWeb ApS | 20-22444 WorldVu Australia Pty Ltd | 20-22448 OneWeb Network Access Holdings Limited | 20-22440 OneWeb Limited |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash and cash equivalents [1] | 10,407 | 53,716,701 | 696,038 | 683 | 626,001 | 23,892 | - | 1,830,350 | 3,359 | 15,730 | 391,164 | 1,592 | - |
| Intercompany receivables | 4,760 | 1,264,824,397 | 128,687,983 | - | (141,515,693) | (200,861) | - | 33,612,208 | 1,491,020 | 119,998 | 611,792 | 20,328 | 147,524 |
| Receivables from related parties | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Prepaid expenses | 29,392 | 65,000 | 65,734 | - | 2,344,108 | 70 | - | 979,080 | - | - | - | - | - |
| Other receivables and current assets | 46,911 | 142,196 | 2,867 | - | 1,011,232 | 10,959 | - | 2,267,448 | 11,418 | - | (9,366) | 5,993 | 7,124 |
| Income tax receivable | - | - | - | - | 1,039,707 | 126 | - | 4,095,536 | - | - | - | - | - |
| **Total Current Assets** | **91,469** | **1,318,748,294** | **129,452,623** | **683** | **(136,494,645)** | **(165,814)** | **-** | **42,784,621** | **1,505,797** | **135,729** | **993,591** | **27,913** | **154,648** |
| Property and equipment, net: | | | | | | | | | | | | | |
| Satellite, ground and launch - construction in progress | - | - | 1,075,581,199 | - | 238,840,658 | 7,356,195 | - | 1,871,505,803 | 6,629,017 | 5,210,238 | 17,576,601 | 436,815 | - |
| Other property, plant and equipment | - | - | - | - | 5,714,452 | - | - | 6,951,516 | - | - | - | - | - |
| Less: accumulated depreciation | - | - | - | - | (3,740,671) | - | - | (1,885,642) | - | - | - | - | - |
| Right-of-use assets | - | - | - | - | 59,686,952 | - | - | 9,544,491 | 6,698,979 | 1,369,418 | 11,405,446 | - | - |
| Less: Right-of-use depreciation | - | - | - | - | (7,317,242) | - | - | (1,907,046) | (1,025,079) | (141,407) | (802,125) | - | - |
| Intangible assets | - | - | 3,052,021 | - | 774,485 | 24,006 | - | 2,130,197 | - | - | - | - | 52,208 |
| Less: accumulated amortization | - | - | (64,421) | - | (101,096) | - | - | - | - | - | - | - | - |
| Other non-current assets | - | 909,116 | - | - | 9,380,398 | - | - | 5,402,435 | - | - | - | - | - |
| Intercompany loans receivable and advances | - | 16,334,155 | 10,299,855 | - | - | - | - | 2,266,287 | - | - | - | 121,205 | - |
| Investment in affiliates | 1,580,473,541 | 1,855,308,653 | 789,334,455 | - | 2,884,079 | - | - | 213,368 | - | - | - | 71,983 | - |
| Deferred tax assets, net | - | - | - | - | 212,901 | - | - | 5,858,689 | - | - | - | - | - |
| **Total Non-current Assets** | **1,580,473,541** | **1,872,551,924** | **1,878,203,109** | **-** | **306,334,915** | **7,380,201** | **-** | **1,900,080,099** | **12,302,917** | **6,438,248** | **28,179,922** | **630,003** | **52,208** |
| **TOTAL ASSETS** | **1,580,565,010** | **3,191,300,218** | **2,007,655,732** | **683** | **169,840,270** | **7,214,387** | **-** | **1,942,864,721** | **13,808,714** | **6,573,977** | **29,173,513** | **657,917** | **206,857** |
| **Liabilities Not Subject to Compromise** | | | | | | | | | | | | | |
| Accounts payable -NotComp | 4,572 | 1,169,145 | 200,421 | - | 33,356,052 | 4 | - | 54,970,636 | 55,621 | - | 3,132,738 | - | 12 |
| Accrued expenses - NotComp | - | 11,094,660 | - | - | 5,255 | - | - | - | - | - | - | - | - |
| Short-term borrowings DIP | - | 107,763,651 | - | - | - | - | - | - | - | - | - | - | - |
| Intercompany payables - NotComp | 301,145 | 311,892 | (143,307) | - | 20,712,931 | 14,910 | - | 44,073,225 | 335,084 | - | 418,000 | 2,624 | 102 |
| Accrued employee compensation | - | - | (43,124) | - | 615,120 | - | - | 18,471 | - | - | - | - | - |
| Income tax payable | - | - | - | - | - | - | - | - | 125,667 | 36,646 | 57,131 | - | - |
| **Total Liabilities Not Subject to Compromise** | **305,718** | **120,339,347** | **13,990** | **-** | **54,689,358** | **14,914** | **-** | **99,062,332** | **516,372** | **36,646** | **3,607,869** | **2,624** | **114** |
| **Liabilities Subject to Compromise** | | | | | | | | | | | | | |
| Accounts payable | 99,650 | 458,463 | (6,360,698) | - | 33,408,684 | 1,047,883 | - | 462,953,607 | 1,489,085 | (134) | 2,602,668 | 131 | 9,079 |
| Accrued expenses | - | - | - | - | (33,879) | - | - | 0 | (0) | (2,999) | - | - | - |
| Intercompany payables | 13,327,627 | 2,593,520 | 293,108,255 | 1,200 | 110,415,225 | 6,194,895 | 45,558 | 757,697,393 | 1,246,346 | 5,010,638 | 8,845,249 | 484,859 | 131,018 |
| Provisions current | - | - | - | - | - | - | - | 21,818,773 | - | - | - | - | - |
| Interest-bearing loans and borrowings - C | - | - | - | - | 5,590,260 | - | - | 2,048,638 | 809,575 | 93,795 | 1,196,658 | - | - |
| Contract liabilities | - | - | - | - | - | - | - | 2,040,422 | - | - | - | - | - |
| **Total Liabilities Subject to Compromise - Current** | **13,427,277** | **3,051,983** | **286,747,557** | **1,200** | **149,380,290** | **7,242,778** | **45,558** | **1,246,558,833** | **3,545,007** | **5,101,299** | **12,644,575** | **484,990** | **140,097** |
| Interest-bearing loans and borrowings -NC | - | 1,853,838,298 | - | - | 50,172,421 | - | - | 8,864,000 | 5,947,579 | 1,391,109 | 10,716,806 | - | - |
| Provisions - NC | - | - | - | - | - | - | - | 446,715 | - | - | - | - | - |
| Intercompany loans payable and advances | 52,020 | (1,211,458) | (20,504) | - | 8,593,187 | - | - | - | 4,327,271 | 134,457 | 3,034,416 | 375,729 | 114,058 |
| Deferred tax liabilities, net | - | - | - | - | 212,901 | - | - | 5,858,689 | - | - | - | - | - |
| **Total Liabilities Subject to Compromise - Long Term** | **52,020** | **1,852,626,840** | **(20,504)** | **-** | **58,978,509** | **-** | **-** | **15,169,404** | **10,274,850** | **1,525,565** | **13,751,221** | **375,729** | **114,058** |
| **Total Liabilities** | **13,785,014** | **1,976,018,170** | **286,741,044** | **1,200** | **263,048,157** | **7,257,692** | **45,558** | **1,360,790,570** | **14,336,229** | **6,663,511** | **30,003,666** | **863,342** | **254,269** |
| Share capital | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Preferred shares | 200,000,130 | - | - | - | - | - | - | - | - | - | - | - | - |
| Other capital reserve | 1,377,596,998 | 1,587,760,874 | 2,019,215,062 | - | - | - | 1,136,862 | 777,734,817 | 4,167 | 19,189 | - | 123 | 1,710 |
| Less: equity financing costs | (14,321,793) | (14,321,793) | (14,320,552) | - | - | - | - | - | - | - | - | - | - |
| Share-based compensation reserves | 17,208,205 | - | 10,202,466 | - | 13,168,906 | 43,788 | - | 2,226,647 | - | - | - | - | - |
| Other comprehensive income | - | - | - | - | (82,360) | (2,783) | - | - | - | - | - | - | 2,507 |
| Accumulated (deficit) retained earnings | (10,488,815) | (178,037,061) | (291,566,342) | - | (58,621,168) | (45,336) | (1,177,400) | (163,460,040) | (165,018) | (49,965) | (250,561) | (179,583) | (52,222) |
| Current year loss | (3,214,729) | (180,119,972) | (2,615,946) | (518) | (47,673,264) | (38,974) | (5,020) | (34,427,275) | (366,664) | (58,758) | (579,592) | (25,966) | 592 |
| Equity attributed to controlling interest | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Equity attributed to non-controlling interest | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Equity** | **1,566,779,996** | **1,215,282,048** | **1,720,914,688** | **(518)** | **(93,207,887)** | **(43,305)** | **(45,558)** | **582,074,150** | **(527,515)** | **(89,534)** | **(830,153)** | **(205,425)** | **(47,412)** |
| **TOTAL LIABILITIES & EQUITY** | **1,580,565,010** | **3,191,300,218** | **2,007,655,732** | **683** | **169,840,270** | **7,214,387** | **0** | **1,942,864,719** | **13,808,714** | **6,573,977** | **29,173,513** | **657,917** | **206,857** |

[1] Balance may not tie to Schedule of Cash Receipts due to changes in FX and inclusion of clearing accounts.

In Re: OneWeb Global Limited, et al. (the "Debtors")
Case No.: 20-22437
Reporting Period: July 1, 2020 – July 31, 2020
$ USD
**MOR 3: BALANCE SHEET**
As at July 31 2020

| Statement of Financial Position | 20-22445 WorldVu Unipessoal Lda | 20-22449 OneWeb GK | 20-22452 WorldVu South Africa (Pty) Ltd | 20-22451 WorldVu Mexico S. De R.L. de CV | 20-22443 OneWeb Chile SpA | 20-22435 WorldVu JV Holdings LLC |
|---|---:|---:|---:|---:|---:|---:|
| Cash and cash equivalents [1] | 5,355 | 707,406 | 269,246 | 5,895 | 27,861 | - |
| Intercompany receivables | 730,066 | 926,145 | 224,044 | 57,038 | 426,960 | - |
| Receivables from related parties | - | - | - | - | - | - |
| Prepaid expenses | - | - | - | - | - | - |
| Other receivables and current assets | 113,766 | (87,826) | 100,287 | 1,006 | 87,916 | - |
| Income tax receivable | - | - | - | - | - | - |
| **Total Current Assets** | **849,187** | **1,545,724** | **593,577** | **63,939** | **542,737** | **-** |
| Property and equipment, net: | | | | | | |
| Satellite, ground and launch - construction in progress | 5,781,455 | 5,306,253 | 4,371,045 | 12,000 | 6,240,638 | - |
| Other property, plant and equipment | - | - | - | - | - | - |
| Less: accumulated depreciation | - | - | - | - | - | - |
| Right-of-use assets | 5,111,907 | 5,384,514 | 1,166,710 | - | 4,633,526 | - |
| Less: Right-of-use depreciation | (689,867) | (497,788) | (120,159) | - | (360,292) | - |
| Intangible assets | - | - | - | 97,333 | - | - |
| Less: accumulated amortization | - | - | - | - | - | - |
| Other non-current assets | - | - | - | - | - | - |
| Intercompany loans receivable and advances | - | - | - | - | - | - |
| Investment in affiliates | - | - | - | - | - | - |
| Deferred tax assets, net | - | - | - | - | - | - |
| **Total Non-current Assets** | **10,203,495** | **10,192,979** | **5,417,595** | **109,333** | **10,513,871** | **-** |
| **TOTAL ASSETS** | **11,052,681** | **11,738,703** | **6,011,172** | **173,272** | **11,056,608** | **-** |
| **Liabilities Not Subject to Compromise** | | | | | | |
| Accounts payable -NotComp | 75,656 | 63,783 | 1,624 | - | 14,769 | - |
| Accrued expenses - NotComp | - | - | - | - | - | - |
| Short-term borrowings DIP | - | - | - | - | - | - |
| Intercompany payables - NotComp | 89,761 | 23,106 | 403,593 | 5,000 | 158,175 | - |
| Accrued employee compensation | - | - | - | - | - | - |
| Income tax payable | 138,739 | 175,554 | 30,890 | - | - | - |
| **Total Liabilities Not Subject to Compromise** | **304,157** | **262,443** | **436,107** | **5,000** | **172,944** | **-** |
| **Liabilities Subject to Compromise** | | | | | | |
| Accounts payable | 634,360 | 3,344,547 | 206,620 | 22,131 | 18,967 | - |
| Accrued expenses | - | - | - | - | - | - |
| Intercompany payables | 2,213,209 | 1,165,422 | 2,232,575 | 143,598 | 6,004,865 | - |
| Provisions current | - | - | - | - | - | - |
| Interest-bearing loans and borrowings - C | 533,222 | 769,368 | 98,868 | - | 398,914 | - |
| Contract liabilities | - | - | - | - | - | - |
| **Total Liabilities Subject to Compromise - Current** | **3,380,791** | **5,279,338** | **2,538,063** | **165,729** | **6,422,746** | **-** |
| Interest-bearing loans and borrowings -NC | 4,841,352 | 4,774,722 | 1,161,905 | - | 4,512,165 | - |
| Provisions - NC | - | - | - | - | - | - |
| Intercompany loans payable and advances | 3,156,130 | 1,753,734 | 2,095,892 | - | 113,635 | - |
| Deferred tax liabilities, net | - | - | - | - | - | - |
| **Total Liabilities Subject to Compromise - Long Term** | **7,997,482** | **6,528,456** | **3,257,797** | **-** | **4,625,800** | **-** |
| **Total Liabilities** | **11,682,429** | **12,070,237** | **6,231,966** | **170,729** | **11,221,491** | **-** |
| Share capital | - | - | - | - | - | - |
| Preferred shares | - | - | - | - | - | - |
| Other capital reserve | 116 | 947 | - | 161 | 11,435 | - |
| Less: equity financing costs | - | - | - | - | - | - |
| Share-based compensation reserves | - | - | - | - | - | - |
| Other comprehensive income | - | - | - | - | - | - |
| Accumulated (deficit) retained earnings | (228,230) | (214,827) | (44,594) | 775 | (84,684) | - |
| Current year loss | (401,633) | (117,654) | (176,200) | 1,607 | (91,634) | - |
| Equity attributed to controlling interest | - | - | - | - | - | - |
| Equity attributed to non-controlling interest | - | - | - | - | - | - |
| **Total Equity** | **(629,747)** | **(331,534)** | **(220,794)** | **2,543** | **(164,883)** | **-** |
| **TOTAL LIABILITIES & EQUITY** | **11,052,681** | **11,738,703** | **6,011,172** | **173,272** | **11,056,608** | **-** |

[1] Balance may not tie to Schedule of Cash Receipts due to changes in FX and inclusion of clearing accounts.

In Re: OneWeb Global Limited, et al. (the "Debtors")
**Case No.: 20-22437**
Reporting Period: July 1, 2020 – July 31, 2020
*$ USD*

**MOR 4: CONSOLIDATING STATUS OF POST-PETITION TAXES**

| | | Beginning Tax | Amount Withheld and/or Accrued | Amount Paid | Date Paid | Check # or EFT | Ending Tax |
|---|---|---|---|---|---|---|---|
| Federal | Withholding | $ - | $ - | 284,046 | Various | Various | $ - |
| | FICA-Employee | - | - | 40,900 | Various | Various | - |
| | FICA-Employer | - | - | 74,766 | Various | Various | - |
| | Unemployment | - | - | - | N/A | Various | - |
| | Income | - | - | - | N/A | Various | - |
| | Medicare-Employee | - | - | 17,922 | Various | Various | - |
| | Medicare-Employer | - | - | 13,862 | Various | Various | - |
| | Other: Apprenticeship Levy | - | - | 462 | 7/31/2020 | Various | - |
| | Other: Student Loans | - | - | 740 | 7/31/2020 | Various | - |
| | Other | - | - | 1,035.57 | 7/31/2020 | Various | - |
| | Total Federal Taxes | - | - | $ 433,734 | N/A | N/A | - |
| State and Local | Withholding | $ - | $ - | 51,501 | Various | Various | $ - |
| | Sales | - | - | - | N/A | N/A | - |
| | Excise | - | - | - | N/A | N/A | - |
| | Unemployment | - | - | - | N/A | N/A | - |
| | Real Property | - | - | - | N/A | N/A | - |
| | Personal Property | - | - | - | N/A | N/A | - |
| | Other:SUTA-Employe | - | - | 49.81 | Various | Various | - |
| | Total State and Local | - | - | $ 51,550 | N/A | N/A | - |
| **Total Taxes** | | $ - | $ - | $ 485,285 | N/A | N/A | $ - |

**MOR 4: CONSOLIDATING SUMMARY OF POST-PETITION ACCOUNTS PAYABLE[1]**

*$ USD*

| Accounts Payable Aging | Current | 1-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|---|
| Accounts Payable[2] | 2,037,066 | 13,917,127 | 35,220,727 | 11,563,143 | 28,673,971 | 91,412,034 |
| Wages Payable [3] | - | - | - | - | - | - |
| Taxes Payable | - | - | - | - | - | - |
| Rent | - | - | - | - | - | - |
| Professional Fees | 680,782 | 712,367 | 268,708 | (103,538) | 74,679 | 1,632,998 |
| **Total Post-Petition Debts** | **$ 2,717,849** | **$ 14,629,494** | **$ 35,489,434** | **$ 11,459,605** | **$ 28,748,651** | **$ 93,045,032** |

[1] Excludes intercompany payables.
[2] Past due AP includes approx. $85 million in invoices submitted by vendors for amounts that are or will be due in future periods as a result of contract negotiations.
[3] Wages payable excludes amount reflected in Accrued Employee Expense.

**Explain how and when the Debtor intends to pay any past due post-petition debts.**
Post-petition invoices are being processed and paid in normal course to the best of the Debtors' abilities. Processing may be delayed for certain invoices
due to the significant reduction in employee workforce, both in the Finance and Accounting team and in the field where invoices would have normally
been sent for approval.

In Re: OneWeb Global Limited, et al. (the "Debtors")
**Case No.: 20-22437**
**Reporting Period: July 1, 2020 – July 31, 2020**

**MOR 5: CONSOLIDATING SUMMARY OF ACCOUNTS RECEIVABLE**

*$ USD*

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | N/A |
| Plus: Amounts billed during the period | N/A |
| Less: Amounts collected during the period | N/A |
| Total Accounts Receivable at the end of the reporting period | N/A |

| Accounts Receivable Aging | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0-30 Days | | | | | |
| 31-60 Days | | | | | |
| 61-90 Days | | | | | |
| 91+ Days | | | | | |
| **Total Accounts Receivable** | $ - | $ - | $ - | $ - | $ - |
| Less: Bad Debts (Amount considered uncollectible) | | | | | |
| **Net Accounts Receivable** | $ - | $ - | $ - | $ - | $ - |

Note: Excludes intercompany.

In Re: OneWeb Global Limited, et al. (the "Debtors")
Case No.: 20-22437
Reporting Period: July 1, 2020 – July 31, 2020
$ USD

## MOR 6 - SUMMARY OF OFFICER & INSIDER COMPENSATION, INSURANCE AND PROFESSIONAL FEES

### INSIDER COMPENSATION

| TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
|---|---|---|
| Payroll and Benefits | $ 379,228 | $ 1,312,908 |
| Board Fees | - | 25,000 |
| Expense Reimbursements | 3,709 | 26,877 |
| Bonuses | - | - |
| **Total Payments to Insiders** | **$ 382,937** | **$ 1,364,785** |

[1] Persons included as "insiders" have been included for informational purposes only. The Debtors do not concede or take any position with respect to (a) such person's influence over the control of the Debtors, (b) the management responsibilities or functions of such individual, (c) the decision-making or corporate authority of such individual, or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including, without limitation, the federal securities laws or with respect to any theories of liability or for any other purpose. Further, the inclusion of a party as an "insider" is not an acknowledgement or concession that such party is an "insider" under applicable bankruptcy law.

### PROFESSIONAL FEES

| NAME | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE[1] | TOTAL INCURRED & UNPAID[2] |
|---|---|---|---|---|
| Guggenheim Securities, LLC | - | 1,852,795 | 2,252,795 | - |
| FTI Consulting, Inc | - | 1,714,985 | 1,714,985 | - |
| Omni Management Group | - | - | 22,389 | 58,611 |
| Choate | - | 46,148 | 46,148 | - |
| Houlihan Lokey | - | 501,292 | 501,292 | 125,017 |
| Morrison & Foerster | - | 750,638 | 1,642,831 | - |
| SoftBank | - | 276,071 | 276,071 | 13,297 |
| Proskauer Rose LLP | - | 85,933 | 334,114 | 76,393 |
| Arnold & Porter | - | 28,191 | 189,646 | - |
| Province | - | 193,029 | 193,029 | 76,251 |
| Paul Hastings | - | 1,085,137 | 1,085,137 | 494,300 |
| Cole Schotz | - | 204,921 | 204,921 | 26,141 |
| Jefferies | - | 250,000 | 250,000 | - |
| **Total Payments to Professionals** | **$ -** | **$ 6,989,139** | **$ 8,713,357** | **$ 870,009** |

[1] Where applicable, as of the date hereof, amounts paid to Professionals are on account of unopposed Monthly Fee Statements (as defined in the Interim Compensation Procedures) filed with the Court.
[2] Includes all fees incurred and invoiced, both approved and unapproved

In Re: OneWeb Global Limited, et al. (the "Debtors")
Case No.: 20-22437
Reporting Period: July 1, 2020 – July 31, 2020
*$ USD*

**MOR 6 - SUMMARY OF OFFICER & INSIDER COMPENSATION, INSURANCE AND PROFESSIONAL FEES**

**CONFIRMATION OF INSURANCE**

| Agent and/or Carrier | Policy Number | Coverage Type | Expiration Date | Comments |
|---|---|---|---|---|
| Hartford Insurance | | Domestic General Liability | 14-Sep-2020 | |
| Hartford Insurance | | Auto Liability | 14-Sep-2020 | |
| Hartford Insurance | | Umbrella | 14-Sep-2020 | |
| Hartford Insurance | | EPL / Fiduciary | 14-Sep-2020 | |
| Lexington Insurance Co. | | SNP Property | 12-Oct-2020 | |
| Chubb Insurance | | Foreign Package | 14-Sep-2020 | |
| Chubb Insurance | | UK Local EL | 14-Sep-2020 | |
| Chubb Insurance | | UK Local Package | 14-Sep-2020 | |
| Lloyds | | Satellite In-Orbit Third-Party Liability | 5-Feb-2022 | |
| Lloyds | | Marine Cargo / Global Cargo Transit | 14-Sep-2020 | |
| Lloyds | | Marine Cargo / Pre-Launch | 20-Oct-2020 | |
| Lloyds | | Launch Vehicle Only Flight | 1-Aug-2021 | |
| Lloyds | | Primary D&O Program | 14-Sep-2020 | |
| XL Catlin | | Excess D&O | 14-Sep-2020 | |
| Great American Insurance Group | | Special Contingency Risks | 26-Sep-2022 | |
| Hartford Insurance | | Travel Accident | 12-Aug-2020 | |
| Hartford Fire and Affiliates | | Workers Compensation | 7-Sep-2020 | |

The following lapse in insurance coverage occurred this month:

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse | Comments |
|---|---|---|---|---|
| No policies lapsed in the reporting period | | | | |

In Re: OneWeb Global Limited, et al. (the "Debtors")
**Case No.: 20-22437**
**Reporting Period: July 1, 2020 – July 31, 2020**

## MOR 7: DEBTOR QUESTIONNAIRE

| Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? | | x |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | x |
| 3. Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | x |
| 4. Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | x |
| 5. Is the Debtor delinquent in paying any insurance premium payment? | | x |
| 6. Have any payments been made on pre-petition liabilities this reporting period? [1] | x | |
| 7. Are any post petition receivables (accounts, notes or loans) due from related parties? | | x |
| 8. Are any post petition payroll taxes past due? | | x |
| 9. Are any post petition State or Federal income taxes past due? | | x |
| 10. Are any post petition real estate taxes past due? | | x |
| 11. Are any other post petition taxes past due? | | x |
| 12. Have any pre-petition taxes been paid during this reporting period? [1] | x | |
| 13. Are any amounts owed to post petition creditors delinquent? [2] | x | |
| 14. Are any wage payments past due? | | x |
| 15. Have any post petition loans been been received by the Debtor from any party? | | x |
| 16. Is the Debtor delinquent in paying any U.S. Trustee fees? | | x |
| 17. Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | x |
| 18. Have the owners or shareholders received any compensation outside of the normal course of business? | | x |

[1] Payments for Pre-Petition expenses were released related to approved employee expense reimbursements, Critical Vendor payments, and certain other Pre-Petition payroll tax liabilities. All payments were authorized per court orders.
[2] See MOR-4 footnote regarding past due post-petition payables.